UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GREATER HELLS CANYON COUNCIL, et al.**     Case No.: 2:22−cv−00859−HL
    Plaintiff,

v.

**HOMER WILKES, et al.**
    Defendant.

**Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

    **Signature:** _____

**Name and OSB ID:** _____

    **E−mail Address:** _____

    **Firm Name:** _____

**Mailing Address:** _____

    **City, State, Zip:** _____

**Parties Represented:** _____