Caroline Lobdell (OSB #021236)
Aaron Bruner (OSB #133113)
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119-327
Portland, Oregon 97219
Email: clobdell@wrlegal.org
Email: abruner@wrlegal.org
Phone: (503) 768-8500

Julie A. Weis (OSB #974320)
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, Oregon 97201
Email: weis@hk-law.com
Phone: (503) 225-0777

*Counsel for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PENDLETON DIVISION**

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL, OREGON WILD, CENTRAL OREGON LANDWATCH, SIERRA CLUB, GREAT OLD BROADS FOR WILDERNESS**, and **WILDEARTH GUARDIANS**,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment; **GLENN CASMASSA**, in his official capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**,<br><br>　　Defendants,<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, an Oregon non-profit association, and **EASTERN OREGON COUNTIES ASSOCIATION**, an unincorporated association,<br><br>　　Defendant-Intervenors. | Civil No. 2:22-cv-00859-HL<br><br>**JOINT MOTION TO AMEND CASE SCHEDULE** |

**MOTION**

Pursuant to the Court's Order dated October 12, 2022, Plaintiffs Greater Hells Canyon Council et al., Federal Defendants Homer Wilkes, Glenn Casamassa, and United States Forest Service, and Defendant-Intervenors American Forest Resource Council and Eastern Oregon Counties Association, hereby jointly move the Court to amend the case schedule for this matter.

In accordance with the Court's instructions, Defendant-Intervenors conferred with the existing parties and proposed staggered briefing dates that fit within and do not impact the current Case Management Schedule. The parties have agreed to stagger Defendant-Intervenors' summary judgment brief deadlines by one week after those of Federal Defendants and accommodate a request by Plaintiffs to a slight modification of the existing schedule in order to have adequate time to respond to the two briefs and give Federal Defendants a corresponding amount of time to reply to Plaintiffs. No change to the remaining dates is proposed. The parties believe this should not significantly impact the current schedule and hereby ask the Court to adopt the following schedule:

- Plaintiffs are to inform Defendants in writing as to their objections to the Administrative Record as described in the Proposed Joint Case Management Schedule by **11/4/2022**.

- Status Conference regarding motions to complete or supplement the Administrative Record, if any, and further case management scheduling is set for **11/21/2022**, at 01:00 PM in Pendleton by telephone before Magistrate Judge Andrew D. Hallman.

- Consent to Jurisdiction by a Magistrate Judge, if any, is to be filed by **12/12/2022**.

- Plaintiffs' Motion for Summary Judgment and Supporting Memorandum is due by **12/12/2022**.

- Defendants' combined Cross-Motion for Summary Judgment and Supporting Memorandum is due by **1/20/2023**.

JOINT MOTION TO AMEND CASE SCHEDULE – Page 1

- Intervenors' combined Cross-Motion for Summary Judgment and Supporting Memorandum is due by **1/27/2023**.

- Plaintiffs' combined Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment is due by **2/24/2023**.

- Defendants' Reply in Support of their Cross-Motion for Summary Judgment is due by **3/13/2023**.

- Intervenors' Reply in Support of their Cross-Motion for Summary Judgment is due by **3/20/2023**.

- Oral Argument is set for **4/12/2023** at 01:30 PM in Pendleton before Magistrate Judge Andrew D. Hallman.

Respectfully submitted this 20th day of October, 2022.

    Caroline Lobdell (OSB #021236)
    Aaron Bruner (OSB #133113)
    *s/ Aaron Bruner*
    WESTERN RESOURCES LEGAL CENTER
    9220 SW Barbur Blvd., Suite 119-327
    Portland, Oregon 97219
    Email: clobdell@wrlegal.org
    Email: abruner@wrlegal.org
    Phone: (503) 768-8500

    Julie A. Weis (OSB #974320)
    HAGLUND KELLEY LLP
    2177 SW Broadway
    Portland, Oregon 97201
    Email: weis@hk-law.com
    Phone: (503) 225-0777

    *Counsel for Defendant-Intervenors*

    *s/ Meriel L. Darzen (with permission)*
    Meriel L. Darzen, OSB No. 113645
    (503) 525-2725 | meriel@crag.org
    Oliver J. H. Stiefel, OSB No. 135436,
    (503) 227-2212 | oliver@crag.org
    Crag Law Center
    3141 E Burnside Street

JOINT MOTION TO AMEND CASE SCHEDULE – Page 2

Portland, Oregon 97214
Fax: (503) 296-5454

*Counsel for Plaintiffs*


<u>*s/ Hayley A. Carpenter (with permission)*</u>
HAYLEY A. CARPENTER
TYLER M. ALEXANDER
ANTHONY D. ORTIZ
Trial Attorneys
Natural Resources Section
Wildlife & Marine Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
(202) 307-1147 (Ortiz)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov
anthony.d.ortiz@usdoj.gov

*Counsel for Defendants*