TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
TYLER M. ALEXANDER, CA Bar # 313188
ANTHONY D. ORTIZ, DC Bar # 978873
Trial Attorneys
Natural Resources Section;
Wildlife & Marine Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
       (202) 305-0238 (Alexander)
       (202) 307-1147 (Ortiz)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov
anthony.d.ortiz@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**; **OREGON WILD**; **CENTRAL OREGON LANDWATCH**; **SIERRA CLUB**; **GREAT OLD BROADS FOR WILDERNESS**; and **WILDEARTH GUARDIANS**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**HOMER WILKES**; **GLENN CASAMASSA**; and the **UNITED STATES FOREST SERVICE**,<br><br>    Defendants,<br><br>**AMERICAN FOREST RESOURCE COUNCIL**; **EASTERN OREGON COUNTIES ASSOCIATION**, | Case No. 2:22-CV-00859-HL<br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION TO EXTEND AND SET DEADLINES** |

Intervenor-Defendants.

In accordance with Local Rule 16-3, Plaintiffs and Defendants respectfully request a short extension of time (of two or three weeks, depending on the particular deadline) on the summary judgment briefing due dates the Court set after the Parties' October 11, 2022, Scheduling Conference, and propose briefing and other litigation deadlines regarding Administrative Record ("AR") motions, if any. *See* ECF No. 26. The current deadlines, and the deadlines that Plaintiffs and Defendants now propose, are identified below in a table. Intervenor-Defendants do not oppose this Motion, and Plaintiffs and Defendants have good cause for the Court to grant this request.

| Item | Current Schedule | Proposed |
|---|---|---|
| Ongoing conferral | No Deadline Set | Through 11/30/22 |
| Defendants notify Plaintiffs of final agreed-upon list of items to be included in AR | No Deadline Set | 12/2/22 |
| Defendants file revised AR | 11/23/22 | 12/9/22 |
| **Motions practice over AR (if needed)** ||| 
| If Plaintiffs so move, summary judgment briefing schedule will be suspended. Parties will submit a proposed briefing schedule within 7 days of the Court's order on the motion to complete/supplement the AR. ||| 
| Plaintiffs' Motion | No Deadline Set | 12/12/22 |
| Defendants' Response | No Deadline Set | 1/9/23 |
| Plaintiffs' Reply | No Deadline Set | 1/27/23 |
| **Summary Judgment** ||| 
| If no Motion to Complete/Supplement ||| 
| Plaintiffs' Motion | 12/12/22 | 12/23/22 |
| Defendants' Cross-Motion | 1/20/23 | 2/3/23 |
| Intervenors' Cross-Motion | 1/27/23 | 2/10/23 |
| Plaintiffs' Response/Reply | 2/24/23 | 3/15/23 |
| Defendants' Reply | 3/13/23 | 4/7/23 |
| Intervenors' Reply | 3/20/23 | 4/14/23 |
| Oral Argument | 4/12/23 | Week of 4/24/23, if possible |

The Parties are currently conferring on the contents of the AR, as contemplated in the October 11, 2022, status conference. However, this conferral process involves the potential addition of thousands of pages of content to the AR, and analysis of multiple legal issues. Thus, the conferral process has, and is, requiring substantial time and input from agency personnel, as well as attorney time. Accordingly, Plaintiffs and Defendants move the Court to adopt the above schedule to allow for a full conferral process. Although the requested extensions have the potential to delay resolution of this matter by approximately two weeks, it is also possible that the extensions will expedite final resolution of the case by eliminating the need for an AR motion post-conferral (which, if filed, would stay the summary judgment briefing schedule if the Court orders the procedure that Plaintiffs and Defendants propose above).

Because the above schedule provides for the efficient resolution of this lawsuit and good cause exists, the Plaintiffs and Defendants respectfully request that the Court adopt the above proposed schedule as an Order of the Court.

Respectfully submitted this 18th day of November, 2022.

| | |
|---|---|
| s/ *Meriel L. Darzen (with permission)* | s/ *Hayley A. Carpenter* |
| MERIEL L. DARZEN | HAYLEY A. CARPENTER |
| OLIVER J. STIEFEL | TYLER M. ALEXANDER |
| Crag Law Center | ANTHONY D. ORTIZ |
| 3141 E. Burnside St. | Trial Attorneys |
| Portland, OR 97214 | Natural Resources Section |
| Phone: (503) 525-2725 (Darzen) | Wildlife & Marine Resources Section |
|       (503) 227-2212 | 150 M St. NE |
| meriel@crag.org | Washington, D.C. 20002 |
| oliver@crag.org | Phone: (202) 305-0242 (Carpenter) |
| | (202) 305-0238 (Alexander) |
| *Counsel for Plaintiffs* | (202) 307-1147 (Ortiz) |
| | hayley.carpenter@usdoj.gov |
| | tyler.alexander@usdoj.gov |
| | anthony.d.ortiz@usdoj.gov |
| | |
| | *Counsel for Defendants* |