Exhibit 6

**Open Letter to The Forest Service on the Importance of Large, Old Trees and Forests**

As scientists with expertise in ecology, natural resource management, climate change, and other disciplines we write concerning the protection of primary (unlogged) forests and large (>21 inches diameter-at-breast height, >53 cm dbh), old trees in forest planning decisions. The Forest Service is amending its forest plans on >9 million acres (3.6 million ha) in eastern Oregon[i] to lift protections for large trees that have been in place for over two decades. The planned amendment threatens to set back forest recovery that has only recently followed a century of clear-felling and high-grade logging. Protections were put into place in 1994 targeting forests that needed time to recover depleted large-tree populations particularly for wildlife species that are highly dependent on that now scarce element in these Eastside forest. Although removing protections for large trees is highly controversial from a scientific perspective, the Forest Service is rushing forward without adequately analyzing the impacts of the proposal on wildlife habitat, aquatic ecosystems, hydrological cycles and carbon values. We urge the Forest Service to reconsider this proposal, given the ongoing deficit of large trees and the fact that older forests have not yet recovered.

Primary forests and large, old trees, both living and dead, provide irreplaceable benefits to society that are essential to forestalling the loss of biodiversity and climate change related environmental emergencies. Those forests and trees have elevated conservation status, needing to reach maturation in order to achieve their ecological potential in supporting associated biodiversity, contributing to carbon storage and myriad ecosystem services[ii]. Trees greater than 18 inches dbh (>45 cm) have been declining in forests at all latitudes[iii]. With that decline occurring, the following values of large trees are of utmost importance in preserving:

- Large, old trees are among the most massive terrestrial organisms on Earth. They are bio-cultural elements of a natural inheritance that is declining globally[iv].
- The size of a tree increases over time accumulating keystone features that provide large internal cavities and canopy structures for wildlife not present in younger trees.
- Large, old trees, including snags and downed wood, are needed for nesting, roosting, foraging, denning, and other habitat elements that support numerous lichens, epiphytes, up to 30% of all vertebrates in some forests[v], and invertebrates, many of which are rare, endemic, or endangered[v].
- Large, old trees anchor soils through their massive root systems, stabilize slopes, and provide shading and habitat (logs) for aquatic species[vi].
- Large, old trees provide nutrients and soil carbon, are associated with high levels of plant varieties, play critical roles in hydrological cycles, and are "blueprints" for restoration[vii].
- Large, old trees store a disproportionate amount of carbon with greater leaf surface area for $CO_2$ absorption, and massive carbon-storing tree trunks and roots[viii]. For instance, a recent global study found half of carbon in living above ground biomass is stored in the largest 1% diameter trees[ix].
- Large, old trees provide stable microclimates and mitigate soil desiccation[x].
- Mycorrhiza fungal networks are more connected and carbon rich as forests age with large trees serving as central nodes in the networks[xi].
- Large, old trees are especially valuable when killed individually or in large patches by natural disturbance processes such as insects, forest pathogens, wind storms, and wildfire[xii] that generate "complex early seral forests[xiii]."

AR 28200

Conserving large trees and the forests within which they occur provides a vital nature-based solution to the climate crisis. Through their protection and overall improvements to the forests that store much carbon[xiv], nature-based solutions can provide at least one-third of the cost-effective climate mitigation needed to stabilize global overheating to below 2° C by 2030[xv]. That is why it is imperative to develop climate policies that protect the large tree component of forests, by allowing forests to recover diminished large tree populations and carbon stocks[xvi].

In sum, there is no substitute for large, old trees, living and dead, and the forest in which they can thrive. Their losses from anthropogenic stressors have impacted biodiversity, compromised water quality, and added damaging emissions to the atmosphere at a time when governments are being asked to do everything possible to sequester and store more atmospheric carbon in ecosystems to avoid imminent catastrophic climate impacts to nature and society.

We ask the Forest Service to keep large tree and forest protections in place and avoid making misguided attempts to lift those protections at a time when the nation is looking for leadership on the global biodiversity and climate crises.

Sincerely (*affiliations for identification purpose only)

Lead Signatures listed first

Dominick A. DellaSala, Ph. D
Chief Scientist, Wild Heritage, A Project of Earth Island Institute
Talent, OR 97540

John W Schoen, Ph.D.
Wildlife Ecologist, retired
Anchorage, AK

William F. Laurance, PhD
Distinguished Research Professor & Australian Laureate
James Cook University
Australia & Singapore

William J. Ripple, PhD
Richardson Chair and Distinguished Professor of Ecology
Department of Forest Ecosystems and Society
Oregon State University
Corvallis, Oregon 97331

Dr. Barry R. Noon, Emeritus Professor

Department of Fish, Wildlife and Conservation Biology
Graduate Degree Program in Ecology
Colorado State University
Fort Collins, CO 80523

Dennis D, Murphy Ph.D.
Graduate Program in Ecology, Evolution, Conservation Biology
University of Nevada, Reno, Nevada

James R. Strittholt, Ph.D.

President/Executive Director
Conservation Biology Institute, Corvallis, OR

2

AR 28201

Paul Beier, Ph. D, Emeritus

University of Northern Arizona
Flagstaff, AZ

Matthew Kirchhoff, MSc. Retired
Anchorage, AK

David Olson, Ph. D
Conservation Earth Consulting
Hong Kong, China

Brendan Mackey, Ph. D, Director
Griffith University Climate Response Program
Griffith University, Gold Coast Campus, Queensland, AU

Jack E. Williams, Ph.D.
Emeritus Senior Scientist
Trout Unlimited
Medford, Oregon

William R. Moomaw, Ph. D, Professor Emeritus
Tuffts University
Medford, MA

Andy MacKinnon, Ph. D, retired
Metchosin, BC V9C 4H8

Beverly Law, Ph. D Professor Emeritus
Oregon State University, Corvallis, OR

Paul Alaback, Ph. D, Professor Emeritus of Ecology
Forest Management Dept.
College of Forestry and Conservation
University of Montana
Missoula MT 5980

Chad Hanson, Ph. D
John Muir Project
Big Bear City, CA

William Baker, Ph. D., Emeritus Professor
Program in Ecology
University of Wyoming, Laramie

Chris Frissell, Ph. D
Frissell & Raven Hydrobiological and Landscape Sciences, LLC
Polson, MT

3

AR 28202

Additional Signatures (*affiliations for identification purposes only)

James R. Karr, Ph. D, Professor Emeritus
University of Washington, Seattle

Fred M. Rhoades, Ph. D., retired
Research Associate, Biology Dept.
Western Washington University
Bellingham, WA

Alan B. Cady, Ph. D
Professor of Biology
Miami University
Oxford, Ohio

Eric Burr, retired forester
Methow Conservancy
Winthrop, WA

Thomas Michael Power, Ph. D
Professor Emeritus
Economics Department, University Montana
Missoula, MT

Thomas L. Fleischner, Ph. D
Natural History Institute
Prescott, AZ

Lee E. Frelich, Ph. D
University of Minnesota Center for Forest
Ecology
St.Paul,  MN

Rick Van de Poll, Ph. D
Ecosystem Management Consultants of New
England,
Center Sandwich, NH

Ken Driese, Ph. D
Wyoming Geographic Information Science
Center
University of Wyoming
Laramie, WY

K. Greg Murray, Ph. D

T. Elliot Weier Professor of Plant Science
Hope College
Holland, MI

Tom Rooney, Ph. D
Professor of Biological Sciences
Wright State University
Dayton, OH

Jerry Freilich, Ph. D, retired
US National Park Service, Olympia, WA

Jay H. Jones, Ph. D, Professor
Departments of Biology and Chemistry
University of La Verne, CA

Linda Sue Barnes, Ph. D
Professor Emeritus Botany Department
Methodist University, Fayetteville, NC

4

AR 28203

Robert Michael Pyle, Ph. D
Independent Biologist and Writer
Gray's River, Washington

James A. Quinn, Ph. D, Professor Emeritus
Rutgers University
New Brunswick, NJ

Ira Sutherland, MSc
University of British Columbia
Vancouver, BC

Michael P. Marsh, Ph. D
Member and former Chair, Conservation
Committee
Washington Native Plant Society, Seattle

Richard Bradley, Ph. D
Associate Professor, Emeritus
Evolution, Ecology, and Organismal Biology
The Ohio State University, Columbus, OH

Stephen W. Fuller, Ph. D., Retired
Professor Emeritus, Biology Dept.
University of Mary Washington
Fredericksburg, VA

Peter J. Auster, Ph. D
Research Professor Emeritus
University of Connecticut, Groton, CT

Edward Huang, Ph. D
Principal Researcher
California Institute of Environmental Design
& Management
Arcadia, California

Simon Levin, Ph. D
Princeton University, NJ

David F. Whitacre, Ph. D
Treasure Valley Math and Science Center
Boise, Idaho

Brian D. Linkhart, Ph. D, Professor
Dept. Organismal Biology and Ecology
Colorado College, Colorado Springs, CO

Robert C. Summerfelt, Ph. D, Professor Emeritus

Dept. Natural Resource Ecology and Management
Iowa State University, Ames, IA

Harvey B. Lillywhite, Ph. D, Professor
Department of Biology
University of Florida, Gainesville, FL

Gary Carnefix, MSc., Ecologist (retired)
University of Montana
Missoula, MT

Walter D. Koenig, Ph. D
Graduate School Professor, Cornell University
Research Zoologist Emeritus
University of California, Berkeley

Gail Tang, Ph. D
Associate Professor of Mathematics

Chair, Mathematics Program
La Verne, CA

AR 28204

Nancy Hoalst-Pullen, Ph. D
Professor of Geography
Kennesaw State University, GA

Paul Schaeffer, Ph. D
Dept. Biology, Miami University, OH

Steven Rogstad, Ph. D, Professor Emeritus

University of Cincinnati, OH

Malcolm L. Hunter, Ph. D, Jr.
Dept. of Wildlife, Fisheries, and Conservation Biology
University of Maine, Orono, ME

Bobb Carson, Ph. D, Professor Emeritus
Dept. Earth and Environmental Sciences
Lehigh University, Bethlehem, PA

Gary K. Meffe, Ph.D.
Conservation Biologist, retired
University of Florida, Gainesville

Steve Cook, Ph. D, retired
Oregon State University, Geography Dept.
Corvallis, OR

André Dhondt, Ph. D, Professor
Lab of Ornithology, Cornell University
Ithaca, NY

Timothy P. Spira, Ph. D, Emeritus Professor
Department of Biological Sciences
Clemson University, SC

Jessica Dawn Pratt, Ph. D
Ecology & Evolutionary Biology
University of California at Irvine

Jeffery Burkhart, Ph. D
Fletcher Jones Professor of Biology, Emeritus
University of La Verne, CA

David Karowe, Ph. D
Professor, Department of Biological Sciences
Western Michigan University, Kalamazoo

Stefan Sommer, Ph. D
Department of Biological Sciences
Northern Arizona University, Flagstaff

Philip D. Cantino, Ph. D, Professor Emeritus
Dept. Environmental and Plant Biology
Ohio University, Athens

Stephen T. Tettelbach, Ph. D
Professor Emeritus of Biology
Long Island University, Brookville, NY

Gerald Sgro, Ph. D, retired
Biology
Cleveland Heights, Ohio

Michael C. Swift, Ph. D, Assistant Professor
Emeritus Biology
St. Olaf College
Society for Freshwater Science
Northfield, MN

Thomas W. Sherry, Ph. D, Professor
Dept. Ecology & Evolutionary Biology
Tulane University, New Orleans, LA

Ex. 6 Page 6 of 105

AR 28205

Thomas T. Veblen, Ph. D
Distinguished Professor
Department of Geography
University of Colorado Boulder

Timothy A. Pearce, Ph.D.
Section of Mollusks
Carnegie Museum of Natural History
Pittsburgh, PA

Allen G. Gibbs, Ph. D
School of Life Sciences
University of Nevada, Las Vegas

Gretchen North, Ph. D
Professor of Biology
Occidental College, Los Angeles, CA

James R. Karr, Ph. D, Professor Emeritus
University of Washington, Seattle

William D. Anderson, Jr., Ph. D
College of Charleston, SC

Malcolm K. Cleaveland, Ph. D, retired
Professor Emeritus of Geosciences
University of Arkansas, Fayetteville

Robert M. McElderrry, Ph.D.
Research Corporation of the Univ. of Guam
Mangilao, Guam

Marcel Rejmánek, Ph. D
Professor of Plant Ecology
Department of Evolution and Ecology
University of California, Davis

Amy Y. Rossman, Ph.D., retired
Oregon State University
Corvallis, Oregon

Terry L. Root, Ph. D
Emerita Senior Fellow
Stanford Woods Institute for the Environment
Stanford University, CA

James H. Marden, Ph. D, Professor Biology
Penn State University
University Park, PA

John Mull, Ph. D
Department of Zoology
Weber State University
Ogden, UT

Barbara F. Reynolds, Ph. D, Professor Emerita
Department of Environmental Studies
UNC-Asheville

Donald M. Waller, Ph.D.
Forest Ecologist, retired
University of Wisconsin-Madison

Bruce Kirchoff, Ph. D
UNCG, Department of Biology
Greensboro, NC

Judith S Weis, Ph. D
Rutgers University
New Brunswick, NJ

Dan Spencer, Ph. D, Professor & Director
Environmental Studies
University of Montana, Missoula

7

AR 28206

William Scott Armbruster, Ph. D
University of Alaska Fairbanks

Melissa Savage, Ph. D
Professor Emerita
University of California Los Angeles

Mitchell M. Johns, Ph.D.
Professor Emeritus of Soil and Plant Science
College of Agriculture
California State University, Chico

Pamela Morgan, Ph. D, Professor
University of New England
Biddeford, ME

Daniel C. Fisher, Ph. D, Professor
Department of Earth and Environmental
Sciences
University of Michigan, Ann Arbor

Donovan Bailey, Ph. D, Professor Biology
New Mexico State University, Las Cruces

Scott R. Lefler, Ph. D
Principal Lecturer, Honors Faculty
School of Molecular Sciences
Arizona State University, Tempe

Jeri M. Langham, Ph. D, Professor Emeritus
Biology
Neotropical Grassland Conservancy
Sacramento, CA

M. E Edwards, Ph. D, Professor
School of Geography and
Environmental Science
University of Southampton, UK

Gregory F. Grether, Ph.D.
Professor of Ecology and Evolutionary Biology
University of California, Los Angeles, CA

Julie Stromberg, Ph. D, Emeritus Professor
Arizona State University, Tempe AZ

Jed A Fuhrman, Ph. D
Department of Biological Sciences
University of Southern California, Los Angeles CA

Joseph A. Cook, Ph. D, Professor Biology
Director and Curator Mammals
University New Mexico, Albuquerque

Scott Hoffman Black, Ph. D, ED

The Xerces Society for Invertebrate Conservation
Portland, OR

Rob Mrowka, MS, Senior Scientist
Emeritus, Center for Biological Diversity
Tucson, AZ

Janet Marsden, Ph. D
Maxwell School of Citizenship and Public Affairs
Syracuse University, NY

William D. Anderson, Jr., Ph. D
College of Charleston
Charleston, South Carolina

Cara Nelson, Ph. D, Professor
Dept. Ecosystem and Conservation Sciences
University of Montana, Missoula

8

AR 28207

Jon Evans, Ph. D, Professor
Dept. Biology
The University of the South, Sewanee, TN

Phil Myers, Ph. D, Professor Emeritus
Curator, Museum of Zoology
Univ. of Michigan, Ann Arbor

Monica Bond, Ph. D
Wild Nature Institute
Concord, NH

Derek Lee, Ph. D
Wild Nature Institute
Concord, NH

Robin Salter, Ph.D., Professor Emeritus
Oberlin College, OH

Stacey Hamer, Ph. D, Professor Plant Biology
University of California, Davis

Jonathan J. Rhodes, Ph. D
Hydrologist, Planeto Azul Hydrology
Portland, OR

Carol J. Baskauf, Ph. D, Professor Biology
Austin Peay State University
Clarksville, TN

Craig W. Benkman, Ph. D, Professor
Department of Zoology & Physiology
University of Wyoming, Laramie

Robert L. Beschta, Ph. D, Emeritus Professor
Forest Ecosystems and Society
Oregon State University, Corvallis

Pepper Trail, Ph. D, Conservation Biologist
Ashland, OR

[i] https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fseprd710229
[ii] Lindenmayer, D.B. et al 2012. Global decline in large trees. Science 338:1305-1306. Lindenmayer, D.B. et al. 2013. New policies for old trees: averting a global crisis in a keystone ecological structure. Conservation Letters 7:61-69. Brandt, P et al 2014. Multifunctionality and biodiversity: ecosystem services in temperate rainforests of the Pacific Northwest. Biol Conserv. 169:362-371
[iii] Lindenmayer, D.B., et al. 2012. Ibid.
[iv] Lutz, J A et al 2018. Global importance of large diameter trees. Global Ecol Biogeogr:1-16
[v] Lindenmayer, D.B., et al. 2012. Ibid
[vi] Reeves, G.H. et al. 2006. The aquatic conservation strategy of the Northwest Forest Plan.
https://www.fs.usda.gov/treesearch/pubs/27229
[vii] Mackey, B 2014. Counting trees, carbon, and climate change. The Royal Statistical Society:19-23. Frey, S J K et al 2016. Spatial models reveal the microclimatic buffering capacity of old-growth forests. Sci Adv 2016:e1501392.
[viii] Mackey, B 2014. Ibid. Frey, S J K et al 2016. Ibid.
[ix] Lutz, J.A. et al. 2018. Ibid
[x] Frey, S J K et al 2016. Ibid
[xi] Maser, C., et al. 2008. Trees, truffles, and beasts: how forests function. Rutgers University Press, NJ. Available as online book purchase only. Davis, K. T., et al. 2019. Microclimatic buffering in forests of the future: the role of local water balance. Ecography 42:1–11.
[xii] Franklin, J.F. et al. 2000. Threads of continuity. Conservation Biology in Practice 1:9-16.
https://www.conservationmagazine.og/2000/07/threads-of-continuity/ (available online only).
[xiii] Swanson, M.E. et al. 2011. The forgotten stage of forest succession: early-successional ecosystems on forested sites. Frontiers in Ecology and Environment 9:117-125
[xiv] Law, B.E. et al. 2018. Land use strategies to mitigate climate change in carbon dense temperate forests. PNAS 115: 3663-3668
[xv] Griscom, B.W. et al. 2017. Natural climate solutions. PNAS 44:11645-11650.
[xvi] Moomaw, W.R. et al. 2019. Intact forests in the United States: proforestation mitigates climate change and serves the greatest good. Frontiers Forests and Global Change 11 June 2019 https://doi.org/10.3389/ffgc.2019.00027.

AR 28208

Biological Conservation 169 (2014) 362–371



Contents lists available at ScienceDirect

# Biological Conservation

journal homepage: www.elsevier.com/locate/biocon





# Multifunctionality and biodiversity: Ecosystem services in temperate rainforests of the Pacific Northwest, USA

Patric Brandt [a,b,*], David J. Abson [c], Dominick A. DellaSala [d], Robert Feller [b], Henrik von Wehrden [b,c]

[a] Karlsruhe Institute of Technology, Institute of Meteorology and Climate - Atmospheric Environmental Research, Kreuzeckbahnstraße 19, 82467 Garmisch-Partenkirchen, Germany
[b] Leuphana University Lüneburg, Centre for Methods & Institute of Ecology, Faculty of Sustainability, Scharnhorststr. 1, 21335 Lüneburg, Germany
[c] Leuphana University Lüneburg, FuturES Research Center, Scharnhorststr. 1, 21335 Lüneburg, Germany
[d] Geos Institute, 84-4th St., Ashland, OR 97520, USA

## ARTICLE INFO

*Article history:*
Received 1 August 2013
Received in revised form 30 October 2013
Accepted 2 December 2013
Available online xxxx

*Keywords:*
Biodiversity conservation
Ecosystem management
Ecosystem service diversity
Multifunctional ecosystems
Temperate rainforests

## ABSTRACT

Forests produce a myriad of ecosystem related benefits known as ecosystem services. Maximizing the provision of single goods may lead to the overexploitation of ecosystems that negatively affects biodiversity and causes ecosystem degradation. We analyzed the temperate rainforest region of the Pacific Northwest, which offers a multitude of ecosystem services and harbors unique biodiversity, to investigate linkages and trade-offs between ecosystem services and biodiversity. We mapped nine actual and potential ecosystem services, grouped into provision, supporting, regulating and cultural ecosystem service categories, as well as species richness of four taxonomic groups (mammals, birds, trees, and amphibians). We analyzed linkages and tradeoffs between ecosystem services, their overall diversity, and species richness as well as different levels of taxon diversity. We also tested if ecosystem service categories, in addition to climate and land cover parameters, could indicate species richness. We found significant positive linkages between ecosystem service diversity and species richness of all considered taxa. The provision of the majority of ecosystem services was higher in areas of high taxon diversity, indicating both positive relationships and slight trade-offs in maximizing single ecosystem services. In general, ecosystem service categories were a comparable indicator of species richness as climate. Our findings show that multifunctionality largely coincides with high levels of biodiversity within the study region. Hence, an integrative ecosystem management approach that incorporates ecosystem services and biodiversity concerns is needed to both provide diverse ecosystem benefits and conserve biological diversity.

© 2013 Elsevier Ltd. All rights reserved.

## 1. Introduction

Ecosystem services and biodiversity conservation have become the two dominant, and potentially conflicting (Bullock et al., 2011; Marrs et al., 2007; McShane et al., 2011) management aims in conservation science during the last decades. Ecosystem services are the numerous benefits people directly or indirectly appropriate from the functioning of ecological systems and provide the foundations for human well-being (Daily, 1997; Nelson et al., 2009). The ecosystem services concept combines resource use, ecosystem management – including adaptation to impacts of driving forces such as land use and climate change – and the valuation of nature (Maskell et al., 2013), making it a key concept that bridges social and ecological systems (Carpenter et al., 2009). Biodiversity is vital for maintaining ecosystem processes and functioning (Duffy, 2009; Hector and Bagchi, 2007). Its loss has been shown to cause ecosystem degradation (Hooper et al., 2012). Hence, biodiversity

is seen as essential requirement for the provisioning of ecosystem services (Diaz et al., 2006). Here it should be noted that as well as an instrumental value related to the provision of ecosystem services, the conservation of biodiversity is also a normative goal in its own right (Mace et al., 2012). Biodiversity conservation is therefore not solely contingent on the instrumental contribution to human well-being it may provide.

The increasing number of studies on the functional relationships between biodiversity and ecosystem services reveal mostly positive patterns (Gamfeldt et al., 2013; Hector and Bagchi, 2007; Maskell et al., 2013). However, many of these diversity-ecosystem services studies focus on a single facet of diversity such as one species group and a single ecosystem service, such as primary productivity (Costanza et al., 2007), pest control (Simon et al., 2010) or agricultural yields (Di Falco and Chavas, 2006). Managing an ecosystem for a single ecosystem service is potentially problematic as it may result in trade-offs in terms of associated biodiversity (Ingram et al., 2012; Ridder, 2008; Rodriguez et al., 2006) and thereby compromises conservation efforts. The interplay between the provision of multiple ecosystem services and biodiversity

---

\* Corresponding author. Tel.: +49 4131 677 1571.
*E-mail address:* patricbrandt@gmx.de (P. Brandt).

0006-3207/$ – see front matter © 2013 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.biocon.2013.12.003

AR 28209

*P. Brandt et al./Biological Conservation 169 (2014) 362–371*                                    363

represents an important knowledge gap (Geijzendorffer and Roche, 2013; Sircely and Naeem, 2012), potentially limiting our ability to effectively manage multifunctional landscapes for both ecosystem services provision and biodiversity conservation.

In this regard, it becomes vital to analyze ecosystems that are managed for diverse societal needs. Multifunctional ecosystems offer several services simultaneously to satisfy social, cultural, economic and environmental demands (O'Farrell et al., 2010). Hence, a diverse set of ecosystem services needs to be considered when assessing the relations between biodiversity conservation and ecosystem service provision in multifunctional ecosystems (Chan et al., 2006; Tallis and Polasky, 2009). This includes services that cannot be straightforwardly linked to specific ecosystem functions such as cultural services (Hernandez-Morcillo et al., 2013). Potential synergies between ecosystem services and biodiversity are expected, though they might vary across ecosystems and depend on the specific ecosystem services and aspects of biodiversity taken into consideration (Mace et al., 2012).

Forests are of immense global importance in delivering a myriad of benefits to humanity (Bonan, 2008; FAO, 2010; Schwenk et al., 2012). In particular, temperate rainforests represent an ecologically complex, unique ecosystem with high biodiversity importance, subjected to multiple human demands. We analyzed a region along the Pacific coastline of North America harboring the world's largest remaining extents of temperate rainforests (DellaSala, 2011). While currently offering a broad range of goods and services such as salmon (*Oncorhynchus* spp.), timber, water regulation and recreation, these rainforests are threatened by climate and land use changes (DellaSala, 2011; Fitzgerald et al., 2011).

We addressed three key questions to investigate linkages and trade-offs between ecosystem services and biodiversity across the temperate rainforest region of the Pacific Northwest: (1) How is ecosystem service diversity related to species richness across different taxonomic groups? (2) How are ecosystem services and their diversity linked to different diversity levels of the considered taxa? (3) In order to untangle the interrelations among the environment, ecosystem services and species richness we tested if the provision of ecosystem services, grouped by the millennium ecosystem service assessment (MA) categories, alongside environmental variables such as climate and land cover, indicate species richness. Here, we did not seek to explain the functional relations between biodiversity and ecosystem services categories. Rather, we described the patterns (Shmueli, 2010) between the types of ecosystem services provided, their diversity and biodiversity across the temperate rainforest region of the Pacific Northwest and discussed the implications of these patterns for multifunctional landscape management and conservation at a regional scale.

Recent studies focusing on the relationship between ecosystem services and biodiversity have taken a functional perspective and mostly considered limited ecosystem service categories such as provisioning or regulating services (e.g. Balvanera et al., 2006; Costanza et al., 2007; Schwenk et al., 2012) and single species groups such as plant species (e.g. Gamfeldt et al., 2013; Maskell et al., 2013; Tilman et al., 2012). By involving multiple taxa and multiple ecosystem services including supporting and cultural services, we aim to identify more comprehensive patterns relating ecosystem services to biodiversity.

Here we note that the direct quantification of ecosystem services is often problematic and that there might be considerable differences between the ecosystem services that potentially flow from a given ecosystem and the actual services that are appropriated at a given point in time. For example, timber harvest is an indicator for the appropriation of timber but provides limited information regarding the capacity of a given system to sustainably provide timber. Similarly it can be argued that benefits received

(i.e. the direct quantification of services) from physically appropriated goods such as timber must be related to how those physical goods contribute to human well-being (Fischer et al., 2009). Given the importance of both the actual appropriation and the potential capacity to supply ecosystem services and the difficulty in directly and accurately quantifying multiple ecosystem services across large spatial and temporal extents, we focus on the mapping of proxy datasets that indicate nine important potential and actual ecosystem services within the temperate rainforest region of the Pacific Northwest. The following proxy data for ecosystem services were modeled: timber harvest, salmon abundance, deer hunting, net primary productivity, carbon storage in vegetation, organic matter in soil, forest importance for drinking water supply, landscape aesthetics, and park visitation. These proxies for ecosystem services were grouped into the MA categories of provision, supporting, regulating, and cultural ecosystem services (MA, 2005). Biodiversity was quantified in terms of spatially explicit species richness data for higher taxa, including mammals, birds, trees and amphibians. Diversity metrics were derived for ecosystem services and the higher taxa. Subsequently, we computed univariate models to reveal the patterns between ecosystem service diversity and species richness. Potential and actual ecosystem services and their diversity were linked to the higher taxon diversity. Multivariate direct gradient analyses were performed to assess if the MA ecosystem service categories are able to indicate species richness in interaction with and untangled from environmental variables such as climate and land cover.

## 2. Materials and methods

### 2.1. Study area

The study area was based on the original coastal temperate rainforest extent of the Pacific Northwest region (DellaSala, 2011) that shows an overall high proportion of forest coverage. All US counties that intersect the original coastal rainforest extent, including a buffer of 15 km, were incorporated into the study area of 325,614 km$^2$. This broad extent was chosen to ensure that climate and land cover gradients are well represented. Due to limited data availability, coastal rainforest regions located in British Columbia and Alaska were excluded from our analyses. All metrics related to species richness, ecosystem services and environmental data were mapped at a resolution of approximately 8 × 8 km – 3997 grid cells in total. It is important to note that the study extent, while dominated by forests, encompasses a spatially heterogeneous matrix of different land uses that in turn create spatially heterogeneous patterns of ecosystem service provision and biodiversity. The study extent comprised 55% forest, 33% scrub-and grassland, 7% cultivated areas and 5% developed/urban regions. Public lands in this region are managed under the Northwest Forest Plan that governs ecosystem management and biodiversity conservation (DellaSala and Williams, 2006). However, non-federal landowners frequently focus on timber management as the primary ecosystem service. ARCGIS 10.1 was used for all geo-processing work.

### 2.2. Ecosystem service data

The proxy data used refer either to the actual goods or services people appropriate from nature, known as 'ecosystem services', or to the capacity of the ecosystem to deliver those goods and services to society, conceptualized here as 'potential ecosystem services' (Vira and Adams, 2009). The data were based on physical occurrence of actual and potential ecosystem services, rather than the monetary or non-monetary values associated with those services.

*P. Brandt et al. / Biological Conservation 169 (2014) 362–371*

All data were gathered from publically available datasets, further processed and linked to spatial data or were readily available in a spatially explicit format. We compiled GIS-layers indicating the nine potential and actual ecosystem services, which were also grouped into MA categories – i.e. provisioning, regulating, supporting, and cultural ecosystem services (MA, 2005). Detailed descriptions of the datasets and data sources can be found in the online appendix (Online appendix, Table A1).

### 2.2.1. Provisioning services
*2.2.1.1. Timber harvest.* Timber is one of the most prominent resources derived from forest ecosystems and has been intensively harvested from temperate rainforests in this region. This layer depicts the total volume of timber harvested in 2010 measured in thousands of board feet. Derived tabular data are based on the county level.

*2.2.1.2. Salmon abundance.* Salmon are an important economic and food resource for the entire coastal rainforest region in North America and they are the key for trophic dynamics and energy transfer (DellaSala, 2011). The salmon abundance data are based on observed (1998–2005) and modeled data at the watershed level (Pinsky et al., 2009). Watershed based data were normalized and then converted into gridded data.

*2.2.1.3. Deer hunting.* Hunting has been taking place for millennia across the coastal temperate rainforest region of North America (Schoonmaker et al., 1997). Hence, hunting can be considered as a traditional source of local food resources. This layer indicates overall deer hunting successes for 2010 measured in counted deer kills. Census data are obtained and mapped based on hunting management units defined by State Departments of Fish & Wildlife.

### 2.2.2. Supporting services
*2.2.2.1. Net primary productivity.* The Pacific coastal rainforests belong to the most productive ecosystems worldwide (DellaSala, 2011), and primary productivity is a key ecological function from which many direct, directly used, ecosystem services flow. Gridded information on NPP is derived from NASA's MODIS satellite data in a 10 km$^2$ grid cell resolution based on monthly values averaged for 2010 in gC m$^{-2}$ day$^{-1}$.

### 2.2.3. Regulating services
*2.2.3.1. Carbon storage in vegetation.* The storage of atmospheric carbon in biomass is essential to climate regulation and climate change mitigation. The coastal temperate rainforests in North America show high carbon densities compared to other forest ecosystems (DellaSala, 2011; Woodbury et al., 2007). Gridded data show total mean carbon content in vegetation for 1961–1990 and originate from outputs of the MC1 dynamic vegetation model (Bachelet et al., 2001a,b) in an 8.8 km$^2$ grid cell resolution.

*2.2.3.2. Organic matter in soil.* Organic matter strongly influences soil properties such as water retention, erodibility and fertility (Ontl and Schulte, 2012). Furthermore, soil represents a large carbon pool. The sequestration of atmospheric carbon in soil organic matter contributes to climate change mitigation (Lal, 2004). The data used indicates the total content of organic matter in soil expressed as percent by weight of the 2 mm soil fraction at the watershed level.

*2.2.3.3. Forest importance for drinking water supply.* Forests are known to serve as important regulators of drinking water, particularly in this region (DellaSala et al., 2011) This layer combines precipitation intensity, proportion of forests and population density per watershed and was derived from the USDA 'forests to faucets'

dataset (Barnes et al., 2009). We used these data as proxy for water regulation (Todd and Weidner, 2010).

### 2.2.4. Cultural services
*2.2.4.1. Landscape aesthetics.* The possibility to experience landscapes that are largely undisturbed by human pressure is usually accepted as a great benefit that ecological systems may offer in terms of recreation (Gobster et al., 2007). The compiled dataset consists of several spatial layers related to infrastructure such as roads, railroads and settlements, and natural elements such as lakes, rivers and forests that are undisturbed by human influences. All layers were weighted according to their naturalness. Terrain roughness was incorporated as proxy for physical landscape heterogeneity. Each layer was weighted either positively or negatively except for terrain roughness that was weighted based on three states, low roughness as negative, medium roughness as neutral and high roughness as positive. The resulted 'landscape aesthetics' layer is considered as a potential ecosystem service since the quantification of the actual cultural values associated with the landscapes of the study region was beyond the scope of our analysis.

*2.2.4.2. Park visitation.* State and national parks represent essential recreation areas in the US (Daniel et al., 2012), facilitating environmental education and sustainable tourism. We mapped the tabular park visitation data for 2010 on state and national parks, derived from the PAD-US protected area database (v. 1.2). Subsequently spatial data were aggregated on county level since most of the state parks do not match the working resolution and hence would not have been visible for the analyses. We used this dataset as proxy for the provision of space for recreation and cultural experiences.

All data based on unequally sized areas were normalized based on area. Thus, every layer refers to equal area units. For further analyses all potential and actual ecosystem service layers were transformed to a standardized scale based on their maximum values (Raudsepp-Hearne et al., 2010). Hence, all ecosystem service values range between 0 and 1.

### 2.3. Species data

Spatially explicit species richness data for higher taxa, including mammals (between 1 and 85 species recorded), birds (88–223 species), trees (1–50 species) and amphibians (2–38 species) were obtained as gridded layer from several resources (Online appendix, Table A2). For tree species, we compiled a richness layer through aggregating range polygon data (Little, 1978). Selected species groups represent major parts of the overall species diversity that exists across the Pacific coastal temperate rainforests and contain numerous species of economic, cultural and conservation importance. Reptiles, as a further terrestrial vertebrate group, were not included into the analyses since they are not well represented, nor particularly abundant, across the Pacific coastal temperate rainforests compared to other regions of their occurrence (Böhm et al., 2013).

### 2.4. Applied statistical approaches

All statistical analyses were undertaken using R 2.15, including the packages 'raster' (v. 2.1.12) for handling spatial data, 'car' (v. 2.0.16) for building generalized linear models (GLMs), 'spdep' (v. 0.5.56) for correcting autocorrelation patterns, 'vegan' (v. 2.0.6) to obtain diversity indices and to perform principal component analyses (PCAs) as well as redundancy analyses (RDAs).

P. Brandt et al./Biological Conservation 169 (2014) 362–371 365

### 2.4.1. Simpson diversity metrics

Diversity metrics were derived by using the Simpson diversity index for potential and actual ecosystem services (Raudsepp-Hearne et al., 2010) and higher taxa ranging between 0 (low diversity) and 1 (high diversity). The Simpson index is illustrated by the following formula:

$$D = 1 - \sum_{i=1}^{R} p^2 i$$

$R$ is the richness of taxa/ecosystem services and $p_i$ is the proportion of abundances for the $i$th taxon/ecosystem service.

The Simpson diversity measure takes abundances into account and equals the probability that two entities taken at random from the dataset represent the same type (Simpson, 1949). The Simpson diversity of higher taxonomic groups was used as biodiversity metric that is comparable to the Simpson diversity of ecosystem services. A color map was compiled illustrating the degree of spatial correspondence between the diversity metrics across the study area.

### 2.4.2. Univariate linkage modeling: ecosystem service diversity – species richness

In order to model the relationship between ecosystem service diversity and species richness, we chose a univariate model approach using GLMs (Crawley, 2007). Due to the non-normalized distribution of model residuals, we opted for GLMs with Poisson error structure. Species richness data were selected as dependent variables and ecosystem service diversity as independent variable since Poisson-GLMs require real count data. Hence, we follow a descriptive approach rather than explaining the causal relationship between biodiversity and ecosystem services. GLMs also included quadratic terms and were reduced based on the Akaike information criterion (AIC), to avoid overfitting (Sakamoto et al., 1986). Since model residuals revealed patterns of spatial autocorrelation, we applied spatial eigenvector filtering to incorporate spatial autocorrelation structures (Dray et al., 2006; Griffith and Peres-Neto, 2006). Spatial eigenvectors are derived from a neighborhood matrix spanning a distance of 100 km, which was chosen due to highest spatial autocorrelation values within that distance. The number of incorporated spatial eigenvectors was based on Moran's I significance values for each GLM. Eigenvectors were included until they exceeded a significant Moran's I value ($p < 0.05$).

### 2.4.3. Ordination techniques: ecosystem service categories, land cover and climate – species richness

A multivariate direct gradient analysis was applied to investigate the proportion of species richness variances captured by potential as well as actual ecosystem services grouped into the MA categories and environmental variables. Initial analyses of data distribution and gradient lengths showed that linear models are a correct general assumption for our data. Hence we used a PCA to reduce multicollinearity inherent to the climatic parameters applied and a partially constrained RDA as overall multivariate model (Legendre and Legendre, 2012) to partition the explained variance of four different variable groups, such as potential and actual ecosystem services for each MA category, 'climate', 'land cover' and 'geography'. Species richness data from the considered taxonomic groups served as response variables and were subjected to Hellinger transformations as proposed for analyzing heterogeneous community datasets (Legendre and Gallagher, 2001). Climatic data were derived by performing a PCA, including 19 BIOCLIM variables that were obtained as downscaled spatial grids in a 2.5 arc-min resolution (Hijmans et al., 2005). The PCA scores from the first two principal components were extracted and subsequently used as 'climate' variable group for the RDAs (Hanspach et al., 2011). Land cover data were derived from the USGS land use survey 2006 comprising 16 land cover classes, including developed, forested, cultivated, wetland, herbaceous, scrubland and barren land cover types at a grid cell resolution of 30 meters. The original dataset was spatially downscaled to match the working resolution. To account for spatial autocorrelation effects, we defined latitude and longitude as a further variable group named 'geography'.

## 3. Results

### 3.1. Ecosystem service diversity and species richness

The compiled spatial layers of potential as well as actual ecosystem services, the derived Simpson diversity metrics of the considered taxa and ecosystem services varied across the study area (Fig. 1). The diversity of taxa and the diversity of ecosystem services were highly correlated, indicated by Spearman's rho = 0.719 ($p < 0.001$). Species richness maps for mammals, birds, trees and amphibians are shown in online appendix (Fig. A1).

Ecosystem service diversity showed significant positive interactions with the richness of mammal, bird, tree, and amphibian



**Fig. 1.** Spatial distribution of nine potential and actual ecosystem services as well as the Simpson diversity of considered taxa and ecosystem services across the coastal temperate rainforest region of the Pacific Northwest, USA.

*P. Brandt et al. / Biological Conservation 169 (2014) 362–371*



Fig. 2. GLM results for linkages between ecosystem service diversity and mammal, bird, tree, and amphibian richness. Incorporated spatial eigenvectors were kept at mean level. Light gray areas indicate the 95% confidence intervals of prediction errors (ED = explained deviance).



Fig. 3. Potential and actual ecosystem services for three levels of overall Simpson diversity of considered taxa (low = 0.335–0.514, mid = 0.514–0.573, high = 0.573–0.634). Grouping maintained equal sample sizes within each level. A Wilcoxon rank sum test was performed to assess the mean differences between Simpson diversity levels (p < 0.001). P-values were Bonferroni corrected to account for multiple testing.



Fig. 4. (a) Ecosystem service diversity for three levels of overall Simpson diversity of the four considered taxonomic groups (low = 0.335–0.514, mid = 0.514–0.573, high = 0.573–0.634). Grouping maintained equal sample sizes within each level. A Wilcoxon rank sum test was performed to assess the mean differences between Simpson diversity levels (p < 0.001). P-values were Bonferroni corrected to account for multiple testing. (b) Spatial correspondence between ecosystem service diversity and diversity of considered taxa. Mapped pixel colors were assigned based on an RGB color space defined by ecosystem service diversity on the x-axis and diversity of four considered taxa on the y-axis.

AR 28213



**Fig. 5.** Ecosystem service diversity (a) and diversity of considered taxa (b) for three pooled land cover types: forests, scrub- and grasslands, and cultivated areas. Developed land cover types were excluded due to minor relevance for the provisioning of analyzed ecosystem services.

species (Fig. 2, $p < 0.001$). Mammal and bird species richness increased linearly with higher ecosystem service diversity (Fig. 2a and b), tree richness showed a sigmoidal relationship indicating a saturation effect of tree species richness at the highest levels of ecosystem service diversity (Fig. 2c). Amphibian richness increased steeply with elevated ecosystem service diversity (Fig. 2d). The GLM on mammal richness had the highest model fit expressed as explained deviance (ED = 0.901), the model that considered amphibian richness the lowest (ED = 0.763).

### 3.2. Ecosystem services and taxon diversity

Higher values of ecosystem services were related to higher levels of the overall Simpson taxon diversity for most of the applied potential and actual ecosystem services across all MA categories (Fig. 3). However, salmon abundance, soil organic matter and park visitation differed from that pattern, indicating trade-offs between maxima of single ecosystem services and diversity of involved taxa. No pronounced ecosystem service gradient could be detected based on a PCA, including all modeled ecosystem services (not shown). The first two PCA axes together explained 46% of the overall variance.

Higher ecosystem service diversity was significantly linked to elevated taxon diversity (Fig. 4a, $p < 0.001$). However, less pronounced differences between medium and high levels of taxon diversity suggested a nonlinear relationship resulting in a saturation effect for ecosystem service diversity in areas of high taxon diversity. High spatial correspondence between ecosystem service diversity and the diversity of included taxa was shown within coastal temperate rainforest regions throughout most of the Pacific Northwest (Fig. 4b).

### 3.3. Ecosystem service categories as indicators for species richness

To assess both the distribution of ecosystem service diversity and the diversity of higher taxa for major land cover types, we pooled the detailed land cover types into three groups, namely, 'forests', 'scrub- and grasslands', and 'cultivated areas'. Highest diversity values for ecosystem services as well as considered taxa were significantly higher for forests (Fig. 5a and b, $p < 0.05$). Groups differed significantly as assessed through a one-way analysis of



**Fig. 6.** RDA variance partitioning results for species richness including mammals, birds, trees and amphibians separately indicated by different ecosystem service categories: (a) provisioning, (b) supporting, (c) regulating, (d) cultural and (e) all potential and actual ecosystem services, climate, land cover (circles) and geography (rectangle). Displayed values show captured variances as adjusted $R^2$ for all single (non-overlapping parts of circles and the rectangle) and combined effects (overlapping parts of circles and the rectangle).

*P. Brandt et al. / Biological Conservation 169 (2014) 362–371*

variance and a subsequent paired *t*-test ($p < 0.05$). P-values were Bonferroni corrected to account for multiple testing.

Constrained RDAs revealed that ecosystem service categories significantly indicated species richness in a comparable magnitude of land cover and climate (Fig. 6, $p < 0.001$). Among the RDAs that were fitted with single ecosystem service categories, the RDA with regulating services showed the lowest model error (Fig. 6c, residuals = 0.36) and the one that included cultural services the highest error (Fig. 6d, residuals = 0.41). The RDA incorporating the entire set of potential and actual ecosystem services as variable group showed the lowest model error among all RDAs (Fig. 6e, residuals = 0.32). However, for the majority of RDAs the climatic space was, after geography, the variable group that captured most of the species richness variances. This reflected both the prevailing climatic gradient that shapes diversity patterns across the temperate rainforests of the Pacific Northwest and an inherent autocorrelation pattern. Focusing on interactions between variable groups the climate-geography interactions showed the strongest effects followed by the ecosystem service category–climate interactions.

## 4. Discussion

### 4.1. Ecosystem service diversity and species richness

We found broad, positive relationships between ecosystem service diversity and species richness. Such a pattern confirms the findings of Egoh et al. (2009) who illustrated a spatial congruency between ecosystem services and biological diversity in South Africa. No trade-offs were observed in our study between ecosystem service diversity and species richness. Other studies reported both trade-offs and concordances between ecosystem service hotspots and biodiversity or its conservation (Chan et al., 2006; Turner et al., 2007). Our results clearly show that high levels of biodiversity are found in areas that provide diverse actual and potential ecosystem services across the coastal temperate rainforest region of the Pacific Northwest. This pattern was also apparent when all considered taxa were combined to one diversity index, particularly within the original coastal temperate rainforest boundaries. Though, some minor areas showed a contrasting pattern of low biodiversity but high ecosystem service diversity. These scattered areas were mostly distributed at the inland edges of our study region indicating transition zones to other ecosystems that might start to harbor different species inventories not included in our study.

Saturation effects were revealed for tree species and overall taxon diversity suggesting that further ecosystem service increases in regions of highly diverse ecosystem service provision coincide with marginally higher biodiversity levels. This might relate to redundancies of present species in terms of the necessary ecosystem functions that are required to maintain considered ecosystem services (Duffy, 2009; Hector and Bagchi, 2007). Notwithstanding, including more services and thus more ecosystem functions would probably incorporate more biodiversity needed to sustain these functions (Gamfeldt et al., 2008). Moreover, biodiversity reduces the vulnerability of ecosystems to disturbances, serving both as a backup for functional degradation and to ensure diverse and fast responses to perturbations hence improving overall ecosystem resilience (Mori et al., 2013).

### 4.2. Ecosystem services and their diversity for different levels of taxon diversity

The majority of our results indicate positive relationships between single ecosystem services included and the overall diversity of the considered taxa. Similar patterns are found in recent studies (Balvanera et al., 2006; Schneiders et al., 2012), in particular for

productivity and biodiversity (Gamfeldt et al., 2013; Tilman et al., 2012) – though Costanza et al. (2007) found a temperature dependent relationship. The relation between timber harvest and taxon diversity was most surprising and probably, in part, resulted from a scale artifact inherent to the data used. It is important to note here that the established relationships do not imply causality. Yet, intense forest management is usually considered to have negative impacts on biodiversity (Bengtsson et al., 2000). The data used in our study did not include any information on how the forests are managed for timber harvest on a local scale. Hence, it is beyond the scope of our analyses to assess the effects of forest practices on biodiversity patterns.

Despite the largely positive patterns found, a few trade-offs were noticeable in our results. Salmon abundance, soil organic matter and park visitation were highest in areas with moderate levels of taxon diversity. Non-supporting patterns or trade-offs among ecosystem services are postulated (Bennett et al., 2009) and reported on a regional (Raudsepp-Hearne et al., 2010), continental (Haines-Young et al., 2012) and global scale (Naidoo et al., 2008). Though, in our case, no clear trade-offs among the studied ecosystem services could be detected.

### 4.3. Ecosystem service categories as indicators for species richness

Both, ecosystem service diversity and taxon diversity were highest in forested extents within the study region. Although the differences among land cover types were only marginal, it suggests that forests provide conditions most suited for supplying ecosystem services and biodiversity.

Using a multivariate approach, including the nine actual and potential ecosystem services grouped into MA categories as well as environmental variables showed that the different MA ecosystem service categories indicated species richness of the four different taxa in a comparable magnitude to climate and land cover. The capability of all ecosystem service categories, in interaction with climate, to indicate species richness illustrates that a management focusing on multiple ecosystem-based benefits and the current climatic conditions are synergistic for both ecosystem services and biodiversity. These findings support the idea that the ecosystem service approach could be used to monitor and manage biodiversity (Egoh et al., 2009). However, cultural services showed an overall weak link, probably due to the most indirect relationship to richness for instance compared to the considered regulating ecosystem services. Nevertheless, the management of ecosystems based on providing a diversity of ecosystem services might have co-benefits in terms of biodiversity conservation.

### 4.4. Ecosystem service approach and multifunctional ecosystems

Temperate rainforests of the Pacific Northwest simultaneously offer a multitude of ecosystem-based benefits. We were able to show that such a multifunctional ecosystem might serve as indicator of biodiversity and its conservation while delivering important goods and services to society. Our results are restricted to one region and spatial scale as well as one point in time. Thus, extrapolating these results to other regions featuring different ecosystem properties and species should be done with considerable caution. However, high biodiversity levels in multifunctional landscapes also have been shown before for areas with heterogeneous land use or agricultural regions (O'Farrell et al., 2010; Schneiders et al., 2012; Sircely and Naeem, 2012). Managing for multiple ecosystem services may also create conditions for higher levels of biodiversity. Given the co-occurrence of biodiversity and diverse ecosystem service provision, we suggest that biodiversity conservation should be integrated into the management of

AR 28215

*P. Brandt et al. / Biological Conservation 169 (2014) 362–371*                369

multifunctional ecosystems and not only take place in areas explicitly designated for conservation.

*4.5. Threats to ecosystem services and biodiversity: land use and climate change*

North America's temperate rainforests are fragmented by logging, road building, and other human disturbances (DellaSala, 2011). Coinciding biodiversity loss and the degradation of ecosystem functions are expected due to habitat fragmentation and increasing land use intensity (Foley et al., 2005). However, sustainable trajectories of land use changes and restoration efforts have been positively linked to ecosystem service provision and biodiversity conservation (Nelson et al., 2009; Rey Benayas et al., 2009).

Ecosystem services in this region are threatened by a changing climate regime and projected vegetation shifts in Western North America (Wang et al., 2012). Dominant tree species and vegetation types in our study area are predicted to shift substantially until the end of the 21st century (Coops and Waring, 2011; Gonzalez et al., 2010; McKenney et al., 2007), probably detrimentally affecting both current ecosystem service and biodiversity patterns. Hence, an adaptive ecosystem management approach is needed to mitigate estimated impacts.

## 5. Conclusions

Our results confirm that multifunctional landscapes, here largely covered by temperate rainforests, co-occur with high levels of biodiversity. Thus, the management of ecosystem services should not substitute, but rather incorporate, biodiversity conservation since the two concepts are interdependently related through maintaining the functioning of ecosystems on the one hand and the management for goods and services on the other hand (Ingram et al., 2012; Mace et al., 2012). Based on our results, we derive the following management and research recommendations for the coastal temperate rainforest region across the Pacific Northwest.

1. The concepts of ecosystem services and biodiversity are not only linked, they act in concert. Based on our analysis, an integrative approach of ecosystem management that incorporates both ecosystem services and biodiversity is indeed beneficial in providing goods and services to society while maintaining biodiversity. We therefore support the perspective that multifunctional ecosystems should become a key for sustainable ecosystem management in this region, particularly in a way that optimizes land-use and strives for compatibility in management among different ecosystem services.
2. Our findings generally show that land managers who are interested in the provisioning of diverse ecosystem services are also able to maintain biodiversity. For instance, large landscape level management efforts inherent to the Northwest Forest Plan (DellaSala and Williams, 2006) represent approaches in which ecosystem management and biodiversity conservation on public lands are capable to produce multiple ecosystem benefits and, hence, help to maintain multifunctionality.
3. Research at finer spatial scales, incorporating time series data and information on how local forest management practices determine possible relationships between timber harvest, other ecosystem services and biodiversity would be useful for our study region. Standardized surveys and sampling protocols are required and data on socio-economical dynamics and ecosystem service valuations should be linked to assess the compatibility of (potentially competing) provisioning ecosystem services at the local and regional scale. Scenario driven analyses

(Carpenter et al., 2006; Nelson et al., 2009) that consider climate and land-use changes are necessary since they may offer valuable insights about possible future trajectories of biodiversity and ecosystem service patterns in this region.

## Acknowledgements

We thank the Leuphana University Lüneburg for providing the project fund. We are also very grateful to all governmental and non-governmental organizations that made available the data needed for our analyses. Finally we thank Pascal Fust for his contribution to the manuscript.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found, in the online version, at http://dx.doi.org/10.1016/j.biocon.2013.12.003.

## References

Bachelet, D., Lenihan, J.M., Daly, C., Neilson, R.P., Ojima, D.S., Parton, W.J., 2001a. MC1: A Dynamic Vegetation Model for Estimating the Distribution of Vegetation and Associated Ecosystem Fluxes of Carbon, Nutrients, and Water. Technical Documentation. Version 1.0.

Bachelet, D., Neilson, R.P., Lenihan, J.M., Drapek, R.J., 2001b. Climate change effects on vegetation distribution and carbon budget in the United States. Ecosystems 4, 164–185.

Balvanera, P., Pfisterer, A.B., Buchmann, N., He, J.S., Nakashizuka, T., Raffaelli, D., Schmid, B., 2006. Quantifying the evidence for biodiversity effects on ecosystem functioning and services. Ecol. Lett. 9, 1146–1156.

Barnes, M., Todd, A., Whitney, L.R., Barten, P., 2009. Forests, Water and People: Drinking water supply and forest lands in the Northeast and Midwest United States.

Benayas, J.M.R., Newton, A.C., Diaz, A., Bullock, J.M., 2009. Enhancement of biodiversity and ecosystem services by ecological restoration: a meta-analysis. Science 325, 1121–1124.

Bengtsson, J., Nilsson, S.G., Franc, A., Menozzi, P., 2000. Biodiversity, disturbances, ecosystem function and management of European forests. For. Ecol. Manage. 132, 39–50.

Bennett, E.M., Peterson, G.D., Gordon, L.J., 2009. Understanding relationships among multiple ecosystem services. Ecol. Lett. 12, 1394–1404.

Böhm, M., Collen, B., Baillie, J.E.M., Bowles, P., Chanson, J., Cox, N., Hammerson, G., Hoffmann, M., Livingstone, S.R., Ram, M., Rhodin, A.G.J., Stuart, S.N., van Dijk, P.P., Young, B.E., Afuang, L.E., Aghasyan, A., García, A., Aguilar, C., Ajtic, R., Akarsu, F., Alencar, L.R.V., Allison, A., Ananjeva, N., Anderson, S., Andrén, C., Ariano-Sánchez, D., Arredondo, J.C., Auliya, M., Austin, C.C., Avci, A., Baker, P.J., Barreto-Lima, A.F., Barrio-Amorós, C.L., Basu, D., Bates, M.F., Batistella, A., Bauer, A., Bennett, D., Böhme, W., Broadley, D., Brown, R., Burgess, J., Captain, A., Carreira, S., Castañeda, M.D.R., Castro, F., Catenazzi, A., Cedeño-Vázquez, J.R., Chapple, D.G., Cheylan, M., Cisneros-Heredia, D.F., Cogalniceanu, D., Cogger, H., Corti, C., Costa, G.C., Couper, P.J., Courtney, T., Crnobrnja-Isailovic, J., Crochet, P.-A., Crother, B., Cruz, F., Daltry, J.C., Daniels, R.J.R., Das, I., de Silva, A., Diesmos, A.C., Dirksen, L., Doan, T.M., Dodd Jr., C.K., Doody, J.S., Dorcas, M.E., Duarte de Barros Filho, J., Egan, V.T., El Mouden, E.H., Embert, D., Espinoza, R.E., Fallabrino, A., Feng, X., Feng, Z.-J., Fitzgerald, L., Flores-Villela, O., França, F.G.R., Frost, D., Gadsden, H., Gamble, T., Ganesh, S.R., Garcia, M.A., García-Pérez, J.E., Gatus, J., Gaulke, M., Geniez, P., Georges, A., Gerlach, J., Goldberg, S., Gonzalez, J.-C.T., Gower, D.J., Grant, T., Greenbaum, E., Grieco, C., Guo, P., Hamilton, A.M., Hare, K., Hedges, S.B., Heideman, N., Hilton-Taylor, C., Hitchmough, R., Hollingsworth, B., Hutchinson, M., Ineich, I., Iverson, J., Jaksic, F.M., Jenkins, R., Joger, U., Jose, R., Kaska, Y., Kaya, U., Keogh, J.S., Köhler, G., Kuchling, G., Kumlutas, Y., Kwet, A., La Marca, E., Lamar, W., Lane, A., Lardner, B., Latta, C., Latta, G., Lau, M., Lavin, P., Lawson, D., LeBreton, M., Lehr, E., Limpus, D., Lipczynski, N., Lobo, A.S., López- Luna, M.A., Luiselli, L., Lukoschek, V., Lundberg, M., Lymberakis, P., Macey, R., Magnusson, W.E., Mahler, D.L., Malhotra, A., Mariaux, J., Maritz, B., Marques, O.A.V., Márquez, R., Martins, M., Masterson, G., Mateo, J.A., Mathew, R., Mathews, N., Mayer, G., McCranie, J.R., Measey, G.J., Mendoza-Quijano, F., Menegon, M., Métrailler, S., Milton, D.A., Montgomery, C., Morato, S.A.A., Mott, T., Muñoz-Alonso, A., Murphy, J., Nguyen, T.Q., Nilson, G., Nogueira, C., Núñez, H., Orlov, N., Ota, H., Ottenwalder, J., Papenfuss, T., Pasachnik, S., Passos, P., Pauwels, O.S.G., Pérez-Buitrago, N., Pérez-Mellado, V., Pianka, E.R., Pleguezuelos, J., Pollock, C., Ponce-Campos, P., Powell, R., Pupin, F., Quintero Díaz, G.E., Radder, R., Ramer, J., Rasmussen, A.R., Raxworthy, C., Reynolds, R., Richman, N., Rico, E.L., Riservato, E., Rivas, G., da Rocha, P.L.B., Rödel, M.-O., Rodríguez Schettino, L., Roosenburg, W.M., Ross, J.P., Sadek, R., Sanders, K., Santos-Barrera, G., Schleich, H.H., Schmidt, B.R., Schmitz, A., Sharifi, M., Shea, G., Shi, H.-T., Shine, R., Sindaco, R., Slimani, T., Somaweera, R., Spawls, S., Stafford, P., Stuebing, R., Sweet, S., Sy, E., Temple, H.J., Tognelli, M.F., Tolley, K.,

AR 28216

P. Brandt et al. / Biological Conservation 169 (2014) 362–371

Tolson, P.J., Tuniyev, B., Tuniyev, S., Üzüm, N., van Buurt, G., Van Sluys, M., Velasco, A., Vences, M., Vesely, M., Vinke, S., Vinke, T., Vogel, G., Vogrin, M., Vogt, R.C., Wearn, O.R., Werner, Y.L., Whiting, M.J., Wiewandt, T., Wilkinson, J., Wilson, B., Wren, S., Zamin, T., Zhou, K., Zug, G., 2013. The conservation status of the world's reptiles. Biol. Conserv. 157, 372–385.

Bonan, G.B., 2008. Forests and climate change: forcings, feedbacks, and the climate benefits of forests. Science 320, 1444–1449.

Bullock, J.M., Aronson, J., Newton, A.C., Pywell, R.F., Rey-Benayas, J.M., 2011. Restoration of ecosystem services and biodiversity: Conflicts and opportunities. Trends Ecol. Evol. 26, 541–549.

Carpenter, S.R., Bennett, E.M., Peterson, G.D., 2006. Scenarios for ecosystem services: an overview. Ecol. Soc. 11.

Carpenter, S.R., Mooney, H.A., Agard, J., Capistrano, D., DeFries, R.S., Diaz, S., Dietz, T., Duraiappah, A.K., Oteng-Yeboah, A., Pereira, H.M., Perrings, C., Reid, W.V., Sarukhan, J., Scholes, R.J., Whyte, A., 2009. Science for managing ecosystem services: beyond the millennium ecosystem assessment. Proc. Natl. Acad. Sci. USA 106, 1305–1312.

Chan, K.M.A., Shaw, M.R., Cameron, D.R., Underwood, E.C., Daily, G.C., 2006. Conservation planning for ecosystem services. Plos Biol. 4, 2138–2152.

Coops, N.C., Waring, R.H., 2011. Estimating the vulnerability of fifteen tree species under changing climate in Northwest North America. Ecol. Model. 222, 2119–2129.

Costanza, R., Fisher, B., Mulder, K., Liu, S., Christopher, T., 2007. Biodiversity and ecosystem services: a multi-scale empirical study of the relationship between species richness and net primary production. Ecol. Econom. 61, 478–491.

Crawley, M.J., 2007. The R Book. John Wiley & Sons, West Sussex.

Daily, G., 1997. Nature's Services: Societal Dependence on Natural Ecosystems. Island Press, Washington DC.

Daniel, T.C., Muhar, A., Arnberger, A., Aznar, O., Boyd, J.W., Chan, K.M.A., Costanza, R., Elmqvist, T., Flint, C.G., Gobster, P.H., Gret-Regamey, A., Lave, R., Muhar, S., Penker, M., Ribe, R.G., Schauppenlehner, T., Sikor, T., Soloviy, I., Spierenburg, M., Taczanowska, K., Tam, J., von der Dunk, A., 2012. Contributions of cultural services to the ecosystem services agenda. Proc. Natl. Acad. Sci. USA 109, 8812–8819.

DellaSala, D.A., 2011. Temperate and Boreal Rainforests of the World: Ecology and Conservation. Island Press, Washington DC.

DellaSala, D.A., Williams, J.E., 2006. Special section: the northwest forest plan: a global model of forest management in contentious times. Conserv. Biol. 20, 274–276.

DellaSala, D.A., Karr, J.R., Olson, D.M., 2011. Roadless areas and clean water. J. Soil Water Conserv. 66, 78A–84A.

Di Falco, S., Chavas, J.P., 2006. Crop genetic diversity, farm productivity and the management of environmental risk in rainfed agriculture. Eur. Rev. Agric. Econom. 33, 289–314.

Diaz, S., Fargione, J., Chapin, F.S., Tilman, D., 2006. Biodiversity loss threatens human well-being. Plos Biol. 4, 1300–1305.

Dray, S., Legendre, P., Peres-Neto, P.R., 2006. Spatial modelling: a comprehensive framework for principal coordinate analysis of neighbour matrices (PCNM). Ecol. Model. 196, 483–493.

Duffy, J.E., 2009. Why biodiversity is important to the functioning of real-world ecosystems. Front. Ecol. Environ. 7, 437–444.

Egoh, B., Reyers, B., Rouget, M., Bode, M., Richardson, D.M., 2009. Spatial congruence between biodiversity and ecosystem services in South Africa. Biol. Conserv. 142, 553–562.

Nations, F.a.A.O.o.t.U., 2010. Global Forest Resources Assessment 2010, Main report, Rome.

Fischer, B., Turner, R.K., Morling, P., 2009. Defining and classifying ecosystem services for decision making. Ecol. Econom. 68, 643–653.

Fitzgerald, J., DellaSala, D.A., McNeely, J., Grumbine, E., 2011. A global strategy for rainforests in the era of climate change. In: DellaSala, D.A. (Ed.), Temperate and Boreal Rainforests of the World: Ecology and Conservation. Island Press, Washington DC, pp. 260–274.

Foley, J.A., DeFries, R., Asner, G.P., Barford, C., Bonan, G., Carpenter, S.R., Chapin, F.S., Coe, M.T., Daily, G.C., Gibbs, H.K., Helkowski, J.H., Holloway, T., Howard, E.A., Kucharik, C.J., Monfreda, C., Patz, J.A., Prentice, I.C., Ramankutty, N., Snyder, P.K., 2005. Global consequences of land use. Science 309, 570–574.

Gamfeldt, L., Hillebrand, H., Jonsson, P.R., 2008. Multiple functions increase the importance of biodiversity for overall ecosystem functioning. Ecology 89, 1223–1231.

Gamfeldt, L., Snall, T., Bagchi, R., Jonsson, M., Gustafsson, L., Kjellander, P., Ruiz-Jaen, M.C., Froberg, M., Stendahl, J., Philipson, C.D., Mikusinski, G., Andersson, E., Westerlund, B., Andren, H., Moberg, F., Moen, J., Bengtsson, J., 2013. Higher levels of multiple ecosystem services are found in forests with more tree species. Nat. Commun. 4.

Geijzendorffer, I.R., Roche, P.K., 2013. Can biodiversity monitoring schemes provide indicators for ecosystem services? Ecol. Indicators 33, 148–157.

Gobster, P.H., Nassauer, J.I., Daniel, T.C., Fry, G., 2007. The shared landscape: what does aesthetics have to do with ecology? Landscape Ecol. 22, 959–972.

Gonzalez, P., Neilson, R.P., Lenihan, J.M., Drapek, R.J., 2010. Global patterns in the vulnerability of ecosystems to vegetation shifts due to climate change. Global Ecol. Biogeogr. 19, 755–768.

Griffith, D.A., Peres-Neto, P.R., 2006. Spatial modeling in ecology: the flexibility of eigenfunction spatial analyses. Ecology 87, 2603–2613.

Haines-Young, R., Potschin, M., Kienast, F., 2012. Indicators of ecosystem service potential at European scales: mapping marginal changes and trade-offs. Ecol. Indicators 21, 39–53.

Hanspach, J., Kuhn, I., Schweiger, O., Pompe, S., Klotz, S., 2011. Geographical patterns in prediction errors of species distribution models. Global Ecol. Biogeogr. 20, 779–788.

Hector, A., Bagchi, R., 2007. Biodiversity and ecosystem multifunctionality. Nature 448, 188–U186.

Hernandez-Morcillo, M., Plieninger, T., Bieling, C., 2013. An empirical review of cultural ecosystem service indicators. Ecol. Indicators 29, 434–444.

Hijmans, R.J., Cameron, S.E., Parra, J.L., Jones, P.G., Jarvis, A., 2005. Very high resolution interpolated climate surfaces for global land areas. Int. J. Climatol. 25, 1965–1978.

Hooper, D.U., Adair, E.C., Cardinale, B.J., Byrnes, J.E.K., Hungate, B.A., Matulich, K.L., Gonzalez, A., Duffy, J.E., Gamfeldt, L., O'Connor, M.I., 2012. A global synthesis reveals biodiversity loss as a major driver of ecosystem change. Nature 486, U105–U129.

Ingram, J.C., Redford, K.H., Watson, J.E.M., 2012. Applying Ecosystem Services Approaches for Biodiversity Conservation: Benefits and Challenges. S.A.P.I.EN.S 5, pp. 1–10.

Lal, R., 2004. Soil carbon sequestration impacts on global climate change and food security. Science 304, 1623–1627.

Legendre, P., Gallagher, E.D., 2001. Ecologically meaningful transformations for ordination of species data. Oecologia 129, 271–280.

Legendre, P., Legendre, L., 2012. Numerical Ecology. Elsevier Science BV, Amsterdam.

Little, E.L., Jr, 1978. Atlas of United States trees. Department of Agriculture Miscellaneous Publication 1361.

MA, 2005. Millennium Ecosystem Assessment. Ecosystems and Human Well-being: Synthesis, Washington DC.

Mace, G.M., Norris, K., Fitter, A.H., 2012. Biodiversity and ecosystem services: a multilayered relationship. Trends Ecol. Evol. 27, 19–26.

Marrs, R.H., Galtress, K., Tong, C., Cox, E.S., Blackbird, S.J., Heyes, T.J., Pakeman, R.J., Le Duc, M.G., 2007. Competing conservation goals, biodiversity or ecosystem services: element losses and species recruitment in a managed moorland-bracken model system. J. Environ. Manage. 85, 1034–1047.

Maskell, L.C., Crowe, A., Dunbar, M.J., Emmett, B., Henrys, P., Keith, A.M., Norton, L.R., Scholefield, P., Clark, D.B., Simpson, I.C., Smart, S.M., 2013. Exploring the ecological constraints to multiple ecosystem service delivery and biodiversity. J. Appl. Ecol. 50, 561–571.

Mckenney, D.W., Pedlar, J.H., Lawrence, K., Campbell, K., Hutchinson, M.F., 2007. Potential impacts of climate change on the distribution of North American trees. Bioscience 57, 939–948.

McShane, T.O., Hirsch, P.D., Trung, T.C., Songorwa, A.N., Kinzig, A., Monteferri, B., Mutekanga, D., Thang, H.V., Dammert, J.L., Pulgar-Vidal, M., Welch-Devine, M., Brosius, J.P., Coppolillo, P., O'Connor, S., 2011. Hard choices: making trade-offs between biodiversity conservation and human well-being. Biol. Conserv. 144, 966–972.

Mori, A.S., Furukawa, T., Sasaki, T., 2013. Response diversity determines the resilience of ecosystems to environmental change. Biol. Rev. 88, 349–364.

Naidoo, R., Balmford, A., Costanza, R., Fisher, B., Green, R.E., Lehner, B., Malcolm, T.R., Ricketts, T.H., 2008. Global mapping of ecosystem services and conservation priorities. Proc. Natl. Acad. Sci. USA 105, 9495–9500.

Nelson, E., Mendoza, G., Regetz, J., Polasky, S., Tallis, H., Cameron, D.R., Chan, K.M.A., Daily, G.C., Goldstein, J., Kareiva, P.M., Lonsdorf, E., Naidoo, R., Ricketts, T.H., Shaw, M.R., 2009. Modeling multiple ecosystem services, biodiversity conservation, commodity production, and tradeoffs at landscape scales. Front. Ecol. Environ. 7, 4–11.

O'Farrell, P.J., Reyers, B., Le Maitre, D.C., Milton, S.J., Egoh, B., Maherry, A., Colvin, C., Atkinson, D., De Lange, W., Blignaut, J.N., Cowling, R.M., 2010. Multi-functional landscapes in semi arid environments: implications for biodiversity and ecosystem services. Landscape Ecol. 25, 1231–1246.

Ontl, T.A., Schulte, L.A., 2012. Soil carbon storage. Nat. Education Knowledge 3, 35.

Pinsky, M.L., Springmeyer, D.B., Goslin, M.N., Augerot, X., 2009. Range-wide selection of catchments for pacific salmon conservation. Conserv. Biol. 23, 680–691.

Raudsepp-Hearne, C., Peterson, G.D., Bennett, E.M., 2010. Ecosystem service bundles for analyzing tradeoffs in diverse landscapes. Proc. Natl. Acad. Sci. USA 107, 5242–5247.

Ridder, B., 2008. Questioning the ecosystem services argument for biodiversity conservation. Biodiv. Conserv. 17, 781–790.

Rodriguez, J.P., Beard, T.D., Bennett, E.M., Cumming, G.S., Cork, S.J., Agard, J., Dobson, A.P., Peterson, G.D., 2006. Trade-offs across space, time, and ecosystem services. Ecol. Soc. 11.

Sakamoto, Y., Ishiguro, M., Kitagawa, G., 1986. Akaike Information Criterion Statistics. D. Reidel Publishing Company, Dordrecht/Tokyo.

Schneiders, A., Van Daele, T., Van Landuyt, W., Van Reeth, W., 2012. Biodiversity and ecosystem services: complementary approaches for ecosystem management? Ecol. Indicators 21, 123–133.

Schoonmaker, P.K., von Hagen, B., Wolf, E.C., 1997. The Rain Forests of Home: Profile of a North American Bioregion. Island Press, Washington DC.

Schwenk, W.S., Donovan, T.M., Keeton, W.S., Nunery, J.S., 2012. Carbon storage, timber production, and biodiversity: comparing ecosystem services with multi-criteria decision analysis. Ecol. Appl. 22, 1612–1627.

Shmueli, G., 2010. To Explain or to Predict? Statistical Sci. 25, 289–310.

Simon, S., Bouvier, J.C., Debras, J.F., Sauphanor, B., 2010. Biodiversity and pest management in orchard systems. A review. Agronomy Sustain. Develop. 30, 139–152.

Simpson, I.C., 1949. Measurement of diversity. Nature 163, 688.

AR 28217

Sircely, J., Naeem, S., 2012. Biodiversity and ecosystem multi-functionality: observed relationships in smallholder fallows in Western Kenya. Plos One 7.

Tallis, H., Polasky, S., 2009. Mapping and valuing ecosystem services as an approach for conservation and natural-resource management. Ann. New York Acad. Sci. 1162, 265–283.

Tilman, D., Reich, P.B., Isbell, F., 2012. Biodiversity impacts ecosystem productivity as much as resources, disturbance, or herbivory. Proc. Natl. Acad. Sci. USA 109, 10394–10397.

Todd, I.H., Weidner, E., 2010. Valuing drinking water as an ecosystem service. The Pinchot Letter Winter 2010, 1–13.

Turner, W.R., Brandon, K., Brooks, T.M., Costanza, R., da Fonseca, G.A.B., Portela, R., 2007. Global conservation of biodiversity and ecosystem services. Bioscience 57, 868–873.

Vira, B., Adams, W.M., 2009. Ecosystem services and conservation strategy: beware the silver bullet. Conserv. Lett. 2, 158–162.

Wang, T.L., Campbell, E.M., O'Neill, G.A., Aitken, S.N., 2012. Projecting future distributions of ecosystem climate niches: uncertainties and management applications. For. Ecol. Manage. 279, 128–140.

Woodbury, P.B., Smith, J.E., Heath, L.S., 2007. Carbon sequestration in the U.S. forest sector from 1990 to 2010. For. Ecol. Manage. 241, 14–27.

Ex. 6 Page 19 of 105

AR 28218

RESEARCH ARTICLE

### ECOLOGY

# Spatial models reveal the microclimatic buffering capacity of old-growth forests

2016 © The Authors, some rights reserved; exclusive licensee American Association for the Advancement of Science. Distributed under a Creative Commons Attribution NonCommercial License 4.0 (CC BY-NC).
10.1126/sciadv.1501392

Sarah J. K. Frey,[1]* Adam S. Hadley,[1] Sherri L. Johnson,[2] Mark Schulze,[1] Julia A. Jones,[3] Matthew G. Betts[1]*

Climate change is predicted to cause widespread declines in biodiversity, but these predictions are derived from coarse-resolution climate models applied at global scales. Such models lack the capacity to incorporate microclimate variability, which is critical to biodiversity microrefugia. In forested montane regions, microclimate is thought to be influenced by combined effects of elevation, microtopography, and vegetation, but their relative effects at fine spatial scales are poorly known. We used boosted regression trees to model the spatial distribution of fine-scale, under-canopy air temperatures in mountainous terrain. Spatial models predicted observed independent test data well ($r = 0.87$). As expected, elevation strongly predicted temperatures, but vegetation and microtopography also exerted critical effects. Old-growth vegetation characteristics, measured using LiDAR (light detection and ranging), appeared to have an insulating effect; maximum spring monthly temperatures decreased by 2.5°C across the observed gradient in old-growth structure. These cooling effects across a gradient in forest structure are of similar magnitude to 50-year forecasts of the Intergovernmental Panel on Climate Change and therefore have the potential to mitigate climate warming at local scales. Management strategies to conserve old-growth characteristics and to curb current rates of primary forest loss could maintain microrefugia, enhancing biodiversity persistence in mountainous systems under climate warming.

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

## INTRODUCTION

Macroscale climate patterns are well known to influence range-wide suitability for biota. However, local-scale climate (hereafter microclimate) is often most relevant to animal behavior and demography (1). Reconciling this mismatch between global climate models and the scale at which organisms experience their environment should therefore improve our understanding of biodiversity responses to climate change (2, 3). Furthermore, in heterogeneous mountain landscapes with complex thermal regimes (4), climate-sensitive species have the potential to disperse to, and persist in, favorable microclimatic conditions (5). Coarse-scale climate data are not as accurate for predicting trends in mountains, influencing our ability to assess climate impacts (6). Identification of factors that generate particular microclimates will help focus conservation efforts to lessen the impacts of climate change on biodiversity (7), which are expected to be particularly substantial in mountainous regions (8). However, to date, the coarse resolution of most land cover and climate data has precluded such analysis (9).

The decoupling of the surface temperature conditions from those of the troposphere is commonly attributed to two main factors in mountainous areas: (i) local air-flow dynamics, such as cold air drainage and pooling, and (ii) variations in slope and aspect (microtopography) (7). However, vegetation also has the potential to influence microclimatic patterns via its effects on solar radiation, wind exposure, interception of precipitation, and retention of understory humidity. Indeed, the influence of vegetation on microclimate has long been recognized (10, 11) and is the reason why long-term weather stations are situated in open areas. Unfortunately, such sampling strategies have precluded infer-

ences about the relative influences of microtopography and vegetation structure on mediating microclimate (2).

If particular vegetation structural characteristics can abate the effects of regional climate change (12), land management has the potential to either amplify or buffer these effects on biodiversity (13). Given the rapid global changes in land use (14), it is critical to understand the degree to which management influences microclimate. An increasing proportion of the world's forests are secondary, transformed forests (14, 15). Therefore, it is essential to understand the implications of secondary forests for climate and biodiversity. Here, we examine whether the structural characteristics present in old-growth forests (for example, heterogeneous canopies, high biomass, and complex vertical structure) increase site-scale thermal buffering capacity over more structurally simple, but mature plantation forest stands. The substantial biomass associated with western old-growth forests might be expected to result in slower rates of warming during summer months (16). Alternatively, the closed and homogeneous canopy conditions of old (>50-year-old) forest plantations could prevent rapid site-level warming through reduced solar radiation, thereby moderating climate (17). Although previous work has examined the effects of substantial differences in canopy cover on microclimate (4, 18–22), to our knowledge, ours is the first broad-scale test of whether subtle changes in forest structure due to differing management practices influence forest temperature regimes (Fig. 1). Given that old-growth forests continue to decline globally (23) and that plantations continue to proliferate (24), understanding microclimatic impacts is of great conservation importance.

In 2012 and 2013, we collected understory air temperatures at high spatial resolution across a complex mountainous landscape at the H. J. Andrews Experimental Forest (HJA) in Oregon, USA. We obtained fine-resolution (5 m) data on topography and vegetation structure using LiDAR (light detection and ranging). We then used machine-learning techniques [that is, boosted regression trees (BRTs)] to map predicted

[1]Forest Biodiversity Research Network, Department of Forest Ecosystems and Society, Oregon State University, Corvallis, OR 97331, USA. [2]U.S. Forest Service, Pacific Northwest Research Station, Corvallis, OR 97331, USA. [3]Geography, College of Earth, Ocean, and Atmospheric Sciences (CEOAS), Oregon State University, Corvallis, OR 97331, USA.
*Corresponding author. E-mail: sarah.frey@oregonstate.edu, sjkfrey@gmail.com (S.J.K.F.); matt.betts@oregonstate.edu (M.G.B.)

AR 28219

A

B

 

**Fig. 1. The high biomass, tall canopies, and vertical structure of old-growth forests are associated with lower spring maximum temperatures than in mature plantations.** Photos of old-growth (**A**) and mature plantation (**B**) forest stands at the H. J. Andrews Experimental Forest (HJA) in Oregon, USA. [photo credit: Matthew Betts, Oregon State University].

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

thermal properties at the landscape scale and to test the hypothesis that vegetation structure mediates under-canopy microclimates.

## RESULTS

All models performed well when tested on independent data (table S1). The cross-validation correlations were high, showing substantial congruence between training and test data [mean ± SD (range): 2012, $r = 0.87 ± 0.09$ (0.69 to 0.98); 2013, $r = 0.84 ± 0.11$ (0.64 to 0.96)]. This performance was not caused by spatial dependency in the data (table S1). These results indicate that BRTs, which are now used extensively in species distribution models (SDMs) (25), seem to offer a powerful new approach to examining spatial distributions in abiotic conditions. As in SDM applications, the advantage of such machine-learning methods lies in their capacity to incorporate many independent variables and their flexibility to include nonlinearities and variable interactions. Although parametric alternatives are available (for example, generalized linear models), our results indicate that BRTs also represent a promising option for distinguishing the relative importance (RI) of complex climate drivers and for generating detailed spatial climate predictions (fig. S1).

Elevation was the dominant predictor for most of the temperature metrics (Fig. 2), including cumulative degree days (CDDs); monthly minimum, maximum, and mean temperatures during spring-summer (April to June); and minimum temperature of the coldest month (Fig. 3A). High-elevation sites were generally cooler and had fewer CDDs. Microtopographic features showed high RI for predicting CDDs during winter-spring (January to March; RI 2012: 45.9%; RI 2013: 53.9%) and maximum temperature of the warmest month (RI 2012: 37.9%; RI 2013: 32.2%; Fig. 3C). Steeper, exposed, south-facing sites were generally warmer and more variable, and accumulated more CDDs (fig. S2).

Among all temperature metrics, maximum temperature of the warmest month (RI 2012: 35.5%; RI 2013: 39.8%) and variability in weekly spring-summer temperature (RI 2012: 36.7%; RI 2013: 10.2%) were most strongly influenced by vegetation structure (that is, canopy height, biomass, understory cover, and vertical structure; Fig. 2). Vegetation structure also had a strong effect on mean monthly maximum temperature from April to June (RI 2012: 20.4%; RI 2013: 18.9%; Fig. 2). Furthermore, vegetation structure was an important predictor for temperature variability (RI 2012: 28.9%; RI 2013: 31.6%) and CDDs during winter (RI 2012: 31.2%; RI 2013: 34.3%). Sites with old-growth forest traits (for example, taller canopies, higher biomass, and more complex vertical structure) had reduced temperatures and greater temperature stability (fig. S2). Old-forest characteristics, such as taller canopies, more canopy cover >10 m, and biomass >500 Mg/ha, reduced maximum temperature of the warmest month and mean monthly maximum temperature from April to June (fig. S3, A to C). Old-forest traits also had an important influence on climate variability; for example, increased coefficient of variation in canopy height and greater midcanopy cover (2 to 10 m) both reduced variability in mean weekly temperature from January to March (fig. S3, D and E). Areas with the lowest biomass variability (for example, even-aged stands such as plantations) showed more microclimate variability in this winter-spring transition (fig. S3F).

However, topographic position (valleys versus topographically exposed sites) appeared to accentuate the effect of forest structure; exposed sites with low variability in biomass (for example, plantation stands) accumulated the most degree days (fig. S4A). A vegetation-elevation interaction revealed that maximum monthly temperature during spring-summer was lowest at high elevations with high amounts of canopy cover surrounding a site (fig. S4C). In both years and for most temperature metrics, variables at the local scale (25-m radius) had a greater relative influence than variables averaged across a 250-m radius [overall average RI at the local scale (25 m) across all metrics: 2012: 60.7 ± 10%;



**Fig. 2. Relative influence (RI) of variables describing elevation (ELV), microtopography (TOPO), and vegetation structure (VEG) for each temperature metric.** RI values for 2012 (**A**) and 2013 (**B**) were derived from the number of times each variable was selected in the process of model building using boosted regression trees (BRTs). Overall, elevation had the strongest influence on air temperature patterns in the HJA, but microtopography and vegetation also exerted important effects, particularly for maximum temperature of the warmest month, variability measures, and cumulative degree days (CDD) in the winter-spring transition.



**Fig. 3. Spatially predicted maps of minimum temperature of the coldest month and maximum temperature of the warmest month (in degrees Celsius) based on BRT models.** Minimum temperatures (**A**) were primarily influenced by elevation (**B**), but maximum temperatures (**C**) were primarily a function of vegetation and microtopography (**D**). Maps of the elevational gradient (B; in meters) and canopy height (D; in meters) based on LiDAR from 2008 at the HJA. Black dots show the 183 temperature sampling locations. The location of the HJA in the western United States is shown in (A).

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

Frey et al. Sci. Adv. 2016;2:e1501392    22 April 2016

AR 28221

2013: 60.4 ± 10.1%]. However, vegetation metrics tended to have more influence at the broader (250-m) spatial scale (fig. S5). Despite inter-annual differences in the RI of variables, we found remarkable between-year consistency in both predicted and observed under-canopy thermal conditions across sites (7 of 10 variables with $r > 0.9$; table S2 and figs. S6 and S7). This interannual consistency in site-level conditions, which occurred despite substantial differences in annual climatic conditions, lends support to the notion that thermally buffered sites may provide temporally consistent refugia for biodiversity (7).

Despite being well suited to prediction given our complexity of input variables, BRTs do not provide information on effect sizes (that is, regression coefficients) (25). Therefore, we used principal components analysis (PCA) to integrate vegetation structure variables into a reduced number of components (table S3). The first two principal components of the PCA explained 74.7% of the variability [principal component 1 (PC1) = 44.7%; principal component 2 (PC2) = 30%]. The first component (PC1) strongly reflected a gradient in forest structure from closed-canopy plantations to mature/old-growth forests (Figs. 1 and 4A); this gradient represents the predominant forest types on federal land in the region (26). Sites with low PC1 values had less biomass (mean and SD), lower canopies (mean and SD), and less cover (2 to 10 and >10 m) (table S3). The individual LiDAR metrics effectively distinguished between plantation sites and mature/old-growth forest sites (table S4); a discriminant function analysis (27) showed that prediction accuracy was 85.3% for plantation sites and 90.4% for mature/old-growth forest sites. Furthermore, our LiDAR metrics were congruent with previously

Downloaded from http://advances.sciencemag.org/ on March 2, 2017



**Fig. 4. Differences in microclimate conditions across a gradient in forest structure.** (**A**) Principal components analysis (PCA) showing how vegetation structure metrics differ between mature/old-growth forest sites and plantations. The ellipses represent 68% of the data assuming a normal distribution in each category (plantation and mature/old growth). (**B**) Three-dimensional LiDAR-generated images of plantation forests [(i) side view; (ii) overhead view] and old-growth forests [(iii) side view; (iv) overhead view] at the Andrews Forest. (C and D) Results from generalized linear mixed models show the modeled relationship between forest structure [PC1, the first component of a PCA on forest structure variables (A) and the residuals from an elevation-only model of mean monthly maximum during April to June (**C**) and mean monthly minimum during April to June (**D**) after accounting for the effects of elevation. Closed circles represent 2012 and open circles represent 2013. Maximum monthly temperatures (C) decreased by 2.5°C (95% confidence interval, 1.7° to 3.2°C) and observed minimum temperatures (D) increased by 0.7°C (0.3° to 1.1°C) across the observed structure gradient from plantation to old-growth forest.

**Table 1. Generalized linear mixed model results for the relationship between temperature metrics and the first component of a PCA (PC1) representing a gradient in vegetation structure.** Data from 2012 and 2013 were combined and "site" was included as a random effect in all models. Lower PC1 values indicate forest plantations and higher values indicate old-growth forests. "Change in temperature metrics" reports the average difference in temperature (°C) or degree days (dd) across the range of PC1 values. The effect of old-growth structure (PC1) on microclimate was consistent between years for most variables ("No year effects"). Effects of old-growth forests were stronger in 2012, and the direction of old-growth effects remained consistent for all but SD in weekly temperature. We included elevation (ELV) in all models to statistically account for elevation differences. Elevation had a significant effect in all models ($P < 0.0001$), except for SD in weekly temperature from January to March ($P = 0.062$). Coefficients from the interaction models include the 2012 intercept ($\hat{\beta}_0$ 2012), the slope of the 2012 PC1 effect ($\hat{\beta}_1$ PC1 2012), the 2013 intercept presented as the difference from the 2012 intercept ($\Delta\hat{\beta}_0$ 2013), and the 2013 PC1 effect presented as the difference from the 2012 PC1 effect (PC1 $\Delta\hat{\beta}_1$ 2013). $P$ values in boldface indicate a statistically significant effect of PC1 on temperature metrics at $P < 0.05$. LCL, lower 95% confidence limit; UCL, upper 95% confidence limit.

| Variable | Intercept | | PC1 | | | Change in temperature metrics ~ PC1 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $\hat{\beta}_0$ | SE | $\hat{\beta}_1$ | SE | $P$ | Units | Change | LCL | UCL |
| No year effects | | | | | | | | | |
| CDD > 0°C January to March | 178.66 | 3.66 | −0.47 | 3.92 | 0.9051 | dd | −1.96 | −37.01 | 14.25 |
| CDD > 0°C April to June | 820.27 | 4.17 | −10.25 | 4.47 | **0.0229** | dd | −42.89 | −82.83 | −2.95 |
| Mn mo MEAN *T* April to June | 8.98 | 0.05 | −0.11 | 0.05 | **0.0235** | °C | −0.47 | −0.92 | −0.03 |
| Mn mo MAX *T* April to June | 13.68 | 0.08 | −0.59 | 0.09 | **<0.0001** | °C | −2.47 | −3.24 | −1.70 |
| Mn mo MIN *T* April to June | 5.29 | 0.04 | 0.16 | 0.05 | **0.0006** | °C | 0.68 | 0.26 | 1.10 |
| Significant year effects | | | | | | | | | |
| | Intercept 2012 | | PC1 2012 | | | 2012 Change in temperature metrics ~ PC1 | | | |
| | $\hat{\beta}_0$ | SE | $\hat{\beta}_1$ | SE | $P$ | Units | Change | LCL | UCL |
| CDD > 10°C April to June | 115.06 | 1.73 | −7.84 | 1.85 | **<0.0001** | dd | −32.82 | −49.36 | −16.28 |
| SD wkly *T* January to March | 1.62 | 0.03 | −0.07 | 0.03 | **0.0341** | °C | −0.27 | −0.54 | 0.00 |
| SD wkly *T* April to June | 3.78 | 0.01 | 0.01 | 0.01 | 0.4512 | °C | 0.03 | −0.04 | 0.13 |
| MAX *T* warmest mo | 25.22 | 0.14 | −0.68 | 0.15 | **<0.0001** | °C | −2.82 | −4.15 | −1.49 |
| MIN *T* coldest mo | −1.14 | 0.06 | 0.33 | 0.06 | **<0.0001** | °C | 1.39 | 0.88 | 1.91 |
| | Intercept 2013 | | PC1 2013 | | | 2013 Change in temperature metrics ~ PC1 | | | |
| | $\Delta\hat{\beta}_0$ | SE | $\Delta\hat{\beta}_1$ | SE | $P$ | Units | Change | LCL | UCL |
| CDD > 10°C April to June | 73.36 | 0.71 | 2.72 | 0.71 | **0.0002** | dd | −21.43 | −37.97 | −4.90 |
| SD wkly *T* January to March | 0.98 | 0.04 | 0.13 | 0.04 | **0.0014** | °C | 0.26 | 0.02 | −0.53 |
| SD wkly *T* April to June | 1.08 | 0.01 | −0.04 | 0.01 | **0.0071** | °C | −0.11 | −0.21 | −0.02 |
| MAX *T* warmest mo | 1.17 | 0.06 | 0.19 | 0.06 | **0.0047** | °C | −2.05 | −3.38 | −0.72 |
| MIN *T* coldest mo | −0.61 | 0.08 | −0.26 | 0.08 | **0.0013** | °C | 0.32 | 0.16 | 0.84 |

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

reported structural differences between old-growth forests and secondary Douglas-fir (*Pseudotsuga menziesii*) forests in the Pacific Northwest (*28*).

After we statistically controlled for the effects of elevation, PC1 was associated with most temperature variables (8 of 10 variables; Table 1). Effects were largest for maximum and minimum temperatures, as well as for CDDs in the spring and summer months. Temperature differences were substantial across the gradient in forest structure; for instance, in 2012, maximum spring monthly temperatures decreased by 2.5°C (95% confidence interval, 1.7° to 3.2°C; Fig. 4C) across the observed gradient in forest structure (from structurally simple plantations to complex old-growth forests). Minimum temperatures during this same period were 0.7°C (95% confidence interval, 0.3° to 1.1°C; Fig. 4D) warmer

across the same gradient. Overall, these influences of old-growth forests on thermal conditions were consistent between years (although we found statistical evidence for year × PC1 interactions, parameter estimates of the interactions tended to be small and only resulted in a sign change for variability in temperature from January to March; Table 1).

## DISCUSSION

Elevation was a powerful predictor for air temperatures across years, variables, and scales, confirming the importance of macrotopography

in temperature patterns (7, 20). However, although elevation predicted most temperature metrics well, it was less effective in predicting temperature variability and degree-day accumulation from January to March—both of which are microclimatic factors that are likely to influence species behavior and demography (29). Microtopographic variables, including slope, aspect, and relative topographic position, also influenced temperature patterns, but this effect varied markedly by time of year. Depressions and other topographically sheltered areas are thought to contribute to the decoupling of surface temperatures from regional patterns, thereby potentially generating microrefugia in complex terrain (7). These topographic features exerted a large influence on understory microclimate during winter, when persistent cold air pools form in depressions and valleys.

Vegetation characteristics associated with older forest stands appeared to confer a strong, thermally insulating effect. Older forests with tall canopies, high biomass, and vertical complexity (Fig. 1A) provided cooler microclimates compared with simplified stands (Fig. 1B). This resulted in differences as large as 2.5°C between plantation sites and old-growth sites, a temperature range equivalent to predicted global temperature increases over the next 50 years (30). This effect was potentially attributable to large differences in biomass between forest types (16), rather than canopy cover, as we observed less variation in canopy cover between old-growth sites and plantation sites (table S5). Although previous studies have shown strong influences of vegetation on microclimate, most of these demonstrated differences between significantly different vegetation types or stages, such as mature forests versus grasslands (18, 31) or clearcuts (19, 32). At the global scale, forests have been shown to have a broad-scale cooling effect (33); however, to our knowledge, this is the first evidence that subtler structural differences within mature forest types (that is, mature plantations versus old-growth forests) mediate under-canopy temperature regimes.

Our findings indicate that management practices that result in single-species, even-aged plantations are likely to reduce the thermal buffering capacity of forest sites, potentially limiting the availability of favorable microclimates for some species. Unlike most predictors, which were primarily useful when summarized at fine spatial scales (25-m radius), vegetation at broader scales exerted the strongest influences on temperature. This is consistent with results from studies that examine the thermal edge effects of high-contrast cover types (34); smaller forest patches tend to be more susceptible to changes in temperature (20), and such edge effects also limit microclimatic buffering of tropical forests (22). In jurisdictions where biodiversity maintenance is the goal, conservation and restoration of structures associated with old-growth forests are more likely to sustain favorable microclimates (35) and to reduce climate change impacts on temperature-sensitive species. Recent work shows that the understory microclimate differences documented here could be highly relevant to biodiversity conservation in temperate forests; cooler forest types have attenuated the widespread loss of cool-adapted understory plant species (13) and have promoted tree recruitment (36). Amphibians, lizards, insects, and even large mammals are shown to take advantage of microclimate conditions when regional climate moves beyond the range of thermal preferences (5, 37, 38). However, our findings apply to species inhabiting forest understory. Although a high proportion of forest biodiversity is found in this stratum (39–41), species associated with upper canopies may not benefit from the microclimate buffering capacity of old-growth forests. Furthermore, because older seral stages provide the highest levels of buffering, management options may be limited for species

inhabiting early successional forests (42), unless they are able to take advantage of the microclimatic buffering of older forests or cooler microclimates that are near old-forest edges (34). Currently, early seral species are of high conservation concern in the Pacific Northwest, largely as a result of habitat loss (42); given that early seral forests may not have equivalent thermal refuges, we predict synergistic negative effects on these species when combined with climate.

We conclude that the substantial influence of vegetation structure on microclimate presents the opportunity to manage for conditions that favor the persistence of biodiversity (43). By conserving or creating forest conditions that buffer organisms from the impacts of regional warming and/or slow the rate at which organisms must adapt to a changing climate, it may be possible to ameliorate some of the severe negative effects of regional warming. Given the time frame for forests to acquire old-growth structural conditions, understanding thresholds in forest structure where important ecosystem services are lost is of pressing concern (44). With ~3.5 million ha of old-growth forests remaining in the coastal region of the Pacific Northwest (much of which is now protected under the federal Northwest Forest Plan) (45), there is substantial potential—in this region at least—to reduce the effects of warming on native populations of forest species.

Understanding the fine-resolution effects of vegetation structure on mediating microclimate could also improve predictions about biodiversity responses to climate change. Without considering the detailed information on forest structural conditions reported in this paper, published model estimates of changes in species' climatic niches (and extinction risk) (46, 47) could be substantially underestimated or overestimated, depending on the amount of old forests in a landscape. We demonstrate how combining new remote sensing technologies (48) with machine-learning techniques provides an effective option to develop high-resolution, spatially explicit models of under-canopy temperature characteristics. As under-canopy temperature data become more readily available, microclimate variability can thus be mapped across broad spatial scales. Under-canopy temperature modeling, coupled with models predicting future vegetation dynamics (49), offers the potential to enhance our understanding of microclimate and species persistence in the face of climate change.

## MATERIALS AND METHODS

### Experimental design

We collected fine-scale temperature data using calibrated HOBO pendant data loggers (Supplementary Materials) at 183 locations across the 6400-ha HJA in the Cascade Mountains of central Oregon, USA (44°12′N, 122°15′W). Data loggers were placed 1.5 m above the forest floor; this ground- and shrub-level forest stratum is characterized by particularly high biodiversity in Douglas-fir forests of the Pacific Northwest (39–41). The HJA spans an elevational gradient from 410 to 1630 m above sea level. It is a conifer forest mosaic that is largely composed of a mix of old-growth forests, mature forests, and 40- to 60-year-old Douglas-fir plantations. Sampling locations were stratified across elevation, forest type, and distance to roads, ensuring that the full environmental gradient was sampled (Fig. 3) with a minimum distance between sampling points of 300 m (Supplementary Materials). We collected air temperature data at the 183 sample locations from January 2012 to July 2013. In total, we used 7,417,320 temperature loggings to calculate summary metrics (table S6).

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

Frey et al. Sci. Adv. 2016;2:e1501392    22 April 2016

Ex. 6  Page 25 of 105

6 of 9

AR 28224

## Environmental predictor variables

To model temperature metrics, we selected 19 predictor variables (table S7) that we hypothesized to be important for influencing air temperatures in forested mountain landscapes and categorized these into three main groups: (i) elevation (ELV), (ii) microtopography (TOPO), and (iii) vegetation structure (VEG). We derived all vegetation variables from LiDAR data collected at the HJA in August 2008 during the leaf-on period (50). LiDAR is a relatively new technology that allows for fine-scale mapping of forest structure across broad spatial extents (51, 52). The VEG category variables described vegetation structure using metrics relating to (i) canopy height, (ii) cover at multiple strata, and (iii) vertical distribution of canopy elements.

## Spatial scales

We assessed the importance of our predictor variables at two spatial extents around each sample point because the scale at which drivers of microclimate act is largely unknown (29): (i) at a radius of 25 m, which represents local-scale predictors, and (ii) at a radius of 250 m, which represents stand-scale conditions. The relative roles of the biotic and abiotic aspects of the environment could influence microclimate differently at these two spatial scales (3).

## Response variables

Our 10 response variables included CDDs, mean monthly minimum and maximum temperatures, and variability in temperature (table S6). CDDs are linked closely to timing of spring plant bud burst, leaf out, and flowering, as well as insect emergence, and therefore have the potential to influence higher trophic levels (53). Variability in weekly temperature in both time periods (as measured by SD) may also determine the quality of sites (54). We chose the two time periods of January to March (winter-spring transition) and April to June (spring-summer transition) because they are relevant to the phenology of many organisms on our landscape. In temperate regions, phenological events during spring also have direct implications for reproduction and growth in both plants and animals (55). We also included the minimum and maximum temperatures of the coldest and warmest months, respectively, as they represent extremes at the annual time scale.

## Statistical analysis: BRTs

We used a machine-learning approach (BRTs) to explore the relationship between our suite of predictor variables (19 × 2 spatial scales = 38 total predictor variables; table S7) and air temperature at our 183 sample locations. BRTs have recently been used extensively in species distribution modeling because of their capacity for uncovering nonlinear relationships between predictors and response variables, as well as their flexibility in testing interactions among predictors (25). BRTs can also handle large numbers of predictor variables and the colinearity between them (25), which is advantageous in studies such as ours, where there are many categorized predictor variables (table S7) but little prior information about which are most important or at which spatial scales. This modeling method afforded the flexibility to explore multiple potential correlates of microclimate without arbitrarily restricting our predictor set. We used the R program version 3.0.1 (56) in combination with the "dismo" package version 0.8-17 (57) for all analyses (Supplementary Materials). We used predictive deviance, measured as the mean deviance from the held-out data in all folds, as our primary measure of model performance. We also tested the

correlation between predicted and observed temperature metrics via a built-in 10-fold cross-validation that uses 10% independent "test" data. These tests thus represent an entirely independent test of model performance. If overfitting occurred, these tests should show low correlations between predicted and observed values. We also tested for spatial autocorrelation in our temperature data set (Supplementary Materials).

We assessed the contribution of each group of predictor variables (ELV, TOPO, and VEG) to the explained variance in temperature metrics by summing the RI values of the variables in each category (Supplementary Materials). To determine the direction and nature of the relationships between the temperature metrics and the most influential individual predictor variables (>2% RI), we examined the partial dependence plots for the visualization of the fitted functions.

## Statistical analysis: PCA and generalized linear mixed models

We performed a PCA on all of our LiDAR-derived vegetation variables at the 25-m scale (13 variables) to test whether we could reliably differentiate between plantations and older forests (table S3). This also aided in determining whether our vegetation structure variables captured the gradient in forest structure present across the landscape. A weakness of BRTs is that they do not produce effect sizes (that is, regression slopes) that can be easily related to differences in response variables (degrees Celsius or degree days). Therefore, we used generalized linear mixed models [R package "nlme" (58)] to examine the relationship between values of principal components (reflecting a gradient in forest structure) and temperature metrics. We combined data from both years and included "site" as a random effect to account for a lack of independence within location between years. Elevation was included as a covariate in all models. We tested for a year effect on the influence of PC1 on microclimate via an interaction model. In this fashion, we were able to quantify differences in temperature across the old-growth forest structure gradient and to test for consistency between years.

## SUPPLEMENTARY MATERIALS

Supplementary material for this article is available at http://advances.sciencemag.org/cgi/content/full/2/4/e1501392/DC1

Supplementary Materials and Methods

fig. S1. Fine-resolution (5 m) spatial predictions of temperature metrics at the HJA based on BRT models.

fig. S2. Partial dependence plots showing the relationship between selected microtopographic variables and microclimate.

fig. S3. Partial dependence plots showing the relationship between selected vegetation structure variables and microclimate.

fig. S4. Key interactions identified from BRT models testing the effects of elevation, microtopography, and vegetation structure on microclimate.

fig. S5. RI of variables measured at 25- and 250-m scales for each temperature metric in both years.

fig. S6. Comparison of observed microclimate data by year.

fig. S7. Comparison of predicted microclimate metrics by year.

fig. S8. Photo of the HOBO temperature sensor in the field.

table S1. BRT model settings (learning rate, number of trees), performance diagnostics (deviance, deviance SE, CV corr, CV SE), and tests for spatial autocorrelation in the BRT model residuals (Moran's $I$ and $P$).

table S2. Pearson's correlation coefficients ($r$) and associated $P$ values for both observed and predicted values between years.

table S3. Results from a PCA of all vegetation structure predictor variables.

table S4. Summary statistics and $t$ tests showing differences in LiDAR metrics between mature plantations and mature/old-growth forests.

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

AR 28225

table S5. Results from Welch two-sample *t* tests comparing measures of biomass and canopy cover for plantation sites and mature/old-growth forest sites.

table S6. Temperature metrics used in our study and associated summary statistics.

table S7. Predictor variables used to predict patterns in microclimate metrics.

References (*59–65*)

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

## REFERENCES AND NOTES

1. K. A. Potter, H. A. Woods, S. Pincebourde, Microclimatic challenges in global change biology. *Glob. Chang. Biol.* **19**, 2932–2939 (2013).

2. J. A. Wiens, D. Bachelet, Matching the multiple scales of conservation with the multiple scales of climate change. *Conserv. Biol.* **24**, 51–62 (2010).

3. C. Storlie, A. Merino-Viteri, B. Phillips, J. VanDerWal, J. Welbergen, S. Williams, Stepping inside the niche: Microclimate data are critical for accurate assessment of species' vulnerability to climate change. *Biol. Lett.* **10**, 20140576 (2014).

4. K. R. Ford, A. K. Ettinger, J. D. Lundquist, M. S. Raleigh, J. Hille Ris Lambers, Spatial heterogeneity in ecologically important climate variables at coarse and fine scales in a high-snow mountain landscape. *PLOS One* **8**, e65008 (2013).

5. J. M. Sunday, A. E. Bates, M. R. Kearney, R. K. Colwell, N. K. Dulvy, J. T. Longino, R. B. Huey, Thermal-safety margins and the necessity of thermoregulatory behavior across latitude and elevation. *Proc. Natl. Acad. Sci. U.S.A.* **111**, 5610–5615 (2014).

6. J. W. Oyler, S. Z. Dobrowski, A. P. Ballantyne, A. E. Klene, S. W. Running, Artificial amplification of warming trends across the mountains of the western United States. *Geophys. Res. Lett.* **42**, 153–161 (2015).

7. S. Z. Dobrowski, A climatic basis for microrefugia: The influence of terrain on climate. *Glob. Chang. Biol.* **17**, 1022–1035 (2011).

8. Mountain Research Initiative EDW Working Group, Elevation-dependent warming in mountain regions of the world. *Nat. Clim. Change* **5**, 424–430 (2015).

9. I-C. Chen, J. K. Hill, R. Ohlemüller, D. B. Roy, C. D. Thomas, Rapid range shifts of species associated with high levels of climate warming. *Science* **333**, 1024–1026 (2011).

10. N. J. Rosenberg, *Microclimate: The Biological Environment* (Wiley-Interscience Publication, John Wiley & Sons, New York, 1974).

11. R. Geiger, *The Climate Near the Ground* (Harvard Univ. Press, Cambridge, MA, 1965).

12. P. R. Elsen, M. W. Tingley, Global mountain topography and the fate of montane species under climate change. *Nat. Clim. Change* **5**, 772–776 (2015).

13. P. De Frenne, F. Rodríguez-Sánchez, D. A. Coomes, L. Baeten, G. Verstraeten, M. Vellend, M. Bernhardt-Römermann, C. D. Brown, J. Brunet, J. Cornelis, G. M. Decocq, H. Dierschke, O. Eriksson, F. S. Gilliam, R. Hédl, T. Heinken, M. Hermy, P. Hommel, M. A. Jenkins, D. L. Kelly, K. J. Kirby, F. J. G. Mitchell, T. Naaf, M. Newman, G. Peterken, P. Petřík, J. Schultz, G. Sonnier, H. Van Calster, D. M. Waller, G.-R. Walther, P. S. White, K. D. Woods, M. Wulf, B. J. Graae, K. Verheyen, Microclimate moderates plant responses to macroclimate warming. *Proc. Natl. Acad. Sci. U.S.A.* **110**, 18561–18565 (2013).

14. M. C. Hansen, P. V. Potapov, R. Moore, M. Hancher, S. A. Turubanova, A. Tyukavina, D. Thau, S. V. Stehman, S. J. Goetz, T. R. Loveland, A. Kommareddy, A. Egorov, L. Chini, C. O. Justice, J. R. G. Townshend, High-resolution global maps of 21st-century forest cover change. *Science* **342**, 850–853 (2013).

15. R. L. Chazdon, Beyond deforestation: Restoring forests and ecosystem services on degraded lands. *Science* **320**, 1458–1460 (2008).

16. B. E. Potter, J. C. Zasada, Biomass, thermal inertia, and radiative freeze occurrence in leafless forests. *Can. J. For. Res.* **29**, 213–221 (1999).

17. T. R. Oke, J. M. Crowther, K. G. McNaughton, J. L. Monteith, B. Gardiner, The micrometeorology of the urban forest. *Philos. Trans. R. Soc. London Ser. B* **324**, 335–349 (1989).

18. A. J. Suggitt, P. K. Gillingham, J. K. Hill, B. Huntley, W. E. Kunin, D. B. Roy, C. D. Thomas, Habitat microclimates drive fine-scale variation in extreme temperatures. *Oikos* **120**, 1–8 (2011).

19. J. Chen, J. F. Franklin, T. A. Spies, Contrasting microclimates among clearcut, edge, and interior of old-growth Douglas-fir forest. *Agr. For. Meteorol.* **63**, 219–237 (1993).

20. T. Vanwalleghem, R. K. Meentemeyer, Predicting forest microclimate in heterogeneous landscapes. *Ecosystems* **12**, 1158–1172 (2009).

21. D. Lawrence, K. Vandecar, Effects of tropical deforestation on climate and agriculture. *Nat. Clim. Change* **5**, 27–36 (2015).

22. R. M. Ewers, C. Banks-Leite, Fragmentation impairs the microclimate buffering effect of tropical forests. *PLOS One* **8**, e58093 (2013).

23. D. B. Lindenmayer, W. F. Laurance, J. F. Franklin, Global decline in large old trees. *Science* **338**, 1305–1306 (2012).

24. R. Tropek, O. Sedláček, J. Beck, P. Keil, Z. Musilová, I. Šímová, D. Storch, Comment on "High-resolution global maps of 21st-century forest cover change". *Science* **344**, 981 (2014).

25. J. Elith, J. R. Leathwick, T. Hastie, A working guide to boosted regression trees. *J. Anim. Ecol.* **77**, 802–813 (2008).

26. T. A. Spies, K. N. Johnson, K. M. Burnett, J. L. Ohmann, B. C. McComb, G. H. Reeves, P. Bettinger, J. D. Kline, B. Garber-Yonts, Cumulative ecological and socioeconomic effects of forest policies in Coastal Oregon. *Ecol. Appl.* **17**, 5–17 (2007).

27. R. A. Fisher, The use of multiple measurements in taxonomic problems. *Ann. Eugen.* **7**, 179–188 (1936).

28. J. F. Franklin, T. A. Spies, R. V. Pelt, A. B. Carey, D. A. Thornburgh, D. R. Berg, D. B. Lindenmayer, M. E. Harman, W. S. Keeton, D. C. Shaw, K. Bible, J. Chen, Disturbances and structural development of natural forest ecosystems with silvicultural implications, using Douglas-fir forests as an example. *For. Ecol. Manage.* **155**, 399–423 (2002).

29. J. Bernardo, Biologically grounded predictions of species resistance and resilience to climate change. *Proc. Natl. Acad. Sci. U.S.A.* **111**, 5450–5451 (2014).

30. Intergovernmental Panel on Climate Change, *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* (Cambridge Univ. Press, Cambridge, 2014).

31. P. D'Odorico, Y. He, S. Collins, S. F. J. De Wekker, V. Engel, J. D. Fuentes, Vegetation–microclimate feedbacks in woodland–grassland ecotones. *Glob. Ecol. Biogeogr.* **22**, 364–379 (2013).

32. T. D. Heithecker, C. B. Halpern, Edge-related gradients in microclimate in forest aggregates following structural retention harvests in western Washington. *For. Ecol. Manage.* **248**, 163–173 (2007).

33. Y. Li, M. Zhao, S. Motesharrei, Q. Mu, E. Kalnay, S. Li, Local cooling and warming effects of forests based on satellite observations. *Nat. Commun.* **6**, 6603 (2015).

34. T. P. Baker, G. J. Jordan, E. A. Steel, N. M. Fountain-Jones, T. J. Wardlaw, S. C. Baker, Microclimate through space and time: Microclimatic variation at the edge of regeneration forests over daily, yearly and decadal time scales. *For. Ecol. Manage.* **334**, 174–184 (2014).

35. R. Julliard, F. Jiguet, D. Couvet, Common birds facing global changes: What makes a species at risk? *Glob. Chang. Biol.* **10**, 148–154 (2004).

36. S. Z. Dobrowski, A. K. Swanson, J. T. Abatzoglou, Z. A. Holden, H. D. Safford, M. K. Schwartz, D. G. Gavin, Forest structure and species traits mediate projected recruitment declines in western US tree species. *Glob. Ecol. Biogeogr.* **24**, 917–927 (2015).

37. R. A. Long, R. T. Bowyer, W. P. Porter, P. Mathewson, K. L. Monteith, J. G. Kie, Behavior and nutritional condition buffer a large-bodied endotherm against direct and indirect effects of climate. *Ecol. Monogr.* **84**, 513–532 (2014).

38. B. R. Scheffers, R. M. Brunner, S. D. Ramirez, L. P. Shoo, A. Diesmos, S. E. Williams, Thermal buffering of microhabitats is a critical factor mediating warming vulnerability of frogs in the Philippine biodiversity hotspot. *Biotropica* **45**, 628–635 (2013).

39. J. C. Hagar, Wildlife species associated with non-coniferous vegetation in Pacific Northwest conifer forests: A review. *For. Ecol. Manage.* **246**, 108–122 (2007).

40. H. T. Root, M. G. Betts, Managing moist temperate forests for bioenergy and biodiversity. *J. For.* **114**, 66–74 (2016).

41. F. S. Gilliam, The ecological significance of the herbaceous layer in temperate forest ecosystems. *BioScience* **57**, 845–858 (2007).

42. M. G. Betts, G. J. Forbes, A. W. Diamond, Thresholds in songbird occurrence in relation to landscape structure. *Conserv. Biol.* **21**, 1046–1058 (2007).

43. T. Oliver, D. B. Roy, J. K. Hill, T. Brereton, C. D. Thomas, Heterogeneous landscapes promote population stability. *Ecol. Lett.* **13**, 473–484 (2010).

44. S. Trumbore, P. Brando, H. Hartmann, Forest health and global change. *Science* **349**, 814–818 (2015).

45. J. R. Strittholt, D. A. Dellasala, H. Jiang, Status of mature and old-growth forests in the Pacific Northwest. *Conserv. Biol.* **20**, 363–374 (2006).

46. C. D. Thomas, A. Cameron, R. E. Green, M. Bakkenes, L. J. Beaumont, Y. C. Collingham, B. F. N. Erasmus, M. F. de Siqueira, A. Grainger, L. Hannah, L. Hughes, B. Huntley, A. S. van Jaarsveld, G. F. Midgley, L. Miles, M. A. Ortega-Huerta, A. Townsend Peterson, O. L. Phillips, S. E. Williams, Extinction risk from climate change. *Nature* **427**, 145–148 (2004).

47. A. T. Peterson, M. A. Ortega-Huerta, J. Bartley, V. Sánchez-Cordero, J. Soberón, R. H. Buddemeier, D. R. B. Stockwell, Future projections for Mexican faunas under global climate change scenarios. *Nature* **416**, 626–629 (2002).

48. R. A. Rose, D. Byler, J. R. Eastman, E. Fleishman, G. Geller, S. Goetz, L. Guild, H. Hamilton, M. Hansen, R. Headley, J. Hewson, N. Horning, B. A. Kaplin, N. Laporte, A. Leidner, P. Leimgruber, J. Morisette, J. Musinsky, L. Pintea, A. Prados, V. C. Radeloff, M. Rowen, S. Saatchi, S. Schill, K. Tabor, W. Turner, A. Vodacek, J. Vogelmann, M. Wegmann, D. Wilkie, C. Wilson, Ten ways remote sensing can contribute to conservation. *Conserv. Biol.* **39**, 350–359 (2015).

49. D. Purves, S. Pacala, Predictive models of forest dynamics. *Science* **320**, 1452–1453 (2008).

50. Watershed Sciences, T. Spies, *LiDAR Data (August 2008) for the HJ Andrews Experimental Forest and Willamette National Forest study areas. Long-term Ecological Research, Forest Science Data Bank* (Corvallis, OR, 2012); http://andrewsforest.oregonstate.edu/data/abstract.cfm?dbcode=GI010 [accessed 1 October 2013].

51. J. E. Means, S. A. Acker, B. J. Fitt, M. Renslow, L. Emerson, C. J. Hendrix, Predicting forest stand characteristics with airborne scanning lidar. *Photogramm. Eng. Remote Sens.* **66**, 1367–1371 (2000).

AR 28226

52. S. Goetz, D. Steinberg, R. Dubayah, B. Blair, Laser remote sensing of canopy habitat heterogeneity as a predictor of bird species richness in an eastern temperate forest, USA. *Remote Sens. Environ.* **108**, 254–263 (2007).

53. C. Both, M. van Asch, R. G. Bijlsma, A. B. van den Burg, M. E. Visser, Climate change and unequal phenological changes across four trophic levels: Constraints or adaptations? *J. Anim. Ecol.* **78**, 73–83 (2009).

54. D. Stralberg, D. Jongsomjit, C. A. Howell, M. A. Snyder, J. D. Alexander, J. A. Wiens, T. L. Root, Re-shuffling of species with climate disruption: A no-analog future for California birds? *PLOS One* **4**, e6825 (2009).

55. C. Both, R. G. Bijlsma, M. E. Visser, Climatic effects on timing of spring migration and breeding in a long-distance migrant, the pied flycatcher *Ficedula hypoleuca*. *J. Avian Biol.* **36**, 368–373 (2005).

56. R Development Core Team, *R: A Language and Environment for Statistical Computing* (R Foundation for Statistical Computing, Vienna, Austria, 2011).

57. R. J. Hijmans, S. Phillips, J. Leathwick, J. Elith, "dismo: Species distribution modeling. R package version 0.8-17"; http://CRAN.R-project.org/package=dismo [accessed 12 September 2013].

58. J. Pinheiro, D. Bates, S. DebRoy, D. Sarkar, R Core Team, "nlme: Linear and Nonlinear Mixed Effects Models. R package version 3.1-125"; https://cran.r-project.org/web/packages/nlme [accessed 1 March 2016].

59. H. L. Beyer, "Hawth's Analysis Tools for ArcGIS"; www.spatialecology.com/htools [accessed 1 March 2009].

60. ESRI, *ArcGIS Desktop: Release 10* (Environmental Systems Research Institute, Redlands, CA, 2011).

61. J. Elith, J. R. Leathwick, *Boosted Regression Trees for Ecological Modeling. R Vignette for Package 'Dismo'* (2014); https://cran.r-project.org/web/packages/dismo/vignettes/brt.pdf [accessed 1 November 2014].

62. P. Legendre, Spatial autocorrelation: Trouble or new paradigm. *Ecology* **74**, 1659–1673 (1993).

63. O. N. Bjornstad, "ncf: Spatial nonparametric covariance functions. R package version 1.1-5"; http://CRAN.R-project.org/package=ncf [accessed 1 October 2014].

64. C. Daly, D. R. Conklin, M. H. Unsworth, Local atmospheric decoupling in complex topography alters climate change impacts. *Int. J. Climatol.* **30**, 1857–1864 (2010).

65. S. J. Goetz, D. Steinberg, M. G. Betts, R. T. Holmes, P. J. Doran, R. Dubayah, M. Hofton, Lidar remote sensing variables predict breeding habitat of a Neotropical migrant bird. *Ecology* **91**, 1569–1576 (2010).

**Acknowledgments:** We extend our special thanks to T. Valentine for her help with GIS (geographic information system), to C. Murphy and E. Miles for assistance with the temperature data processing, and to J. Sexton for providing logistical support for field work. We also thank C. Still, whose comments greatly improved this manuscript. This work would not have been possible without our field assistants (E. Jackson, A. Bartelt, S. Ashe, S. Yegorova, A. Mott, and K. Stanley). **Funding:** This research was made possible with support from multiple grants and awards: an NSF–Integrative Graduate Education and Research Traineeship fellowship (NSF-0333257), a Department of the Interior Northwest Climate Science Center graduate fellowship, and an Andrews Forest Long-Term Ecological Research graduate research assistantship (NSF DEB-0823380) all awarded to S.J.K.F. Research and support were provided by the HJA research program, funded by the NSF's Long-Term Ecological Research Program (NSF DEB-0823380), the U.S. Forest Service Pacific Northwest Research Station, and Oregon State University. The project described in this publication was also supported by a grant awarded to M.G.B. from the Department of the Interior through Cooperative Agreement No. G11AC20255 from the U.S. Geological Survey and an NSF grant awarded to M.G.B. and J.J. (NSF ARC-0941748). The contents of this paper are solely the responsibility of the authors and do not represent the views of the Northwest Climate Science Center, the U.S. Geological Survey, or the U.S. Forest Service. **Author contributions:** S.J.K.F. and M.G.B. conceived the study and planned the analysis. S.J.K.F. analyzed the data. S.J.K.F., M.G.B., and A.S.H. co-wrote the manuscript. S.J.K.F. and A.S.H. collected the data. All authors discussed the results and edited and commented on the manuscript. **Competing interests:** The authors declare that they have no competing interests. **Data and materials availability:** All data needed to evaluate the conclusions in the paper are present in the paper and/or the Supplementary Materials. Air temperature and LiDAR data are available online at the Andrews Forest Webpage (air temperature: http://andrewsforest.oregonstate.edu/data/abstract.cfm?dbcode=MS045; LiDAR: http://andrewsforest.oregonstate.edu/data/abstract.cfm?dbcode=GI010). Additional data related to this paper may be requested from the authors.

Submitted 6 October 2015
Accepted 25 March 2016
Published 22 April 2016
10.1126/sciadv.1501392

**Citation:** S. J. K. Frey, A. S. Hadley, S. L. Johnson, M. Schulze, J. A. Jones, M. G. Betts, Spatial models reveal the microclimatic buffering capacity of old-growth forests. *Sci. Adv.* **2**, e1501392 (2016).

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

Frey *et al. Sci. Adv.* 2016;2:e1501392    22 April 2016

9 of 9

Ex. 6 Page 28 of 105

AR 28227



**Spatial models reveal the microclimatic buffering capacity of old-growth forests**
Sarah J. K. Frey, Adam S. Hadley, Sherri L. Johnson, Mark Schulze, Julia A. Jones and Matthew G. Betts (April 22, 2016)
*Sci Adv* 2016, 2:.
doi: 10.1126/sciadv.1501392

This article is publisher under a Creative Commons license. The specific license under which this article is published is noted on the first page.

For articles published under CC BY licenses, you may freely distribute, adapt, or reuse the article, including for commercial purposes, provided you give proper attribution.

For articles published under CC BY-NC licenses, you may distribute, reuse, or reuse the article for non-commerical purposes. Commercial use requires prior permission from the American Association for the Advancement of Science (AAAS). You may request permission by clicking here.

*The following resources related to this article are available online at http://advances.sciencemag.org. (This information is current as of March 2, 2017):*

**Updated information and services,** including high-resolution figures, can be found in the online version of this article at:
http://advances.sciencemag.org/content/2/4/e1501392.full

**Supporting Online Material** can be found at:
http://advances.sciencemag.org/content/suppl/2016/04/19/2.4.e1501392.DC1

This article **cites 54 articles,** 13 of which you can access for free at:
http://advances.sciencemag.org/content/2/4/e1501392#BIBL

Downloaded from http://advances.sciencemag.org/ on March 2, 2017

*Science Advances* (ISSN 2375-2548) publishes new articles weekly. The journal is published by the American Association for the Advancement of Science (AAAS), 1200 New York Avenue NW, Washington, DC 20005. Copyright is held by the Authors unless stated otherwise. AAAS is the exclusive licensee. The title Science Advances is a registered trademark of AAAS

AR 28228

# Natural climate solutions

Bronson W. Griscom[a,b,1], Justin Adams[a], Peter W. Ellis[a], Richard A. Houghton[c], Guy Lomax[a], Daniela A. Miteva[d], William H. Schlesinger[e,1], David Shoch[f], Juha V. Siikamäki[g], Pete Smith[h], Peter Woodbury[i], Chris Zganjar[a], Allen Blackman[g], João Campari[j], Richard T. Conant[k], Christopher Delgado[l], Patricia Elias[a], Trisha Gopalakrishna[a], Marisa R. Hamsik[a], Mario Herrero[m], Joseph Kiesecker[a], Emily Landis[a], Lars Laestadius[l,n], Sara M. Leavitt[a], Susan Minnemeyer[l], Stephen Polasky[o], Peter Potapov[p], Francis E. Putz[q], Jonathan Sanderman[c], Marcel Silvius[r], Eva Wollenberg[s], and Joseph Fargione[a]

[a]The Nature Conservancy, Arlington, VA 22203; [b]Department of Biology, James Madison University, Harrisonburg, VA 22807; [c]Woods Hole Research Center, Falmouth, MA 02540; [d]Department of Agricultural, Environmental, and Development Economics, The Ohio State University, Columbus, OH 43210; [e]Cary Institute of Ecosystem Studies, Millbrook, NY 12545; [f]TerraCarbon LLC, Charlottesville, VA 22903; [g]Resources for the Future, Washington, DC 20036; [h]Institute of Biological and Environmental Sciences, University of Aberdeen, Aberdeen, AB24 3UU, Scotland, United Kingdom; [i]College of Agriculture and Life Sciences, Cornell University, Ithaca, NY 14853-1901; [j]Ministry of Agriculture, Government of Brazil, Brasilia 70000, Brazil; [k]Natural Resource Ecology Laboratory & Department of Ecosystem Science and Sustainability, Colorado State University, Fort Collins, CO 80523-1499; [l]World Resources Institute, Washington, DC 20002; [m]Commonwealth Scientific and Industrial Research Organization, St. Lucia, QLD 4067, Australia; [n]Department of Forest Ecology and Management, Swedish University of Agricultural Sciences, SE-901 83 Umeå, Sweden; [o]Department of Applied Economics, University of Minnesota, Saint Paul, MN 55108; [p]Department of Geographical Sciences, University of Maryland, College Park, MD 20742; [q]Department of Biology, University of Florida, Gainesville, FL 32611-8526; [r]Wetlands International, 6700 AL Wageningen, The Netherlands; and [s]Gund Institute for the Environment, University of Vermont, Burlington, VT 05405

Contributed by William H. Schlesinger, September 5, 2017 (sent for review June 26, 2017; reviewed by Jason Funk and Will R. Turner)

Better stewardship of land is needed to achieve the Paris Climate Agreement goal of holding warming to below 2 °C; however, confusion persists about the specific set of land stewardship options available and their mitigation potential. To address this, we identify and quantify "natural climate solutions" (NCS): 20 conservation, restoration, and improved land management actions that increase carbon storage and/or avoid greenhouse gas emissions across global forests, wetlands, grasslands, and agricultural lands. We find that the maximum potential of NCS—when constrained by food security, fiber security, and biodiversity conservation—is 23.8 petagrams of $CO_2$ equivalent (PgCO$_2$e) y$^{-1}$ (95% CI 20.3–37.4). This is ≥30% higher than prior estimates, which did not include the full range of options and safeguards considered here. About half of this maximum (11.3 PgCO$_2$e y$^{-1}$) represents cost-effective climate mitigation, assuming the social cost of $CO_2$ pollution is ≥100 USD MgCO$_2$e$^{-1}$ by 2030. Natural climate solutions can provide 37% of cost-effective $CO_2$ mitigation needed through 2030 for a >66% chance of holding warming to below 2 °C. One-third of this cost-effective NCS mitigation can be delivered at or below 10 USD MgCO$_2^{-1}$. Most NCS actions—if effectively implemented—also offer water filtration, flood buffering, soil health, biodiversity habitat, and enhanced climate resilience. Work remains to better constrain uncertainty of NCS mitigation estimates. Nevertheless, existing knowledge reported here provides a robust basis for immediate global action to improve ecosystem stewardship as a major solution to climate change.

climate mitigation | forests | agriculture | wetlands | ecosystems

The Paris Climate Agreement declared a commitment to hold "the increase in the global average temperature to well below 2 °C above preindustrial levels" (1). Most Intergovernmental Panel on Climate Change (IPCC) scenarios consistent with limiting warming to below 2 °C assume large-scale use of carbon dioxide removal methods, in addition to reductions in greenhouse gas emissions from human activities such as burning fossil fuels and land use activities (2). The most mature carbon dioxide removal method is improved land stewardship, yet confusion persists about the specific set of actions that should be taken to both increase sinks with improved land stewardship and reduce emissions from land use activities (3).

The net emission from the land use sector is only 1.5 petagrams of $CO_2$ equivalent (PgCO$_2$e) y$^{-1}$, but this belies much larger gross emissions and sequestration. Plants and soils in terrestrial ecosystems currently absorb the equivalent of ∼20% of anthropogenic greenhouse gas emissions measured in $CO_2$ equivalents (9.5 PgCO$_2$e y$^{-1}$) (4). This sink is offset by emissions from land

use change, including forestry (4.9 PgCO$_2$e y$^{-1}$) and agricultural activities (6.1 PgCO$_2$e y$^{-1}$), which generate methane (CH$_4$) and nitrous oxide (N$_2$O) in addition to $CO_2$ (4, 5). Thus, ecosystems have the potential for large additional climate mitigation by combining enhanced land sinks with reduced emissions.

Here we provide a comprehensive analysis of options to mitigate climate change by increasing carbon sequestration and reducing emissions of carbon and other greenhouse gases through conservation, restoration, and improved management practices in forest, wetland, and grassland biomes. This work updates and builds from work synthesized by IPCC Working Group III (WGIII) (6) for the greenhouse gas inventory sector referred to as agriculture, forestry, and other land use (AFOLU). We describe and quantify 20 discrete

**Significance**

Most nations recently agreed to hold global average temperature rise to well below 2 °C. We examine how much climate mitigation nature can contribute to this goal with a comprehensive analysis of "natural climate solutions" (NCS): 20 conservation, restoration, and/or improved land management actions that increase carbon storage and/or avoid greenhouse gas emissions across global forests, wetlands, grasslands, and agricultural lands. We show that NCS can provide over one-third of the cost-effective climate mitigation needed between now and 2030 to stabilize warming to below 2 °C. Alongside aggressive fossil fuel emissions reductions, NCS offer a powerful set of options for nations to deliver on the Paris Climate Agreement while improving soil productivity, cleaning our air and water, and maintaining biodiversity.

Author contributions: B.W.G., J.A., P.W.E., R.A.H., G.L., D.A.M., W.H.S., D.S., J.V.S., P.S., P.W., C.Z., A.B., J.C., R.T.C., C.D., M.R.H., J.K., E.L., S.P., F.E.P., J.S., M.S., E.W., and J. Fargione designed research; B.W.G., P.W.E., R.A.H., G.L., D.A.M., W.H.S., D.S., J.V.S., P.W., C.Z., R.T.C., P.E., J.K., E.L., and J. Fargione performed research; L.L., S.M., and P.P. contributed new reagents/analytic tools; B.W.G., P.W.E., R.A.H., G.L., D.A.M., D.S., J.V.S., P.W., C.Z., T.G., M.H., S.M.L., and J. Fargione analyzed data; and B.W.G., J.A., P.W.E., G.L., D.A.M., W.H.S, D.S., P.S., P.W., C.Z., S.M.L., and J. Fargione wrote the paper.

Reviewers: J. Funk, Center for Carbon Removal; and W.R.T., Conservation International.

The authors declare no conflict of interest.

Freely available online through the PNAS open access option.

Data deposition: A global spatial dataset of reforestation opportunities has been deposited on Zenodo (https://zenodo.org/record/883444).

[1]To whom correspondence may be addressed. Email: bgriscom@tnc.org or schlesingerw@caryinstitute.org.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1710465114/-/DCSupplemental.

SUSTAINABILITY SCIENCE

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES

Ex. 6 Page 30 of 105

AR 28229

mitigation options (referred to hereafter as "pathways") within the AFOLU sector. The pathways we report disaggregate eight options reported by the IPCC WGIII and fill gaps by including activities such as coastal wetland restoration and protection and avoided emissions from savanna fires. We also apply constraints to safeguard the production of food and fiber and habitat for biological diversity. We refer to these terrestrial conservation, restoration, and improved practices pathways, which include safeguards for food, fiber, and habitat, as "natural climate solutions" (NCS).

For each pathway, we estimate the maximum additional mitigation potential as a starting point for estimating mitigation potential at or below two price thresholds: 100 and 10 USD MgCO$_2$e$^{-1}$. The 100 USD level represents the maximum cost of emissions reductions to limit warming to below 2 °C (7), while 10 USD MgCO$_2$e$^{-1}$ approximates existing carbon prices (8). ==We aggregate mitigation opportunities at the 100 USD threshold== to estimate the overall cost-effective contribution of NCS to limiting global warming to below 2 °C. For 10 of the most promising pathways, we provide global maps of mitigation potential. Most notably, we provide a global spatial dataset of reforestation opportunities (https://zenodo.org/record/883444) constrained by food security and biodiversity safeguards. We also review noncarbon ecosystem services associated with each pathway.

These findings are intended to help translate climate commitments into specific NCS actions that can be taken by government, private sector, and local stakeholders. We also conduct a comprehensive assessment of overall and pathway-specific uncertainty for our maximum estimates to expose the implications of variable data quality and to help prioritize research needs.

## Results and Discussion

**Maximum Mitigation Potential of NCS with Safeguards.** ==We find that the maximum additional mitigation potential of all natural pathways is 23.8 PgCO$_2$e y$^{-1}$ (95% CI 20.3–37.4) at a 2030 reference year (Fig. 1 and *SI Appendix*, Table S1). This== amount is not

constrained by costs, but it is constrained by a global land cover scenario with safeguards for meeting increasing human needs for food and fiber. We allow no reduction in existing cropland area, but we assume grazing lands in forested ecoregions can be reforested, consistent with agricultural intensification and diet change scenarios (9, 10). This maximum value is also constrained by excluding activities that would either negatively impact biodiversity (e.g., replacing native nonforest ecosystems with forests) (11) or have carbon benefits that are offset by net biophysical warming (e.g., albedo effects from expansion of boreal forests) (12). We avoid double-counting among pathways (*SI Appendix*, Table S2). We report uncertainty estimated empirically where possible (12 pathways) or from results of an expert elicitation (8 pathways). See Fig. 1 for synthesis of pathway results.

Our estimate of maximum potential NCS mitigation with safeguards is ≥30% higher than prior constrained and unconstrained maximum estimates (5, 9, 13–16). Our estimate is higher, despite our food, fiber, and biodiversity safeguards, because we include a larger number of natural pathways. Other estimates do not include all wetland pathways (5, 9, 13–16), agricultural pathways (13–16), or temperate and boreal ecosystems (13, 14). The next highest estimate (14) (18.3 PgCO$_2$ y$^{-1}$) was confined to tropical forests, but did not include a food production safeguard and was higher than our estimate for tropical forest elements of our pathways (12.6, 6.6–18.6 PgCO$_2$ y$^{-1}$). Similarly, our estimates for specific pathways are lower than other studies for biochar (17), conservation agriculture (15), and avoided coastal wetland impacts (18). We account for new research questioning the magnitude of potential for soil carbon sequestration through no-till agriculture (19) and grazing land management (20), among other refinements to pathways discussed below. Our estimate for avoided forest conversion falls between prior studies on deforestation emissions (21–24). Our spatially explicit estimate for reforestation was slightly higher compared with a prior nonspatially explicit estimate



**Fig. 1.** Climate mitigation potential of 20 natural pathways. We estimate maximum climate mitigation potential with safeguards for reference year 2030. Light gray portions of bars represent cost-effective mitigation levels assuming a global ambition to hold warming to <2 °C (<100 USD MgCO$_2$e$^{-1}$ y$^{-1}$). Dark gray portions of bars indicate low cost (<10 USD MgCO$_2$e$^{-1}$ y$^{-1}$) portions of <2 °C levels. Wider error bars indicate empirical estimates of 95% confidence intervals, while narrower error bars indicate estimates derived from expert elicitation. Ecosystem service benefits linked with each pathway are indicated by colored bars for biodiversity, water (filtration and flood control), soil (enrichment), and air (filtration). Asterisks indicate truncated error bars. See *SI Appendix*, Tables S1, S2, S4, and S5 for detailed findings and sources.

(9). Natural pathway opportunities differ considerably among countries and regions (*SI Appendix*, Figs S1–S3 and Table S3).

**Cost-Effective and Low-Cost NCS.** We explore the proportion of maximum NCS mitigation potential that offers a cost-effective contribution to meeting the Paris Climate Agreement goal of limiting warming to below 2 °C. We define a <2 °C "cost-effective" level of mitigation as a marginal abatement cost not greater than ~100 USD $MgCO_2^{-1}$ as of 2030. This value is consistent with estimates for the avoided cost to society from holding warming to below 2 °C (7, 25). We find that about half (11.3 $PgCO_2e\ y^{-1}$) of the maximum NCS potential meets this cost-effective threshold. To estimate the portion of NCS that are cost effective for holding warming to below 2 °C, we estimated the fraction of the maximum potential of each natural pathway (high = 90%, medium = 60%, or low = 30%) that could be achieved without exceeding costs of ~100 USD $MgCO_2^{-1}$, informed by published marginal abatement cost curves. Our assignment of these indicative high, medium, and low cost-effective mitigation levels reflects the coarse resolution of knowledge on global marginal abatement costs for NCS. These default levels structured our collective judgment where cost curve data were incomplete (*SI Appendix*, Table S4). Using parallel methods, we find that more than one-third (the "<2 °C cost effective" levels for natural pathways are low cost (<10 USD $MgCO_2^{-1}$; 4.1 $PgCO_2e\ y^{-1}$; Fig. 1 and *SI Appendix*, Table S4).

The "low-cost" and cost-effective NCS carbon sequestration opportunities compare favorably with cost estimates for emerging technologies, most notably bioenergy with carbon capture and storage (BECCS)—which range from ~40 USD $MgCO_2^{-1}$ to over 1,000 USD $MgCO_2^{-1}$. Furthermore, large-scale BECCS is untested and likely to have significant impacts on water use, biodiversity, and other ecosystem services (2, 26).

Our 100 USD constrained estimate (11.3 $PgCO_2e\ y^{-1}$) is considerably higher than prior central estimates (6, 14, 27, 28), and it is somewhat higher than the upper-end estimate from the IPCC Fifth Assessment Report (AR5) (10.6 $PgCO_2e\ y^{-1}$). Aside from our inclusion of previously ignored pathways as discussed above, this aggregate difference belies larger individual pathway differences between our estimates and those reported in the IPCC AR5. We find a greater share of cost-constrained potential through reforestation, forestry, wetland protection, and trees in croplands than the IPCC AR5, despite our stronger constraints on land availability, biodiversity conservation, and biophysical suitability for forests (14, 29).

**NCS Contribution to a <2 °C Pathway.** To what extent can NCS contribute to carbon neutrality by helping achieve net emission targets during our transition to a decarbonized energy sector? Warming will be held to below 2 °C if natural pathways are implemented at cost-effective levels indicated in Fig. 1, and if we avoid increases in fossil fuel emissions for 10 y and then drive them down to 7% of current levels by 2050 and then to zero by 2095 (Fig. 2). This scenario (14) assumes a 10-y linear increase of NCS to the cost-effective mitigation levels, and a >66% likelihood of holding warming to below 2 °C following a model by Meinshausen et al. (30). Under this scenario, NCS provide 37% of the necessary $CO_2e$ mitigation between now and 2030 and 20% between now and 2050. Thereafter, the proportion of total mitigation provided by NCS further declines as the proportion of necessary avoided fossil fuel emissions increases and as some NCS pathways saturate. Natural climate solutions are thus particularly important in the near term for our transition to a carbon neutral economy by the middle of this century. Given the magnitude of fossil fuel emissions reductions required under any <2 °C scenario, and the risk of relying heavily on negative emissions technologies (NETs) that remain decades from maturity (3), immediate action on NCS should not delay action on fossil fuel emissions reductions or investments in NETs.

Half of this cost-effective NCS mitigation is due to additional carbon sequestration of 5.6 $PgCO_2e\ y^{-1}$ by nine of the pathways,



**Fig. 2.** Contribution of natural climate solutions (NCS) to stabilizing warming to below 2 °C. Historical anthropogenic $CO_2$ emissions before 2016 (gray line) prelude either business-as-usual (representative concentration pathway, scenario 8.5, black line) or a net emissions trajectory needed for >66% likelihood of holding global warming to below 2 °C (green line). The green area shows cost-effective NCS (aggregate of 20 pathways), offering 37% of needed mitigation through 2030, 29% at year 2030, 20% through 2050, and 9% through 2100. This scenario assumes that NCS are ramped up linearly over the next decade to <2 °C levels indicated in Fig. 1 and held at that level (=10.4 $PgCO_2\ y^{-1}$, not including other greenhouse gases). It is assumed that fossil fuel emissions are held over the next decade then decline linearly to reach 7% of current levels by 2050.

while the remainder is from pathways that avoid further emissions of $CO_2$, $CH_4$, and $N_2O$ (*SI Appendix*, Fig. S4 and Table S1). Aggregate sequestration begins to taper off around 2060, although most pathways can maintain the 2030 mitigation levels we report for more than 50 years (Fig. 2 and pathway-specific saturation periods in *SI Appendix*, Table S1). The NCS scenario illustrated in Fig. 2 will require substantial near-term ratcheting up of both fossil fuel and NCS mitigation targets by countries to achieve the Paris Climate Agreement goal to hold warming to below 2 °C. Countries provided nationally determined contributions (NDCs) with 2025 or 2030 emissions targets as a part of the Paris Climate Agreement. While most NDCs indicate inclusion of land sector mitigation, only 38 specify land sector mitigation contributions, of 160 NDCs assessed (31). Despite these limitations, analyses indicate that if NDCs were fully implemented, NCS would contribute about 20% of climate mitigation (31) and about 2 $PgCO_2e\ y^{-1}$ mitigation by 2030 (31, 32). As such, a small portion of the 11.3 $PgCO_2e\ y^{-1}$ NCS opportunity we report here has been included in existing NDCs. Across all sectors, the NDCs fall short by 11–14 $PgCO_2e\ y^{-1}$ of mitigation needed to keep 2030 emissions in line with cost-optimal 2 °C scenarios (33). Hence, NCS could contribute a large portion—about 9 $PgCO_2e\ y^{-1}$—of the increased ambition needed by NDCs to achieve the Paris Climate Agreement.

Our assessment of the potential contribution of NCS to meeting the Paris Agreement is conservative in three ways. First, payments for ecosystem services other than carbon sequestration are not considered here and could spur cost-effective implementation of NCS beyond the levels we identified. Natural climate solutions enhance biodiversity habitat, water filtration, flood control, air filtration, and soil quality (Fig. 1) among other services, some of which have high monetary values (34–36) (see *SI Appendix*, Table S5 for details). Improved human health from dietary shifts toward plant-based foods reduce healthcare expenses and further offset NCS costs (37).

Second, our findings are conservative because we only include activities and greenhouse gas fluxes where data were sufficiently robust for global extrapolation. For example, we exclude no-till agriculture (Conservation Agriculture pathway), we exclude improved manure management in concentrated animal feed operations (Nutrient Management pathway), we exclude adaptive multipaddock grazing (Grazing pathways), and we exclude soil

SUSTAINABILITY SCIENCE

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES

carbon emissions that may occur with conversion of forests to pasture (Avoided Forest Conversion pathway). Future research may reveal a robust empirical basis for including such activities and fluxes within these pathways.

Third, the Paris Agreement states goals of limiting warming to "well below 2 °C" and pursuing "efforts to limit the temperature increase to 1.5 °C." Our analysis specifies a >66% chance of holding warming to just below 2 °C (30). Additional investment in all mitigation efforts (i.e., beyond ~100 USD $MgCO_2^{-1}$), including NCS, would be warranted to keep warming to well below 2 °C, or to 1.5 °C, particularly if a very likely (90%) chance of success is desired.

**Specific Pathway Contributions.** Forest pathways offer over two-thirds of cost-effective NCS mitigation needed to hold warming to below 2 °C and about half of low-cost mitigation opportunities (*SI Appendix*, Table S4). Reforestation is the largest natural pathway and deserves more attention to identify low-cost mitigation opportunities. Reforestation may involve trade-offs with alternative land uses, can incur high costs of establishment, and is more expensive than Avoided Forest Conversion (38). However, this conclusion from available marginal abatement cost curves ignores opportunities to reduce costs, such as involving the private sector in reforestation activities by establishing plantations for an initial commercial harvest to facilitate natural and assisted forest regeneration (39). The high uncertainty of maximum reforestation mitigation potential with safeguards (95% CI 2.7–17.9 $PgCO_2e$ $y^{-1}$) is due to the large range in existing constrained estimates of potential reforestation extent (345–1,779 Mha) (14, 16, 40–42). As with most forest pathways, reforestation has well-demonstrated cobenefits, including biodiversity habitat, air filtration, water filtration, flood control, and enhanced soil fertility (34). See *SI Appendix*, Table S5 for detailed review of ecosystem services across all pathways.

Our maximum reforestation mitigation potential estimate is somewhat sensitive to our assumption that all grazing land in forested ecoregions is reforested. If we assume that 25%, 50%, or 75% of forest ecoregion grazing lands were not reforested, it would result in 10%, 21%, and 31% reductions, respectively, in our estimate of reforestation maximum mitigation potential. While 42% of reforestation opportunities we identify are located on lands now used for grazing within forest ecoregions, at our <2 °C ambition mitigation level this would displace only ~4% of global grazing lands, many of which do not occur in forested ecoregions (20). Grazing lands can be released by shifting diets and/or implementing Grazing-Feed and Grazing-Animal Management pathways, which reduce the demand for grazing lands without reducing meat and milk supply (43).

Avoided Forest Conversion offers the second largest maximum and cost-effective mitigation potential. However, implementation costs may be secondary to public policy challenges in frontier landscapes lacking clear land tenure. The relative success of Brazil's efforts to slow deforestation through a strong regulatory framework, accurate and transparent federal monitoring, and supply chain interventions provide a promising model (44), despite recent setbacks (45). We find relatively low uncertainty for Avoided Forest Conversion (±17%), reflecting considerable global forest monitoring research in the last decade stimulated by interest in reducing emissions from deforestation and forest degradation (REDD) (46).

Improved forest management (i.e., Natural Forest Management and Improved Plantations pathways) offers large and cost-effective mitigation opportunities, many of which could be implemented rapidly without changes in land use or tenure. While some activities can be implemented without reducing wood yield (e.g., reduced-impact logging), other activities (e.g., extended harvest cycles) would result in reduced near-term yields. This shortfall can be met by implementing the Reforestation pathway, which includes new commercial plantations. The Improved Plantations pathway

ultimately increases wood yields by extending rotation lengths from the optimum for economic profits to the optimum for wood yield.

Grassland and agriculture pathways offer one-fifth of the total NCS mitigation needed to hold warming below 2 °C, while maintaining or increasing food production and soil fertility. Collectively, the grassland and agriculture pathways offer one-quarter of low-cost NCS mitigation opportunities. Cropland Nutrient Management is the largest cost-effective agricultural pathway, followed by Trees in Croplands and Conservation Agriculture. Nutrient Management and Trees in Croplands also improve air quality, water quality, and provide habitat for biodiversity (*SI Appendix*, Table S5). Our analysis of nutrient management improves upon that presented by the IPCC AR5 in that we use more recent data for fertilizer use and we project future use of fertilizers under both a "business as usual" and a "best management practice" scenario. Future remote sensing analyses to improve detection of low-density trees in croplands (47) will constrain our uncertainty about the extent of this climate mitigation opportunity. The addition of biochar to soil offers the largest maximum mitigation potential among agricultural pathways, but unlike most other NCS options, it has not been well demonstrated beyond research settings. Hence trade-offs, cost, and feasibility of large scale implementation of biochar are poorly understood. From the livestock sector, two improved grazing pathways (Optimal Intensity and Legumes) increase soil carbon, while two others (Improved Feed and Animal Management) reduce methane emission.

Wetland pathways offer 14% of NCS mitigation opportunities needed to hold warming to <2 °C, and 19% of low-cost NCS mitigation. Wetlands are less extensive than forests and grasslands, yet per unit area they hold the highest carbon stocks and the highest delivery of hydrologic ecosystem services, including climate resilience (47). Avoiding the loss of wetlands—an urgent concern in developing countries—tends to be less expensive than wetland restoration (49). Improved mapping of global wetlands—particularly peatlands—is a priority for both reducing our reported uncertainty and for their conservation and restoration.

**Challenges.** Despite the large potential of NCS, land-based sequestration efforts receive only about 2.5% of climate mitigation dollars (50). Reasons may include not only uncertainties about the potential and cost of NCS that we discuss above, but also concerns about the permanence of natural carbon storage and social and political barriers to implementation. A major concern is the potential for Reforestation, Avoided Forest Conversion, and Wetland/Peatland pathways to compete with the need to increase food production. Reforestation and Avoided Forest Conversion remain the largest mitigation opportunities despite avoiding reforestation of mapped croplands and constraints we placed on avoiding forest conversion driven by subsistence agriculture (*SI Appendix*, Table S1). A large portion (42%) of our maximum reforestation mitigation potential depends on reduced need for pasture accomplished via increased efficiency of beef production and/or dietary shifts to reduce beef consumption. On the other hand, only a ~4% reduction in global grazing lands is needed to achieve <2 °C ambition reforestation mitigation levels, and reduced beef consumption can have large health benefits (51). A portion of wetland pathways would involve limited displacement of food production; however, the extremely high carbon density of wetlands and the valuable ecosystem services they provide suggest that protecting them offers a net societal benefit (52).

Feedbacks from climate change on terrestrial carbon stocks are uncertain. Increases in temperature, drought, fire, and pest outbreaks could negatively impact photosynthesis and carbon storage, while $CO_2$ fertilization has positive effects (53). Unchecked climate change could reverse terrestrial carbon sinks by midcentury and erode the long-term climate benefits of NCS (54). Thus, climate change puts terrestrial carbon stocks (2.3 exagrams) (55) at risk. Cost-effective implementation of NCS, by increasing terrestrial carbon stocks, would slightly increase (by 4%) the stocks at risk by

AR 28232

2050. However, the risk of net emissions from terrestrial carbon stocks is less likely under a <2 °C scenario. As such, NCS slightly increase the total risk exposure, yet will be a large component of any successful effort to mitigate climate change and thus help mitigate this risk. Further, most natural pathways can increase resilience to climate impacts. Rewetting wetlands reduces risk of peat fires (56). Reforestation that connects fragmented forests reduces exposure to forest edge disturbances (57). Fire management increases resilience to catastrophic fire (58). On the other hand, some of our pathways assume intensification of food and wood yields—and some conventional forms of intensification can reduce resilience to climate change (59). All of these challenges underscore the urgency of aggressive, simultaneous implementation of mitigation from both NCS and fossil fuel emissions reductions, as well as the importance of implementing NCS and land use intensification in locally appropriate ways with best practices that maximize resilience.

While the extent of changes needed in global land stewardship are large (SI Appendix, Tables S1 and S4), we find that the environmental ambition reflected in eight recent multilateral announcements is well aligned with our <2 °C NCS mitigation levels. However, only four of these announcements are specific enough for quantitative comparison: The New York Declaration on Forests, the Bonn Challenge, the World Business Council on Sustainable Development Vision 2050, and the "4 pour 1000" initiative (SI Appendix, Table S6). The first three of these have quantitative targets that are somewhat more ambitious than our <2°C mitigation levels for some pathways, while the 4 pour 1000 initiative is considerably more ambitious for soil carbon storage. More explicit and comprehensive policy targets for all biomes and natural pathways are needed to clarify the role of NCS in holding warming to below 2 °C.

**Next Steps.** Considerable scientific work remains to refine and reduce the uncertainty of NCS mitigation estimates. Work also remains to refine methods for implementing pathways in socially and culturally responsible ways while enhancing resilience and improving food security for a growing human population (60). Nevertheless, our existing knowledge reported here provides a solid basis for immediately prioritizing NCS as a cost-effective way to provide 11 PgCO2e y$^{-1}$ of climate mitigation within the next decade—a terrestrial ecosystem opportunity not fully recognized by prior roadmaps for decarbonization (15, 61). Delaying implementation of the 20 natural pathways presented here would increase the costs to society for both mitigation and adaptation, while degrading the capacity of natural systems to mitigate climate change and provide other ecosystem services (62). Regreening the planet through conservation, restoration, and improved land management is a necessary step for our transition to a carbon neutral global economy and a stable climate.

## Methods

**Estimating Maximum Mitigation Potential with Safeguards.** We estimate the maximum additional annual mitigation potential above a business-as-usual baseline at a 2030 reference year, with constraints for food, fiber, and biodiversity safeguards (SI Appendix, Tables S1 and S2). For food, we allow no reduction in existing cropland area, but do allow the potential to reforest all grazing lands in forested ecoregions, consistent with agricultural intensification scenarios (9) and potential for dietary changes in meat consumption (10). For fiber, we assume that any reduced timber production associated with implementing our Natural Forest Management pathway is made up by additional wood production associated with Improved Plantations and/or Reforestation pathways. We also avoid activities within pathways that would negatively impact biodiversity, such as establishing forests where they are not the native cover type (11).

For most pathways, we generated estimates of the maximum mitigation potential ($M_x$) informed by a review of publications on the potential extent ($A_x$) and intensity of flux ($F_x$), where $M_x = A_x \times F_x$. Our estimates for the reforestation pathway involved geospatial analyses. For most pathways the applicable extent was measured in terms of area (hectares); however, for five of the pathways (Biochar, Cropland Nutrient Management, Grazing—Improved Feed, Grazing—Animal Management, and Avoided Woodfuel Harvest) other units of extent were used (SI Appendix, Table S1). For five pathways (Avoided Woodfuel

Harvest; Grazing—Optimal Intensity, Legumes, and Feed; and Conservation Agriculture) estimates were derived directly from an existing published estimate. An overview of pathway definitions, pathway-specific methods, and adjustments made to avoid double counting are provided in SI Appendix, Table S2. See SI Appendix, pp 36–79 for methods details.

**Uncertainty Estimates.** We estimated uncertainty for maximum mitigation estimates of each pathway using methods consistent with IPCC good practice guidance (63) for the 12 pathways where empirical uncertainty estimation was possible. For the remaining eight pathways (indicated in Fig. 1), we used the Delphi method of expert elicitation (64) following best practices outline by Mach et al. (65) where applicable and feasible. The Delphi method involved two rounds of explicit questions about expert opinion on the potential extent ($A_x$) and intensity of flux ($F_x$) posed to 20 pathway experts, half of whom were not coauthors (see SI Appendix, pp 38–39 for names). We combined $A_x$ and $F_x$ uncertainties using IPCC Approach 2 (Monte Carlo simulation).

**Assigning Cost-Constrained Mitigation Levels.** We assumed that a maximum marginal cost of ~100 US dollars MgCO2e$^{-1}$ y$^{-1}$ in 2030 would be required across all mitigation options (including fossil fuel emissions reductions and NCS) to hold warming to below 2 °C (7). This assumption is consistent with the values used in other modeling studies (16, 66) and was informed by a social cost of carbon in 2030 estimated to be 82–260 USD MgCO2e$^{-1}$ to meet the 1.5–2 °C climate target (7).

To calibrate individual NCS pathways with a goal of holding warming to below 2 °C, we assessed which of three default mitigation levels—30%, 60%, or 90% of maximum—captures mitigation costs up to but not more than ~100 USD MgCO2e$^{-1}$, informed by marginal abatement cost (MAC) curve literature. Our assignment of these default levels reflects that the MAC literature does not yet enable a precise understanding of the complex and geographically variable range of costs and benefits associated with our 20 natural pathways. We also assessed the proportion of NCS mitigation that could be achieved at low cost. For this we used a marginal cost threshold of ~10 USD MgCO2e$^{-1}$, which is consistent with the current cost of emission reduction efforts underway and current prices on existing carbon markets. For references and details see SI Appendix.

**Projecting NCS Contribution to Climate Mitigation.** We projected the potential contributions of NCS to overall CO2e mitigation action needed for a "likely" (greater than 66%) chance of holding warming to below 2 °C between 2016 and 2100. We compared this NCS scenario to a baseline scenario in which NCS are not implemented. In our NCS scenario, we assumed a linear ramp-up period between 2016 and 2025 to our <2 °C ambition mitigation levels reported in SI Appendix, Table S4. During this period, we assumed fossil fuel emissions were also held constant, after which they would decline. We assumed a maintenance of <2 °C ambition NCS mitigation levels through 2060, allowing for gradual pathway saturation represented as a linear decline of natural pathway mitigation from 2060 to 2090. We consider this a conservative assumption about overall NCS saturation, given the time periods we estimate before saturation reported in SI Appendix, Table S1. This scenario and the associated action on fossil fuel emissions reductions needed are represented in Fig. 2 through 2050. Scenario construction builds from ref. 14, with model parameters from Meinshausen et al. (30). The proportion of CO2 mitigation provided by NCS according to the scenario described above is adjusted to a proportion of CO2e with the assumption that non-CO2 greenhouse gases are reduced at the same rate as CO2 for NCS and other sectors.

**Characterizing Activities and Cobenefits.** We identified mitigation activities and noncarbon ecosystem services associated with each of the 20 natural pathways (SI Appendix, Tables S5 and S7). We used a taxonomy of conservation actions developed by the International Union for Conservation of Nature (IUCN) and the Conservation Measures Partnership (67) to link pathways with a known set of conservation activities. The IUCN taxonomy does not identify activities that are specific to many of our pathways, so we list examples of more specific activities associated with each pathway (SI Appendix, Table S7). We identified four generalized types of ecosystem services (biodiversity, water, soil, and air) that may be enhanced by implementation of activities within each natural pathway—but only where one or more peer-reviewed publication confirms the link (Fig. 1 and SI Appendix, Table S5).

**ACKNOWLEDGMENTS.** We thank L. Almond, A. Baccini, A. Bowman, S. Cook-Patton, J. Evans, K. Holl, R. Lalasz, A. Nassikas, M. Spalding, and M. Wolosin for inputs, and expert elicitation respondents. We also thank members of the Matthew Hansen laboratory for the development of datasets and the National Evolutionary Synthesis Center grasslands working group, which includes

SUSTAINABILITY SCIENCE

EARTH, ATMOSPHERIC AND PLANETARY SCIENCES

AR 28233

C. Lehmann, D. Griffith, T. M. Anderson, D. J. Beerling, W. Bond, E. Denton, E. Edwards, E. Forrestel, D. Fox, W. Hoffmann, R. Hyde, T. Kluyver, L. Mucina, B. Passey, S. Pau, J. Ratnam, N. Salamin, B. Santini, K. Simpson, M. Smith, B. Spriggs, C. Still, C. Strömberg, and C. P. Osborne. This study was made possible by funding from the Doris Duke Charitable Foundation. P.W. was supported in part by US Department of Agriculture–National Institute of Food and Agriculture Project 2011-67003-30205. E.W.'s contribution was in association with the CGIAR Research Program on Climate Change, Agriculture and Food Security, carried out with support from CGIAR Fund Donors and through bilateral funding agreements.

1. United Nations Framework Convention on Climate Change (2015) *COP 21 Climate Agreement* (UNFCCC, Paris) Available at unfccc.int/resource/docs/2015/cop21/eng/l09r01.pdf Accessed June 20, 2017.
2. Smith P, et al. (2016) Biophysical and economic limits to negative CO2 emissions. *Nat Clim Chang* 6:42–50.
3. Field CB, Mach KJ (2017) Rightsizing carbon dioxide removal. *Science* 356:706–707.
4. Le Quéré C, et al. (2015) Global carbon budget 2014. *Earth Syst Sci Data* 7:47–85.
5. Intergovernmental Panel on Climate Change (2014) *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, eds Edenhofer O, et al. (Cambridge Univ Press, Cambridge, UK).
6. Smith P, et al. (2014) Agriculture, forestry and other land use (AFOLU). *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, eds Edenhofer O, et al. (Cambridge Univ Press, Cambridge, UK), p 179.
7. Dietz S, Stern N (2015) Endogenous growth, convexity of damage and climate risk: How Nordhaus' framework supports deep cuts in carbon emissions. *Econ J (Oxf)* 125:574–620.
8. World Bank Ecofys (2016) *State and Trends of Carbon Pricing 2016* (The World Bank, Washington, DC).
9. Smith P, et al. (2013) How much land-based greenhouse gas mitigation can be achieved without compromising food security and environmental goals? *Glob Change Biol* 19:2285–2302.
10. Stehfest E, et al. (2009) Climate benefits of changing diet. *Clim Change* 95:83–102.
11. Veldman JW, et al. (2015) Tyranny of trees in grassy biomes. *Science* 347:484–485.
12. Li Y, et al. (2015) Local cooling and warming effects of forests based on satellite observations. *Nat Commun* 6:6603.
13. Houghton RA (2013) The emissions of carbon from deforestation and degradation in the tropics: Past trends and future potential. *Carbon Manag* 4:539–546.
14. Houghton RA, Byers B, Nassikas AA (2015) A role for tropical forests in stabilizing atmospheric CO2. *Nat Clim Chang* 5:1022–1023.
15. Pacala S, Socolow R (2004) Stabilization wedges: Solving the climate problem for the next 50 years with current technologies. *Science* 305:968–972.
16. Canadell JG, Raupach MR (2008) Managing forests for climate change mitigation. *Science* 320:1456–1457.
17. Woolf D, Amonette JE, Street-Perrott FA, Lehmann J, Joseph S (2010) Sustainable biochar to mitigate global climate change. *Nat Commun* 1:56.
18. Pendleton L, et al. (2012) Estimating global "blue carbon" emissions from conversion and degradation of vegetated coastal ecosystems. *PLoS One* 7:e43542.
19. Powlson DS, Stirling CM, Jat ML (2014) Limited potential of no-till agriculture for climate change mitigation. *Nat Clim Chang* 4:678–683.
20. Henderson BB, et al. (2015) Greenhouse gas mitigation potential of the world's grazing lands: Modeling soil carbon and nitrogen fluxes of mitigation practices. *Agric Ecosyst Environ* 207:91–100.
21. Baccini A, et al. (2012) Estimated carbon dioxide emissions from tropical deforestation improved by carbon-density maps. *Nat Clim Chang* 2:182–185.
22. Tyukavina A, et al. (2015) Aboveground carbon loss in natural and managed tropical forests from 2000 to 2012. *Environ Res Lett* 10:1–14.
23. Harris NL, et al. (2012) Baseline map of carbon emissions from deforestation in tropical regions. *Science* 336:1573–1576.
24. Zarin DJ, et al. (2015) Can carbon emissions from tropical deforestation drop by 50% in five years? *Glob Chang Biol* 22:1336–1347.
25. Nordhaus W (2014) Estimates of the social cost of carbon: Concepts and results from the DICE-2013R model and alternative approaches. *J Assoc Environ Resour Econ* 1:273–312.
26. Santangeli A, et al. (2016) Global change synergies and trade-offs between renewable energy and biodiversity. *Glob Change Biol Bioenergy* 8:941–951.
27. Houghton RA (2013) Role of forests and impact of deforestation in the global carbon cycle. *Global Forest Monitoring from Earth Observation*, eds Achard F, Hansen MC (CRC Press, Boca Raton, Florida), pp 15–38.
28. Global Commission on the Economy and Climate (2015) Emission reduction potential. Available at http://newclimateeconomy.report/workingpapers/wp-content/uploads/sites/5/2016/04/NCE-technical-note-emission-reduction-potential_final.pdf. Accessed February 23, 2017.
29. Sohngen B, Sedjo R (2006) Carbon sequestration in global forests under different carbon price regimes. *Energy J* 27:109–126.
30. Meinshausen M, et al. (2009) Greenhouse-gas emission targets for limiting global warming to 2 degrees C. *Nature* 458:1158–1162.
31. Forsell N, et al. (2016) Assessing the INDCs' land use, land use change, and forest emission projections. *Carbon Balance Manag* 11:26.
32. Grassi G, Dentener F (2015) Quantifying the contribution of the Land Use sector to the Paris Climate Agreement. Available at http://publications.jrc.ec.europa.eu/repository/bitstream/JRC98451/jrc%20luluc-f-indc%20report.pdf. Accessed December 15, 2016.
33. Rogelj J, et al. (2016) Paris agreement climate proposals need a boost to keep warming well below 2 °C. *Nature* 534:631–639.
34. Millennium Ecosystem Assessment (2005) *Ecosystems and Human Well-being: Synthesis* (Island Press, Washington, DC).
35. Bendor TK, Livengood A, Lester TW, Davis A, Yonavjak L (2015) Defining and evaluating the ecological restoration economy. *Restor Ecol* 23:209–219.
36. Paustian K, et al. (2016) Climate-smart soils. *Nature* 532:49–57.
37. Springmann M, Godfray HCJ, Rayner M, Scarborough P (2016) Analysis and valuation of the health and climate change cobenefits of dietary change. *Proc Natl Acad Sci USA* 113:4146–4151.
38. Strengers BJ, Van Minnen JG, Eickhout B (2008) The role of carbon plantations in mitigating climate change: Potentials and costs. *Clim Change* 88:343–366.
39. Ashton MS, et al. (2014) Restoration of rain forest beneath pine plantations: A relay floristic model with special application to tropical South Asia. *For Ecol Manage* 329:351–359.
40. Zomer RJ, Trabucco A, Bossio DA, Verchot LV (2008) Climate change mitigation: A spatial analysis of global land suitability for clean development mechanism afforestation and reforestation. *Agric Ecosyst Environ* 126:67–80.
41. Nilsson S, Schopfhauser W (1995) The carbon-sequestration potential of a global afforestation program. *Clim Change* 30:267–293.
42. Minnemeyer S, Laestadius L, Potapov P, Sizer N, Saint-Laurent C (2014) *Atlas of Forest Landscape Restoration Opportunities* (World Resour Institute, Washington, DC). Available at www.wri.org/resources/maps/atlas-forest-and-landscape-restoration-opportunities. Accessed May 30, 2017.
43. Havlik P, et al. (2014) Climate change mitigation through livestock system transitions. *Proc Natl Acad Sci USA* 111:3709–3714.
44. Nepstad D, et al. (2014) Slowing Amazon deforestation through public policy and interventions in beef and soy supply chains. *Science* 344:1118–1123.
45. Instituto Nacional de Pesquisas Espaciais (INPE) (2016) INPE Noticias: PRODES estima 7.989 km2 de desmatamento por corte raso na Amazônia em 2016. Available at www.inpe.br/noticias/noticia.php?Cod_Noticia=4344. Accessed March 1, 2017.
46. Goetz SJ, et al. (2015) Measurement and monitoring needs, capabilities and potential for addressing reduced emissions from deforestation and forest degradation under REDD+. *Environ Res Lett* 10:123001.
47. Zomer RJ, et al. (2016) Global Tree Cover and Biomass Carbon on Agricultural Land: The contribution of agroforestry to global and national carbon budgets. *Sci Rep* 6:29987.
48. Barbier EB, et al. (2011) The value of estuarine and coastal ecosystem services. *Ecol Monogr* 81:169–193.
49. Bayraktarov E, et al. (2016) The cost and feasibility of marine coastal restoration. *Ecol Appl* 26:1055–1074.
50. Buchner BK, et al. (2015) Global landscape of climate finance 2015. Available at https://climatepolicyinitiative.org/publication/global-landscape-of-climate-finance-2015/. Accessed September 14, 2017.
51. Tilman D, Clark M (2014) Global diets link environmental sustainability and human health. *Nature* 515:518–522.
52. Alongi DM (2002) Present state and future of the world's mangrove forests. *Environ Conserv* 29:331–349.
53. Cox PM, et al. (2013) Sensitivity of tropical carbon to climate change constrained by carbon dioxide variability. *Nature* 494:341–344.
54. Friedlingstein P (2015) Carbon cycle feedbacks and future climate change. *Philos Trans R Soc A Math Phys Eng Sci* 373:20140421.
55. House JI, Prentice IC, Le Quéré CC (2002) Maximum impacts of future reforestation or deforestation on atmospheric CO2. *Glob Change Biol* 8:1047–1052.
56. Page S, et al. (2009) Restoration ecology of lowland tropical peatlands in Southeast Asia: Current knowledge and future research directions. *Ecosystems (N Y)* 12:888–905.
57. Pütz S, et al. (2014) Long-term carbon loss in fragmented Neotropical forests. *Nat Commun* 5:5037.
58. Wiedinmyer C, Hurteau MD (2010) Prescribed fire as a means of reducing forest carbon emissions in the western United States. *Environ Sci Technol* 44:1926–1932.
59. Smith P, et al. (2007) Agriculture. *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*, eds Metz B, Davidson OR, Bosch PR, Dave R, Meyer LA (Cambridge Univ Press, Cambridge, MA).
60. World Resources Institute (2013) Creating a Sustainable Food Future : A menu of solutions to sustainably feed more than 9 billion people by 2050. *World Resour Rev* 2013-14:130.
61. Rockström J, et al. (2017) A roadmap for rapid decarbonization. *Science* 355:1269–1271.
62. Rogelj J, McCollum DL, Reisinger A, Meinshausen M, Riahi K (2013) Probabilistic cost estimates for climate change mitigation. *Nature* 493:79–83.
63. Eggleston S, Buendia L, Miwa K, Ngara T, Tanabe K, eds (2006) 2006 IPCC guidelines for national greenhouse gas inventories. Available at http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol4.html. Accessed March 14, 2016.
64. Groves C, Game ET (2015) *Conservation Planning: Informed Decisions for a Healthier Planet* (W. H. Freeman, New York, NY), 1st ed.
65. Mach KJ, Mastrandrea MD, Freeman PT, Field CB (2017) Unleashing expert judgment in assessment. *Glob Environ Change* 44:1–14.
66. Kindermann G, et al. (2008) Global cost estimates of reducing carbon emissions through avoided deforestation. *Proc Natl Acad Sci USA* 105:10302–10307.
67. International Union for Conservation and Nature, Conservation Measure Partnership (2006) Unified Classification of Conservation Actions, Version 1.0. Available at http://www.iucn.org/themes/ssc/sis/classification.htm. Accessed June 14, 2017.

Griscom et al.

AR 28234



# Land use strategies to mitigate climate change in carbon dense temperate forests

Beverly E. Law[a,1], Tara W. Hudiburg[b], Logan T. Berner[c], Jeffrey J. Kent[b], Polly C. Buotte[a], and Mark E. Harmon[a]

[a]Department of Forest Ecosystems and Society, Oregon State University, Corvallis, OR 97333; [b]Department of Forest, Rangeland, and Fire Sciences, University of Idaho, Moscow, ID 83844; and [c]EcoSpatial Services L.L.C., Flagstaff, AZ 86004

Edited by William H. Schlesinger, Duke University, Durham, NC, and approved January 22, 2018 (received for review November 16, 2017)

Strategies to mitigate carbon dioxide emissions through forestry activities have been proposed, but ecosystem process-based integration of climate change, enhanced CO$_2$, disturbance from fire, and management actions at regional scales are extremely limited. Here, we examine the relative merits of afforestation, reforestation, management changes, and harvest residue bioenergy use in the Pacific Northwest. This region represents some of the highest carbon density forests in the world, which can store carbon in trees for 800 y or more. Oregon's net ecosystem carbon balance (NECB) was equivalent to 72% of total emissions in 2011–2015. By 2100, simulations show increased net carbon uptake with little change in wildfires. Reforestation, afforestation, lengthened harvest cycles on private lands, and restricting harvest on public lands increase NECB 56% by 2100, with the latter two actions contributing the most. Resultant cobenefits included water availability and biodiversity, primarily from increased forest area, age, and species diversity. Converting 127,000 ha of irrigated grass crops to native forests could decrease irrigation demand by 233 billion m$^3$·y$^{-1}$. Utilizing harvest residues for bioenergy production instead of leaving them in forests to decompose increased emissions in the short-term (50 y), reducing mitigation effectiveness. Increasing forest carbon on public lands reduced emissions compared with storage in wood products because the residence time is more than twice that of wood products. Hence, temperate forests with high carbon densities and lower vulnerability to mortality have substantial potential for reducing forest sector emissions. Our analysis framework provides a template for assessments in other temperate regions.

forests | carbon balance | greenhouse gas emissions | climate mitigation

Strategies to mitigate carbon dioxide emissions through forestry activities have been proposed, but regional assessments to determine feasibility, timeliness, and effectiveness are limited and rarely account for the interactive effects of future climate, atmospheric CO$_2$ enrichment, nitrogen deposition, disturbance from wildfires, and management actions on forest processes. We examine the net effect of all of these factors and a suite of mitigation strategies at fine resolution (4-km grid). Proven strategies immediately available to mitigate carbon emissions from forest activities include the following: (i) reforestation (growing forests where they recently existed), (ii) afforestation (growing forests where they did not recently exist), (iii) increasing carbon density of existing forests, and (iv) reducing emissions from deforestation and degradation (1). Other proposed strategies include wood bioenergy production (2–4), bioenergy combined with carbon capture and storage (BECCS), and increasing wood product use in buildings. However, examples of commercial-scale BECCS are still scarce, and sustainability of wood sources remains controversial because of forgone ecosystem carbon storage and low environmental cobenefits (5, 6). Carbon stored in buildings generally outlives its usefulness or is replaced within decades (7) rather than the centuries possible in forests, and the factors influencing product substitution have yet to be fully explored (8). Our analysis of mitigation strategies focuses on the first four strategies, as well as bioenergy production, utilizing harvest residues only and without carbon capture and storage.

The appropriateness and effectiveness of mitigation strategies within regions vary depending on the current forest sink, competition with land-use and watershed protection, and environmental conditions affecting forest sustainability and resilience. Few process-based regional studies have quantified strategies that could actually be implemented, are low-risk, and do not depend on developing technologies. Our previous studies focused on regional modeling of the effects of forest thinning on net ecosystem carbon balance (NECB) and net emissions, as well as improving modeled drought sensitivity (9, 10), while this study focuses mainly on strategies to enhance forest carbon.

Our study region is Oregon in the Pacific Northwest, where coastal and montane forests have high biomass and carbon sequestration potential. They represent coastal forests from northern California to southeast Alaska, where trees live 800 y or more and biomass can exceed that of tropical forests (11) (Fig. S1). The semiarid ecoregions consist of woodlands that experience frequent fires (12). Land-use history is a major determinant of forest carbon balance. Harvest was the dominant cause of tree mortality (2003–2012) and accounted for fivefold as much mortality as that from fire and beetles combined (13). Forest land ownership is predominantly public (64%), and 76% of the biomass harvested is on private lands.

## Significance

Regional quantification of feasibility and effectiveness of forest strategies to mitigate climate change should integrate observations and mechanistic ecosystem process models with future climate, CO$_2$, disturbances from fire, and management. Here, we demonstrate this approach in a high biomass region, and found that reforestation, afforestation, lengthened harvest cycles on private lands, and restricting harvest on public lands increased net ecosystem carbon balance by 56% by 2100, with the latter two actions contributing the most. Forest sector emissions tracked with our life cycle assessment model decreased by 17%, partially meeting emissions reduction goals. Harvest residue bioenergy use did not reduce short-term emissions. Cobenefits include increased water availability and biodiversity of forest species. Our improved analysis framework can be used in other temperate regions.

Author contributions: B.E.L. and T.W.H. designed research; B.E.L., T.W.H., and P.C.B. performed research; M.E.H. contributed new reagents/analytic tools; B.E.L., L.T.B., J.J.K., and P.C.B. analyzed data; B.E.L., T.W.H., L.T.B., and M.E.H. wrote the paper; and M.E.H. contributed the substitution model.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission.

This open access article is distributed under Creative Commons Attribution-NonCommercial-NoDerivatives License 4.0 (CC BY-NC-ND).

Data deposition: The CLM4.5 model data are available at Oregon State University (terraweb. forestry.oregonstate.edu/FMEC). Data from the >200 intensive plots on forest carbon are available at Oak Ridge National Laboratory (https://daac.ornl.gov/NACP/guides/NACP_TERRA-PNW.html), and FIA data are available at the USDA Forest Service (https://www.fia.fs.fed.us/tools-data/).

[1]To whom correspondence should be addressed. Email: bev.law@oregonstate.edu.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1720064115/-/DCSupplemental.

ENVIRONMENTAL SCIENCES

SUSTAINABILITY SCIENCE

AR 28235

**Fig. 1.** Approach to assessing effects of mitigation strategies on forest carbon and forest sector emissions. NECB is productivity (NPP) minus Rh and losses from fire and harvest (red arrows). Harvest emissions include those associated with wood products and bioenergy.

Many US states, including Oregon (14), plan to reduce their greenhouse gas (GHG) emissions in accordance with the Paris Agreement. We evaluated strategies to address this question: How much carbon can the region's forests realistically remove from the atmosphere in the future, and which forest carbon strategies can reduce regional emissions by 2025, 2050, and 2100? We propose an integrated approach that combines observations with models and a life cycle assessment (LCA) to evaluate current and future effects of mitigation actions on forest carbon and forest sector emissions in temperate regions (Fig. 1). We estimated the recent carbon budget of Oregon's forests, and simulated the potential to increase the forest sink and decrease forest sector emissions under current and future climate conditions. We provide recommendations for regional assessments of mitigation strategies.

**Results**

Carbon stocks and fluxes are summarized for the observation cycles of 2001–2005, 2006–2010, and 2011–2015 (Table 1 and Tables S1 and S2). In 2011–2015, state-level forest carbon stocks totaled 3,036 Tg C (3 billion metric tons), with the coastal and montane ecoregions accounting for 57% of the live tree carbon (Tables S1 and S2). Net ecosystem production [NEP; net primary production (NPP) minus heterotrophic respiration (Rh)] averaged 28 teragrams carbon per year (Tg C y$^{-1}$) over all three periods. Fire emissions were unusually high at 8.69 million metric tons carbon dioxide equivalent (tCO$_2$e y$^{-1}$, i.e., 2.37 Tg C y$^{-1}$) in 2001–2005 due to the historic Biscuit Fire, but decreased to 3.56 million tCO$_2$e y$^{-1}$ (0.97 Tg C y$^{-1}$) in 2011–2015 (Table S4). Note that 1 million tCO$_2$e equals 3.667 Tg C.

Our LCA showed that in 2001–2005, Oregon's net wood product emissions were 32.61 million tCO$_2$e (Table S3), and 3.7-fold wildfire emissions in the period that included the record fire year (15) (Fig. 2). In 2011–2015, net wood product emissions were 34.45 million tCO$_2$e and almost 10-fold fire emissions, mostly due to lower fire emissions. The net wood product emissions are higher than fire emissions despite carbon benefits of storage in wood products and substitution for more fossil fuel-intensive products. Hence, combining fire and net wood product emissions, the forest sector emissions averaged 40 million tCO$_2$e y$^{-1}$ and accounted for about 39% of total emissions across all sectors (Fig. 2 and Table S4). NECB was calculated from NEP minus losses from fire emissions and harvest (Fig. 1). State NECB was equivalent to 60% and 70% of total emissions for 2001–2005 and 2011–2015, respectively (Fig. 2, Table 1, and Table S4). Fire emissions were only between 4% and 8% of total emissions from all sources (2011–2015 and 2001–2004, respectively). Oregon's forests play a larger role in meeting its GHG targets than US forests have in meeting the nation's targets (16, 17).

Historical disturbance regimes were simulated using stand age and disturbance history from remote sensing data. Comparisons of Community Land Model (CLM4.5) output with Forest Inventory and Analysis (FIA) aboveground tree biomass (>6,000 plots) were within 1 SD of the ecoregion means (Fig. S2). CLM4.5 estimates of cumulative burn area and emissions from 1990 to 2014 were 14% and 25% less than observed, respectively. The discrepancy was mostly due to the model missing an anomalously large fire in 2002 (Fig. S3A). When excluded, modeled versus observed fire emissions were in good agreement ($r^2 = 0.62$; Fig. S3B). A sensitivity test of a 14% underestimate of burn area did not affect our final results because predicted emissions would increase almost equally for business as usual (BAU) management and our scenarios, resulting in no proportional change in NECB. However, the ratio of harvest to fire emissions would be lower.

Projections show that under future climate, atmospheric carbon dioxide, and BAU management, an increase in net carbon uptake due to CO$_2$ fertilization and climate in the mesic ecoregions far outweighs losses from fire and drought in the semiarid ecoregions. There was not an increasing trend in fire. Carbon stocks increased by 2% and 7% and NEP increased by 12% and 40% by 2050 and 2100, respectively.

We evaluated emission reduction strategies in the forest sector: protecting existing forest carbon, lengthening harvest cycles, reforestation, afforestation, and bioenergy production with product substitution. The largest potential increase in forest carbon is in the mesic Coast Range and West Cascade ecoregions. These forests are buffered by the ocean, have high soil water-holding capacity, low risk of wildfire [fire intervals average 260–400 y (18)], long carbon residence time, and potential for high carbon density. They can attain biomass up to 520 Mg C ha$^{-1}$ (12). Although Oregon has several protected areas, they account for only 9–15% of the total forest area, so we expect it may be feasible to add carbon-protected lands with cobenefits of water protection and biodiversity.

Reforestation of recently forested areas include those areas impacted by fire and beetles. Our simulations to 2100 assume regrowth of the same species and incorporate future fire responses to climate and cyclical beetle outbreaks [70–80 y (13)]. Reforestation has the potential to increase stocks by 315 Tg C by 2100, reducing forest sector net emissions by 5% by 2100 relative to BAU management (Fig. 3). The East and West Cascades ecoregions had the highest reforestation potential, accounting for 90% of the increase (Table S5).

Afforestation of old fields within forest boundaries and non-food/nonforage grass crops, hereafter referred to as "grass crops," had to meet minimum conditions for tree growth, and crop grid cells had to be partially forested (SI Methods and Table S6). These crops are not grazed or used for animal feed. Competing land uses may decrease the actual amount of area that can be afforested. We calculated the amount of irrigated grass crops (127,000 ha) that could be converted to forest, assuming success of carbon offset programs (19). By 2100, afforestation increased stocks by

**Table 1. Forest carbon budget components used to compute NECB**

| Flux, Tg C y$^{-1}$ | 2001–2005 | | 2006–2010 | | 2011–2015 | | 2001–2015 |
|---|---|---|---|---|---|---|---|
| NPP | 73.64 | 7.59 | 73.57 | 7.58 | 73.57 | 7.58 | 73.60 |
| Rh | 45.67 | 5.11 | 45.38 | 5.07 | 45.19 | 5.05 | 45.41 |
| NEP | 27.97 | 9.15 | 28.19 | 9.12 | 28.39 | 9.11 | 28.18 |
| Harvest removals | 8.58 | 0.60 | 7.77 | 0.54 | 8.61 | 0.6 | 8.32 |
| Fire emissions | 2.37 | 0.27 | 1.79 | 0.2 | 0.97 | 0.11 | 1.71 |
| NECB | 17.02 | 9.17 | 18.63 | 9.14 | 18.81 | 9.13 | 18.15 |

Average annual values for each period, including uncertainty (95% confidence interval) in Tg C y$^{-1}$ (multiply by 3.667 to get million tCO$_2$e).

Ex. 6 Page 37 of 105

AR 28236



**Fig. 2.** Oregon's forest carbon sink and emissions from forest and energy sectors. Harvest emissions are computed by LCA. Fire and harvest emissions sum to forest sector emissions. Energy sector emissions are from the Oregon Global Warming Commission (14), minus forest-related emissions. Error bars are 95% confidence intervals (Monte Carlo analysis).

94 Tg C and cumulative NECB by 14 Tg C, and afforestation reduced forest sector GHG emissions by 1.3–1.4% in 2025, 2050, and 2100 (Fig. 3).

We quantified cobenefits of afforestation of irrigated grass crops on water availability based on data from hydrology and agricultural simulations of future grass crop area and related irrigation demand (20). Afforestation of 127,000 ha of grass cropland with Douglas fir could decrease irrigation demand by 222 and 233 billion $m^3 \cdot y^{-1}$ by 2050 and 2100, respectively. An independent estimate from measured precipitation and evapotranspiration (ET) at our mature Douglas fir and grass crop sites in the Willamette Valley shows the ET/precipitation fraction averaged 33% and 52%, respectively, and water balance (precipitation minus ET) averaged 910 mm·y$^{-1}$ and 516 mm·y$^{-1}$. Under current climate conditions, the observations suggest an increase in annual water availability of 260 billion m$^3 \cdot y^{-1}$ if 127,000 ha of the irrigated grass crops were converted to forest.

Harvest cycles in the mesic and montane forests have declined from over 120 y to 45 y despite the fact that these trees can live 500–1,000 y and net primary productivity peaks at 80–125 y (21). If harvest cycles were lengthened to 80 y on private lands and harvested area was reduced 50% on public lands, state-level stocks would increase by 17% to a total of ~3,600 Tg C and NECB would increase 2–3 Tg C y$^{-1}$ by 2100. The lengthened harvest cycles reduced harvest by 2 Tg C y$^{-1}$, which contributed to higher NECB. Leakage (more harvest elsewhere) is difficult to quantify and could counter these carbon gains. However, because harvest on federal lands was reduced significantly since 1992 (NW Forest Plan), leakage has probably already occurred.

The four strategies together increased NECB by 64%, 82%, and 56% by 2025, 2050, and 2100, respectively. This reduced forest sector net emissions by 11%, 10%, and 17% over the same periods (Fig. 3). By 2050, potential increases in NECB were largest in the Coast Range (Table S5), East Cascades, and Klamath

Mountains, accounting for 19%, 25%, and 42% of the total increase, whereas by 2100, they were most evident in the West Cascades, East Cascades, and Klamath Mountains.

We examined the potential for using existing harvest residue for electricity generation, where burning the harvest residue for energy emits carbon immediately (3) versus the BAU practice of leaving residues in forests to slowly decompose. Assuming half of forest residues from harvest practices could be used to replace natural gas or coal in distributed facilities across the state, they would provide an average supply of 0.75–1 Tg C y$^{-1}$ to the year 2100 in the reduced harvest and BAU scenarios, respectively. Compared with BAU harvest practices, where residues are left to decompose, proposed bioenergy production would increase cumulative net emissions by up to 45 Tg C by 2100. Even at 50% use, residue collection and transport are not likely to be economically viable, given the distances (>200 km) to Oregon's facilities.

## Discussion

Earth system models have the potential to bring terrestrial observations related to climate, vulnerability, impacts, adaptation,



**Fig. 3.** Future change in carbon stocks and NECB with mitigation strategies relative to BAU management. The decadal average change in forest carbon stocks (*A*) and NECB relative to BAU (*B*) are shown. Italicized numbers over bars indicate mean forest carbon stocks in 2091–2100 (*A*) and cumulative change in NECB for 2015–2100 (*B*). Error bars are ±10%.

ENVIRONMENTAL SCIENCES

SUSTAINABILITY SCIENCE

AR 28237

and mitigation into a common framework, melding biophysical with social components (22). We developed a framework to examine a suite of mitigation actions to increase forest carbon sequestration and reduce forest sector emissions under current and future environmental conditions.

Harvest-related emissions had a large impact on recent NECB, reducing it by an average of 34% from 2001 to 2015. By comparison, fire emissions were relatively small and reduced NECB by 12% in the Biscuit Fire year, but only reduced NECB 5–9% from 2006 to 2015. Thus, altered forest management has the potential to enhance the forest carbon balance and reduce emissions.

Future NEP increased because enhancement from atmospheric carbon dioxide outweighed the losses from fire. Lengthened harvest cycles on private lands to 80 y and restricting harvest to 50% of current rates on public lands increased NECB the most by 2100, accounting for 90% of total emissions reduction (Fig. 3 and Tables S5 and S6). Reduced harvest led to NECB increasing earlier than the other strategies (by 2050), suggesting this could be a priority for implementation.

Our afforestation estimates may be too conservative by limiting them to nonforest areas within forest boundaries and 127,000 ha of irrigated grass cropland. There was a net loss of 367,000 ha of forest area in Oregon and Washington combined from 2001 to 2006 (23), and less than 1% of native habitat remains in the Willamette Valley due to urbanization and agriculture (24). Perhaps more of this area could be afforested.

The spatial variation in the potential for each mitigation option to improve carbon stocks and fluxes shows that the reforestation potential is highest in the Cascade Mountains, where fire and insects occur (Fig. 4). The potential to reduce harvest on public land is highest in the Cascade Mountains, and that to lengthen harvest cycles on private lands is highest in the Coast Range.

Although western Oregon is mesic with little expected change in precipitation, the afforestation cobenefits of increased water availability will be important. Urban demand for water is projected to increase, but agricultural irrigation will continue to consume much more water than urban use (25). Converting 127,000 ha of irrigated grass crops to native forests appears to be a win–win strategy, returning some of the area to forest land, providing habitat and connectivity for forest species, and easing irrigation demand. Because the afforested grass crop represents only 11% of the available grass cropland (1.18 million ha), it is not likely to result in leakage or indirect land use change. The two forest strategies combined are likely to be important contributors to water security.

Cobenefits with biodiversity were not assessed in our study. However, a recent study showed that in the mesic forests, cobenefits with biodiversity of forest species are largest on lands with harvest cycles longer than 80 y, and thus would be most pronounced on private lands (26). We selected 80 y for the harvest cycle mitigation strategy because productivity peaks at 80–125 y in this region, which coincides with the point at which cobenefits with wildlife habitat are substantial.

Habitat loss and climate change are the two greatest threats to biodiversity. Afforestation of areas that are currently grass crops would likely improve the habitat of forest species (27), as about 90% of the forests in these areas were replaced by agriculture. About 45 mammal species are at risk because of range contraction (28). Forests are more efficient at dissipating heat than grass and crop lands, and forest cover gains lead to net surface cooling in all regions south of about 45° latitude in North American and Europe (29). The cooler conditions can buffer climate-sensitive bird populations from approaching their thermal limits and provide more food and nest sites (30). Thus, the mitigation strategies of afforestation, protecting forests on public lands and lengthening harvest cycles to 80–125 y, would likely benefit forest-dependent species.

Oregon has a legislated mandate to reduce emissions, and is considering an offsets program that limits use of offsets to 8% of



## A

### Change in forest carbon from BAU

Tg C pixel $^{-1}$

- 0.30 - 1.40
- 0.05 - 0.30
- -0.05 - 0.05
- -0.30 - -0.05
- -1.40 - -0.30

## B

### Change in NECB from BAU

Gg C pixel $^{-1}$ yr $^{-1}$

- 2.01 - 55.88
- 0.26 - 2.00
- -0.24 - 0.25
- -1.99 - -0.25
- -61.04 - -2.00

0   100  200 km

**Fig. 4.** Spatial patterns of forest carbon stocks and NECB for 2091–2100. The decadal average changes in forest carbon stocks (A) and NECB (B) due to afforestation, reforestation, protected areas, and lengthened harvest cycles relative to continued BAU forest management (red is increase in NECB) are shown.

the total emissions reduction to ensure that regulated entities substantially reduce their own emissions, similar to California's program (19). An offset becomes a net emissions reduction by increasing the forest carbon sink (NECB). If only 8% of the GHG reduction is allowed for forest offsets, the limits for forest offsets would be 2.1 and 8.4 million metric $tCO_2e$ of total emissions by 2025 and 2050, respectively (Table S6). The combination of afforestation, reforestation, and reduced harvest would provide 13 million metric $tCO_2e$ emissions reductions, and any one of the strategies or a portion of each could be applied. Thus, additionality beyond what would happen without the program is possible.

State-level reporting of GHG emissions includes the agriculture sector, but does not appear to include forest sector emissions, except for industrial fuel (i.e., utility fuel in Table S3) and, potentially, fire emissions. Harvest-related emissions should be quantified, as they are much larger than fire emissions in the western United States. Full accounting of forest sector emissions is necessary to meet climate mitigation goals.

Increased long-term storage in buildings and via product substitution has been suggested as a potential climate mitigation option. Pacific temperate forests can store carbon for many hundreds of years, which is much longer than is expected for buildings that are generally assumed to outlive their usefulness or be replaced within several decades (7). By 2035, about 75% of buildings in the United States will be replaced or renovated, based on new construction, demolition, and renovation trends (7). Recent analysis suggests substitution benefits of using wood versus more fossil fuel-intensive materials have been overestimated by at

least an order of magnitude (33). Our LCA accounts for losses in product substitution stores (PSSs) associated with building life span, and thus are considerably lower than when no losses are assumed (4, 34). While product substitution reduces the overall forest sector emissions, it cannot offset the losses incurred by frequent harvest and losses associated with product transportation, manufacturing, use, disposal, and decay. Methods for calculating substitution benefits should be improved in other regional assessments.

Wood bioenergy production is interpreted as being carbon-neutral by assuming that trees regrow to replace those that burned. However, this does not account for reduced forest carbon stocks that took decades to centuries to sequester, degraded productive capacity, emissions from transportation and the production process, and biogenic/direct emissions at the facility (35). Increased harvest through proposed thinning practices in the region has been shown to elevate emissions for decades to centuries regardless of product end use (36). It is therefore unlikely that increased wood bioenergy production in this region would decrease overall forest sector emissions.

## Conclusions

GHG reduction must happen quickly to avoid surpassing a 2 °C increase in temperature since preindustrial times. Alterations in forest management can contribute to increasing the land sink and decreasing emissions by keeping carbon in high biomass forests, extending harvest cycles, reforestation, and afforestation. Forests are carbon-ready and do not require new technologies or infrastructure for immediate mitigation of climate change. Growing forests for bioenergy production competes with forest carbon sequestration and does not reduce emissions in the next decades (10). BECCS requires new technology, and few locations have sufficient geological storage for $CO_2$ at power facilities with high-productivity forests nearby. Accurate accounting of forest carbon in trees and soils, NECB, and historic harvest rates, combined with transparent quantification of emissions from the wood product process, can ensure realistic reductions in forest sector emissions.

As states and regions take a larger role in implementing climate mitigation steps, robust forest sector assessments are urgently needed. Our integrated approach of combining observations, an LCA, and high-resolution process modeling (4-km grid vs. typical 200-km grid) of a suite of potential mitigation actions and their effects on forest carbon sequestration and emissions under changing climate and $CO_2$ provides an analysis framework that can be applied in other temperate regions.

## Materials and Methods

**Current Stocks and Fluxes.** We quantified recent forest carbon stocks and fluxes using a combination of observations from FIA; Landsat products on forest type, land cover, and fire risk; 200 intensive plots in Oregon (37); and a wood decomposition database. Tree biomass was calculated from species-specific allometric equations and ecoregion-specific wood density. We estimated ecosystem carbon stocks, NEP (photosynthesis minus respiration), and NECB (NEP minus losses due to fire or harvest) using a mass-balance approach (36, 38) (Table 1 and *SI Materials and Methods*). Fire emissions were computed from the Monitoring Trends in Burn Severity database, biomass data, and region-specific combustion factors (15, 39) (*SI Materials and Methods*).

**Future Projections and Model Description.** Carbon stocks and NEP were quantified to the years 2025, 2050, and 2100 using CLM4.5 with physiological parameters for 10 major forest species, initial forest biomass (36), and future climate and atmospheric carbon dioxide as input (Institut Pierre Simon Laplace climate system model downscaled to 4 km × 4 km, representative concentration pathway 8.5). CLM4.5 uses 3-h climate data, ecophysiological characteristics, site physical characteristics, and site history to estimate the daily fluxes of carbon, nitrogen, and water between the atmosphere, plant state variables, and litter and soil state variables. Model components are biogeophysics, hydrological cycle, and biogeochemistry. This model version does not include a dynamic vegetation model to simulate resilience and

establishment following disturbance. However, the effect of regeneration lags on forest carbon is not particularly strong for the long disturbance intervals in this study (40). Our plant functional type (PFT) parameterization for 10 major forest species rather than one significantly improves carbon modeling in the region (41).

**Forest Management and Land Use Change Scenarios.** Harvest cycles, reforestation, and afforestation were simulated to the year 2100. Carbon stocks and NEP were predicted for the current harvest cycle of 45 y compared with simulations extending in to 80 y. Reforestation potential was simulated over areas that recently suffered mortality from harvest, fire, and 12 species of beetles (13). We assumed the same vegetation regrew to the maximum potential, which is expected with the combination of natural regeneration and planting that commonly occurs after these events. Future BAU harvest files were constructed using current harvest rates, where county-specific average harvest and the actual amounts per ownership were used to guide grid cell selection. This resulted in the majority of harvest occurring on private land (70%) and in the mesic ecoregions. Beetle outbreaks were implemented using a modified mortality rate of the lodgepole pine PFT with 0.1% $y^{-1}$ biomass mortality by 2100.

For afforestation potential, we identified areas that are within forest boundaries that are not currently forest and areas that are currently grass crops. We assumed no competition with conversion of irrigated grass crops to urban growth, given Oregon's land use laws for developing within urban growth boundaries. A separate study suggested that, on average, about 17% of all irrigated agricultural crops in the Willamette Valley could be converted to urban area under future climate; however, because 20% of total cropland is grass seed, it suggests little competition with urban growth (25).

Landsat observations (12,500 scenes) were processed to map changes in land cover from 1984 to 2012. Land cover types were separated with an unsupervised K-means clustering approach. Land cover classes were assigned to an existing forest type map (42). The CropScape Cropland Data Layer (CDL 2015, https://nassgeodata.gmu.edu/CropScape/) was used to distinguish nonforage grass crops from other grasses. For afforestation, we selected grass cropland with a minimum soil water-holding capacity of 150 mm and minimum precipitation of 500 mm that can support trees (43).

**Afforestation Cobenefits.** Modeled irrigation demand of grass seed crops under future climate conditions was previously conducted with hydrology and agricultural models, where ET is a function of climate, crop type, crop growth state, and soil-holding capacity (20) (Table S7). The simulations produced total land area, ET, and irrigation demand for each cover type. Current grass seed crop irrigation in the Willamette Valley is 413 billion $m^3 y^{-1}$ for 238,679 ha and is projected to be 412 and 405 billion $m^3$ in 2050 and 2100 (20) (Table S7). We used annual output from the simulations to estimate irrigation demand per unit area of grass seed crops (1.73, 1.75, and 1.84 million $m^3 ha^{-1}$ in 2015, 2050, and 2100, respectively), and applied it to the mapped irrigated crop area that met conditions necessary to support forests (Table S7).

**LCA.** Decomposition of wood through the product cycle was computed using an LCA (8, 10). Carbon emissions to the atmosphere from harvest were calculated annually over the time frame of the analysis (2001–2015). The net carbon emissions equal NECB plus total harvest minus wood lost during manufacturing and wood decomposed over time from product use. Wood industry fossil fuel emissions were computed for harvest, transportation, and manufacturing processes. Carbon credit was calculated for wood product storage, substitution, and internal mill recycling of wood losses for bioenergy.

Products were divided into sawtimber, pulpwood, and wood and paper products using published coefficients (44). Long-term and short-term products were assumed to decay at 2% and 10% per year, respectively (45). For product substitution, we focused on manufacturing for long-term structures (building life span >30 y). Because it is not clear when product substitution started in the Pacific Northwest, we evaluated it starting in 1970 since use of concrete and steel for housing was uncommon before 1965. The displacement value for product substitution was assumed to be 2.1 Mg fossil C/Mg C wood use in long-term structures (46), and although it likely fluctuates over time, we assumed it was constant. We accounted for losses in product substitution associated with building replacement (33) using a loss rate of 2% per year (33), but ignored leakage related to fossil C use by other sectors, which may result in more substitution benefit than will actually occur.

The general assumption for modern buildings, including cross-laminate timber, is they will outlive their usefulness and be replaced in about 30 y (7). By 2035, ~75% of buildings in the United States will be replaced or renovated, based on new construction, demolition, and renovation trends, resulting in threefold as many buildings as there are now [2005 baseline (31, 32)]. The loss of

ENVIRONMENTAL SCIENCES

SUSTAINABILITY SCIENCE

the PSS is therefore PSS multiplied by the proportion of buildings lost per year (2% per year).

To compare the NECB equivalence to emissions, we calculated forest sector and energy sector emissions separately. Energy sector emissions ["in-boundary" state-quantified emissions by the Oregon Global Warming Commission (14)] include those from transportation, residential and commercial buildings, industry, and agriculture. The forest sector emissions are cradle-to-grave annual carbon emissions from harvest and product emissions, transportation, and utility fuels (Table S3). Forest sector utility fuels were subtracted from energy sector emissions to avoid double counting.

**Uncertainty Estimates.** For the observation-based analysis, Monte Carlo simulations were used to conduct an uncertainty analysis with the mean and SDs for NPP and Rh calculated using several approaches (36) (*SI Materials and Methods*). Uncertainty in NECB was calculated as the combined uncertainty of NEP, fire emissions (10%), harvest estimates (7%), and land cover estimates

(10%) using the propagation of error approach. Uncertainty in CLM4.5 model simulations and LCA were quantified by combining the uncertainty in the observations used to evaluate the model, the uncertainty in input datasets (e.g., remote sensing), and the uncertainty in the LCA coefficients (41).

Model input data for physiological parameters and model evaluation data on stocks and fluxes are available online (37).

**ACKNOWLEDGMENTS.** We thank Dr. Thomas Hilker (deceased) for producing the grass data layer, and Carley Lowe for Fig. 1. This research was supported by the US Department of Energy (Grant DE-SC0012194) and Agriculture and Food Research Initiative of the US Department of Agriculture National Institute of Food and Agriculture (Grants 2013-67003-20652, 2014-67003-22065, and 2014-35100-22066) for our North American Carbon Program studies, "Carbon cycle dynamics within Oregon's urban-suburban-forested-agricultural landscapes," and "Forest die-off, climate change, and human intervention in western North America."

1. Canadell JG, Raupach MR (2008) Managing forests for climate change mitigation. *Science* 320:1456–1457.
2. Holtsmark B (2013) The outcome is in the assumptions: Analyzing the effects on atmospheric CO2 levels of increased use of bioenergy from forest biomass. *Glob Change Biol Bioenergy* 5:467–473.
3. Repo A, Tuomi M, Liski J (2011) Indirect carbon dioxide emissions from producing bioenergy from forest harvest residues. *Glob Change Biol Bioenergy* 3:107–115.
4. Schlamadinger B, Marland G (1996) The role of forest and bioenergy strategies in the global carbon cycle. *Biomass Bioenergy* 10:275–300.
5. Heck V, Gerten D, Lucht W, Popp A (2018) Biomass-based negative emissions difficult to reconcile with planetary boundaries. *Nat Clim Chang* 8:151–155.
6. Field CB, Mach KJ (2017) Rightsizing carbon dioxide removal. *Science* 356:706–707.
7. Tollefson J (2017) The wooden skyscrapers that could help to cool the planet. *Nature* 545:280–282.
8. Law BE, Harmon ME (2011) Forest sector carbon management, measurement and verification, and discussion of policy related to climate change. *Carbon Manag* 2:73–84.
9. Law BE (2014) Regional analysis of drought and heat impacts on forests: Current and future science directions. *Glob Change Biol* 20:3595–3599.
10. Hudiburg TW, Luyssaert S, Thornton PE, Law BE (2013) Interactive effects of environmental change and management strategies on regional forest carbon emissions. *Environ Sci Technol* 47:13132–13140.
11. Keith H, Mackey BG, Lindenmayer DB (2009) Re-evaluation of forest biomass carbon stocks and lessons from the world's most carbon-dense forests. *Proc Natl Acad Sci USA* 106:11635–11640.
12. Law B, Waring R (2015) Carbon implications of current and future effects of drought, fire and management on Pacific Northwest forests. *For Ecol Manage* 355:4–14.
13. Berner LT, Law BE, Meddens AJ, Hicke JA (2017) Tree mortality from fires, bark beetles, and timber harvest during a hot and dry decade in the western United States (2003–2012). *Environ Res Lett* 12:065005.
14. Oregon Global Warming Commission (2017) Biennial Report to the Legislature (Oregon Global Warming Commission, Salem, OR).
15. Campbell J, Donato D, Azuma D, Law B (2007) Pyrogenic carbon emission from a large wildfire in Oregon, United States. *J Geophys Res Biogeosci* 112:G04014.
16. King AW, Hayes DJ, Huntzinger DN, West TO, Post WM (2012) North American carbon dioxide sources and sinks: Magnitude, attribution, and uncertainty. *Front Ecol Environ* 10:512–519.
17. Wilson BT, Woodall CW, Griffith DM (2013) Imputing forest carbon stock estimates from inventory plots to a nationally continuous coverage. *Carbon Balance Manag* 8:1.
18. Reilly MJ, et al. (2017) Contemporary patterns of fire extent and severity in forests of the Pacific Northwest, USA (1985–2010). *Ecosphere* 8:e01695.
19. Anderson CM, Field CB, Mach KJ (2017) Forest offsets partner climate-change mitigation with conservation. *Front Ecol Environ* 15:359–365.
20. Willamette Water 2100 Explorer (2017) Assessing water futures under alternative climate and management scenarios: Agricultural water demand, crop and irrigation decisions. Available at explorer.bee.oregonstate.edu/Topic/WW2100/AgSummaries.aspx. Accessed November 13, 2017.
21. Hudiburg T, et al. (2009) Carbon dynamics of Oregon and Northern California forests and potential land-based carbon storage. *Ecol Appl* 19:163–180.
22. Bonan GB, Doney SC (2018) Climate, ecosystems, and planetary futures: The challenge to predict life in Earth system models. *Science* 359:eaam8328.
23. Ritters KH, Wickham JD (2012) Decline of forest interior conditions in the conterminous United States. *Sci Rep* 2:653.
24. Noss RF, LaRoe ET, Scott JM (1995) *Endangered Ecosystems of the United States: A Preliminary Assessment of Loss and Degradation* (US Department of the Interior, National Biological Service, Washington, DC).
25. Jaeger W, Plantinga A, Langpap C, Bigelow D, Moore K (2017) *Water, Economics and Climate Change in the Willamette Basin* (Oregon State University Extension Service, Corvallis, OR).
26. Kline JD, et al. (2016) Evaluating carbon storage, timber harvest, and habitat possibilities for a Western Cascades (USA) forest landscape. *Ecol Appl* 26:2044–2059.
27. Matthews S, O'Connor R, Plantinga AJ (2002) Quantifying the impacts on biodiversity of policies for carbon sequestration in forests. *Ecol Econ* 40:71–87.
28. Arnold S, Kagan J, Taylor B (2000) Summary of current status of Oregon's biodiversity. *Oregon State of the Environment Report* (Oregon Progress Board, Salem, OR), pp 121–126.
29. Bright RM, et al. (2017) Local temperature response to land cover and management change driven by non-radiative processes. *Nat Clim Chang* 7:296–302.
30. Betts M, Phalan B, Frey S, Rousseau J, Yang Z (2017) Old-growth forests buffer climate-sensitive bird populations from warming. *Diversity Distrib*, 10.1111/ddi.12688.
31. Architecture 2030(2017) The 2030 Challenge. Available at architecture2030.org. Accessed October 23, 2017.
32. Oliver CD, Nassar NT, Lippke BR, McCarter JB (2014) Carbon, fossil fuel, and biodiversity mitigation with wood and forests. *J Sustain For* 33:248–275.
33. Harmon ME, Moreno A, Domingo JB (2009) Effects of partial harvest on the carbon stores in Douglas-fir/western hemlock forests: A simulation study. *Ecosystems (N Y)* 12:777–791.
34. Lippke B, et al. (2011) Life cycle impacts of forest management and wood utilization on carbon mitigation: Knowns and unknowns. *Carbon Manag* 2:303–333.
35. Gunn JS, Ganz DJ, Keeton WS (2011) Biogenic vs. geologic carbon emissions and forest biomass energy production. *GCB Bioenergy* 4:239–242.
36. Hudiburg TW, Law BE, Wirth C, Luyssaert S (2011) Regional carbon dioxide implications of forest bioenergy production. *Nat Clim Chang* 1:419–423.
37. Law BE, Berner LT (2015) *NACP TERRA-PNW: Forest Plant Traits, NPP, Biomass, and Soil Properties, 1999-2014* (ORNL DAAC, Oak Ridge, TN).
38. Law BE, Hudiburg TW, Luyssaert S (2013) Thinning effects on forest productivity: Consequences of preserving old forests and mitigating impacts of fire and drought. *Plant Ecol Divers* 6:73–85.
39. Meigs G, Donato D, Campbell J, Martin J, Law B (2009) Forest fire impacts on carbon uptake, storage, and emission: The role of burn severity in the Eastern Cascades, Oregon. *Ecosystems (N Y)* 12:1246–1267.
40. Harmon ME, Marks B (2002) Effects of silvicultural practices on carbon stores in Douglas-fir western hemlock forests in the Pacific Northwest, USA: Results from a simulation model. *Can J For Res* 32:863–877.
41. Hudiburg TW, Law BE, Thornton PE (2013) Evaluation and improvement of the community land model (CLM4) in Oregon forests. *Biogeosciences* 10:453–470.
42. Ruefenacht B, et al. (2008) Conterminous U.S. and Alaska forest type mapping using forest inventory and analysis data. *Photogramm Eng Remote Sens* 74:1379–1388.
43. Peterman W, Bachelet D, Ferschweiler K, Sheehan T (2014) Soil depth affects simulated carbon and water in the MC2 dynamic global vegetation model. *Ecol Modell* 294:84–93.
44. Smith JE, Heath L, Skog KE, Birdsey R (2006) Methods for calculating forest ecosystem and harvested carbon with standard estimates for forest types of the United States (US Department of Agriculture, Forest Service, Northeastern Research Station, Newtown Square, PA), General Technical Report NE-343.
45. Harmon ME, Harmon JM, Ferrell WK, Brooks D (1996) Modeling carbon stores in Oregon and Washington forest products: 1900–1992. *Clim Change* 33:521–550.
46. Sathre R, O'Connor J (2010) Meta-analysis of greenhouse gas displacement factors of wood product substitution. *Environ Sci Policy* 13:104–114.

AR 28240

Announcing Enhanced Product Information Pages!
Evaluate our Data. Review Published Results.
Make a Confident Choice.
Learn more
www.rndsystems.com/PSP

**Global Decline in Large Old Trees**
David B. Lindenmayer *et al.*
*Science* **338**, 1305 (2012);
DOI: 10.1126/science.1231070

*This copy is for your personal, non-commercial use only.*

**If you wish to distribute this article to others**, you can order high-quality copies for your
colleagues, clients, or customers by  clicking here.

**Permission to republish or repurpose articles or portions of articles** can be obtained by
following the guidelines  here.

***The following resources related to this article are available online at
www.sciencemag.org (this information is current as of December 6, 2012 ):***

**Updated information and services,** including high-resolution figures, can be found in the online
version of this article at:
http://www.sciencemag.org/content/338/6112/1305.full.html

This article **cites 13 articles**, 1 of which can be accessed free:
http://www.sciencemag.org/content/338/6112/1305.full.html#ref-list-1

This article appears in the following **subject collections:**
Ecology
http://www.sciencemag.org/cgi/collection/ecology

Downloaded from www.sciencemag.org on December 6, 2012

*Science* (print ISSN 0036-8075; online ISSN 1095-9203) is published weekly, except the last week in December, by the
American Association for the Advancement of Science, 1200 New York Avenue NW, Washington, DC 20005. Copyright
2012 by the American Association for the Advancement of Science; all rights reserved. The title   *Science* is a
registered trademark of AAAS.

cal regions of the world, but is rare in large areas of central and western Africa where many individuals lack Duffy-antigen receptor expression on red blood cells. Thus, this "Duffy-negative" phenotype appears to have evolved as an innate resistance mechanism to *P. vivax* infection.

McMorran *et al.* extend previous work that demonstrated an important role for platelets in resistance to malaria (8) by identifying platelet factor 4 (PF4) as a key molecule in platelet-mediated killing of *P. falciparum*. PF4 is released from α granules in activated platelets to promote blood coagulation (9). It binds the Duffy-antigen receptor, along with several other chemokines (10). McMorran *et al.* found that a functional Duffy-antigen receptor is required for the antiparasitic activity of PF4.

The implications of lacking this antiparasitic mechanism for Duffy-negative individuals living in *P. falciparum* malaria endemic regions are not yet clear. One might predict that these individuals will be more prone to episodes of severe malaria. Indeed, mortality among African children with malaria-induced coma is higher than in children with the same condition from Papua New Guinea, where Duffy-negative individuals are less common (11). However, further evidence is required to support this proposition. Alternatively, compensatory antiparasitic mechanisms may have evolved in Duffy-negative individuals to help control parasite growth and/or reduce pathology following infection. The identification of other such mechanisms will offer fur-

ther insights into innate immune responses to infection, and potentially identify vulnerable aspects of parasite biology.

Platelets decrease in number (thrombocytopenia) during acute malaria. McMorran *et al.* suggest that this is not to the host's advantage, limiting this innate form of resistance. However, other data show that platelets can contribute to cerebral malaria, a major cause of mortality. Platelets at normal physiological concentrations cause clumping of parasitized red blood cells from African children, a phenomenon associated with cerebral malaria (12). Thrombocytopenia may therefore reduce pathology by protecting the host against cerebral malaria, which may explain in part why there has been less pressure to maintain platelet-associated parasite killing mechanisms in Africans. The Duffy-negative phenotype to prevent *P. vivax* invasion of red blood cells seems to have been under stronger selective pressure than the maintenance of a PF4-dependent antiparasitic mechanism in central and western Africa. However, given the potentially different origins and timelines of *P. falciparum* and *P. vivax* adaptations to humans (13, 14), another possibility is that the Duffy-negative phenotype has simply been under selective pressure in this part of Africa for longer. In addition, nonmalaria pressures may also have influenced this selection over time.

Cells of the innate immune system—macrophages, natural killer cells, dendritic cells, and γδ T cells—play an important role in

defending against parasites, often providing a first line of defense and augmenting acquired (adaptive) immunity. By understanding how innate mechanisms of protection against malaria have been under strong selective pressure during evolution, we may better understand how to protect people from malaria. For example, how PF4 kills *P. falciparum* is not yet clear, but when this knowledge is available, vulnerable features of parasites will be identified that could be targeted with appropriate drugs. Understanding new antiparasitic mechanisms selected by evolution will enable us not only to complement existing cellular and molecular approaches to identifying drug targets to kill parasites, but also to select safer targets that have less effect on the host.

References
1. World Health Organization, "World Malaria Report" WHO Press, Geneva, 2011.
2. B. McMorran *et al.*, *Science* **338**, 1348 (2008).
3. A. A. Escalante, F. J. Ayala, *Proc. Natl. Acad. Sci. U.S.A.* **92**, 5793 (1995).
4. D. P. Kwiatkowski, *Am. J. Hum. Genet.* **77**, 171 (2005).
5. R. Horuk *et al.*, *Science* **261**, 1182 (1993).
6. J. D. Haynes *et al.*, *J. Exp. Med.* **167**, 1873 (1988).
7. L. H. Miller, S. J. Mason, D. F. Clyde, M. H. McGinniss, *N. Engl. J. Med.* **295**, 302 (1976).
8. B. J. McMorran *et al.*, *Science* **323**, 797 (2009).
9. R. Eisman, S. Surrey, B. Ramachandran, E. Schwartz, M. Poncz, *Blood* **76**, 336 (1990).
10. A. Chaudhuri *et al.*, *J. Biol. Chem.* **269**, 7835 (1994).
11. S. J. Allen *et al.*, *QJM* **89**, 779 (1996).
12. S. C. Wassmer *et al.*, *J. Infect. Dis.* **197**, 72 (2008).
13. F. Prugnolle *et al.*, *PLoS Pathog.* **7**, e1001283 (2011).
14. R. Culleton, R. Carter, *Int. J. Parasitol.* **42**, 1091 (2012).
15. D. I. Baruch *et al.*, *Blood* **90**, 3766 (1997).

10.1126/science.1232439

Downloaded from www.sciencemag.org on December 6, 2012

---

ECOLOGY

# Global Decline in Large Old Trees

**David B. Lindenmayer,[1] William F. Laurance,[2] Jerry F. Franklin[3]**

The loss of large old trees in many ecosystems around the world poses a threat to ecosystem integrity.

Large old trees are among the biggest organisms on Earth. They are keystone structures in forests, woodlands, savannas, agricultural landscapes, and urban areas, playing unique ecological roles not provided by younger, smaller trees. However, populations of large old trees are rapidly declining in many parts of the world, with serious implications for ecosystem integrity and biodiversity.

The definition of "large and old" trees depends on the ecosystem, tree species, and environmental conditions under consideration. Both the size and the age of a tree affect characteristics such as the large internal cavities, complex branching patterns, and idiosyncratic canopy architectures that distinguish large old trees from younger and smaller trees (1).

Large old trees (see the figure, panels A to C) play critical ecological roles. They provide nesting or sheltering cavities for up to 30% of all vertebrate species in some ecosystems (2). Large old trees also store large quantities of carbon, create distinct microenvironments

characterized by high levels of soil nutrients and plant species richness, play crucial roles in local hydrological regimes, and provide abundant food for numerous animals in the form of fruits, flowers, foliage, and nectar. In agricultural landscapes, large old trees can be focal points for vegetation restoration, facilitate ecosystem connectivity by attracting mobile seed dispersers and pollinators, and act as stepping stones for many animals.

Younger and smaller trees cannot provide most of the distinctive ecological roles played by large old trees (3). For instance, large old trees in Mountain Ash (*Eucalyptus regnans*) forests of mainland Australia provide irreplaceable shelter and nesting sites for more

[1]Fenner School of Environment and Society, The Australian National University, Canberra, ACT 0200, Australia. [2]Centre for Tropical Environmental and Sustainability Science, and School of Marine and Tropical Biology, James Cook University, Cairns, Queensland 4878, Australia. [3]School of Environmental and Forest Science, University of Washington, Seattle, WA 98195, USA. E-mail: david.lindenmayer@anu.edu.au

## PERSPECTIVES

than 40 species of cavity-using vertebrates (4). For many dependent species, the keystone roles of large old trees continue for decades or even centuries after tree death, when they become standing dead trees or large logs (1).

The loss of large old trees is a recognized concern in many ecosystems worldwide. For example, populations of large old trees are plummeting in intensively grazed landscapes in California, Costa Rica, and Spain, where such trees are predicted to disappear within 90 to 180 years (5). In southeastern Australia, millions of hectares of grazing lands are projected to support less than 1.3% of the historical densities of large old trees within 50 to 100 years (6).

Large old trees are declining in forests at all latitudes. Larger trees (>45 cm in diameter) throughout southern Sweden have declined from historical densities of ~19 per hectare to 1 per hectare (7). In California's Yosemite National Park, the density of the largest trees (see the figure, panel A) declined by 24% between the 1930s and 1990s (8). Large old *E. regnans* trees—Earth's tallest flowering plants (see the figure, panel B)—are predicted to decline from 5.1 in 1997 to 0.6 trees per hectare by 2070 (4). Fragmented Brazilian rainforests are likely to lose half of their original large trees (≥60 cm diameter) in the first three decades after isolation (9).

Large old trees are exceptionally vulnerable to intentional removal, elevated mortality, reduced recruitment, or combinations of these drivers (see the figure, panel C). They are removed during logging, land clearing, agricultural intensification, fire management, and for human safety. Droughts, repeated wildfires, competition with invasive plants, edge effects, air pollution, disease, and insect attack (10) can all increase tree mortality. The likelihood of new trees growing into large old trees can be diminished by overgrazing or browsing by native herbivores (11) and domestic livestock (6), by competition with exotic plants, and by altered fire regimes.

Drivers of large old tree loss often interact to create ecosystem-specific threats (12). In agricultural landscapes, chronic livestock overgrazing, excessive nutrients from fertilizers, and deliberate removal for firewood and land clearing combine to severely reduce large old trees (6). Populations of large old pines in the dry forests of western North America declined dramatically in the last century because of selective logging, uncharacteristically severe wildfires, and other causes, although efforts are now made to reduce the density of the stands so that high-severity fires do not occur and large trees are saved (see the figure, panel D). Salvage logging is equally




**Global decline.** (**A**) Over 95% of California's majestic coastal redwoods have been lost to logging and forest clearing (8). (**B**) Large old Mountain Ash (*E. regnans*) trees in mainland southern Australia are critical habitats for many elements of the biota but are also readily killed and often consumed by wildfires (4). (**C**) Baobab trees, like this giant in Tanzania, are under threat from land clearing, droughts, fungal pathogens, and overharvesting of their bark for mat-weaving (3). (**D**) Efforts to conserve large old Ponderosa Pine (*Pinus ponderosa*) trees include reducing the risk of stand-replacing fire by removing small trees and applying low-severity prescribed fire. (**E**) During post-insect attack salvage logging operations in British Columbia, Canada, all large trees are removed.

damaging, whereby natural disturbances, such as fire or insect attack, are followed by removal of all remaining live and dead trees (see the figure, panel E). In certain tropical savannas and temperate forests, interactions among drivers occur over vast areas and result in entire landscapes supporting few large old trees (13). Modeling suggests that even modest increases in adult mortality can seriously erode populations of long-lived organisms such as large old trees (14).

Although large old trees are declining across much of the planet, not all ecosystems are losing such trees. Elevated plant-growth rates in tropical forests, possibly in response to rising concentrations of atmospheric carbon dioxide, might result in larger numbers of large old trees, at least where such forests escape other human disturbances.

Large old trees are more likely to persist in particular parts of landscapes such as disturbance refugia. Research is needed to determine the locations and causes of such refugia and to devise strategies to protect them (15). For example, timber or other commodity extraction (e.g., cropping) in managed landscapes might be concentrated where large old trees are least likely to persist or develop. Maintenance of appropriate population age structures can help to ensure the perpetual supply of large old trees. This requires policies and management practices

that intentionally grow such trees and reduce their mortality rates (5).

Just as large-bodied animals such as elephants, tigers, and cetaceans have declined drastically in many parts of the world, a growing body of evidence suggests that large old trees could be equally imperiled. Targeted research is needed to better understand their key threats and devise strategies to counter them. Without such initiatives, these iconic organisms and the many species dependent on them could be lost or greatly diminished.

**References**
1. R. van Pelt, *Identifying Mature and Old Forests in Western Washington* (Washington State Department of Natural Resources, Olympia, WA, 2007).
2. J. Remm, A. Lohmus, *For. Ecol. Manage.* **262**, 579 (2011).
3. D. B. Lindenmayer, *Forest Pattern and Ecological Process: A Synthesis of 25 Years of Research* (CSIRO Publishing, Melbourne, 2009).
4. W. F. Laurance, *New Sci.* **213**, 39 (2012).
5. P. Gibbons *et al.*, *Conserv. Biol.* **22**, 1309 (2008).
6. J. Fischer *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* **107**, 19597 (2010).
7. M. T. Jönsson *et al.*, *J. Veg. Sci.* **20**, 91 (2009).
8. J. A. Lutz, J. W. van Wagtendonk, J. F. Franklin, *For. Ecol. Manage.* **257**, 2296 (2009).
9. W. F. Laurance *et al.*, *Nature* **404**, 836 (2000).
10. W. R. Anderegg *et al.*, *Nat. Climate Change*, 10.1038/nclimate1635 (2012).
11. A. T. Vanak *et al.*, *Ecography* **35**, 315 (2012).
12. G. P. Asner, S. R. Levick, *Ecol. Lett.* **15**, 1211 (2012).
13. B. J. Palik *et al.*, *For. Ecol. Manage.* **261**, 128 (2011).
14. S. L. Lewis *et al.*, *Nature* **457**, 1003 (2009).
15. B. Mackey *et al.*, *Ecol. Appl.* **22**, 1852 (2012).

10.1126/science.1231070

Downloaded from www.sciencemag.org on December 6, 2012

PHOTO CREDITS: (A) R. BUTLER; (B) W. INCOLL; (C) W. LAURANCE; (D) R. NOSS; (E) K. HODGES

AR 28243



POLICY PERSPECTIVES

# New policies for old trees: averting a global crisis in a keystone ecological structure

David B. Lindenmayer[1], William F. Laurance[2], Jerry F. Franklin[3], Gene E. Likens[4,5,6], Sam C. Banks[1], Wade Blanchard[1], Philip Gibbons[1], Karen Ikin[1], David Blair[1], Lachlan McBurney[1], Adrian D. Manning[1], & John A.R. Stein[1]

[1] Fenner School of Environment and Society, The Australian National University, Canberra, ACT 0200, Australia
[2] Centre for Tropical Environmental and Sustainability Science (TESS), and School of Marine and Tropical Biology, James Cook University, Cairns, Queensland 4878, Australia
[3] School of Environmental and Forest Science, University of Washington, Seattle, WA 98195, USA
[4] Cary Institute of Ecosystem Studies, Millbrook, NY 12545, USA;
[5] Department of Ecology and Evolutionary Biology, University of Connecticut, Storrs-Mansfield, CT 06269, USA
[6] Department of Limnology, EBC-Uppsala University, 753 12 Uppsala, Sweden

**Keywords**
Biodiversity loss; disrupted ecosystem processes; large old trees; threatening processes; tree mortality; tree recruitment.

**Correspondence**
David Lindenmayer, Fenner School of Environment and Society, The Australian National University, Canberra, ACT 0200, Australia. Tel: +61 2 61250654; fax: +61 2 61250746.
E-mail: david.lindenmayer@anu.edu.au

**Received**
15 November 2012
**Accepted**
4 February 2013

**Editor**
Dr. Phillip Levin

doi: 10.1111/conl.12013

## Abstract

Large old trees are critical organisms and ecological structures in forests, woodlands, savannas, and agricultural and urban environments. They play many essential ecological roles ranging from the storage of large amounts of carbon to the provision of key habitats for wildlife. Some of these roles cannot be replaced by other structures. Large old trees are disproportionately vulnerable to loss in many ecosystems worldwide as a result of accelerated rates of mortality, impaired recruitment, or both. Drivers of loss, such as the combined impacts of fire and browsing by domestic or native herbivores, chemical spray drift in agricultural environments, and postdisturbance salvage logging, are often unique to large old trees but also represent ecosystem-specific threats. Here, we argue that new policies and practices are urgently needed to conserve existing large old trees and restore ecologically effective and viable populations of such trees by managing trees and forests on much longer time scales than is currently practiced, and by protecting places where they are most likely to develop. Without these steps, large old trees will vanish from many ecosystems, and associated biota and ecosystem functions will be severely diminished or lost.

## Introduction

Animal ecologists have long been aware that populations of large and long-lived species can be particularly vulnerable to decline and hence are often among those taxa considered to be extinction prone (Fritz *et al.* 2009). Examples include whales, island populations of some species of tortoises, and large apex predators. We contend that these concerns also apply to populations of large, old trees, which demonstrably are undergoing major declines in a wide range of ecosystems worldwide (Figures 1 and 2).

Examples of widespread tree mortality in forests have been well documented (van Mantgem *et al.* 2009; Allen

*et al.* 2010), but it is less well known that large old trees are disproportionately vulnerable to loss from many ecosystems (Lindenmayer *et al.* 2012b). Large old trees are often those deliberately targeted for cutting or removal during logging (Linder & Östlund 1998), firewood collection (Driscoll *et al.* 2000), the intensification of agriculture (Maron & Fitzsimons 2007), and in urban areas where human safety is a concern (Carpaneto *et al.* 2010). In some ecosystems, large old trees can be susceptible to disease, insect attack and dieback (Palik *et al.* 2011; Simard *et al.* 2012).

Rapid declines in large old trees will have major negative impacts on a suite of ecosystem processes and the persistence of species dependent on them. We argue that

Ex. 6 Page 45 of 105

AR 28244



**Figure 1** A sampling of locations where the loss of large old trees has been identified as a major ecological problem (Photos clockwise from top left: D. Lindenmayer, K. Hodges, W. Laurance, D. Lindenmayer (x2), FABI www.fabinet.up.ac.za, and www.extremadura-spain.com).

new policies must better protect existing large old trees and promote their recruitment. These new policies must span unprecedented temporal scales (centuries) and be implemented over large spatial scales (landscapes and regions). New policies must lead to fundamental changes in management, including cessation or modification of large old tree harvest, planning to foster future large old tree recruitment, reduction in vegetation clearing, restored natural fire regimes, reduction in grazing pressures, and altered urban planning.

Prior to our policy discussion, we provide a simple definition of large old trees, summarize the ecological roles they play, and outline examples of ecosystems characterized by a rapid loss of large old trees. Although our primary focus is on large old trees, we acknowledge that in some ecosystems, old trees may not be particularly tall or large in diameter, but nevertheless have a range of important ecological roles and be at risk of decline (Silva *et al.* 2010).

## Defining large old trees

The definition of both large and old in the context of large old trees is specific to a given ecosystem, tree species, and set of environmental conditions (e.g., site productivity). The combination of large size and prolonged age are critical factors influencing such processes as rates of internal wood decay and habitat suitability for biota. These conditions lead to large old trees having distinctive characteristics reflecting the long-term developmental processes they have experienced, such as large cavities, extensive branching patterns, and vertically and horizontally complex canopy structures (Franklin *et al.* 2002). For example, it can be a long time before large cavities develop: more than a century in Douglas-fir forests in North America (*Pseudotsuga menziesii*) (Franklin *et al.* 2002), 120–220+ years in many Australian *Eucalyptus*-dominated forests (Gibbons & Lindenmayer 2002), and >200 years in European Pedunculate Oak forests (*Quercus robur*) (Ranius *et al.* 2009).

Researchers in some ecosystems have rigorous approaches for characterizing large old trees from other trees in the same environment. For example, Van Pelt (2008) developed a dichotomous key for identification of large old trees of several species in the forests of eastern Washington, USA. This was based on distinctive morphological features such as large diameter, dead tops, loss of lower limbs, and deeply fissured bark.

## The ecological importance of large old trees

Large old trees play many critical ecological roles (Table S1). They are also an important component of cultural identity for many groups of people (Dafni 2006). Many ecological roles that large old trees play cannot be replaced with other structures. For example, the nesting opportunities for some fauna provided by large old trees cannot be replaced in some ecosystems by artificial structures like nest boxes (Lindenmayer *et al.* 2009).

Ex. 6 Page 46 of 105

AR 28245



**Figure 2** Photo montage of large old tree species that have either been lost entirely or are in danger of becoming so around the world. A: Australian old growth Mountain Ash (The Furmston Tree). B: South American Alerce. C: Californian Giant Sequoia (The General Sherman). D: Old growth American Chestnut. E: Lebanese Cedar. F: New Zealand Kauri (The Father of the Forest). (Photos: A: State Library of Victoria. B: Fib69, Creative Commons. C: Upsilon Andromedae, Creative Commons. D: The Forest History Society, North Carolina. E: Shutterstock. F: D. Nelson, Creative Commons).

Large old trees are not simply enlarged versions of young trees and large young trees cannot duplicate all the functional roles that large old trees can play. For example, in some Scandinavian forests, large young trees lack the deeply fissured rough bark needed by bryophytes (Thor *et al.* 2010). The irreplaceable roles of large old trees make them a "keystone structure"—a disproportionately important provider of resources crucial for other species (Manning *et al.* 2006).

The keystone roles of large old trees mean that declines in populations of these trees can have major negative ecological impacts such as substantially reducing levels of carbon storage (Laurance *et al.* 1997). It also can lead to significant declines in species closely associated with large old trees (Orwig 2002). For instance, the rapid decline in populations of large old Mountain Ash (*Eucalyptus regnans*) trees in mainland southeastern Australia could cause the global extinction of the nationally endangered Leadbeater's Possum (*Gymnobelideus leadbeateri*) (Lindenmayer *et al.* 2012a). Removal of large old trees within the city of Rome put at risk populations of saproxylic insects of conservation concern (Carpaneto *et al.* 2010).

## A global decline in populations of large old trees

### Examples of the rapid decline in populations of large old trees

In Table S2 we summarize many examples of the rapid loss of large old trees from all vegetated continents and from a wide range of natural and human-modified environments (Figure 1). For instance, there is an almost complete absence of living trees over 50 cm in diameter in Swedish mid-boreal forest, despite these forests supporting 38–77 such trees per hectare a century earlier (Linder *et al.* 1998). In logged Douglas-fir (*Pseudotsuga menziesii*) forests of western North America, the density of large dead trees (>63.5 cm diameter) is <1% of that in unlogged stands (Wilhere 2003). Projections of the future abundance of large old trees across the Australian mainland Mountain Ash forest estate show a severe population decline from an average of 5.1 large old trees per ha in 1998 to an average of ~0.6 per ha in 50 years' time (Lindenmayer *et al.* 2012a). Projections from ongoing studies in fragmented Brazilian rainforest (Laurance *et al.* 2000) suggest that ~53% of the large old trees (≥60 cm

Ex. 6 Page 47 of 105

AR 28246



**Figure 3** Simple conceptual model of drivers of recruitment failure and accelerated loss of large old trees. The breakpoints in the diagram highlight disruptions to key processes required to maintain existing large old trees and ensure tree recruitment.

diameter) initially present have died in the past three decades.

Major losses of large old trees are occurring in non-forested environments such as agricultural areas, savannas, and urban landscapes. For example, within 50–100 years in Australian agricultural landscapes subject to intensive grazing by domestic livestock, tens of millions of large old trees will be lost and not replaced through recruitment. This will leave ~42.5% of more than one million ha of grazing land supporting <0.5 large old trees per ha (Fischer *et al.* 2010) compared with benchmark densities (i.e., those prior to European settlement) of ~30–40 per ha for this area (Gibbons *et al.* 2010a). Similar problems have been identified in intensively grazed landscapes in North America, Latin America, and southern Europe (Gibbons *et al.* 2008).

In Australian tropical savannas, repeated fire resulted in the death of ~75% of large old trees and killed numerous intermediate-sized trees that might otherwise have replaced older stems (Williams *et al.* 1999). Widespread large tree loss also has characterized African savannas, largely through the effects of elephant browsing, fire, and other factors (Shannon *et al.* 2011). In Rome, Italy, more than one-third of large old Holm Oaks (*Quercus ilex*) are planned for removal because of human safety concerns (Carpaneto *et al.* 2010).

## Drivers of decline in populations of large old trees

The drivers of declines in populations of large old trees are intentional removal, elevated rates of mortality, insuffi-

cient recruitment, and interacting combinations of these factors (Figure 3). Large old trees are intentionally removed for land clearing (Maron & Fitzsimons 2007) and human safety or infrastructure development (Carpaneto *et al.* 2010). In wood production forests, large old trees are selectively sought for harvesting (Gibbons *et al.* 2010b) although in others there are now prohibitions on removal of larger trees (Franklin & Johnson 2012).

Large old trees are particularly prone to elevated mortality through a range of factors including:

- Wildfire (Lindenmayer *et al.* 2012a) and prescribed burning (Linder *et al.* 1998).
- Drought (Nepstad *et al.* 2007).
- Altered grazing and browsing regimes (Fischer *et al.* 2010; Paltto *et al.* 2011).
- Competition with invasive plants (Bhagwat *et al.* 2012).
- Climatic extremes (Allen *et al.* 2010).
- Air pollution including herbicide drift (Marrs *et al.* 1993).
- Disease or insect attack (van Mantgem *et al.* 2009; Simard *et al.* 2012).
- Habitat fragmentation and associated edge effects (Laurance *et al.* 2000).

Recruitment of large old trees can be diminished due to high-intensity grazing or browsing from domestic or native herbivores (Fischer *et al.* 2010; Shannon *et al.* 2011) or competition with other plants (Phillips *et al.* 2002) including exotic species (Ramaswami & Sukumar 2011). Recruitment of large old trees also can be substantially curtailed by high-severity wildfires which remove

Ex. 6 Page 48 of 105

AR 28247

cohorts of young and intermediate aged trees (Williams *et al.* 1999) as well as by prescribed burning which can induce high levels of mortality in young stems (Linder *et al.* 1998). In other cases, a complete absence of fire can impair recruitment such as in Californian Giant Sequoia (*Sequoiadendron giganteum*) forests (Harvey *et al.* 1980).

Drivers of large old tree loss can interact (Figure 3). Examples include: (1) the combined impacts of fire and browsing by herbivores (Shannon *et al.* 2011), (2) the interaction of fire and fire-prone exotic plants (Setterfield *et al.* 2005), (3) the interaction between fire, beetle attack, and tree age (Santoro *et al.* 2001), and (4) salvage logging whereby a natural disturbance (e.g., fire, insect attack) is followed by cutting of remaining trees (Lindenmayer *et al.* 2008).

In some ecosystems, such as those subject to intensive industrial forestry, there is little or no intent to provide a continuous supply of large old trees, which results in the effective extinction of these keystone structures. In others, drivers of large old tree loss can create a "temporary extinction," that is, a prolonged period between the loss of existing large old trees and the recruitment of new ones (Gibbons *et al.* 2010b). The length of a temporary extinction may vary (e.g., 50 to 300 + years), depending on a tree species' life history (e.g., growth rate, decay rate, and reproductive strategy) and the nature of the drivers of the problem (and whether the problem is addressed).

Temporary extinction has the potential to drive species strongly dependent on large old trees to permanent local or even global extinction. In other cases, existing large old trees may be doomed to eventual extinction because the animals that dispersed their seeds have disappeared—as has been documented in tropical forests (Janzen 1986).

## Policy and conservation management implications

The drivers of the loss of large old trees often manifest as ecosystem-specific threats (Table S2). Examples include: (1) the burning of slash left after logging (Gibbons *et al.* 2010b), (2) chemical spray drift in agricultural and urban environments (Landsberg & Wylie 1991), and (3) agricultural land abandonment in parts of Scandinavia in which large old trees become susceptible to being shaded by surrounding young regrowth stems and lose their distinctive microhabitat attributes and associated biota (Paltto *et al.* 2011). A key policy and management directive must be to develop strategies to limit such ecosystem-specific threats. Such new policies will need to span unprecedented temporal scales (centuries) and very large spatial scales (landscapes and regions). These new policies also

must go beyond past traditional approaches, such as those focusing on the need to conserve old-growth forest. This is because the issue of conserving large old trees extends beyond forest ecosystems and, in agricultural and urban environments, entails maintaining small stands of scattered trees or even individual stems (Manning *et al.* 2006; Carpento *et al.* 2010).

## Preventing the deliberate removal of large old trees

A critical step in large old tree management is to stop felling them where they persist and begin restoring populations where they have been depleted. This is appropriate both in natural environments and in human-dominated environments such as urban landscapes. Improved regulation is critical for tackling this issue. Importantly, in some industrial forest estates such as those in Scandinavia and western North America, large old trees are no longer targeted for deliberate removal because of logging bans (Franklin & Johnson 2012), or because they are too large for harvesting equipment and processing infrastructure. However, large old trees are often extremely rare in such landscapes and policies to ensure their protection as well as promote the recruitment of new cohorts of large old trees remain relevant (see below).

Within wood-production forests, new retention-harvesting approaches (Gustafsson *et al.* 2012) are needed to conserve existing large old living and dead trees. In multiple-use landscapes where there are demands to harvest commodities such as timber and cereal crops, extraction or production should focus on areas where large old trees have the lowest probability of developing.

New policies are needed to limit deliberate removal of large old trees in agricultural areas, such as where central-pivot irrigation systems are used or where pastures with scattered trees are converted into treeless cropland (Maron & Fitzsimons 2007). In other agricultural ecosystems, such as those in parts of northern Europe, large old trees have developed on farmland over many hundreds of years as a result of human activities like recurrent pruning, mowing, and livestock grazing. These trees, and the key ecological roles they play, are now threatened by land abandonment and the subsequent development of secondary regrowth forest. Although forest regeneration is broadly desirable, there might be special circumstances in which dense regrowth may threaten large old trees and there may be a need to maintain open areas around them (Widerberg *et al.* 2012).

Large old trees can have cultural as well as ecological values in urban environments (e.g., see Thaiutsa *et al.* 2008), and activities like strategic pruning or cabling

Ex. 6 Page 49 of 105

AR 28248

rather than outright removal may be needed to protect them while ensuring human safety.

In some natural ecosystems, enhanced protection may require a return to past disturbance regimes such as patchy, low-intensity fires rather than infrequent but high-intensity fires which can devastate large old trees (Murphy & Russell-Smith 2010). In other cases, it may be necessary to implement mechanical treatments to reduce fuels prior to the restoration of historical fire regimes—as for example in the Ponderosa Pine (*Pinus ponderosa*) forests of western North America (Franklin & Johnson 2012).

An important policy development in many environments will be the creation of a register of large old trees that aims to promote their protection. Such registries have already been established in some jurisdictions such as the Australian States of Victoria and Tasmania (e.g., http://www.gianttrees.com.au/index.php?option=com_content&view=article&id=49&Itemid=83), the United Kingdom (http://www.treeregister.org/), and North America (e.g., http://bigtrees.forestry.ubc.ca/). This is a welcome development. However, the locations of some trees may need to be kept secret to reduce the risks of vandalism, but this may preclude other kinds of formal protection. Second, the criterion for listing can sometimes be so demanding that very few trees meet the qualification requirements and hence the approach fails to meet the need to maintain viable populations of large old trees. For example, during ∼30 years of work in the Mountain Ash forests of Victoria, more than 1,550 large old trees have been measured on a repeated basis (Lindenmayer et al. 2012a). However, only four of these trees have dimensions (>4m in diameter or 85m in height) that would result in them being eligible for listing (see http://www.vicforests.com.au/assets/protecting%20victoria's%20giants%20(march%20'11).pdf). Finally, few registries of large old trees make provision for the recruitment of new trees to replace existing ones as they die and collapse. Hence, they do not foster the development of appropriate age cohorts of trees and thus a viable age class structure (see below).

## Promoting tree recruitment

While limiting rates of removal and mortality can be critical for limiting losses of large old trees, there is also a need to protect and manage the tree recruitment and maturation process in some ecosystems. Examples include environments subject to recurrent high-intensity grazing by domestic livestock that impairs the effective recruitment of new young trees (Fischer et al. 2009) or those ecosystems where the recruitment of native trees is thwarted

by intense competition with invasive exotic plants (Ramaswami & Sukumar 2011).

New policies to promote the recruitment of large old trees should include: (1) fostering low-intensity rotational grazing regimes for domestic livestock and reducing fertilizer and herbicide use in agricultural landscapes (Fischer et al. 2009); (2) applying silvicultural practices within wood-production forests such as variable retention harvest systems (Gustafsson et al. 2012) and ecological thinning regimes (Carey et al. 1999); and (3) controlling invasive plants (Ramaswami & Sukumar 2011).

## Protecting refugia for large old trees

Large old trees are more likely to be recruited and to persist in particular parts of landscapes like deep sheltered valleys (Mackey et al. 2002). Entire landscapes may need to be managed to maintain refugia for large old trees. For instance, refugia might be excluded from commodity production activities like timber extraction and the cultivation of crops. The management of landscapes to maintain refugia also should control other kinds of human disturbances so they do not interact with natural disturbances and create "landscape traps" (Lindenmayer et al. 2011), in which entire landscapes are shifted into highly compromised, irreversible states as the result of temporal and spatial feedbacks between human and natural disturbance regimes. In Mountain Ash forests, for example, industrial logging interacts with wildfires, leading to spatial contagion of repeated high-severity fires. This situation has created homogenized, young regenerating stands that have an increased risk of reburning before they can mature, promoting the loss and recruitment failure of large old trees over entire landscapes (Lindenmayer et al. 2011). Landscape traps are developing in disturbed, increasingly fire-prone tropical rainforests (Cochrane & Laurance 2008), temperate forests (Thompson et al. 2007), and tropical savannas (Williams et al. 1999), making these ecosystems vulnerable to the widespread decline of large old trees.

## Long-term policy implementation

Policies must be implemented long before problems result from the loss of large old trees. This is because, unlike many other organisms with a shorter life history, once old trees are gone, it can take centuries to restore them. Delayed action, such as a failure to address problems leading to even slightly elevated accelerated rates of mortality among large old trees, can significantly promote rates of loss (Ball et al. 1999) and prolong temporal extinction. This further underscores the importance of the strategies

Ex. 6 Page 50 of 105

AR 28249

outlined above about the need to protect existing large old trees.

Long-term policies to retain and restore large old tree populations run counter to much existing resource management where action is forthcoming only once a "crisis" has developed—when it is too late to avoid "temporary extinction" of the large old tree growth stage. Demographic modeling, for instance, can highlight the importance of long-term policies by illustrating the long-term impacts of factors that lead to even modest but nevertheless chronic increases in the mortality of large old trees (Laurance *et al.* 2000).

## Going beyond traditional endangered species in conservation management

Policies aimed at sustaining large old trees must accommodate differences from the traditional conservation approaches that aim to prevent the extinction of endangered species. In some cases, rather than a given tree species going extinct, its large old tree life stage may go extinct temporarily or permanently. Hence, there is "functional extinction" where the key ecological roles of large old trees are lost even though the particular tree species remains extant. As an example, large overstorey American Chestnut (*Castanea dentata*) trees have been decimated by Chestnut Blight (*Cryphonectaria parasitica*). The tree species has not gone extinct but several invertebrate species closely associated with the American Chestnut have (Orwig 2002). Thus, new policies and practices must be formulated and implemented to conserve a tree population age structure through proactive management decades or even centuries in advance. One option may be to list particular tree species under Appendix II of CITES based on their key functional ecological roles in a given ecosystem. This may create a policy pathway for protecting large old trees if the trade in timber or other commodities can be demonstrated to cause irreversible harm.

## Conclusions

Large old trees are critical organisms and key structural attributes in forests, agricultural areas, and urban environments worldwide. However, they are vulnerable to intentional or incidental destruction and are at risk of rapid temporary or even permanent extinction. Existing policies are failing. New polices and management actions are required to conserve existing large old trees, provide for their recruitment, and maintain an age structure for tree populations that ensures a perpetual supply of large old trees thereby sustaining the critical functional properties that such trees provide. Without urgent action this iconic growth stage and the biota and ecological func-tions associated with it are in danger of being seriously depleted or even lost in many ecosystems.

## Acknowledgments

This work is supported by the Australian Research Council, the Australian Government's National Environmental Research Program, and Victorian Government agencies including the Department of Sustainability and Environment and Parks Victoria. J. Bauhus, P. Burton, L. Gustafsson, M. Hunter, A. Lõhmus, J. Lutz, C. Messier, R. Noss, D. Orwig, B. Palik, G. Pastur Martínez, provided background information that enriched the content of this article. C. Shepherd and C. Hilliker assisted in the array of complexities associated with manuscript preparation. We thank the Editors, Dominick DellaSala, Kristoffer Hylander and a third anonymous referee for constructive comments which significantly improved an early version of the manuscript.

## Supporting Information

Additional Supporting information may be found in the online version of this article at the publisher's website:

**Table S1:** Some of the key ecological roles of large old trees.

**Table S2:** Examples of forests and other vegetation types where the decline in large old trees has been identified as a significant ecological problem.

## References

Allen, C.D., Macalady, A.K., Chenchouni, H. *et al.* (2010). A global review of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecol. Manage.*, **259**, 660-664.

Ball, I.R., Lindenmayer, D.B. & Possingham, H.P. (1999). A tree hollow dynamics simulation model. *Forest Ecol. Manage.*, **123**, 179-194.

Bhagwat, S.A., Breman, E., Thekaekara, T., Thornton, T.F. & Willis, K.J. (2012). A battle lost? Report on two centuries of invasion and management of *Lantana camara* L. in Australia, India and South Africa. *PLOS One*, **7**, e32407.

Carey, A.B., Lippke, B.R. & Sessions, J. (1999). Intentional systems management: managing forests for biodiversity. *J. Sust. Forest.*, **9**, 83-125.

Carpaneto, G.M., Mazziotta, A., Coletti, G., Luiselli, L. & Audisio, P. (2010). Conflict between insect conservation and public safety: the case study of a saproxylic beetle (*Osmoderma eremita*) in urban parks. *J. Insect Conserv.*, **14**, 555-565.

Ex. 6 Page 51 of 105

AR 28250

Cochrane, M.A. & Laurance, W.F. (2008). Synergisms among fire, land use, and climate change in the Amazon. *Ambio*, **37**, 522-527.

Dafni, A. (2006). On the typology and the worship status of sacred trees with a special reference to the Middle East. *J. Ethnobiol. Ethnomed.*, **2**, 26.

Driscoll, D., Milkovits, G. & Freudenberger, D. (2000). Impact and use of firewood in Australia. *CSIRO Sustainable Ecosystems Report*. CSIRO, Canberra.

Fischer, J., Stott, J., Zerger, A., Warren, G., Sherren, K. & Forrester, R.I. (2009). Reversing a tree regeneration crisis in an endangered ecoregion. *Proc. Natl. Acad. Sci. USA*, **106**, 10386-10391.

Fischer, J., Zerger, A., Gibbons, P., Stott, J. & Law, B.S. (2010). Tree decline and the future of Australian farmland biodiversity. *Proc. Natl. Acad. Sci. USA*, **107**, 19597-19602.

Franklin, J.F. & Johnson, K.N. (2012). A restoration framework for federal forests in the Pacific Northwest. *J. Forest.*, **110**, 429-439.

Franklin, J.F., Spies, T.A., van Pelt, R. *et al.* (2002). Disturbances and the structural development of natural forest ecosystems with silvicultural implications, using Douglas-fir forests as an example. *Forest Ecol. Manage.*, **155**, 399-423.

Fritz, S.A., Bininda-Emonds, O.R.P. & Purvis, A. (2009). Geographical variation in predictors of mammalian extinction risk: big is bad, but only in the tropics. *Ecol. Lett.*, **12**, 538-549.

Gibbons, P. & Lindenmayer, D.B. (2002). *Tree hollows and wildlife conservation in Australia*. CSIRO Publishing, Melbourne.

Gibbons, P., Lindenmayer, D.B., Fischer, J. *et al.* (2008). The future of scattered trees in agricultural landscapes. *Conserv. Biol.*, **22**, 1309-1319.

Gibbons, P., Briggs, S.V., Murphy, D.Y., Lindenmayer, D.B., McElhinny, C. & Brookhouse, M. (2010a). Benchmark stem densities for forests and woodlands in south-eastern Australia under conditions of relatively little modification by humans since European settlement. *Forest Ecol. Manage.*, **260**, 2125-2133.

Gibbons, P., McElhinny, C. & Lindenmayer, D.B. (2010b). What strategies are effective for perpetuating structures provided by old trees in harvested forests? A case study on trees with hollows in south-eastern Australia. *Forest Ecol. Manage.*, **260**, 975-982.

Gustafsson, L., Baker, S., Bauhus, J. *et al.* (2012). Retention forestry to maintain multifunctional forests: a world perspective. *BioScience*, **62**, 633-645.

Harvey, H.T., Shellhammer, H.S. & Stecker, R.E. (1980). Giant Sequoia Ecology. Page 182 in N.P.S. US Department Of The Interior editor. *Scientific Monograph Series 12*. Washington, D.C.

Janzen, D.H. (1986). The future of tropical biology. *Ann. Rev. Ecol. Syst.*, **17**, 305-324.

Landsberg, J. & Wylie, R. (1991). A review of rural dieback in Australia. Pages 3-11 in T. Offor, R.J. Watson, editors. *Growback '91*. Growback Publications, Melbourne.

Laurance, W.F., Laurance, S.G., Ferreira, L.V., Rankin-de Merona, J., Gascon, C. & Lovejoy, T.E. (1997). Biomass collapse in Amazonian forest fragments. *Science*, **278**, 1117-1118.

Laurance, W.F., Delamonica, P., Laurance, S.G., Vasconcelos, H.L. & Lovejoy, T.E. (2000). Rainforest fragmentation kills big trees. *Nature*, **404**, 836.

Lindenmayer, D.B., Burton, P.J. & Franklin, J.F. (2008). *Salvage logging and its ecological consequences*. Island Press, Washington, DC.

Lindenmayer, D.B., Welsh, A., Donnelly, C.F. *et al.* (2009). Are nest boxes a viable alternative source of cavities for hollow-dependent animals? Long-term monitoring of nest box occupancy, pest use and attrition. *Biol. Conserv.*, **142**, 33-42.

Lindenmayer, D.B., Hobbs, R.J., Likens, G.E., Krebs, C. & Banks, S.C. (2011). Newly discovered landscape traps produce regime shifts in wet forests. *Proc. Natl. Acad. Sci. USA*, **108**, 15887-15891.

Lindenmayer, D.B., Blanchard, W., McBurney, L. *et al.* (2012a). Interacting factors driving a major loss of large trees with cavities in an iconic forest ecosystem. *PLoS ONE*, **7**, e41864.

Lindenmayer, D.B., Laurance, W.F. & Franklin, J.F. (2012b). Global decline in large old trees. *Science*, **338**, 1305-1306.

Linder, P., Jonsson, P. & Niklasson, M. (1998). Tree mortality after prescribed burning in an Old-growth Scots Pine forest in northern Sweden. *Silva Fennica*, **32**, 339-349.

Linder, P. & Östlund, L. (1998). Structural changes in three mid-boreal Swedish forest landscapes, 1885-1996. *Biol. Conserv.*, **85**, 9-19.

Mackey, B., Lindenmayer, D.B., Gill, A.M., McCarthy, M.A. & Lindesay, J.A. (2002). *Wildlife, fire and future climate: a forest ecosystem analysis*. CSIRO Publishing, Melbourne.

Manning, A.D., Fischer, J. & Lindenmayer, D.B. (2006). Scattered trees are keystone structures – implications for conservation. *Biol. Conserv.*, **132**, 311-321.

Maron, M. & Fitzsimons, J.A. (2007). Agricultural intensification and loss of matrix habitat over 23 years in the West Wimmera, south-eastern Australia. *Biol. Conserv.*, **135**, 587-593.

Marrs, R.H., Frost, A.J., Plant, R.A. & Lunnis, S. (1993). Determination of buffer zones to protect seedlings from the effects of glyphosate spray drift. *Agr. Ecosyst. Environ.*, **45**, 283-293.

Murphy, D.P. & Russell-Smith, J. (2010). Fire severity in a northern Australian savanna landscape: the importance of time since previous fire. *Int. J. Wildland Fire*, **19**, 46-51.

Nepstad, D.C., Tohver, I.M., Ray, D., Moutinho, P. & Cardinot, G. (2007). Mortality of large trees and lianas following experimental drought in an Amazon forest. *Ecology*, **88**, 2259-2269.

Ex. 6 Page 52 of 105

AR 28251

Orwig, D.A. (2002). Ecosystem to regional impacts of introduced pests and pathogens: historical context, questions and issues. *J. Biogeogr.*, **29**, 1471-1474.

Palik, B.J., Ostry, M.E., Venette, R.C. & Abdela, E. (2011). Fraxinus nigra (black ash) dieback in Minnesota: regional variation and potential contributing factors. *Forest Ecol. Manage.*, **261**, 128-135.

Paltto, H., Nordberg, A., Norden, B. & Snall, T. (2011). Development of secondary woodland in Oak Wood pastures reduces the richness of rare epiphytic lichens. *PLOS One*, **6**(9), e24675.

Phillips, O.L., Martinez, R.V., Arroyo, L. *et al.* (2002). Increasing dominance of large lianas in Amazonian forests. *Nature*, **418**, 770-774.

Ramaswami, G. & Sukumar, R. (2011). Woody plant seedling distribution under invasive Lantana camara thickets in a dry-forest plot Mudumalai, southern India. *J. Trop. Ecol.*, **27**, 365-373.

Ranius, T., Niklasson, M. & Berg, N. (2009). Development of tree hollows in pedunculate oak (Quercus robur). *Forest Ecol. Manage.*, **257**, 303-310.

Santoro, A.E., Lombardero, M.L., Ayers, M.P. & Ruel, J.J. (2001). Interactions between fire and bark beetles in an old growth pine forest. *Forest Ecol. Manage.*, **144**, 245-254.

Setterfield, S.A., Douglas, M.M., Hutley, L.B. & Welch, M.A. (2005). Effects of canopy cover and ground disturbance on establishment of an invasive grass in an Australian savanna. *Biotropica*, **37**, 25-31.

Shannon, G., Thaker, M., Vanak, A.T., Page, B.R., Grant, R. & Slotow, R. (2011). Relative impacts of elephant and fire on large trees in a savanna ecosystem. *Ecosystems*, **14**, 1372-1381.

Silva, L.R., Anand, M. & Leithead, M.D. (2010). Recent widespread tree growth decline despite increasing atmospheric CO2. *PLOS One*, **5**, e11543.

Simard, M., Powell, E.N., Raffa, K.F. & Turner, M.G. (2012). What explains landscape patterns of tree mortality caused by bark beetle outbreaks in Greater Yellowstone? *Glob. Ecol. Biogeogr.*, **21**, 556-567.

Thaiutsa, B., Puangchit, L., Kjelgren, R. & Arunpraparut, W. (2008). Urban green space, street tree and heritage large tree assessment in Bangkok, Thailand. *Urban Forest. Urban Greening*, **7**, 219-229.

Thompson, J.R., Spies, T.A. & Ganio, L.M. (2007). Reburn severity in managed and unmanaged vegetation in a large wildfire. *Proc. Natl. Acad. Sci. USA*, **104**, 10743-10748.

Thor, G., Johansson, P. & Jonsson, M.T. (2010). Lichen diversity and red-listed lichen species relationships with tree species and diameter in wooded meadows. *Biodivers. Conserv.*, **19**, 2307-2328.

van Mantgem, P.J., Stephenson, N.L., Byrne, J.C. *et al.* (2009). Widespread increase of tree mortality rates in western United States. *Science*, **323**, 521-524.

Van Pelt, R. (2008). *Identifying old trees and forests in eastern Washington*. Page 166. Washington State Department of Natural Resources, Olympia, Washington.

Widerberg, M.K., Ranius, T. & Drobyshev, I. (2012). Increased openness around retained oaks increases species richness of saproxylic beetles. *Biodivers. Conserv.*, **21**, 3035-3059.

Wilhere, G. (2003). Simulations of snag dynamics in an industrial Douglas-fir forest. *Forest Ecol. Manage.*, **174**, 521-539.

Williams, R.J., Cook, G.D., Gill, A.M. & Moore, P.H.R. (1999). Fire regime, fire intensity and tree survival in a tropical savanna in northern Australia. *Aust. J. Ecol.*, **24**, 50-59.

Ex. 6 Page 53 of 105

AR 28252

# Counting trees, carbon and climate change

Trees absorb carbon. Planting more trees will absorb more carbon from the atmosphere, and soak up the man-made emissions that are causing climate change. It is a simple, easy and attractive solution that would allow us to continue our high-emission business as usual and still stave off global warming. **Brendan Mackey** examines whether or not it would work.

What does counting trees have to do with climate change? Well, quite a lot, as it turns out. Trees store a large quantity of carbon, and when we destroy or degrade forests significant amounts of carbon dioxide are released into the atmosphere. Greenhouse gases like carbon dioxide cause global warming – an increase in the amount of solar energy which is kept within the Earth system. A little global warming is a good thing, as without any Earth's average surface temperature would be about 5°C rather than around 17°C. But now we are experiencing human-forced global warming, driven by the additional carbon dioxide being injected into the atmosphere above that due to natural processes. This accelerated global warming in turn causes changes to climatic conditions. The changes include altered rainfall regimes, the frequency and intensity of extreme weather events (heat waves, droughts and floods), along with ocean acidification, melting ice, expanding ocean waters and rising sea levels.

About 30% of the carbon dioxide in the atmosphere that has been added by past and present human activities is due to emissions from deforestation and degradation, and 70% is from burning fossil fuel (coal, oil, gas) for energy[1]. About 80% of our energy comes from burning fossil fuel[2]. Currently, about 10% of annual human emissions are from deforestation and degradation[3].

It is now clear that limiting warming requires cuts in greenhouse gas emissions, especially in carbon dioxide from burning fossil fuel. The latest Intergovernmental Panel on Climate Change (IPCC) report estimates that from now on, we (that is, humanity) can emit only about 269 Gt C (that is, billion tonnes of carbon) if we are to limit global warming to no more than 2°C above the pre-industrial average planetary surface temperature – the target agreed to by the international community[4].

The issue I want to address here is the role of forest carbon in solving the climate change problem. Can planting trees offset fossil fuel emissions? And how much worse can the climate change problem get if we continue to destroy the world's remaining forests?

## Global carbon cycle

In order to answer these two questions, I have to first explain how the global carbon cycle works. From a systems perspective, Earth is "open" to the flow of energy but is materially closed. Earth has a fixed amount of carbon – the total amount does not change, it just changes form: it can be gas ($CO_2$); liquid (dissolved inorganic carbon in water) and ice; rock (carbonates); or biomass (organic carbon in living and dead plants and animals). Carbon flows between four major pools: the lithosphere (the

<span style="color:red">Growing forests absorb carbon; but the rates of emission and absorption are crucial</span>

© 2014 The Royal Statistical Society

Ex. 6 Page 54 of 105

AR 28253

crust and upper mantle); the ocean (including glaciers and the frozen waters of the north and south poles); the atmosphere; and ecosystems (especially forests).

Figure 1 illustrates the major carbon pools, the stock of carbon in each pool, and annual flows of carbon between the pools. Carbon naturally flows between the atmosphere and ecosystems, and the atmosphere and the ocean (there is also a small flow between the land and the ocean from river discharge, plus some natural degassing from volcanic activity). Plants grow by absorbing $CO_2$ from the atmosphere through photosynthesis. Plants also respire about half of this carbon back into the atmosphere. Atmospheric $CO_2$ dissolves into water as inorganic carbonates; the rate and the amount depend on water temperature, acidity, and the concentration gradient between the atmosphere and the ocean. Due to geographic and seasonal variations in these conditions, some oceanic zones absorb $CO_2$ while other

areas discharge $CO_2$ back into the atmosphere. The only flow from fossil fuel is from burning it for energy; the oil, coal and gas stored in the lithosphere do not naturally degas into the atmosphere.

Note in Figure 1, however, the emissions coming from deforestation and degradation of ecosystems. Land use such as industrial logging mobilizes the carbon stored in the woody biomass of trees, the dead biomass, and soil carbon, depleting the ecosystem carbon stock, and releasing $CO_2$ into the atmosphere at a rate above that of natural ecosystem respiration. This is an additional pulse of $CO_2$ into the atmosphere; it comes from a different pool than that of fossil fuel carbon.

The tricky thing about the global carbon cycle is that the various processes illustrated in Figure 1 operate over vastly different timescales. On an annual basis, around 200 Gt C is exchanged between the atmosphere and ecosystems and between the atmosphere

and the ocean. Also on an annual time scale, about one-third of fossil fuel emissions are taken up by ecosystems and one-third by the ocean[3]. The remaining one-third stays in the atmosphere. The atmospheric concentration of carbon (in the form of $CO_2$) is increasing because the rates of fossil fuel and land carbon emissions are greater than the rates of the two natural processes that take carbon out of the atmosphere; that is, nature cannot fix the problem faster than we are creating it.

If we were to stop using fossil fuel, a new equilibrium would eventually be reached as carbon works its way into deep ocean storage and the products of the weathering of rock are incorporated into ocean floor surface sediments. These physical processes operate over very long times. Global carbon models estimate that the lifetime of the airborne fraction of a pulse of $CO_2$ (that is, how long it takes for it to be removed from the atmosphere and transferred to the deep ocean/sediment sink)



Figure 1. A simplified visualisation of the global carbon cycle. The numbers represent (a) the stock of carbon in the major pools – the atmosphere; terrestrial ecosystems (land carbon); and the ocean (usually depicted as "shallow" and "deep" sub-pools plus ocean floor surface sediment which includes the products of weathering and deposition of dead marine biomass) – in billions of tonnes of carbon; and (b) annual carbon exchange fluxes in billions of tonnes of carbon per year. The numbers associated with the arrows indicate the exchange fluxes between the major pools. The values are consistent with the IPCC's 2013 report[4], and readers are referred to that publication for a more detailed and complete account of the global carbon cycle

Ex. 6 Page 55 of 105

AR 28254

is thousands of years. About 70% is removed in 300 years but the remaining 30% takes between 10 000 and 30 000 years. Practically, from a human perspective, fossil fuel emissions are "for ever" and will continue to interfere with the climate system for millennia.

## Can planting trees offset fossil fuel emissions?

Given the seriousness of the climate change problem, it is no wonder that people look hopefully to forests as a way of offsetting fossil fuel emissions. As noted, there is a gross carbon exchange of around 200 Gt per year between the atmosphere and ecosystems. This is an order of magnitude greater than annual fossil fuel emissions – so perhaps we can solve the problem simply by planting more trees and using better forest management?

Photosynthesis is the biochemical process used by plants to produce new biomass from the $CO_2$ absorbed from the atmosphere through their leaves and the nutrients and water drawn up by their roots; it is powered by solar energy. About half the carbon assimilated through photosynthesis is released by plants

**The exchange of carbon between the atmosphere and ecosystems is an order of magnitude greater than fossil fuel emissions**

back into the atmosphere from respiration. The rest of the carbon is turned into biomass, partitioned between plant parts as woody stems, branches, leaves and roots. When plant parts die, some of the dead biomass carbon is incorporated into the soil carbon pool. The maximum amount of carbon a forest ecosystem can grow and store is regulated primarily by prevailing climatic conditions (though the life history attributes of plants, such as the longevity of tree species, is also important). Temperature and wetness determine rates of both plant growth and respiration; and the difference between them (that is, carbon in minus carbon out) over decades to centuries determines the size of the carbon stock stored in the ecosystem.

Young trees and saplings of course contain carbon; but most of the biomass carbon in a mature forest is stored in the stems, branches and roots of big old trees[5]. When a forest is subject to industrial logging the stock of carbon is therefore greatly depleted[6]. If the forest is allowed to regrow then only the same amount of carbon that was in the forest before it was logged can be restored. This is helpful from a climate change perspective because it reduces atmospheric $CO_2$. However, it is best understood as simply repaying the "carbon debt" from when the forest was logged. Useful as this is, it does not offset any of the additional fossil fuel emissions humans have added to the atmosphere[7].

What about planting additional trees where forests do not naturally grow – would that help? It is an attractive suggestion. It comes, though, with a problem: we would need to provide the trees with all the inputs to photosynthesis that in other places nature provides – especially water. Planted forests (plantations) in arid lands need irrigation. Plantations are expensive to establish and maintain and the trees are cut down every 5–15 years as input to manufactured woody fibre products – which is an insignificant time in terms of reducing atmospheric concentrations of $CO_2$. The argument is sometimes made that logging forests, and even converting natural forests to plantations, is good for climate change because the harvested carbon is stored in long-lived wood products like violins or dining room tables. However, the facts are somewhat different[8]. Global paper consumption in 2007 was 510 million cubic metres and solid wood products (sawn timber and wood panels) was 688 million cubic metres. The lifetime of carbon in pulp and paper products is only around 1–10 years, and a mere 4% of the carbon in a forest tree ends up in longer-lived timber products of 30–100 years' lifespan[9]. Logging accelerates land carbon emissions and the carbon temporarily stored in pulp, paper and wood products is at best a delayed emission.

## Does it matter if we cut down the forests?

It seems that we cannot solve the climate change problem by planting trees and letting logged forest regrow. Does it then matter if we continue to log and clear natural forests? How much worse can the climate change problem get if deforestation continues? About half

the world's natural forests have already been cleared for crops, ranching and human settlement, leaving about 4 billion hectares of natural forest cover. Of this only 1.4 billion hectares is primary forest that has not been logged to some degree and retains its carbon carrying capacity[10]. Agricultural land has lost most of its natural biomass carbon but retains some,

**Half the world's natural forests have already been cleared. Only about a quarter of what is left retains it carbon-carrying capacity**

albeit depleted, soil carbon stocks. Also, there are substantial stocks of organic carbon stored in peat bogs of boreal tundra landscapes. Adding all sources together, there is estimated to be about 2400 Gt C in natural ecosystems, with around 289 Gt C in living trees.

Estimating how much how climate change would be caused if all the world's ecosystem carbon was released into the atmosphere is not straightforward. A useful rule of thumb, according to the Carbon Dioxide Information Analysis Center (`http://cdiac.ornl.gov`), is that 1 ppmv (part per million by volume) of $CO_2$ in the atmosphere is equivalent to 2.13 Gt C. Given this, if all 280 Gt C in living trees were logged and the biomass carbon emitted into the atmosphere as $CO_2$ then atmospheric concentrations could increase by 131 ppmv. To arrive at an accurate estimate, however, requires accounting for the differently scaled processes illustrated in Figure 1. Using this approach, it has been estimated that complete global deforestation would increase atmospheric concentrations by about 130–290 ppmv[11]. Currently atmospheric concentrations are about 400ppmv, which is around 112 ppmv above pre-industrial levels. Conversely, if all the carbon so far released by land-use changes (mainly deforestation) could be restored through reforestation this would reduce atmospheric $CO_2$ at the end of the century by 40–70 ppmv. Ignoring the fact that reforestation simply repays the land-use carbon debt, 70 ppmv equates to only 19 years of current global fossil fuel emissions (7.8 Gt C per year; 3.66 ppmv equivalent) which

AR 28255



Smileus/iStock/Thinkstock

under a "business as usual" scenario could rise to 25 Gt C per year by 2100[4]. This comparison illustrates the climate change significance of the potential emissions from deforestation and the limited extent to which planting trees can offset fossil fuel emissions.

### Best mitigation option is avoided emissions

There is a tendency when it comes to environmental problems for people to want to keep doing what they are doing and to find ways to mitigate the harm without making any major changes to their business operations. So, the idea that we can offset fossil fuel emissions by planting trees is appealing. Given the seriousness of the climate change problem, however, the time has come to accept that we have to focus on how we can avoid emissions. Carbon is quick to be emitted but drawing it back down from the atmosphere and keep it securely stored so that it is never again released into the atmosphere is very difficult, costly and

up to now neither technically nor economically feasible. The best option therefore is to avoid emitting it in the first place.

When it comes to avoiding emissions from deforestation and degradation we face

> **Drawing carbon back down from the atmosphere is difficult, costly and technically and economically unfeasible. Instead we must avoid emitting it**

difficult challenges. Forests are cut down for a reason. The land is where people live and work, it is where we grow our food and fibre, and where we mine most of our energy and minerals. And all of these activities take

up land at the expense of natural ecosystems like forests. It is inevitable that the human endeavour has a large land carbon footprint. The question before us now, as we head toward a world population of 9 billion people by 2050, is how much of the world's remaining forests we can leave protected from logging and other modern land uses and in so doing avoid substantial carbon dioxide emissions. The more deforestation and degradation, the more land carbon emissions are added to the fossil fuel emissions that are accumulating in the atmosphere, and the harder the mitigation problem becomes to solve.

### Variability, uncertainty and attribution

The various carbon values I have cited in this article (including Figure 1) are but estimates that carry with them varying degrees of uncertainty. We know with a high degree of accuracy the atmospheric concentration of $CO_2$ as this gas is well mixed and adequately sampled in

Ex. 6 Page 57 of 105

AR 28256

space and time. The estimate of fossil carbon is usually defined in terms of "known reserves" as exploration continues to reveal new deposits. I think our estimates of land carbon – the organic carbon stored in the living and dead biomass and soils of ecosystems – are probably only accurate to around ±30%. The carbon density of ecosystems varies by up to an order of magnitude, depending on local environmental conditions, especially climate, as plant growth is a function of water availability, temperature, light and nutrients[12]. The proportion of organic carbon stored above and below ground also varies with climate: tropical forests have far more carbon in living trees, whereas boreal forests – the subarctic, evergreen coniferous forests of northern Eurasia and Canada – have more held below ground in decomposing dead biomass[12]. Extant carbon stocks also vary, depending on land use and land-use history. As noted, most of the carbon above ground is stored in the woody biomass of large old trees, so industrial logging results in a significant (30–60%) reduction in biomass carbons stocks compared to unlogged forests[13]. Ecosystem carbon stocks are therefore highly variable, reflecting both natural heterogeneity in environmental conditions and the patchwork impact of land-use activities. In most countries, both the natural and human-induced variability is under-sampled, leading to relatively large uncertainty in estimates of organic carbon stocks.

A major scientific challenge is to discern natural variability in the climate system from human-forced climate change. The latest IPCC reports do this by running virtual experiments with global climate change models. Earth climate system simulations are run from the start of the industrial revolution to 2100 or beyond, with and without human forcings (mainly emissions from fossil fuel and deforestation). Current climatic conditions can only be replicated when human forcings are included. Of course, climate change *per se* can only be empirically demonstrated retrospectively given that "climate" is defined as the characteristic weather conditions over a standard period (typically 30 years).

As we peer into the future, the estimate of how much carbon can be emitted before we exceed the "2°C warming" commitment (~269 Gt C) also comes with a degree of uncertainty. Unknowable contingencies aside, global climate models have their own internal errors[14] reflecting, among other things, imperfect Earth system process knowledge, inadequately

calibrated empirical functions, and the range of possible future societal responses which will determine the level of anthropogenic emissions and the strength of human climatic forcing. These uncertainties notwithstanding, however, it is clear that Earth system models are now of sufficient accuracy that their estimates must be taken seriously by policy-makers. We need no longer invoke the precautionary principle to call for action, as it has been scientifically established that "Warming of the climate system is unequivocal" and "It is extremely likely that

> **Most of the carbon above ground is stored in the trunks of large old trees; replacing unlogged forests with plantations results in a significant (30–60%) reduction in stored carbon**

human influence has been the dominant cause of the observed warming since the mid-20th century"[15]. Note that the IPCC term "extremely likely" equates to an assessed likelihood of an outcome of 95–100%. The world community can no longer plead ignorance and must take urgent action to achieve the deep cuts needed in greenhouse gas emissions from all sources – fossil fuel and land carbon – if we are to avoid a level of global warming beyond human and natural adaptive capacities and that will cause grave harm to future generations.

## Acknowledgements

Thanks to Clive Hilliker for preparation of the global carbon cycle figure.

References

1. Houghton, R. A. (2007) Balancing the global carbon budget. *Annual Review of Earth and Planetary Sciences*, **35**, 313–347.

2. International Energy Agency (2013) *CO$_2$ Emissions from Fossil Fuel Combustion*. Paris: International Energy Agency.

3. Le Quéré, C., Peters, G. P., Andres, R. J. *et al.* (2013) The global carbon budget 2013. *Earth System Science Data Discussions*, **6**, 689–760.

4. Intergovernmental Panel on Climate Change (2013) *Working Group I Contribution to the IPCC Fifth Assessment Report Climate Change 2013: The Physical Science Basis*. Geneva: IPCC. http://www.ipcc.ch/report/ar5/wg1/#.UqgAXQSiSo

5. Brown, S., Schroeder, P. and Birdsey, R. (1997) Aboveground biomass distribution of US eastern hardwood forests and the use of large trees as an indicator of forest development. *Forest Ecology and Management*, **96**, 37–47.

6. Roxburgh, S. H., Wood, S. W., Mackey, B. G., Woldendorp, G. and Gibbons, P. (2006) Assessing the carbon sequestration potential of managed forests: A case study from temperate Australia. *Journal of Applied Ecology*, **43**, 1149–1159.

7. Mackey, B., Prentice, I. C., Steffen, W., House, J. I., Lindenmayer, D., Keith, H. and Berry, S. (2013) Untangling the confusion around land carbon science and climate change mitigation policy. *Nature Climate Change*, **3**, 552–557.

8. Ajani, J. (2011) The global wood market, wood resource productivity and price trends: an examination with special attention to China. *Environmental Conservation*, **38**(1), 53–63.

9. Le Quéré, C., Andres, R. J., Boden, T. *et al.* (2012) The global carbon budget 1959–2011. *Earth System Science Data Discussions*, **5**, 1107–1157.

10. Food and Agricultural Organisation (2010) *Key Findings Newest Information and Knowledge about the World's Global Forest Resources*. Rome: Food and Agriculture Organisation.

11. House, J. I., Prentice, I. C. and Le Quéré, C. (2002) Maximum impacts of future reforestation or deforestation on atmospheric CO$_2$. *Global Change Biology*, **8**, 1047–1052.

12. Keith, K., Mackey, B. and Lindenmayer, D. (2009) Re-evaluation of forest biomass carbon stocks and lessons from the world's most carbon-dense forests. *Proceedings of the National Academy of Sciences*, **106**, 11635–11640.

13. Krankina, O. N. and Harmon, M. E. (2006) Forest management strategies for carbon storage. In H. Salwasser and M. Cloughsey (eds), *Forests and Carbon*. Portland: Oregon Forest Research Institute.

14. Lee, L. (2013) Uncertainties in climate models: Living with a simulation in an uncertain world. *Significance*, **10**(5), 34–39.

15. Intergovernmental Panel on Climate Change (2013) *Working Group I Contribution to the IPCC Fifth Assessment Report Climate Change 2013: The Physical Science Basis Summary for Policymakers*. Geneva: IPCC. Retrieved from http://www.ipcc.ch/report/ar5/wg1/#.UnSXNvnoaM4

Professor Brendan Mackey is director of the Griffith Climate Change Response Program at Griffith University, Queensland. He has a special interest in the science and policy of ecosystem-based adaptation and mitigation and related public policy issues. He serves on the Council of the International Union for Conservation of Nature.

DOI: 10.1111/geb.12747

**RESEARCH PAPER**



WILEY **Global Ecology and Biogeography** | A Journal of Macroecology

# Global importance of large-diameter trees

James A. Lutz[1]* | Tucker J. Furniss[1]* | Daniel J. Johnson[2] |
Stuart J. Davies[3,4] | David Allen[5] | Alfonso Alonso[6] |
Kristina J. Anderson-Teixeira[3,7] | Ana Andrade[8] | Jennifer Baltzer[9] |
Kendall M. L. Becker[1] | Erika M. Blomdahl[1] | Norman A. Bourg[7,10] |
Sarayudh Bunyavejchewin[11] | David F. R. P. Burslem[12] | C. Alina Cansler[13] |
Ke Cao[14] | Min Cao[15] | Dairon Cárdenas[16] | Li-Wan Chang[17] |
Kuo-Jung Chao[18] | Wei-Chun Chao[19] | Jyh-Min Chiang[20] | Chengjin Chu[21] |
George B. Chuyong[22] | Keith Clay[23] | Richard Condit[24,25] | Susan Cordell[26] |
Handanakere S. Dattaraja[27] | Alvaro Duque[28] | Corneille E. N. Ewango[29] |
Gunter A. Fischer[30] | Christine Fletcher[31] | James A. Freund[13] |
Christian Giardina[26] | Sara J. Germain[1] | Gregory S. Gilbert[32] | Zhanqing Hao[33] |
Terese Hart[34] | Billy C. H. Hau[35] | Fangliang He[36] | Andrew Hector[37] |
Robert W. Howe[38] | Chang-Fu Hsieh[39] | Yue-Hua Hu[14] | Stephen P. Hubbell[40] |
Faith M. Inman-Narahari[26] | Akira Itoh[41] | David Janík[42] |
Abdul Rahman Kassim[31] | David Kenfack[3,4] | Lisa Korte[6] | Kamil Král[42] |
Andrew J. Larson[43] | YiDe Li[44] | Yiching Lin[45] | Shirong Liu[46] | Shawn Lum[47] |
Keping Ma[14] | Jean-Remy Makana[29] | Yadvinder Malhi[48] |
Sean M. McMahon[49] | William J. McShea[7] | Hervé R. Memiaghe[50] |
Xiangcheng Mi[14] | Michael Morecroft[48] | Paul M. Musili[51] |
Jonathan A. Myers[52] | Vojtech Novotny[53,54] | Alexandre de Oliveira[55] |
Perry Ong[56] | David A. Orwig[57] | Rebecca Ostertag[58] | Geoffrey G. Parker[59] |
Rajit Patankar[60] | Richard P. Phillips[23] | Glen Reynolds[61] | Lawren Sack[40] |
Guo-Zhang M. Song[62] | Sheng-Hsin Su[17] | Raman Sukumar[63] | I-Fang Sun[64] |
Hebbalu S. Suresh[27] | Mark E. Swanson[65] | Sylvester Tan[66] |
Duncan W. Thomas[67] | Jill Thompson[68] | Maria Uriarte[69] | Renato Valencia[70] |
Alberto Vicentini[55] | Tomáš Vrška[42] | Xugao Wang[33] | George D. Weiblen[71] |
Amy Wolf[38] | Shu-Hui Wu[72,73] | Han Xu[44] | Takuo Yamakura[41] | Sandra Yap[56] |
Jess K. Zimmerman[74]

*Authors contributed equally.

[1]Wildland Resources Department, Utah State University, Logan, Utah

[2]Biology Department, Utah State University, Logan, Utah

[3]Center for Tropical Forest Science-Forest Global Earth Observatory, Smithsonian Tropical Research Institute, Panama, Republic of Panama

[4]Department of Botany, National Museum of Natural History, Washington, DC

[5]Department of Biology, Middlebury College, Middlebury, Vermont

[6]Center for Conservation and Sustainability, Smithsonian Conservation Biology Institute, National Zoological Park, Washington, DC

[7]Conservation Ecology Center, Smithsonian Conservation Biology Institute, National Zoological Park, Washington, DC

[8]Projeto Dinâmica Biológica de Fragmentos Florestais, Instituto Nacional de Pesquisas da Amazônia - INPA, Petrópolis, Manaus, Amazonas, Brazil

[9]Biology Department, Wilfrid Laurier University, Waterloo, Ontario, Canada

[10]U.S. Geological Survey, Hydrological-Ecological Interactions Branch, Water Mission Area, Reston, Virginia

[11]Royal Thai Forest Department, Kasetsart and Mahidol Universities, Bangkok, Thailand

[12]School of Biological Sciences, University of Aberdeen, Aberdeen, United Kingdom

[13]School of Environmental and Forest Science, University of Washington, Seattle, Washington

[14]State Key Laboratory of Vegetation and Environmental Change, Institute of Botany, Chinese Academy of Sciences, Xiangshan, Beijing

[15]Key Laboratory of Tropical Forest Ecology, Xishuangbanna Tropical Botanical Garden, Chinese Academy of Sciences, Mengla, Yunnan

[16]Instituto Amazónico de Investiagciones Científicas Sinchi, Bogotá, D.C., Colombia

[17]Taiwan Forestry Research Institute, Taipei

[18]International Master Program of Agriculture, National Chung Hsing University, Taichung

[19]Department of Forestry and Natural Resources, National Chiayi University, Chiayi City

[20]Department of Life Science, Tunghai University, Taichung

[21]Department of Ecology and Evolution, Sun Yat-sen University, Guangzhou

[22]Department of Botany and Plant Physiology, University of Buea, Buea, Cameroon

[23]Department of Biology, Indiana University, Bloomington, Indiana

[24]Field Museum of Natural History, Chicago, Illinois

[25]Morton Arboretum, Lisle, Illinois

[26]Institute of Pacific Islands Forestry, USDA Forest Service, Hilo, Hawaii

[27]Centre for Ecological Sciences, Indian Institute of Science, Bangalore, Karnataka, India

[28]Departamento de Ciencias Forestales, Universidad Nacional de Colombia Sede Medellín, Medellín, Colombia

[29]Centre de Formation et de Recherche en Conservation Forestière, Gombe, Democratic Republic of Congo

[30]Kadoorie Farm & Botanic Garden Corporation, Hong Kong

[31]Forest Environmental Division, Forest Research Institute of Malaysia, Kepong, Malaysia

[32]Environmental Studies Department, University of California, Santa Cruz, Santa Cruz, California

[33]Key Laboratory of Forest Ecology and Management, Institute of Applied Ecology, Chinese Academy of Sciences, Shenyang

[34]Wildlife Conservation Society, Ituri, Democratic Republic of Congo

[35]School of Biological Sciences, University of Hong Kong, Hong Kong

[36]Department of Renewable Resources, University of Alberta, Edmonton, Alberta, Canada

[37]Plant Sciences, University of Oxford, Oxford, United Kingdom

[38]Department of Natural and Applied Sciences, University of Wisconsin-Green Bay, Green Bay, Wisconsin

[39]Institute of Ecology and Evolutionary Biology, National Taiwan University, Taipei

[40]Department of Ecology and Evolutionary Biology, University of California, Los Angeles, Los Angeles, California

[41]Graduate School of Science, Osaka City University, Osaka, Japan

[42]Department of Forest Ecology, Silva Tarouca Research Institute, Brno, Czech Republic

[43]Department of Forest Management, W.A. Franke College of Forestry and Conservation, University of Montana, Missoula, Montana

[44]Research Institute of Tropical Forestry, Chinese Academy of Forestry, Guangzhou

[45]Life Science Department, Tunghai University, Taichung

[46]Institute of Forest Ecology, Environment and Protection, Chinese Academy of Forestry, Beijing

[47]Asian School of the Environment, Nanyang Technological University, Singapore, Singapore

[48]School of Geography and the Environment, Oxford University, Oxford, United Kingdom

AR 28259

LUTZ ET AL.

Global Ecology and Biogeography    A Journal of Macroecology    WILEY 3

[49]Center for Tropical Forest Science-Forest Global Earth Observatory, Forest Ecology Group, Smithsonian Environmental Research Center, Edgewater, Maryland

[50]Institut de Recherche en Ecologie Tropicale, Centre National de la Recherche Scientifique et Technologique, Libreville, Gabon

[51]East African Herbarium, Botany Department, National Museum of Kenya, Nairobi, Kenya

[52]Department of Biology & Tyson Research Center, Washington University in St. Louis, St. Louis, Missouri

[53]New Guinea Binatang Research Centre, Madang, Papua New Guinea

[54]Biology Centre, Academy of Sciences of the Czech Republic and Faculty of Science, University of South Bohemia, Ceske Budejovice, Czech Republic

[55]Department of Ecology, University of São Paulo, São Paulo, Brazil

[56]Institute of Arts and Sciences, Far Eastern University Manila, Manila, Philippines

[57]Harvard Forest, Harvard University, Petersham, Massachusetts

[58]Department of Biology, University of Hawaii, Hilo, Hawaii

[59]Forest Ecology Group, Smithsonian Environmental Research Center, Edgewater, Maryland

[60]National Ecological Observatory Network (NEON) Inc., Denton, Texas

[61]The Royal Society SEARRP (UK/Malaysia), Danum Valley, Malaysia

[62]Department of Soil and Water Conservation, National Chung Hsing University, Taichung

[63]Centre for Ecological Sciences and Divecha Centre for Climate Change, Indian Institute of Science, Bangalore, Karnataka, India

[64]Department of Natural Resources and Environmental Studies, National Dong Hwa University, Hualian

[65]School of the Environment, Washington State University, Pullman, Washington

[66]Sarawak Forest Department, Kuching, Sarawak, Malaysia

[67]School of Biological Sciences, Washington State University, Vancouver, Washington

[68]Center for Ecology and Hydrology, Bush Estate, Penicuik Midlothian, Edinburgh, United Kingdom

[69]Department of Ecology, Evolution, and Environmental Biology, Columbia University, New York, New York

[70]School of Biological Sciences, Pontificia Universidad Católica del Ecuador, Quito, Ecuador

[71]Department of Plant & Microbial Biology, University of Minnesota, St. Paul, Minnesota

[72]Taiwan Forestry Research Institute, Council of Agriculture, Taipei

[73]Department of Biological Sciences, National Sun Yat-sen University, Kaohsiung

[74]Department of Environmental Sciences, University of Puerto Rico, Rio Piedras, Puerto Rico

**Correspondence**
James A. Lutz, Wildland Resources
Department, Utah State University, 5230
Old Main Hill, Logan, UT 84322.
Email: james.lutz@usu.edu

**Funding information**
Utah Agricultural Experiment Station,
Grant/Award Number: 1153; National
Natural Science Foundation of China;
National Science Foundation, Grant/Award
Number: 1354741 and 1545761

Editor: Andrew Kerkhoff

## Abstract

**Aim:** To examine the contribution of large-diameter trees to biomass, stand structure, and species richness across forest biomes.

**Location:** Global.

**Time period:** Early 21st century.

**Major taxa studied:** Woody plants.

**Methods:** We examined the contribution of large trees to forest density, richness and biomass using a global network of 48 large (from 2 to 60 ha) forest plots representing 5,601,473 stems across 9,298 species and 210 plant families. This contribution was assessed using three metrics: the largest 1% of trees $\geq$ 1 cm diameter at breast height (DBH), all trees $\geq$ 60 cm DBH, and those rank-ordered largest trees that cumulatively comprise 50% of forest biomass.

**Results:** Averaged across these 48 forest plots, the largest 1% of trees $\geq$ 1 cm DBH comprised 50% of aboveground live biomass, with hectare-scale standard deviation of 26%. Trees $\geq$ 60 cm DBH comprised 41% of aboveground live tree biomass. The size of the largest trees correlated with total forest biomass ($r^2 = .62$, $p < .001$). Large-diameter trees in high biomass forests represented far fewer species relative to overall forest richness ($r^2 = .45$, $p < .001$). Forests with more diverse large-diameter tree communities were comprised of smaller trees ($r^2 = .33$, $p < .001$). Lower large-diameter richness was associated with large-diameter trees being individuals of more common species ($r^2 = .17$, $p = .002$). The concentration of biomass in the largest 1% of trees declined with increasing absolute latitude ($r^2 = .46$, $p < .001$), as did forest density ($r^2 = .31$, $p < .001$). Forest structural complexity increased with increasing absolute latitude ($r^2 = .26$, $p < .001$).

AR 28260

**4** WILEY **Global Ecology and Biogeography**  A Journal of Macroecology

**Main conclusions:** Because large-diameter trees constitute roughly half of the mature forest biomass worldwide, their dynamics and sensitivities to environmental change represent potentially large controls on global forest carbon cycling. We recommend managing forests for conservation of existing large-diameter trees or those that can soon reach large diameters as a simple way to conserve and potentially enhance ecosystem services.

**KEYWORDS**

forest biomass, forest structure, large-diameter trees, latitudinal gradient, resource inequality, Smithsonian ForestGEO

# 1 | INTRODUCTION

Concentration of resources within a few individuals in a community is a pervasive property of biotic systems (West, Brown, & Enquist, 1997), whether marine (Hixon, Johnson, & Sogard, 2014), terrestrial (Enquist, Brown, & West, 1998) or even anthropogenic (Saez & Zucman, 2016). The concentration of total forest biomass in a few large-diameter trees is no exception (Pan, Birdsley, Phillips, & Jackson, 2013). Large-diameter trees in forests take many decades or even centuries to develop, but human or natural disturbances can decrease their abundance, rapidly changing forest structure (Allen et al., 2010; Lindenmayer, Laurance, & Franklin, 2012; Lutz, van Wagtendonk, & Franklin, 2009; van Mantgem et al., 2009).

Despite the recognized ecological significance of large-diameter trees within individual forest types, relatively little is known about the distribution and abundance of large-diameter trees at the global scale. Previous studies have showed that large-diameter trees comprise a large fraction of the biomass of many forests (Bastin et al., 2015; Brown et al., 1995; Clark & Clark, 1996; Lutz, Larson, Swanson, & Freund, 2012) and that they modulate stand-level leaf area, microclimate and water use (Martin et al., 2001; Rambo & North, 2009). Large-diameter trees contribute disproportionately to reproduction (van Wagtendonk & Moore, 2010), influence the rates and patterns of regeneration and succession (Keeton & Franklin, 2005), limit light and water available to smaller trees (Binkley, Stape, Bauerle, & Ryan, 2010), and contribute to rates and causes of mortality of smaller individuals by crushing or injuring sub-canopy trees when their bole or branches fall to the ground (Chao, Phillips, Monteagudo, Torres-Lezama, & Vásquez Martínez, 2009; Das, Stephenson, & Davis, 2016). Large-diameter trees (and large-diameter snags and large-diameter fallen woody debris) make the structure of primary forests and mature secondary forests unique (Spies & Franklin, 1991). Large-diameter trees occur at low stem densities, yet influence spatial patterns over long inter-tree distances (Das, Larson, & Lutz, 2018; Enquist, West, & Brown, 2009; Lutz et al., 2014). Consequently, to elucidate the patterns, mechanisms and consequences of large-diameter tree ecology requires sample plots $\geq$ 1 ha (Das, Battles, Stephenson, & van Mantgem, 2011; Lutz, 2015; Réjou-Méchain et al., 2014).

Changes in climate, disturbance regimes and logging are accelerating the decline of large-diameter trees (e.g., Bennett, McDowell, Allen, & Anderson-Teixeira, 2015; Lindenmayer & Laurence, 2016;

Lindenmayer et al., 2012). The dynamics of large-diameter trees is dependent on at least two factors: (a) presence of species capable of attaining a large size, and (b) conditions, including disturbance regimes, that permit the development of large-diameter individuals. If the species richness of the large-diameter assemblage is high, a forest may be better able to respond to perturbations (Musavi et al., 2017) and maintain its structure and ecological function. However, if the large-diameter species richness is low, then a forest could be susceptible to any change that affected those few species.

Surprisingly, the specific roles of large-diameter trees are not well anchored in two widely referenced theories of global vegetation. Both the unified neutral theory of biodiversity (Hubbell, 2001) and metabolic scaling theory (West, Enquist, & Brown, 2009) propose that plants have a degree of functional equivalency. The unified neutral theory makes predictions about the rank-order abundance of species in a forest, but it makes no specific predictions about the rank order of large-diameter species or even if large-diameter individuals are members of common or rare species. Metabolic scaling theory does predict the abundance of large-diameter trees, and empirical tests of the theory for more abundant, smaller-diameter individuals are generally good. However, metabolic scaling theory often tends to under-predict the abundance of large-diameter trees in temperate forests (Anderson-Teixeira, McGarvey, et al., 2015; their fig. 2) and rather over-predict the abundance of large-diameter trees in tropical forests (Muller-Landau et al., 2006; their table 2) and in some temperate forests (Lutz et al., 2012; their fig. 2). Metabolic scaling theory also advances its predictions as continuous functions, and the departure from theory (i.e., the spatial variation) at discrete grain sizes remains unquantified. Accordingly, these theories alone cannot fully explain global patterns of forest species diversity or the larger portion of the size distribution (Coomes, Duncan, Allen, & Truscott, 2003; LaManna et al., 2017; Lutz et al., 2012; Muller-Landau et al., 2006).

However, studies do suggest that a greater generalization of forest structure in the tropical, subtropical, temperate and boreal forests of the world may indeed be possible (i.e., Gilbert et al., 2010; Ostertag, Inman-Narahari, Cordell, Giardina, & Sack, 2014; Slik et al., 2013). To the extent that forests share structural attributes either globally or regionally, our ability to model forest change may be improved by focusing on global patterns in structure rather than individual species life-history traits. We expected that latitudinal trends in the concentration of biomass in the largest trees would follow trends in forest

AR 28261

Case 2:22-cv-00859-HL    Document 41-6    Filed 12/27/22    Page 64 of 106

**Global Ecology and Biogeography** | A Journal of Macroecology | WILEY

density (with more stems in the largest diameter classes, relative biomass should be higher). We also expected that relative richness of the large-diameter cohort would be lower in forests with high stem density because the large trees would be a smaller fraction of stems and thus a smaller fraction of species. Our principal hypothesis was that only a small proportion of the largest trees are responsible for the preponderance of forest biomass, and that the abundance and variation of these large-diameter trees reflect latitudinal gradients of forest structure. Specifically we set out to ask four interrelated questions:

1. Are there global relationships between large-diameter trees (defined various ways) and forest biomass?
2. Does the richness of the large-diameter cohort depend on the richness or biomass of the forest?
3. Are there latitudinal gradients in forest density, biomass, concentration of biomass, or structural complexity?
4. Are large-diameter trees members of common or rare species in forests?

## 2 | MATERIALS AND METHODS

We used data from the Forest Global Earth Observatory (ForestGEO; Anderson-Teixeira, Davies, et al., 2015) network of forest dynamics plots coordinated by the Smithsonian Institution, which includes major forest types in the Köppen climate zones of cold, temperate and tropical forests (Figure 1, Supporting Information Table S3.1). Forests included in the ForestGEO network include undisturbed primary forests or older secondary forests meeting the United Nations Food and Agricultural Organization definition of forest (trees > 5 m tall and canopy cover > 10% occurring in patches > 0.5 ha; Forest Resource Assessment, 2015). The ForestGEO plots feature consistent field methods (Condit, 1998) and data representation (Condit, Lao, Singh, Esufali, & Dolins, 2014). Importantly, these plots include all standing woody

stems ≥ 1 cm diameter at breast height (1.3 m along the main stem; DBH). A representativeness analysis showed that the ForestGEO includes most major forest types of the world, albeit with some exceptions (see Anderson-Teixeira, Davies, et al., 2015 for details). We analysed 48 plots in primary or older secondary forest spanning 86.4° of latitude (Figure 1), covering 1,278 ha (median size 24 ha), and including 5,601,473 stems representing 9,298 species and 210 plant families (Figure 1, Table 1, Supporting Information Table S3.1).

There is no universal definition for what constitutes a large-diameter tree. Generally, a large-diameter tree is of reproductive stature, is tall enough to reach the upper canopy layer of the forest, and is larger than the majority of woody stems in the forest. In any forest, the largest trees *relative to the rest of the stand* contribute disproportionately to ecological function and represent some of the longest-lived and most fecund components of their respective forests. The definition of large-diameter inherently depends on species and forest type. In cold, continental forests, a large-diameter tree may only be 20 cm DBH (Baltzer, Venes, Chasmer, Sniderhan, & Quinton, 2014). In productive temperate or tropical forests, a large-diameter tree may be > 100 cm DBH (Lutz et al., 2012; Lutz, Larson, Freund, Swanson, & Bible, 2013). To compare dissimilar ecosystems, we used three metrics for defining large diameter trees:

1. 99th percentile diameter (the largest 1% of trees ≥ 1 cm DBH in the forest).
2. Fixed diameter. We used a fixed threshold for large-diameter trees of 60 cm DBH, a diameter reached by at least some trees in almost all plots.
3. The large-diameter threshold. We defined the large-diameter threshold to be that diameter such that trees greater than or equal to that diameter constituted half of the aboveground live biomass of the plot.

We calculated the density, basal area, and biomass of stems ≥ 1 cm DBH and tabulated them within each square hectare (100 m × 100 m)



FIGURE 1 Locations of the 48 plots affiliated with the Smithsonian Forest Global Earth Observatory (ForestGEO) used in this study

Ex. 6 Page 63 of 105

AR 28262

of the 48 plots. Because the distribution of large-diameter trees within forests is often not homogeneous (e.g., Lutz et al., 2013), we used the 1-ha scale to capture variation in structure across the plots without introducing the spurious high or low values of biomass that could be associated with small extents (Réjou-Méchain et al., 2014). We calculated biomass for tropical forests (absolute latitude $\leq 23.5°$) by the methods of Chave et al. (2014), which uses a generic equation to predict biomass based on diameter, climate and wood density. The Chave et al. (2014) equations are of the form:

$$AGB = \exp[-1.803 - 0.976E + 0.976\ln(\rho) + 2.676\ln(DBH) - 0.0299\ln(DBH)^2]$$ (1)

where $\rho$ is wood density and $E$ is the environmental parameter. Wood specific gravity was taken from Zanne et al. (2009), and we used the values hierarchically, taking species-specific values where defined, then genus-specific values, then family-specific values. If there was no wood specific gravity data for the plant family, or if the stem was unidentified, we used the global average of 0.615 g/cm$^3$. Values for the environmental parameter $E$ are listed in Supporting Information Table S3.1.

We calculated biomass for cold and temperate plots (absolute latitude $> 23.5°$) using the composite taxa-specific equations of Chojnacky, Heath, & Jenkins (2014). Those equations are of the form

$$\ln(\text{biomass}) = \beta_0 + \beta_1 \times \ln(DBH)$$ (2)

where $\beta_0$ and $\beta_1$ are listed in Chojnacky et al. (2014; their table 5).

Species not represented by specific biomass equations were defaulted to an equation or wood density value for the genus or the family. We used site-specific allometric equations for Palamanui (Ostertag et al., 2014), Laupahoehoe (Ostertag et al., 2014), Lanjenchi (Aiba & Nakashizuka, 2009) and Changbaishan (Wang, 2006).

We further analysed the diameter–diameter relationships of each tree based on six tree diameter classes (1 cm $\leq$ DBH $<$ 5 cm, 5 cm $\leq$ DBH $<$ 10 cm, 10 cm $\leq$ DBH $<$ 30 cm, 30 cm $\leq$ DBH $<$ 60 cm, 60 cm $\leq$ DBH $<$ 90 cm and DBH $\geq$ 90 cm). Diameter classes were selected to include recognized differences in tree life-history traits (Memiaghe, Lutz, Korte, Alonso, & Kenfack, 2016). We performed non-metric multidimensional scaling (NMDS; Kenkel & Orloci, 1986) analyses on the density of each diameter class of each 100 m × 100 m area. We used the Bray–Curtis dissimilarity index and performed the NMDS ordinations in three dimensions using the version 2.4-4 of the vegan package (Oksanen, Kindt, & Simpson, 2016) in R version 3.3.1 (R Development Core Team, 2016). We used the three-dimensional coordinates of each 1-ha in NMDS space to create a metric for structural complexity. For the 1-ha structural ordination values for each plot, we fit a one standard deviation ellipsoid using the orglellipse function from the vegan3d package (Oksanen, 2017). We then calculated the volume of that ellipsoid as a metric of structural difference (i.e., complexity) to compare the relative differences between 100 m × 100 m areas within the plot.

To examine commonness of species that can reach large diameters, we ranked all species according to their abundance within each plot. We then identified large-diameter species as species that had $\geq 1$ individual with a DBH greater than or equal to the large-diameter threshold, and determined the species rank for each of these large-

diameter species (i.e., if the third most abundant species was a 'large-diameter species', it would receive rank = 3). We then used the median rank for all large-diameter species ranks within each plot, and normalized this value across plots by dividing rank by the total number of species (i.e., in a plot with 60 species, a median rank of 18 becomes 0.3).

To validate our results, we calculated structural accumulation curves for each plot, calculating the area required to estimate forest density and aboveground live biomass to within 5% of the entire plot value. Within each plot, for each of density and biomass, we used random sampling of 400 m$^2$ quadrats with replacement (from the available quadrats), beginning with a random sample of $n = 1$ quadrat and ending with a random sample of $n =$ total number of quadrats in each plot. This process was repeated based on the number of quadrats in each plot, which allowed us to calculate a mean and standard deviation for each value of $n$. A percent deviation metric was calculated as:

$$\text{Percent difference} = (\text{abs}(\text{mean}_n - \text{mean}_{\text{plot}}) + SD_n)/\text{mean}_{\text{plot}}$$ (3)

where $\text{mean}_n$ is the mean of a random sampling of $n$ quadrats, $\text{mean}_{\text{plot}}$ is the mean for the entire plot, and $SD_n$ is the standard deviation for the random sample of $n$ quadrats.

## 3 | RESULTS

Average stem density in the plots ranged from 608 stems/ha (Mudumalai, India) to 12,075 stems/ha (Lanjenchi, Taiwan) with most high-density plots occurring in the tropics (Tables 1 and 2, plot characteristics in Table S3.1 and Appendix). Aboveground live tree biomass ranged from 13 Mg/ha (Mpala, Kenya) to 559 Mg/ha (Yosemite, USA). The biomass of trees $\geq 60$ cm DBH ranged from 0 Mg/ha (Mpala, Kenya, Palamanui, USA, and Scotty Creek, Canada) to 447 Mg/ha (Yosemite, USA). The large-diameter tree threshold (separating the plot aboveground forest biomass into two equal parts) varied from 2.5 cm (Palamanui, USA) to 106.5 cm (Yosemite, USA). Variation in the abundance of trees of different diameter classes at the 1-ha scale was high globally (Supporting Information Tables S3.2 and S3.3), and coefficient of variation (CV) of the 1-ha stem densities was highest in the cold temperate/boreal plots and lowest in the tropics (Table 2).

There was a strong positive relationship between the large-diameter threshold and overall forest biomass ($r^2 = .62, p < .001$; Figure 2a). This relationship held for all three of our definitions for large-diameter trees (Figure 2a–c). The relationship for large-diameter threshold was strongest, but the biomass of the largest 1% of trees also predicted total biomass ($r^2 = .35, p < .001$; Figure 2b) as did the density of stems $\geq 60$ cm DBH ($r^2 = .49, p < .001$; Figure 2c). Results based on basal area were similar to those for biomass (Supporting Information Figure S1.1). There was a negative relationship between large-diameter species richness and total biomass ($r^2 = .45, p < .001$; Figure 2d), which was consistent with the negative relationship between large-diameter threshold and large-diameter richness ($r^2 = .33, p < .001$; Figure 2e) and the negative relationship between large-diameter richness and the biomass of the largest 1% of trees ($r^2 = .61, p < .001$; Figure 2f). In other words, plots with high biomass

LUTZ ET AL.    **Global Ecology and Biogeography**    A Journal of Macroecology      WILEY 7

**TABLE 1**  Structural characteristics of global forests

| Plot | Large-diameter threshold (cm) | Density (stems/ha) (SD) | Biomass (Mg/ha) (SD) | Total species (n) | Large-diameter species (n) | Large-diameter richness (%) | Biomass of the 1% (%) | Density ≥ 60 cm DBH (stems/ha) |
|---|---|---|---|---|---|---|---|---|
| Yosemite | 106.5 | 1399 (266) | 559 (130) | 14 | 3 | 21 | 46 | 52 |
| Wind River | 92.9 | 1207 (273) | 532 (161) | 26 | 5 | 19 | 33 | 72 |
| Žofín | 78.0 | 2404 (982) | 248 (66) | 11 | 4 | 36 | 56 | 41 |
| Ituri Lenda | 72.0 | 7553 (829) | 467 (62) | 396 | 25 | 6 | 83 | 34 |
| Danum Valley | 65.7 | 7573 (526) | 486 (152) | 784 | 62 | 8 | 72 | 27 |
| SERC[a] | 65.4 | 2086 (792) | 299 (49) | 79 | 25 | 32 | 40 | 40 |
| Laupahoehoe | 63.4 | 3925 (859) | 241 (45) | 22 | 2 | 9 | 58 | 37 |
| Santa Cruz[a] | 62.3 | 1945 (593) | 361 (102) | 31 | 7 | 23 | 41 | 34 |
| Cocoli | 60.1 | 2164 (248) | 281 (37) | 170 | 9 | 5 | 59 | 32 |
| Huai KhaKhaeng | 59.9 | 2506 (674) | 258 (65) | 284 | 80 | 28 | 57 | 20 |
| SCBI[a] | 59.7 | 1850 (1637) | 259 (43) | 64 | 22 | 34 | 31 | 35 |
| Ituri Edoro | 59.3 | 8956 (1270) | 375 (46) | 426 | 63 | 15 | 80 | 23 |
| Changbaishan | 56.2 | 1230 (188) | 288 (33) | 52 | 15 | 29 | 22 | 34 |
| Bukit Timah | 55.6 | 6273 (180) | 363 (140) | 353 | 18 | 5 | 73 | 19 |
| Rabi | 54.7 | 7988 (926) | 323 (74) | 346 | 74 | 21 | 73 | 14 |
| Lambir | 51.9 | 7635 (1233) | 495 (99) | 1387 | 223 | 16 | 69 | 27 |
| Barro Colorado | 51.2 | 4938 (463) | 257 (49) | 297 | 80 | 27 | 67 | 17 |
| Lilly Dickey[a] | 51.2 | 1112 (441) | 214 (29) | 34 | 19 | 56 | 22 | 20 |
| Xishuangbanna | 49.8 | 4565 (650) | 280 (81) | 450 | 93 | 21 | 57 | 19 |
| Wanang | 49.6 | 5523 (520) | 324 (61) | 581 | 170 | 29 | 61 | 14 |
| Palanan | 49.4 | 4981 (489) | 414 (119) | 324 | 41 | 13 | 62 | 27 |
| Pasoh | 48.5 | 5735 (631) | 324 (55) | 926 | 194 | 21 | 63 | 13 |
| Michigan Woods | 47.5 | 1981 (515) | 192 (25) | 44 | 16 | 36 | 26 | 14 |
| Tyson[a] | 45.4 | 1601 (751) | 176 (16) | 45 | 18 | 40 | 24 | 10 |
| Wytham Woods[a] | 44.8 | 1016 (309) | 310 (46) | 23 | 13 | 57 | 23 | 18 |
| Korup | 42.9 | 7283 (920) | 345 (88) | 485 | 143 | 29 | 67 | 10 |
| Manaus | 42.2 | 6234 (441) | 344 (54) | 1529 | 260 | 17 | 59 | 9 |
| Cedar Breaks | 41.9 | 1542 (961) | 168 (53) | 17 | 8 | 47 | 34 | 13 |
| Mudumalai | 41.7 | 608 (210) | 205 (33) | 72 | 35 | 49 | 18 | 12 |
| Jianfengling | 40.8 | 6526 (993) | 392 (37) | 290 | 116 | 40 | 48 | 24 |
| La Planada | 40.8 | 4030 (243) | 270 (30) | 241 | 74 | 31 | 43 | 8 |
| Fushan | 39.2 | 4478 (1139) | 224 (25) | 106 | 33 | 31 | 46 | 14 |
| Sherman | 38.5 | 3662 (550) | 275 (41) | 224 | 31 | 14 | 53 | 13 |
| Amacayacu | 37.6 | 4948 (518) | 268 (33) | 1233 | 326 | 26 | 49 | 7 |
| Kenting | 36.1 | 3760 (410) | 255 (38) | 92 | 40 | 43 | 36 | 7 |
| Lienhuachih | 35.7 | 6131 (1760) | 170 (25) | 145 | 49 | 34 | 51 | 10 |
| Harvard Forest[a] | 35.5 | 3104 (2600) | 260 (66) | 55 | 17 | 31 | 23 | 7 |
| Luquillo | 35.5 | 2903 (626) | 283 (53) | 133 | 47 | 35 | 39 | 12 |

(Continues)

AR 28264

**8** WILEY **Global Ecology and Biogeography** A Journal of Macroecology LUTZ ET AL.

**TABLE 1** (Continued)

| Plot | Large-diameter threshold (cm) | Density (stems/ha) (SD) | Biomass (Mg/ha) (SD) | Total species (n) | Large-diameter species (n) | Large-diameter richness (%) | Biomass of the 1% (%) | Density ≥ 60 cm DBH (stems/ha) |
|---|---|---|---|---|---|---|---|---|
| Heishiding | 34.5 | 5277 (706) | 149 (27) | 213 | 59 | 28 | 43 | 12 |
| Wabikon[a] | 31.1 | 1692 (1017) | 111 (14) | 31 | 15 | 48 | 17 | 1 |
| Gutianshan | 31.0 | 5833 (1580) | 185 (27) | 159 | 40 | 25 | 34 | 2 |
| Ilha do Cardoso | 31.0 | 4660 (578) | 148 (17) | 135 | 43 | 32 | 41 | 7 |
| Yasuni | 29.1 | 5834 (692) | 261 (48) | 1075 | 343 | 32 | 50 | 8 |
| Hong Kong[a] | 28.6 | 5860 (1056) | 142 (20) | 172 | 43 | 25 | 39 | 3 |
| Lanjenchi | 17.2 | 12075 (2795) | 113 (7) | 128 | 72 | 56 | 29 | 1 |
| Mpala | 10.0 | 2963 (2902) | 13 (8) | 68 | 35 | 51 | 30 | 0 |
| Scotty Creek | 7.6 | 4136 (1407) | 22 (11) | 11 | 7 | 64 | 15 | 0 |
| Palamanui | 2.5 | 8205 (1084) | 30 (5) | 16 | 11 | 69 | 13 | 0 |

*Note.* Values for density and biomass include trees ≥ 1 cm diameter at breast height (DBH) within each square hectare (100 m × 100 m) of the plots, with the mean and SD calculated for each full hectare. The large-diameter threshold represents the diameter where half the biomass is contained within trees above that threshold. The biomass of the 1% indicates the proportion of total live aboveground tree biomass contributed by the largest 1% of trees ≥ 1 cm DBH. Plots are listed by declining large-diameter threshold. For additional details of the plots and forest characteristics, see Supporting Information Tables S3.1-S3.3 and references in the Appendix.
[a]Mature secondary forest. SERC - Smithsonian Environmental Research Center; SCBI - Smithsonian Conservation Biology Institute.

had high large-diameter thresholds and relatively low species richness within this large-diameter structural class.

The amount of aboveground forest biomass contained within the largest 1% of trees averaged among the 48 plots was 50% (weighted by the forest biomass of each plot, 45% as an unweighted average of the 48 plots), representing an average of 23% of the total species richness (Table 1). The average large-diameter threshold was 47.7 cm DBH (half of the biomass of the 48 plots was contained within trees ≥ 47.7 cm DBH). The average portion of biomass contained within trees ≥ 60 cm DBH in the 48 plots was 41%. Forest density gradually decreased with increasing absolute latitude ($r^2 = .31$, $p < .001$; Figure 3a), as did the proportion of tree biomass accounted for by the largest 1% of trees ($r^2 = .46$, $p < .001$; Figure 3c), following our expectations and partially a reflection of the higher stem densities in the tropics

(Figure 3a, Table 1, Supporting Information Table S3.2). However, latitudinal gradients were not present for biomass (Figure 3b) or the large-diameter threshold (Figure 3d).

The three metrics for large-diameter trees were not perfectly correlated (Supporting Information Figure S1.2). The large-diameter threshold and the density of stems ≥ 60 cm DBH had a linear relationship ($r^2 = .80$, $p < .001$), even though some forests did not have trees ≥ 60 cm DBH. The relationship between the biomass of the 1% of largest diameter trees and both the density of stems ≥ 60 cm DBH and the large-diameter threshold was significant for tropical plots but not for temperate plots.

NMDS ordinations of the abundance of trees in the six diameter classes in each 100 m × 100 m area showed that tropical forests have a higher degree of structural similarity than temperate or boreal forests

**TABLE 2** The effect of geographical region on tree density and biomass and their variation at 1-ha scale and the abundance of large-diameter trees as measured by the three metrics of proportion of biomass in the largest 1% of trees, density of trees ≥ 60 cm diameter at breast height (DBH), and large-diameter threshold

| Zone | Plots (n) | Density (trees/ha) | Density SD | Density CV | Biomass (Mg/ha) | Biomass SD | Biomass CV | Biomass of the 1% (%) | Density trees ≥ 60 cm DBH (trees/ha) | Large-diameter threshold (cm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cold temperate/boreal | 6 | 2,281 | 1,114 | 47 | 174 | 98 | 24 | 23 | 11 | 37 |
| Temperate | 16 | 3,339 | 2,193 | 31 | 266 | 126 | 18 | 38 | 24 | 53 |
| All Tropics | 26 | 5,735 | 1,072 | 18 | 278 | 57 | 20 | 61 | 16 | 44 |
| Tropical Africa | 5 | 6,949 | 2,317 | 29 | 305 | 172 | 27 | 76 | 16 | 48 |
| Tropical Asia | 10 | 5,767 | 3,149 | 16 | 330 | 124 | 21 | 53 | 18 | 47 |
| Tropical Latin America | 8 | 4,339 | 1,410 | 12 | 280 | 27 | 15 | 54 | 13 | 42 |
| Tropical Oceania | 3 | 5,884 | 2,162 | 15 | 198 | 152 | 18 | 61 | 17 | 38 |

SD = standard deviation; CV = coefficient of variation.
*Note.* The SD of density and the SD of biomass represent the within-region (between-plot) variation. The CV of density and CV of biomass represent the average of the individual plot 1-ha CVs, with each plot weighted equally.

AR 28265



**FIGURE 2**  Contribution of large-diameter trees to forest structure of 48 large forest plots. Aboveground live tree biomass increases with increasing large-diameter threshold (a). The large-diameter threshold reflects the tree diameter that segments biomass into two equal parts. Below the large-diameter threshold are a large number of small-diameter trees, and above the large-diameter threshold are a smaller number of large-diameter trees. Aboveground live biomass also increases with the concentration of biomass in the largest 1% of trees (b) and the density of stems $\geq 60$ cm diameter at breast height (DBH; c). Large-diameter richness declines with increasing biomass (d), which is consistent with the declining relationship between large-diameter threshold and large-diameter richness (e). The concentration of biomass in the largest 1% of trees has a strong negative relationship with large-diameter richness (f). Colours indicate increasing absolute latitude from red to green. Grey areas around regression lines indicate 95th percentile confidence intervals

based on their position in the ordination (Figure 4a,b). The 1-ha scale variation for tropical plots also showed a high degree of similarity both globally (clustering and high overlap of red ellipses in Figure 4c,d) and locally (smaller size of individual red ellipses). The volumes occupied by the 1-ha NMDS points of temperate plots, conversely, covered a wide range in ordination space, indicating greater structural variability both among and within the plots (greater size and dispersion of green ellipses in Figure 4c,d, three-dimensional animation in Supporting Information Figure S2). This phenomenon was also mirrored by coefficients of variation of density and biomass of 1-ha quadrats, which differed among regions and were higher in temperate and boreal forests than in tropical plots (Table 2). The grouping of plots with no trees $\geq 60$ cm DBH (left of Figure 4a,b; Supporting Information Table S3.2) shows a structural equivalency of forests growing in stressful environments. Those forests include Scotty Creek, Canada (temperature, nitrogen and hydrologically limited), Mpala, Kenya (water and herbivory limited) and

Palamanui, USA (water limited, limited soil development and with limited species complement). The structural complexity of forests (variation in abundance of the six diameter classes) at 1-ha scale increased with increasing absolute latitude (Figure 5a).

Large-diameter trees consisted primarily of common species (rank $< 0.5$; Figure 5b), and rarer species reached large diameter in plots with higher large-diameter richness ($r^2 = .17$; $p = .002$). The absolute numbers of species that reached the local large-diameter threshold ranged from two in tropical Laupahoehoe, USA, to 343 in Yasuni, Ecuador (Table 1). Tropical plots generally had $> 25$ species reaching the large-diameter threshold (minimum nine species in Cocoli, Panama). Temperate plots generally had $< 10$ species that reached the large-diameter threshold (maximum 25 species in Smithsonian Ecological Research Center (SERC), USA). On a percentage basis, large-diameter richness ranged from 5% (Cocoli, Panama and Bukit Timah, Singapore) to 69% (Palamanui, USA). The relative

**10** | **WILEY** Global Ecology and Biogeography — A Journal of Macroecology



**FIGURE 3** Gradients of forest structural attributes by absolute latitude for 48 forest plots in the ForestGEO network. Absolute latitudinal gradients in density (a) and concentration of biomass in the largest 1% of trees (c) were significant. The relationships for biomass (b; $r^2 = .04$, $p = .106$) and the large-diameter threshold (d; $r^2 = .01$, $p = .551$) were not. Colours indicate increasing absolute latitude from red to green. Grey areas around regression lines indicate 95th percentile confidence intervals

richness of the large-diameter assemblage was highest in plots with low biomass, while plots with high biomass had a lower proportion of richness represented by the large-diameter trees (Figure 2d, Table 1). In general, forests with lower total richness had a higher proportion of that richness retained in the large-diameter class. Unsurprisingly, plots with lower large-diameter thresholds (< 60 cm DBH) had a higher proportion of species represented in the large-diameter assemblage (mean 34%), whereas plots with large-diameter thresholds ≥ 60 cm DBH had a lower proportion of species represented in the large-diameter guild (mean 18%).

## 4 | DISCUSSION

The relationship between the large-diameter threshold and overall biomass (Figure 2a) suggests that forests cannot sequester large amounts of aboveground carbon without large trees, irrespective of the richness or density of large-diameter trees. Species capable of attaining large diameters are relatively few (Figure 2) but individuals of these species are relatively abundant (Figure 5b). The relationships among biomass and richness across plots held over a range of stem densities (608 to 12,075 stems/ha) and among trees of varying wood densities (0.10 to 1.08 g/cm³). A linear relation of biomass to large-diameter threshold

(Figure 2a) best explained the correlation among the 48 plots, although we would expect an upper limit based on maximum tree heights (Koch, Sillett, Jennings, & Davis, 2004) or biomass (Sillett, Van Pelt, Kramer, Carroll, & Koch, 2015; Van Pelt, Sillett, Kruse, Freund, & Kramer, 2016). The generally high proportion of biomass represented by the largest 1% of trees reinforces the importance of these individuals to carbon sequestration and productivity (e.g., Stephenson et al., 2014). Larger numbers of small- and medium-diameter trees cannot provide equivalent biomass to a few large-diameter trees, although small and medium sized trees can contribute significantly to carbon cycling (Fauset et al., 2015; Meakem et al., 2017). The implication from scaling theory (West et al., 2009) is that large-diameter trees are taller and have heavier crowns, and occupy growing space not available to smaller trees (i.e., at the top of the canopy; Van Pelt et al., 2016; West et al., 2009).

Temperate forests featured a higher density of trees ≥ 60 cm DBH (Table 1), consistent with the presence of the very largest species of trees in cool, temperate forests (Sillett et al., 2015; Van Pelt et al., 2016). Temperate forests also exhibited considerably lower densities of small trees (e.g., 1 cm ≤ DBH < 5 cm; Supporting Information Table S3.2) and lower total stem density. In tropical forests, high overall stem densities are mostly due to trees with diameters ≤ 10 cm DBH (Table 2, Supporting Information Table S3.2). Metabolic scaling theory does predict the diameter–abundance relationship throughout much of the middle of the size range in many forest types (Anderson-Teixeira, McGarvey, et al., 2015; Lutz et al., 2012; Muller-Landau et al., 2006). However, the dichotomy between temperate forests and tropical forests, where temperate forests have lower densities of small trees and higher densities of large trees (and tropical forests the reverse), reinforces the need to examine departures from the theory's predictions. In tropical forests, the lower proportional richness of large-diameter trees likely has at least two explanations. First, tropical forests contain many more stems per ha (Supporting Information Table S3.2) with much higher small-diameter understorey diversity (LaFrankie et al., 2006). Secondly, not all of the species capable of reaching large diameters in that region may be present even in the large ForestGEO plots, and thus even the extensive ForestGEO network may have sampling limitations.

The grouping of plots with only small-diameter trees (Figure 4a) shows that forests in markedly different environments can exhibit convergent structure based on different limiting factors. Large-diameter trees can be abundant in any region (Supporting Information Table S3.1), but different factors may limit the ability of an ecosystem to support a high level of aboveground live biomass. In addition to environmental limits, ecosystems that are environmentally quite productive in terms of annual growth may be limited by frequent, severe disturbance (e.g., typhoons in Fushan and hurricanes in Luquillo). Finally, the regional species pool may not contain species that can attain large diameters in the local combination of climate and resource availability (e.g., Palamanui, USA). The higher levels of structural complexity at 1-ha scales in temperate forests may be due to higher proportions of the forests where small trees predominate and large-diameter trees are

AR 28267

LUTZ ET AL.

**Global Ecology**
and **Biogeography**

A Journal of
Macroecology

WILEY | 11



**FIGURE 4** Three-dimensional non-metric multidimensional scaling (NMDS) results for density of trees organized into six diameter classes in 1260, 100 m × 100 m hectares of 48 forest plots in the ForestGEO network (a, b). The structural classes (diameter bins) used in the NMDS ordination are superimposed in black text (a, b). The within-plot variation in structure for each plot is shown by depiction of the *SD* ellipses of the individual 100 m × 100 m hectares within each plot [c, d; where (c) reflects the variation of NMDS1 versus NMDS2 (a) and (d) reflects the variation of NMDS1 versus NMDS3 (b)]. Ordination stress = 0.047. Colours indicate increasing absolute latitude from red to green, with plot centroids numbered (a, b). See Supporting Information Figure S2 for a three-dimensional animation of the structural ordination

generally excluded (i.e., swamps, rocky outcrops), supported by the higher coefficient of variation of density in temperate and cold forests (Table 2). The trend of increasing structural complexity (i.e., 1-ha heterogeneity) with increasing absolute latitude (Figure 5a) may in fact be hump-shaped, with decreasing complexity at higher latitudes than the 61.3°N of the Scotty Creek, Canada, plot.

12 | **WILEY** | **Global Ecology and Biogeography** | A Journal of Macroecology | LUTZ ET AL.



**FIGURE 5** The 1-ha scale structural complexity of 48 forest plots in the ForestGEO network as a function of absolute latitude (a). The metric of structural complexity is the volume of the three-dimensional ellipsoid generated from the non-metric multidimensional scaling (NMDS) ordination of abundance in structural classes (see Figure 4 for two-dimensional projections and Supporting Information Figure S2 for a three-dimensional animation). The rank order of large-diameter species in 48 forest plots (b). Rank order is normalized to the range from zero to one to compare plots with differing species richness. Lower proportions of large-diameter species rank correspond to more abundant species (median large-diameter species rank < 0.5 for all 48 forest plots). Species attaining large-diameters were the more common species in the forest plots. Colours indicate increasing absolute latitude from red to green

There is still considerable uncertainty as to what will happen to large-diameter trees in the Anthropocene when so much forest is being felled for timber and farming, or is being affected by climate change. Bennett et al. (2015) suggested that the current large-diameter trees are more susceptible to drought mortality than smaller-diameter trees. Larger trees, because of their height, are susceptible to sapwood cavitation and are also exposed to high radiation loads (Allen, Breshears, & McDowell, 2015; Allen et al., 2010), but vigorous large-diameter individuals may also still be sequestering more carbon than smaller trees (Stephenson et al., 2014). Both Allen et al. (2015) and Bennett et al. (2015) suggested that larger trees will be more vulnerable to increasing drought than small trees, and Luo and Chen (2013) suggested that although the rate of mortality of larger trees will continue to increase because of global climate change, smaller trees will experience more drought-related mortality. These last two conclusions need not be in conflict as the background mortality rates for smaller trees are higher than those of larger trees within mature and old-growth forests (Larson & Franklin, 2010). What remains generally unanswered is whether the increasing mortality rates of large-diameter trees will eventually be offset by regrowth of different individuals of those same (or functionally similar) species. Any reduction in temperate zone large-diameter tree abundance may be compounded by the low large-diameter tree diversity in temperate forests (temperate forests had high relative large-diameter richness, but low absolute large-diameter richness). Large-diameter tree richness in tropical forests suggests more resilience to projected climate warming in two ways. First, absolute large-diameter

tree richness was highest in tropical forests, suggesting that the large-diameter tree guild may have different adaptations that will allow at least some species to persist (Musavi et al., 2017). Secondly, the pool of species that can reach large diameters may have been undersampled in the plots used here, implying an even higher level of richness may exist in some forests than captured in these analyses.

The finding that large-diameter trees are members of common species groups (Figure 5b) contradicts the neutral theory's assumption of functional equivalence (Hubbell, 2001). Similarly the different structural complexity of forests worldwide (Figure 5a) contradicts the assumptions of universal size–abundance relationships of metabolic scaling theory (Enquist et al., 1998, 2009). The presence of a latitudinal gradient in forest density (Figure 3a) and the lack of a latitudinal gradient in forest biomass (Figure 3b) suggest that size–abundance relationships are not universal but depend on region or site conditions (Table 2).

Characterizing forest structural variation did require these large plots (Supporting Information Figure S1.3), a finding consistent with other studies examining forest biomass (Réjou-Méchain et al., 2014). With large plot sizes and global distribution, ForestGEO is uniquely suited to capture structural variation (i.e., the heterogeneity in the abundance of trees of all diameter classes). The relatively large area required (6.5 ha, on average) to estimate biomass to within 5% of the entire plot value reinforces conclusions that the distribution of large-diameter trees is not homogeneous within forests (e.g., Table 2; Furniss, Larson, & Lutz, 2017; Lutz et al., 2012, 2013). We note that this

AR 28269

LUTZ ET AL.

**Global Ecology and Biogeography**

A Journal of Macroecology

WILEY | 13

calculation of the size of the plot required is a measure of spatial variation within the forest, and does not depend on the accuracy of the allometric equations used for calculating each tree's biomass. Allometric equations can be imprecise for large-diameter trees, both because of their structural variability and the enormous sampling effort, and therefore our estimates of overall biomass could be off by ± 15% (Lutz et al., 2017).

Although temperate plots had much lower overall species diversity compared to the tropical plots, tropical plots had much more homogeneous structure, both within and across plots (Figure 4), potentially suggesting greater structural equivalency among the many species present. We found that the largest 1% of trees constitute 50% of the biomass (and hence, carbon), supporting our hypothesis of their significance, at least in primary forests or older secondary forests. The conservation of large-diameter trees in tropical and temperate forests is therefore imperative to maintain full ecosystem function, as the time necessary for individual trees to develop large sizes could preclude restoration of full ecosystem function for centuries following the loss of the oldest and largest trees (Lindenmayer et al., 2012). Clearly, areas that have been recently logged lack large-diameter trees, and therefore have less structural heterogeneity than older forests. That the largest individuals belong to relatively few common species in the temperate zone means that the loss of large-diameter trees could alter forest function – if species that can attain large diameters disappear, forests will feature greatly reduced structural heterogeneity (e.g., Needham et al., 2016), biomass, and carbon storage. In the tropical zones, the larger absolute numbers of species reaching large diameters may buffer those forests against structural changes. Policies to conserve the tree species whose individuals can develop into large, old trees (Lindenmayer et al., 2014) could promote retention of aboveground biomass globally as well as maintenance of other ecosystem functions.

## ACKNOWLEDGMENTS

Funding for workshops during which these ideas were developed was provided by NSF grants 1545761 and 1354741 to SD Davies. This research was supported by the Utah Agricultural Experiment Station, Utah State University, and approved as journal paper number 8998. Acknowledgements for the global support of the thousands of people needed to establish and maintain these 48 plots can be found in Supporting Information Appendix S4. References to locations refer to geographical features and not to the boundaries of any country or territory.

## DATA ACCESSIBILITY

Data for plots in the ForestGEO network are available through the online portal at: http://www.forestgeo.si.edu

## ORCID

*James A. Lutz* http://orcid.org/0000-0002-2560-0710
*Tucker J. Furniss* http://orcid.org/0000-0002-4376-1737
*Daniel J. Johnson* http://orcid.org/0000-0002-8585-2143
*Alfonso Alonso* http://orcid.org/0000-0001-6860-8432
*Kristina J. Anderson-Teixeira* http://orcid.org/0000-0001-8461-9713
*Kendall M. L. Becker* http://orcid.org/0000-0002-7083-7012
*Erika M. Blomdahl* http://orcid.org/0000-0002-2614-821X
*Kuo-Jung Chao* http://orcid.org/0000-0003-4063-0421
*Sara J. Germain* http://orcid.org/0000-0002-5804-9793
*Keping Ma* http://orcid.org/0000-0001-9112-5340
*Jonathan A. Myers* http://orcid.org/0000-0002-2058-8468
*Perry Ong* http://orcid.org/0000-0002-1597-1921
*Richard P. Phillips* http://orcid.org/0000-0002-1345-4138
*Xugao Wang* http://orcid.org/0000-0003-1207-8852

## REFERENCES

Aiba, M., & Nakashizuka, T. (2009). Architectural differences associated with adult stature and wood density in 30 temperate tree species. *Functional Ecology*, 23, 265–273.

Allen, C. D., Breshears, D. D., & McDowell, N. G. (2015). On underestimation of global vulnerability to tree mortality and forest die-off from hotter drought in the Anthropocene. *Ecosphere*, 6, art129–art155.

Allen, C. D., Macalady, A. K., Chenchouni, H., Bachelet, D., McDowell, N., Vennetier, M., … Cobb, N. (2010). A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecology and Management*, 259, 660–684.

Anderson-Teixeira, K. J., Davies, S. J., Bennett, A. C., Gonzalez-Akre, E. B., Muller-Landau, H. C., Wright, S. J., … Zimmerman, J. (2015). CTFS-ForestGEO: A worldwide network monitoring forests in an era of global change. *Global Change Biology*, 21, 528–549.

Anderson-Teixeira, K. J., McGarvey, J. C., Muller-Landau, H. C., Park, J. Y., Gonzalez-Akre, E. B., Herrmann, V., … McShea, W. J. (2015). Size-related scaling of tree form and function in a mixed-age forest. *Functional Ecology*, 29, 1587–1602.

Baltzer, J. L., Venes, T., Chasmer, L. E., Sniderhan, A. E., & Quinton, W. L. (2014). Forests on thawing permafrost: Fragmentation, edge effects, and net forest loss. *Global Change Biology*, 20, 824–834.

Bastin, J.-F., Barbier, N., Réjou-Méchain, M., Fayolle, A., Gourlet-Fleury, S., Maniatis, D., … Bogaert, J. (2015). Seeing central African forests through their largest trees. *Scientific Reports*, 5, 13156.

Bennett, A. C., McDowell, N. G., Allen, C. D., & Anderson-Teixeira, K. J. (2015). Larger trees suffer most during drought in forests worldwide. *Nature Plants*, 1, 15139.

Binkley, D., Stape, J. L., Bauerle, W. L., & Ryan, M. G. (2010). Explaining growth of individual trees: Light interception and efficiency of light use by Eucalyptus at four sites in Brazil. *Forest Ecology and Management*, 259, 1704–1713.

Brown, I. F., Martinelli, L. A., Thomas, W. W., Moreira, M. Z., Cid Ferreira, C. A., & Victoria, R. A. (1995). Uncertainty in the biomass of Amazonian forests: An example from Rondônia, Brazil. *Forest Ecology and Management*, 75, 175–189.

Chao, K.-J., Phillips, O. L., Monteagudo, A., Torres-Lezama, A., & Vásquez Martínez, R. (2009). How do trees die? Mode of death in northern Amazonia. *Journal of Vegetation Science*, 20, 260–268.

Chave, J., Réjou-Méchain, M., Búrquez, A., Chidumayo, E., Colgan, M. S., Delitti, W. B. C., … Vieilledent, G. (2014). Improved allometric models to estimate the aboveground biomass of tropical trees. *Global Change Biology*, 20, 3177–3190.

Chojnacky, D. C., Heath, L. S., & Jenkins, J. C. (2014). Updated generalized biomass equations for North American tree species. *Forestry*, 87, 129–151.

Clark, D. B., & Clark, D. A. (1996). Abundance, growth and mortality of very large trees in Neotropical lowland rain forest. *Forest Ecology and Management*, 80, 235–244.

Condit, R. (1998). Tropical forest census plots (p. 211). Berlin, Germany; Georgetown, TX: Springer-Verlag; R.G. Landes Company. [WorldCat]

Condit, R., Lao, S., Singh, A., Esufali, S., & Dolins, S. (2014). Data and database standards for permanent forest plots in a global network. *Forest Ecology and Management*, 316, 21–31.

Coomes, D. A., Duncan, R. P., Allen, R. B., & Truscott, J. (2003). Disturbances prevent stem size-density distributions in natural forests from following scaling relationships. *Ecology Letters*, 6, 980–989.

Das, A., Battles, J., Stephenson, N. L., & van Mantgem, P. J. (2011). The contribution of competition to tree mortality in old-growth coniferous forests. *Forest Ecology and Management*, 261, 1203–1213.

Das, A. J., Larson, A. J., & Lutz, J. A. (2018). Individual species-area relationships in temperate coniferous forests. *Journal of Vegetation Science*, https://doi.org/10.1111/jvs.12611

Das, A. J., Stephenson, N. L., & Davis, K. P. (2016). Why do trees die? Characterizing the drivers of background tree mortality. *Ecology*, 97, 2616–2627.

Enquist, B. J., Brown, J. H., & West, G. B. (1998). Allometric scaling of plant energetics and population density. *Nature*, 395, 163–165.

Enquist, B. J., West, G. B., & Brown, J. H. (2009). Extensions and evaluations of a general quantitative theory of forest structure and dynamics. *Proceedings of the National Academy of Sciences USA*, 106, 7046–7051.

Fauset, S., Johnson, M. O., Gloor, M., Baker, T. R., Monteagudo M, A., Brienen, R. J. W., ... Phillips, O. L. (2015). Hyperdominance in Amazonia forest carbon cycling. *Nature Communications*, 6, 6857.

Forest Resource Assessment. (2015). *Terms and definitions* (Working Paper 180). Rome, Italy: Food and Agriculture Organization of the United Nations. Retrieved from http://www.fao.org

Furniss, T. J., Larson, A. J., & Lutz, J. A. (2017). Reconciling niches and neutrality in a subalpine temperate forest. *Ecosphere*, 8, e01847.

Gilbert, G. S., Howard, E., Ayala-Orozco, B., Bonilla-Moheno, M., Cummings, J., Langridge, S., ... Swope, S. (2010). Beyond the tropics: Forest structure in a temperate forest mapped plot. *Journal of Vegetation Science*, 21, 388–405.

Hixon, M. A., Johnson, D. W., & Sogard, S. M. (2014). BOFFFFs: On the importance of conserving old-growth structure in fishery populations. *ICES Journal of Marine Science*, 71, 2171–2185.

Hubbell, S. P. (2001). *The unified neutral theory of biodiversity and biogeography* (p. 375). Princeton, NJ: Princeton University Press.

Keeton, W. S., & Franklin, J. F. (2005). Do remnant old-growth trees accelerate rates of succession in mature Douglas-fir forests? *Ecological Monographs*, 75, 103–118.

Kenkel, N. C., & Orloci, L. (1986). Applying metric and nonmetric multidimensional scaling to ecological studies: Some new results. *Ecology*, 67, 919–928.

Koch, G. W., Sillett, S. C., Jennings, G. M., & Davis, S. D. (2004). The limits to tree height. *Nature*, 428, 851–854.

LaFrankie, J. V., Ashton, P. S., Chuyong, G. B., Co, L, Condit, R., Davies, S. J., ... Villa, G. (2006). Contrasting structure and composition of the understory in species-rich tropical rain forests. *Ecology*, 87, 2298–2305.

LaManna, J. A., Mangan, S. A., Alonso, A., Bourg, N. A., Brockelman, W. Y., Bunyavejchewin, S., ... Myers, J. A. (2017). Negative density dependence contributes to global patterns of plant biodiversity. *Science*, 356, 1389–1392.

Larson, A. J., & Franklin, J. F. (2010). The tree mortality regime in temperate old-growth coniferous forests: The role of physical damage. *Canadian Journal of Forest Research*, 40, 2091–2103.

Lindenmayer, D. B., & Laurence, W. F. (2016). The ecology, distribution, conservation and management of large old trees. *Biological Reviews*, 92, 1434–1458. https://doi.org/10.1111/brv.12290

Lindenmayer, D. B., Laurance, W. F., & Franklin, J. F. (2012). Global decline in large old trees. *Science*, 338, 1305–1306.

Lindenmayer, D. B., Laurance, W. F., Franklin, J. F., Likens, G. E., Banks, S. C., Blanchard, W., ... Stein, J. A. R. (2014). New policies for old trees: Averting a global crisis in a keystone ecological structure. *Conservation Letters*, 7, 61–69.

Luo, Y., & Chen, H. Y. H. (2013). Observations from old forests underestimate climate change effects on tree mortality. *Nature Communications*, 4, 1655.

Lutz, J. A. (2015). The evolution of long-term data for forestry: Large temperate research plots in an era of global change. *Northwest Science*, 89, 255–269.

Lutz, J. A., Larson, A. J., Freund, J. A., Swanson, M. E., & Bible, K. J. (2013). The importance of large-diameter trees to forest structural heterogeneity. *PLoS One*, 8, e82784.

Lutz, J. A., Larson, A. J., Furniss, T. J., Donato, D. C., Freund, J. A., Swanson, M. E., ... Franklin, J. F. (2014). Spatially non-random tree mortality and ingrowth maintain equilibrium pattern in an old-growth *Pseudotsuga-Tsuga* forest. *Ecology*, 95, 2047–2054.

Lutz, J. A., Larson, A. J., Swanson, M. E., & Freund, J. A. (2012). Ecological importance of large-diameter trees in a temperate mixed-conifer forest. *PLoS One*, 7, e36131.

Lutz, J. A., Matchett, J. R., Tarnay, L. W., Smith, D. F., Becker, K. M. L., Furniss, T. J., & Brooks, M. L. (2017). Fire and the distribution and uncertainty of carbon sequestered as aboveground tree biomass in Yosemite and Sequoia & Kings Canyon National Parks. *Land*, 6, 10–24.

Lutz, J. A., van Wagtendonk, J. W., & Franklin, J. F. (2009). Twentieth-century decline of large-diameter trees in Yosemite National Park, California, USA. *Forest Ecology and Management*, 257, 2296–2307.

Martin, T. A., Brown, K. J., Kučera, J., Meinzer, F. C., Sprugel, D. G., & Hinckley, T. M. (2001). Control of transpiration in a 220-year old *Abies amabilis* forest. *Forest Ecology and Management*, 152, 211–224.

Meakem, V., Tepley, A. J., Gonzalez-Akre, E. B., Herrmann, V., Muller-Landau, H. C., Wright, S. J., ... Anderson-Teixeira, K. J. (2017). Role of tree size in moist tropical forest carbon cycling and water deficit response. *New Phytologist*, https://doi.org/10.1111/nph.14633

Memiaghe, H. R., Lutz, J. A., Korte, L., Alonso, A., & Kenfack, D. (2016). Ecological importance of small-diameter trees to the structure, diversity, and biomass of a tropical evergreen forest at Rabi, Gabon. *PLoS One*, 11, e0154988.

Muller-Landau, H. C., Condit, R. S., Harms, K. E., Marks, C. O., Thomas, S. C., Bunyavejchewin, S., ... Ashton, P. (2006). Comparing tropical forest tree size distributions with the predictions of metabolic ecology and equilibrium models. *Ecology Letters*, 9, 589–602.

Musavi, T., Migliavacca, M., Reichstein, M., Kattge, J., Wirth, C., Black, T. A., ... Mahecha, M. D. (2017). Stand age and species richness dampen interannual variation of ecosystem-level photosynthetic capacity. *Nature Ecology and Evolution*, 1, 0048.

Needham, J., Merow, C., Butt, N., Malhi, Y., Marthews, T. R., Morecroft, M., & McMahon, S. M. (2016). Forest community response to invasive pathogens: The case of ash dieback in a British woodland. *Journal of Ecology*, 104, 315–330.

AR 28271

**Global Ecology and Biogeography**    A Journal of Macroecology    WILEY | 15 

Oksanen, J., Guillaume Blanchet, F., Friendly, M., Kindt, R., Legendre, P., McGlinn, D., … Wagner, H. (2017). vegan: Community ecology package (R package version 2.44), https://CRAN.R-project.org/package=vegan

Oksanen, J., Kindt, R., & Simpson, G. L. (2016). vegan3d: Static and dynamic 3D plots for the 'vegan' package (R package version 1.0–1), https://CRAN.R-project.org/package=vegan3d

Ostertag, R., Inman-Narahari, F., Cordell, S., Giardina, C. P., & Sack, L. (2014). Forest structure in low-diversity tropical forests: A study of Hawaiian wet and dry forests. PLoS One, 9, e103268.

Pan, Y., Birdsley, R. A., Phillips, O. L., & Jackson, R. B. (2013). The structure, distribution, and biomass of the world's forests. Annual Review of Ecology, Evolution, and Systematics, 44, 593–622.

R Development Core Team. (2016). R: A language and environment for statistical computing. Vienna, Austria: R Foundation for Statistical Computing. Retrieved from http://www.R-project.org/

Rambo, T., & North, M. (2009). Canopy microclimate response to pattern and density of thinning in a Sierra Nevada forest. Forest Ecology and Management, 257, 435–442.

Réjou-Méchain, M., Muller-Landau, H. C., Detto, M., Thomas, S. C., Le Toan, T., Saatchi, S. S., … Chave, J. (2014). Local spatial structure of forest biomass and its consequences for remote sensing of carbon stocks. Biogeosciences, 11, 6827–6840.

Saez, E., & Zucman, G. (2016). Wealth inequality in the United States since 1913: Evidence from capitalized income tax data. The Quarterly Journal of Economics, 131, 519–578.

Sillett, S. C., Van Pelt, R., Kramer, R. D., Carroll, A. L., & Koch, G. W. (2015). Biomass and growth potential of Eucalyptus regnans up to 100 m tall. Forest Ecology and Management, 348, 78–91.

Slik, J. W. F., Paoli, G., McGuire, K., Amaral, I., Barroso, J., Bastian, M., … Zweifel, N. (2013). Large trees drive forest aboveground biomass variation in moist lowland forests across the tropics. Global Ecology and Biogeography, 22, 1261–1271.

Spies, T. A., & Franklin, J. F. (1991). The structure of natural young, mature and old-growth Douglas-fir forests in Oregon and Washington. In L. F. Ruggiero, K. B. Aubry, A. B. Carey, & M. H. Huff (Eds.), Wildlife and management of unmanaged Douglas-fir forests PNW-GTR-285 (pp. 91–109). Portland, OR: USDA Forest Service.

Stephenson, N. L., Das, A. J., Condit, R., Russo, S. E., Baker, P. J., Beckman, N. G., … Zavala, M. A. (2014). Rate of tree carbon accumulation increases continuously with tree size. Nature, 507, 90–93.

van Mantgem, P. J., Stephenson, N. L., Byrne, J. C., Daniels, L. D., Franklin, J. F., Fule, P. Z., … Veblen, T. T. (2009). Widespread increase of tree mortality rates in the western United States. Science, 323, 521–524.

Van Pelt, R., Sillett, S. C., Kruse, W. A., Freund, J. A., & Kramer, R. D. (2016). Emergent crowns and light-use complementarity lead to global maximum biomass and leaf area in Sequoia sempervirens forests. Forest Ecology and Management, 375, 279–308.

van Wagtendonk, J. W., & Moore, P. E. (2010). Fuel deposition rates of montane and subalpine conifers in the central Sierra Nevada, California, USA. Forest Ecology and Management, 259, 2122–2132.

Wang, C. (2006). Biomass allometric equations for 10 co-occurring tree species in Chinese temperate forests. Forest Ecology and Management, 222, 9–16.

West, G. B., Brown, J. H., & Enquist, B. J. (1997). A general model for the origin of allometric scaling laws in biology. Science, 276, 122–126.

West, G. B., Enquist, B. J., & Brown, J. H. (2009). A general quantitative theory of forest structure and dynamics. Proceedings of the National Academy of Sciences USA, 106, 7040–7045.

Zanne, A. E., Lopez-Gonzalez, G., Coomes, D. A., Ilic, J., Jansen, S., Lewis, S. L., … Chave, J. (2009). Global wood density database. Retrieved from https://doi.org/10.5061/dryad.234

## BIOSKETCHES

**JAMES A. LUTZ** is an Assistant Professor of Forest Ecology at Utah State University. He studies forest ecosystems to contribute to science-based conservation and management with particular emphasis on demography and spatial patterns of tree mortality and the effects of fire on old-growth forest communities.

**TUCKER J. FURNISS** is a Ph.D. student at Utah State University. He studies spatial patterns of trees and demographic processes.

**The ForestGEO Network** includes the senior investigators who collaborated on this research. The Smithsonian ForestGEO network conducts long-term, large-scale research on forests around the world. This collaborative effort seeks to increase scientific understanding of forest ecosystems, guide sustainable forest management and natural-resource policies, monitor the impacts of global change and build capacity in forest science.

## SUPPORTING INFORMATION

Additional Supporting Information may be found online in the supporting information tab for this article.

**How to cite this article:** Lutz JA, Furniss TJ, Johnson DJ, et al. Global importance of large-diameter trees. Global Ecol Biogeogr. 2018;00:1–16. https://doi.org/10.1111/geb.12747

## APPENDIX

### DATA REFERENCES

Allen, D., Vandermeer, J., & Perfecto, I. (2009). When are habitat patches really islands? Forest Ecology and Management, 258, 2033–2036.

Arias Garcia, J. C., Duque, A., & Cárdenas, D. (2009). Crecimiento Diamétrico de un bosque del nor occidente Amazónico. Revista Colombia Amazónica, 2, 57–64.

Bourg, N. A., McShea, W. J., Thompson, J. R., McGarvey, J. C., & Shen, X. (2013). Initial census, woody seedling, seed rain, and stand structure data for the SCBI SIGEO large forest dynamics plot. Ecology, 94, 2111–2112.

Bunyavejchewin, S., Baker, P. J., LaFrankie, J. V., & Ashton, P. S. (2001). Stand structure of a seasonal dry evergreen forest at Huai Kha Khaeng Wildlife Sanctuary, western Thailand. Natural History Bulletin of the Siam Society, 49, 89–106.

Butt, N., Campbell, G., Malhi, Y., Morecroft, M., Fenn, K., & Thomas, M. (2009). Initial results from establishment of a long-term broadleaf monitoring plot at Wytham Woods. Oxford, UK: University of Oxford Report.

Cao, M., Zhu, H., Wang, H., Lan, G., Hu, Y., Zhou, S., … Cui, J. (2008). Xishuangbanna tropical seasonal rainforest dynamics plot: Tree distribution maps, diameter tables and species documentation (p. 266). Kunming, China: Yunnan Science and Technology Press.

Chao, W.-C., Song, G.-Z. M., Chao, K.-J., Liao, C.-C., Fan, S.-W., Wu, S.-H., ... Hsieh, C.-F. (2010). Lowland rainforests in southern Taiwan and Lanyu, at the northern border of paleotropics and under the influence of monsoon wind. *Plant Ecology*, *210*, 1–17.

Chen, L., Mi, X., Comita, L. S., Zhang, L., Ren, H., & Ma, K. (2010). Community-level consequences of density dependence and habitat association in a subtropical broad-leaved forest. *Ecology Letters*, *13*, 695–704.

Co, L., Lagunzad, D. A. LaFrankie, J. V. Bartolome, N. A., Molina, J. E., Yap, S. I., ... Davies, S. J. (2004). Palanan forest dynamics plot, Philippines. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 574–584). IL: University of Chicago Press.

Condit, R., Aguilar, S., Hernandez, A., Perez, R., Lao, S., Angehr, G., ... Foster, R. B. (2004). Tropical forest dynamics across a rainfall gradient and the impact of an El Nino dry season. *Journal of Tropical Ecology*, *20*, 51–72.

de Oliveira, A. A., Vicentini, A., Chave, J., Castanho, C. D T., Davies, S. J., Martini, A. M. Z., ... Souza, V. C. (2014). Habitat specialization and phylogenetic structure of tree species in a coastal Brazilian white-sand forest. *Journal of Plant Ecology*, *7*, 134–144.

Georgiadis, N. J. (2011). Conserving wildlife in African landscapes: Kenya's Ewaso ecosystem. *Smithsonian Contributions to Zoology*, *632*, 1–123.

Gomes, A. C. S., Andrade, A., Barreto-Silva, J. S., Brenes-Arguedas, T., López, D. C., de Freitas, C. C., ... Vicentini, A. (2013). Local plant species delimitation in a highly diverse Amazonian forest: Do we all see the same species? *Journal of Vegetation Science*, *24*, 70–79.

Hubbell, S. P., Foster, R. B., O'Brien, S. T., Harms, K. E., Condit, R., Wechsler, B., ... de Lao, S. L. (1999). Light gap disturbances, recruitment limitation, and tree diversity in a neotropical forest. *Science*, *283*, 554–557.

Janík, D., Král, K., Adam, D., Hort, L., Samonil, P., Unar, P., ... McMahon, S. (2016). Tree spatial patterns of *Fagus sylvatica* expansion over 37 years. *Forest Ecology and Management*, *375*, 134–145.

Johnson, D. J., Bourg, N. A., Howe, R., McShea, W. J., Wolf, A., & Clay, K. (2014). Conspecific negative density-dependent mortality and the structure of temperate forests. *Ecology*, *95*, 2493–2503.

Kenfack, D., Thomas, D. W., Chuyong, G. B., & Condit, R. (2007). Rarity and abundance in a diverse African forest. *Biodiversity Conservation*, *16*, 2045–2074.

LaFrankie, J. V., Davies, S. J., Wang, L. K., Lee, S. K., & Lum, S. K. Y. (2005). *Forest trees of Bukit Timah: Population ecology in a tropical forest fragment* (p. 178). Singapore: Simply Green.

LaManna, J. A., Walton, M. L., Turner, B. L., & Myers, J. A. (2016). Negative density dependence is stronger in resource-rich environments and diversifies communities when stronger for common but not rare species. *Ecology Letters*, *19*, 657–667.

Lee, H. S., Ashton, P. S., Yamakura, T., Tan, S., Davies, S. J., Itoh, A., ... LaFrankie, J. V. (2005). *The 52-hectare forest research plot at Lambir Hills, Sarawak, Malaysia: Tree distribution maps, diameter tables and species documentation*. Kuching, Malaysia: Forest Department Sarawak, The Arnold Arboretum-CTFS Asia Program, Smithsonian Tropical Research Institute.

Lin, Y.-C., Chang, L.-W., Yang, K.-C., Wang, H.-H., & Sun, I. F. (2011). Point patterns of tree distribution determined by habitat heterogeneity and dispersal limitation. *Oecologia*, *165*, 175–184.

Makana, J., Hart, T. B., Liengola, I., Ewango, C., Hart, J. A., & Condit, R. (2004). Ituri forest dynamics plot, democratic Republic of Congo. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 492–505). IL: University of Chicago Press.

Manokaran, N., Quah, E. S., AShton, P. S., LaFrankie, J. V., Noor, N. S. M., Ahmad, W. M. S. W., & Okuda, T (2004). Pasoh forest dynamics plot, Malaysia. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 585–598). IL: University of Chicago Press.

McMahon, S. M., & Parker, G. G. (2014). A general model of intra-annual tree growth using dendrometer bands. *Ecology and Evolution*, *5*, 243–254.

Orwig, D. A., Foster, D. R., & Ellison, A. M. (2015). *Harvard forest CTFS-ForestGEO mapped forest plot since 2014*. Harvard Forest Data Archive: HF253. Retrieved from http://harvardforest.fas.harvard.edu:8080/exist/apps/datasets/showData.html?id=hf253

Su, S. H., Hsieh, C. F., Chang-Yang, C. H., Lu, C. L., & Guan, B. T. (2010). Micro-topographic differentiation of the tree species composition in a subtropical submontane rainforest in northeastern Taiwan. *Taiwan Journal of Forest Science*, *25*, 63–80.

Sukumar, R., Sathyanarayana, S., Dattaraja, H., John, R., & Joshi, N. (2004). Mudumalai forest dynamics plot, India. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 551–563). IL: University of Chicago Press.

Valencia, R., Condit, R., Foster, R. B., Romoleroux, K., Munoz, G. V., Svenning, J.-C., ... Leigh, E. G. J. (2004). Yasuní forest dynamics plot, Ecuador. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 609–620). IL: University of Chicago Press.

Vallejo, M., Samper, C., Mendoza, H., & Otero, J. (2004). La Planada forest dynamics plot, Colombia. In E. Losos & E. Leigh (Eds.), *Tropical forest diversity and dynamism: Findings from a large-scale plot network* (pp. 517–526). IL: University of Chicago Press.

Vincent, J. B., Henning, B., Saulei, S., Sosanika, G., & Weiblen, G. D. (2014). Forest carbon in lowland Papua New Guinea: Local variation and the importance of small trees. *Austral Ecology*, *40*, 151–159.

Wang, X., Wiegand, T., Wolf, A., Howe, R., Davies, S. J., & Hao, Z. (2011). Spatial patterns of tree species richness in two temperate forests. *Journal of Ecology*, *99*, 1382–1393.

Wu, S.-H., Hseu, Z. Y., Shih, Y. T., Sun, I. F., Wang, H. H., & Sen, Y. C. (2011). *Kenting Karst forest dynamics plot: Tree species characteristics and distribution patterns* (p. 306). Taipei, Taiwan: Taiwan Forestry Research Institute.

Xu, H., Li, Y., Lin, M., Wu, J., Luo, T., Zhou, Z., ... Liu, S. (2015). Community characteristics of a 60 ha dynamics plot in the tropical montane rain forest in Jianfengling, Hainan Island. *Biodiversity Science*, *23*, 192–201.

Yin, D., & He, F. (2014). A simple method for estimating species abundance from occurrence maps. *Methods in Ecology and Evolution*, *5*, 336–343.

Yuan, Z., Wang, S., Gazol, A., Mellard, J., Lin, F., Ye, J., ... Loreau, M. (2016). Multiple metrics of diversity have different effects on temperate forest functioning over succession. *Oecologia*, *182*, 1175–1185.

Zimmerman, J. K., Comita, L. S., Thompson, J., Uriarte, M., & Brokaw, N. (2010). Patch dynamics and community metastability of a subtropical forest: Compound effects of natural disturbance and human land use. *Landscape Ecology*, *25*, 1099–1111.

frontiers
in Forests and Global Change

PERSPECTIVE
published: 11 June 2019
doi: 10.3389/ffgc.2019.00027



# Intact Forests in the United States: Proforestation Mitigates Climate Change and Serves the Greatest Good

William R. Moomaw[1]*, Susan A. Masino[2,3] and Edward K. Faison[4]

[1] Emeritus Professor, The Fletcher School and Co-director Global Development and Environment Institute, Tufts University, Medford, MA, United States, [2] Vernon Roosa Professor of Applied Science, Trinity College, Hartford, CT, United States, [3] Charles Bullard Fellow in Forest Research, Harvard Forest, Petersham, MA, United States, [4] Senior Ecologist, Highstead Foundation, Redding, CT, United States

Climate change and loss of biodiversity are widely recognized as the foremost environmental challenges of our time. Forests annually sequester large quantities of atmospheric carbon dioxide ($CO_2$), and store carbon above and below ground for long periods of time. Intact forests—largely free from human intervention except primarily for trails and hazard removals—are the most carbon-dense and biodiverse terrestrial ecosystems, with additional benefits to society and the economy. Internationally, focus has been on preventing loss of tropical forests, yet U.S. temperate and boreal forests remove sufficient atmospheric $CO_2$ to reduce national annual *net* emissions by 11%. U.S. forests have the potential for much more rapid atmospheric $CO_2$ removal rates and biological carbon sequestration by intact and/or older forests. The recent *1.5 Degree Warming Report* by the Intergovernmental Panel on Climate Change identifies *reforestation* and *afforestation* as important strategies to increase negative emissions, but they face significant challenges: afforestation requires an enormous amount of additional land, and neither strategy can remove sufficient carbon by growing young trees during the critical next decade(s). In contrast, growing existing forests intact to their ecological potential—termed *proforestation*—is a more effective, immediate, and low-cost approach that could be mobilized across suitable forests of all types. Proforestation serves the greatest public good by maximizing co-benefits such as nature-based biological carbon sequestration and unparalleled ecosystem services such as biodiversity enhancement, water and air quality, flood and erosion control, public health benefits, low impact recreation, and scenic beauty.

Keywords: biodiversity crisis, Pinchot, afforestation, reforestation, forest ecosystem, biological carbon sequestration, old-growth forest, second-growth forest

OPEN ACCESS

*Edited by:*
Alexandra C. Morel,
University of Oxford, United Kingdom

*Reviewed by:*
Don Waller,
University of Wisconsin System,
United States
Dominick Anthony DellaSala,
Geos Institute, United States

*Correspondence:*
William R. Moomaw
william.moomaw@tufts.edu

*Specialty section:*
This article was submitted to
Tropical Forests,
a section of the journal
Frontiers in Forests and Global
Change

Received: 19 January 2019
Accepted: 20 May 2019
Published: 11 June 2019

*Citation:*
Moomaw WR, Masino SA and
Faison EK (2019) Intact Forests in the
United States: Proforestation
Mitigates Climate Change and Serves
the Greatest Good.
Front. For. Glob. Change 2:27.
doi: 10.3389/ffgc.2019.00027

## INTRODUCTION

Life on Earth as we know it faces unprecedented, intensifying, and urgent imperatives. The two most urgent challenges are (1) mitigating and adapting to climate change (Intergovernmental Panel on Climate Change, 2013, 2014, 2018), and (2) preventing the loss of biodiversity (Wilson, 2016; IPBES, 2019). These are three of the Sustainable Development Goals, Climate, Life on Land and Life under Water (Division for Sustainable Development Goals, 2015), and significant international resources are being expended to address these crises and limit

Ex. 6 Page 75 of 105

AR 28274

Case 2:22-cv-00859-HL    Document 41-6    Filed 12/27/22    Page 77 of 106

Moomaw et al.                                                                                          Proforestation Protects Climate and Biodiversity

negative impacts on economies, societies and biodiverse natural communities. The recent *1.5 Degree Warming Report* of the Intergovernmental Panel on Climate Change (2018) was dire and direct, stating the need for "rapid, far-reaching and unprecedented changes in all aspects of society." We find that growing additional forests as intact ecosystems, termed *proforestation*, is a low-cost approach for immediately increasing atmospheric carbon sequestration to achieve a stable atmospheric carbon dioxide concentration that reduces climate risk. Proforestation also provides long-term benefits for biodiversity, scientific inquiry, climate resilience, and human benefits. This approach could be mobilized across all forest types.

Forests are essential for carbon dioxide removal (CDR), and the CDR rate needs to increase rapidly to remain within the 1.5 or 2.0°C range (Intergovernmental Panel on Climate Change, 2018) specified by the Paris Climate Agreement (2015). Growing existing forests to their biological carbon sequestration potential optimizes CDR while limiting climate change and protecting biodiversity, air, land, and water. Natural forests are by far the most effective (Lewis et al., 2019). Technologies for direct CDR from the atmosphere, and bioenergy with carbon capture and storage (BECCS), are far from being technologically ready or economically viable (Anderson and Peters, 2016). Furthermore, the land area required to supply BECCS power plants with tree plantations is 7.7 million $km^2$, or approximately the size of Australia (Intergovernmental Panel on Climate Change, 2018). Managed plantations that are harvested periodically store far less carbon because trees are maintained at a young age and size (Harmon et al., 1990; Sterman et al., 2018). Furthermore, plantations are often monocultures, and sequester less carbon more slowly than intact forests with greater tree species diversity and higher rates of biological carbon sequestration (Liu et al., 2018). Recent research in the tropics shows that natural forests hold 40 times more carbon than plantations (Lewis et al., 2019).

Alternative forest-based CDR methods include *afforestation* (planting new forests) and *reforestation* (replacing forests on deforested or recently harvested lands). Afforestation and reforestation can contribute to CDR, but newly planted forests require many decades to a century before they sequester carbon dioxide in substantial quantities. A recent National Academy study titled *Negative Emissions Technologies and Reliable Sequestration: A Research Agenda* discusses afforestation and reforestation and finds their contribution to be modest (National Academies of Sciences, 2019). The study also examines changes in conventional forest management, but neglects proforestation as a strategy for increasing carbon sequestration. Furthermore, afforestation to meet climate goals requires an estimated 10 million $km^2$–an area slightly larger than Canada (Intergovernmental Panel on Climate Change, 2018). The massive land areas required for afforestation and BECCS (noted above) compete with food production, urban space and other uses (Searchinger et al., 2009; Sterman et al., 2018). More importantly, neither of these two practices is as effective quantitatively as proforestation in the next several decades when it is needed most. For example, Law et al. (2018) reported that extending harvest cycles and reducing cutting on public lands had a larger effect than either afforestation

or reforestation on increasing carbon stored in forests in the Northwest United States. In other regions such as New England (discussed below), longer harvest cycles and proforestation are likely to be even more effective. Our assessment on the climate and biodiversity value of natural forests and proforestation aligns directly with a recent report that pinpointed "stable forests" – those not already significantly disturbed or at significant risk – as playing an outsized role as a climate solution due to their carbon sequestration and storage capabilities (Funk et al., 2019).

Globally, terrestrial ecosystems currently remove an amount of atmospheric carbon equal to one-third of what humans emit from burning fossil fuels, which is about 9.4 GtC/y ($10^9$ metric tons carbon per year). Forests are responsible for the largest share of the removal. Land use changes, i.e., conversion of forest to agriculture, urban centers and transportation corridors, emit ∼1.3 GtC/y (Le Quéré et al., 2018). However, forests' potential carbon sequestration and additional ecosystem services, such as high biodiversity unique to intact older forests, are also being degraded significantly by current management practices (Foley et al., 2005; Watson et al., 2018). Houghton and Nassikas (2018) estimated that the "current gross carbon sink in forests recovering from harvests and abandoned agriculture to be −4.4 GtC/y." This is approximately the current gap between anthropogenic emissions and biological carbon and ocean sequestration rates by natural systems. If deforestation were halted, and secondary forests were allowed to continue growing, they would sequester −120 GtC between 2016 and 2100 or ∼12 years of current global fossil carbon emissions (Houghton and Nassikas, 2018). Northeast secondary forests have the potential to increase biological carbon sequestration between 2.3 and 4.2-fold (Keeton et al., 2011).

Existing proposals for "Natural Climate Solutions" do not consider explicitly the potential of proforestation (Griscom et al., 2017; Fargione et al., 2018). However, based on a growing body of scientific research, we conclude that protecting and stewarding intact diverse forests and practicing proforestation as a purposeful public policy on a large scale is a highly effective strategy for mitigating the dual crises in climate and biodiversity and ultimately serving the "greatest good" in the United States and the rest of the world. **Table 1** summarizes some of the key literature supporting this point.

## A SMALL FRACTION OF U.S. FORESTS IS MANAGED TO REMAIN INTACT

Today, <20% of the world's forests remain intact (i.e., largely free from logging and other forms of extraction and development). Intact forests are largely tropical forests or boreal forests in Canada and Russia (Watson et al., 2018). In the U.S.—a global pioneer in national parks and wildlife preserves—the percentage of intact forest in the contiguous 48 states is only an estimated 6–7% of total forest area (Oswalt et al., 2014), with a higher proportion in the West and a lower proportion in the East. Setting aside a large portion of U.S. forest in Inventoried Roadless Areas (IRAs) was groundbreaking yet only represents 7% of total forest area in the lower 48 states—and, ironically,

Ex. 6 Page 76 of 105

AR 28275

**TABLE 1 |** Comparison of climate and biodiversity benefits of *intact* (either old-growth forest or younger forest managed as Gap 1 or Gap 2, and thus protected from logging and other resource extraction) and traditionally *managed* forests for multiple forest types in the United States.

| | Location | Forest type | Forest condition with greater value | References |
|---|---|---|---|---|
| **ECOSYSTEM CHARACTERISTICS** | | | | |
| Density of large trees (>60 cm DBH) | Eastern US | mid-Atlantic oak-hickory forests, northern hemlock-hardwood forests, and boreal spruce-fir forests | Intact (81% greater) | Miller et al., 2016 |
| Proportion of old forest | Eastern US | Same as above | Intact | Miller et al., 2016 |
| Basal area of dead standing trees | Eastern US | Same as above | Intact | Miller et al., 2016 |
| Coarse woody debris volume | Eastern US | Same as above | Intact (135% greater) | Miller et al., 2016 |
| Carbon storage | Pacific Northwest US | Douglas fir and western hemlock; | Intact (75–138% greater) | Harmon et al., 1990 |
| Carbon storage | Northeastern US | Northern hardwood conifer | Intact (39–118% greater) | Nunery and Keeton, 2010 |
| Forest fire burn severity | Western US | Pine and mixed conifer forests | Managed (two SEs greater) | Bradley et al., 2016 |
| **BIODIVERSITY** | | | | |
| Tree species richness | Eastern US | mid-Atlantic oak-hickory forests, northern hemlock-hardwood forests, and boreal spruce-fir forests | Intact | Miller et al., 2018 |
| Proportion rare tree species | Eastern US | Same as above | Intact | Miller et al., 2018 |
| Bird species richness and abundance | Northeastern Minnesota | Hemi-boreal | Intact (12–20% greater) | Zlonis and Niemi, 2014 |
| Trunk bryophyte and lichen species richness | Northwestern Montana | Grand-fir | Intact (33% greater) | Lesica et al., 1991 |
| Salamander density | Ozark Mountains, Missouri | Oak-hickory | Intact (395–9,500% greater) | Herbeck and Larsen, 1999 |
| Probability of occurrence of invasive plant species | Eastern US | Deciduous and mixed forest | managed | Riitters et al., 2018 |

*Intact forests range in size and previous disturbance history but they are not under active management and have been allowed to continue growing according to the procedures described for proforestation.*

management of some IRAs allows timber harvest and road building (Williams, 2000), a scenario happening currently in the Tongass National Forest in Alaska (Koberstein and Applegate, 2018). These scant percentages worldwide and particularly in the U.S. are insufficient to address pressing national and global issues such as rising $CO_2$ levels, flooding, and biodiversity loss, as well as provide suitable locations for recreation and associated public health benefits (Cordell, 2012; Watson et al., 2018). In heavily populated and heavily forested sub-regions in the Eastern U.S., such as New England, the total area dedicated as intact (i.e., primary management is for trails and hazard removals) is even more scarce, comprising only ∼3% of land area. Just 2% of the region is legally protected from logging and other resource extraction (**Figure 1**). A large portion of forest managed currently as intact or "reserved forest" – and thus functioning as "stable forest" (Funk et al., 2019) – is designated solely by administrative regulations that can be altered at any time.

Intact forests in the U.S. include federal wilderness areas and national parks, some state parks, and some privately-owned holdings and conservation trust lands. Recent studies reveal that intact forests in national parks tend to be older and have larger trees than nearby forests that are not protected from logging (Miller et al., 2016; **Table 1**). Scaling up protection of intact forests and designating and significantly expanding reserved forest areas are public policy imperatives that are compatible with public access and with the country's use

of forest products. Identifying suitable forest as intact (for carbon sequestration, native biodiversity, ecosystem function, etc.) can spawn new jobs and industries in forest monitoring, tourism and recreation, as well as create more viable local economies based on wood reuse and recycling. Public lands with significant biodiversity and proforestation potential also provide wildlife corridors for climate migration and resilience for many species.

## PROFORESTATION INCREASES BIOLOGICAL CARBON SEQUESTRATION AND LONG-TERM STORAGE IN U.S. FORESTS

Net forest carbon reflects the dynamic between gains and losses. Carbon is lost from forests in several ways: damage from natural disturbances including insects and pathogens ("pests"), fire, drought and wind; forest conversion to development or other non-forest land; and forest harvest/management. Together, fires, drought, wind, and pests account for ∼12% of the carbon lost in the U.S.; forest conversion accounts for ∼3% of carbon loss; and forest harvesting accounts for 85% of the carbon lost from forests each year (Harris et al., 2016). Forests in the Southern US have the highest percentage of carbon lost to timber harvest (92%) whereas the Western US is notably lower (66%) because of the

Ex. 6 Page 77 of 105

AR 28276



**FIGURE 1 |** Distribution of forest cover and intact "wildland" forest across six New England states. At left, map of overall forest cover (green) vs. forest protected legally (red) or managed currently (yellow) as intact in New England. At right, regional and state specific % forest cover (green), % managed as intact Gap 1 (limited intervention other than trails and hazard removals) but not protected legally (yellow), and % legally protected as intact forest (red, designated U.S Geological Survey (USGS) Gap 1 or Gap 2 and primarily federal and state wilderness areas, and certain national parks). Adapted and compiled from National Conservation Easement Database (2014); United States Geological Survey (2019a,b), and the University of Montana (2019). USGS Gap level 1 or 2 lands receive the highest level of protection from logging and other resource extraction and generally correspond with IUCN protected categories 1a, 1b, and II (https://gapanalysis.usgs.gov/blog/iucn-definitions/).

greater contribution of fires to carbon removal. The Northern U.S. is roughly equivalent to the national average at 86% (Harris et al., 2016).

Proforestation produces natural forests as maximal carbon sinks of diverse species (while supporting and accruing additional benefits of intact forests) and can reduce significantly and immediately the amount of forest carbon lost to non-essential management. Because existing trees are already growing, storing carbon, and sequestering more carbon more rapidly than newly planted and young trees (Harmon et al., 1990; Stephenson et al., 2014; Law et al., 2018; Leverett and Moomaw, in preparation), proforestation is a near-term approach to sequestering additional atmospheric carbon: a significant increase in "negative emissions" is urgently needed to meet temperature limitation goals.

The carbon significance of proforestation is demonstrated in multiple ways in larger trees and older forests. For example, a study of 48 undisturbed primary or mature secondary forest plots worldwide found, on average, that the largest 1% of trees [considering all stems $\geq$ 1 cm in diameter at breast height (DBH)] accounted for half of above ground living biomass (The largest 1% accounted for ∼30% of the biomass in U.S. forests due to larger average size and fewer stems compared to the tropics) (Lutz

et al., 2018). Each year a single tree that is 100 cm in diameter adds the equivalent biomass of an entire 10–20 cm diameter tree, further underscoring the role of large trees (Stephenson et al., 2014). Intact forests also may sequester half or more of their carbon as organic soil carbon or in standing and fallen trees that eventually decay and add to soil carbon (Keith et al., 2009). Some older forests continue to sequester additional soil organic carbon (Zhou et al., 2006) and older forests bind soil organic matter more tightly than younger ones (Lacroix et al., 2016).

If current management practices continue, the world's forests will only achieve half of their biological carbon sequestration potential (Erb et al., 2018); intensifying current management practices will only decrease living biomass carbon and increase soil carbon loss. Forests in temperate zones such as in the Eastern U.S. have a particularly high untapped capacity for carbon storage and sequestration because of high growth and low decay rates (Keith et al., 2009) and because of recent recovery from an extensive history of timber harvesting and land conversion for agriculture in the 18th, 19th, and early 20th centuries (Pan et al., 2011; Duveneck and Thompson, 2019). In New England, median forest age is about 75 years of age (United States Forest Service, 2019), which is only about 25–35% of the lifespan of many of the common tree species in these

Ex. 6 Page 78 of 105

AR 28277

forests (Thompson et al., 2011). Much of Maine's forests have been harvested continuously for 200 years and have a carbon density less than one-third of the forests of Southern Vermont and New Hampshire, Northwestern Connecticut and Western Massachusetts—a region that has not been significantly harvested over the past 75–150 years (National Council for Air Stream Improvement, 2019). Western Massachusetts in particular has a significant portion classifed as Tier 1 matrix forest, defined as "*large contiguous areas whose size and natural condition allow for the maintenance of ecological processes*" (Databasin, 2019). However, forests managed as intact do not need to be large or old in absolute terms to have ecological value: disturbances create gaps and young habitats, and the official policy of the Commonwealth of Massachusetts Department of Environmental Management (now Department of Conservation and Recreation) considers an old-growth forest of at least 2 hectares ecologically significant (Department of Environmntal Management, 1999).

As shown in **Table 1**, ecosystem services accrue as forests age for centuries. Far from plateauing in terms of carbon sequestration (or added wood) at a relatively young age as was long believed, older forests (e.g., >200 years of age without intervention) contain a variety of habitats, typically continue to sequester additional carbon for many decades or even centuries, and sequester significantly more carbon than younger and managed stands (Luyssaert et al., 2008; Askins, 2014; McGarvey et al., 2015; Keeton, 2018). A recent paper affirmed that letting forests grow is an effective way to sequester carbon—but unlike previous studies it suggested that sequestration is highest in "young" forests (Pugh et al., 2019). This conclusion is problematic for several reasons. One confounding factor is that older forests in the tropics were compared to young forests in temperate and boreal areas; temperate forests in particular have the highest $CO_2$ removal rates and overall biological carbon sequestration (Keith et al., 2009) but this high rate is not limited to young temperate and boreal forests. The age when sequestration rates decrease is not known, and Pugh et al. defined "young" as up to 140 years. As noted above, Keeton et al. (2011) estimate that secondary forests in the Northeast have the potential to increase their biological carbon sequestration several-fold. More field work is needed across age ranges, species and within biomes, but the inescapable conclusion is that growing forests is beneficial to the climate and maintaining intact forest has additional benefits (**Table 1**). We conclude that proforestation has the potential to provide rapid, additional carbon sequestration to reduce *net* emissions in the U.S. by much more than the 11% that forests provide currently (United States Environmental Protection Agency, 2019). A recent report on natural climate solutions determined that negative emissions could be increased from 11 to 21% even without including proforestation (Fargione et al., 2018). Quantified estimates of increased forest sequestration and ecosystem services were based on re-establishing forests where possible and lengthening rotation times on private land; they explicitly did not account for proforestation potential on public land.

Although biological carbon storage in managed stands, regardless of the silvicultural prescription, is generally lower than in unmanaged intact forests (Harmon et al., 1990; Ford and

Keeton, 2017)—even after the carbon stored in wood products is included in the calculation—stands managed with reduced harvest frequency and increased structural retention sequester more carbon than more intensively managed stands (Nunery and Keeton, 2010; Law et al., 2018). Such an approach for production forests, or "working" forests—balancing resource extraction with biological carbon sequestration—is often termed "managing for net carbon" or "managing for climate change" and an approach that should be promoted alongside dedicating significant areas to intact ecosystems. Oliver et al. (2014) acknowledge a balance between intact and managed forest and suggest that long term storage in "efficient" wood products like wood building materials (with the potential for less carbon emissions compared to steel or concrete, termed the "avoidance pathway") can offer a significant carbon benefit. To achieve this, some questionable assumptions are that 70% of the harvested wood is merchantable and stored in a lasting product, all unmerchantable wood is removed and used, harvesting occurs at optimum intervals (100 years) and carbon sequestration tapers off significantly after 100 years. Forestry models underestimate the carbon content of older, larger trees, and it is increasingly clear that trees can continue to remove atmospheric carbon at increasing rates for many decades beyond 100 years (Robert T. Leverett, pers. comm. Stephenson et al., 2014; Lutz et al., 2018; Leverett et al., under review). Because inefficient logging practices result in substantial instant carbon release to the atmosphere, and only a small fraction of wood becomes a lasting product, increasing market forces and investments toward wood buildings that have relatively short lifetimes could increase forest extraction rates significantly and become unsustainable (Oliver et al., 2014).

## HABITAT PROTECTION, BIODIVERSITY AND SCIENTIFIC VALUE OF PROFORESTATION

Large trees and intact, older forests are not only effective and cost-effective natural reservoirs of carbon storage, they also provide essential habitat that is often missing from younger, managed forests (Askins, 2014). For example, intact forests in Eastern U.S. national parks have greater tree diversity, live and dead standing basal area, and coarse woody debris, than forests that are managed for timber (Miller et al., 2016, 2018; **Table 1**). The density of cavities in older trees and the spatial and structural heterogeneity of the forest increases with stand age (Ranius et al., 2009; Larson et al., 2014), and large canopy gaps develop as a result of mortality of large trees, which result in dense patches of regeneration (Askins, 2014). These complex structures and habitat features support a greater diversity of lichens and bryophytes (Lesica et al., 1991), a greater density and diversity of salamanders (Petranka et al., 1993; Herbeck and Larsen, 1999), and a greater diversity and abundance of birds in old, intact forests than in nearby managed forests (Askins, 2014; Zlonis and Niemi, 2014; **Table 1**). Forest bird guilds benefit from small intact forests in urban landscapes relative to unprotected matrix forests (Goodwin and Shriver, 2014). Several bird species

AR 28278

Case 2:22-cv-00859-HL    Document 41-6    Filed 12/27/22    Page 81 of 106

Moomaw et al.                                                              Proforestation Protects Climate and Biodiversity

in the U.S. that are globally threatened—including the wood thrush, cerulean warbler, marbled murrelet, and spotted owl are, in part, dependent on intact, older forests with large trees (International Union for Conservation of Nature, 2019). Two species that are extinct today—Bachman's warbler and Ivory-billed woodpecker—likely suffered from a loss of habitat features associated with old forests (Askins, 2014).

Today, forest managers often justify management to maintain heterogeneity of age structures to enhance wildlife habitat and maintain "forest health" (Alverson et al., 1994). However, early successional forest species (e.g., chestnut-sided warbler and New England cottontail) that are common targets for forest management may be less dependent on forest management than is commonly believed (cf. Zlonis and Niemi, 2014; Buffum et al., 2015). Management also results in undesirable consequences such as soil erosion, introduction of invasive and non-native species (McDonald et al., 2008; Riitters et al., 2018), loss of carbon—including soil carbon (Lacroix et al., 2016), increased densities of forest ungulates such as white-tailed deer (Whitney, 1990)—a species that can limit forest regeneration (Waller, 2014)—and a loss of a sense of wildness (e.g., Thoreau, 1862).

Forest health is a term often defined by a particular set of forestry values (e.g., tree regeneration levels, stocking, tree growth rates, commercial value of specific species) and a goal of eliminating forest pests. Although appropriate in a commercial forestry context, these values should not be conflated with the ability of intact natural forests to continue to function and even thrive indefinitely and provide a diversity of habitats on their own (e.g., Zlonis and Niemi, 2014). Natural forests, regardless of their initial state, naturally develop diverse structures as they age and require from us only the time and space to self-organize (e.g., Larson et al., 2014; Miller et al., 2016).

Intact forests provide irreplaceable scientific value. In addition to a biodiverse habitat an intact forest provides an area governed by natural ecological processes that serve as important scientific controls against which to compare the effects of human activities and management practices (Boyce, 1998). Areas without resource extraction (i.e., timber harvesting, hunting), pest removal, or fire suppression allow for a full range of natural ecological processes (fire, herbivory, natural forest development) to be expressed (Boyce, 1998). Only if we have sufficient natural areas can we hope to understand the effects of human activities on the rest of our forests. Additional research and monitoring projects that compare ecological attributes between intact and managed forests at a range of spatial scales will also help determine how effective protected intact forests can be at conserving a range of biota, and where additional protected areas may need to be established (e.g., Goodwin and Shriver, 2014; Jenkins et al., 2015).

## PROFORESTATION AND FOREST FIRES

Given the increase in forest area burned in the United States over the past 30 years (National Interagency Fire Center, 2019), it is important to address the relationship between forest management and forest fires. There is a widely held perception

that the severity and size of recent fires are directly related to the fuels that have accumulated in the understory due to a lack of forest management to reduce these fuels (i.e., pulping, masticating, thinning, raking, and prescribed burning; Reinhardt et al., 2008; Bradley et al., 2016). However, some evidence suggests that proforestation should actually *reduce* fire risk and there are at least three important factors to consider: first, fire is an integral part of forest dynamics in the Western U.S.; second, wildfire occurrence, size, and area burned are generally not preventable even with fuel removal treatments (Reinhardt et al., 2008); and third, the area burned is actually far less today than in the first half of the twentieth century when timber harvesting was more intensive and fires were not actively suppressed (Williams, 1989; National Interagency Fire Center, 2019). Interestingly, in the past 30 years, intact forests in the Western U.S. burned at significantly *lower* intensities than did managed forests (Thompson et al., 2007; Bradley et al., 2016; **Table 1**). Increased potential fuel in intact forests appear to be offset by drier conditions, increased windspeeds, smaller trees, and residual and more combustible fuels inherent in managed areas (Reinhardt et al., 2008; Bradley et al., 2016). Rather than fighting wildfires wherever they occur, the most effective strategy is limiting development in fire-prone areas, creating and defending zones around existing development (the wildland-urban interface), and establishing codes for fire-resistant construction (Cohen, 1999; Reinhardt et al., 2008).

## PROFORESTATION AND ECOSYSTEM SERVICES: SERVING THE GREATEST GOOD

In 1905 Gifford Pinchot, Chief of the U.S. Forest Service, summarized his approach to the nation's forests when he wrote "…where conflicting interests must be reconciled, the question will always be decided from the standpoint of the greatest good of the greatest number in the long run." This ethos continues to define the management approach of the U.S. Forest Service from its inception to the present day. Remarkably, however, even in 2018 the five major priorities of the Forest Service do not mention biodiversity, carbon storage, or climate change as major aspects of its work (United States Forest Service, 2018).

Today, the needs of the nation have changed: emerging forest science and the carbon and biodiversity benefits of proforestation demand a focus on growing intact natural public and private forests, including local parks and forest reserves (Jenkins et al., 2015). There is also a growing need across the country, and particularly within reach of highly populated areas, for additional local parks and protected forest reserves that serve and provide the public with solitude, respite, and wild experiences (e.g., Thoreau, 1862). Detailed analysis of over one thousand public comments regarding management of Hoosier National Forest, a public forest near population centers in several states, revealed a strong belief that wilderness contributes to a sense of well-being. Responses with the highest frequency reflected an interest in preservation and protection of forests and wildlife, a recognition of the benefits to human physical and mental health, a sense

AR 28279

of ethical responsibility, opposition to damage and destruction, monetary concerns, and a preponderance of sadness, fear and distress over forest loss (Vining and Tyler, 1999).

Quantifiable public health benefits of forests and green spaces continue to emerge, and benefits are highest in populations with chronic and difficult-to-treat conditions like anxiety, depression, pain and post-traumatic stress disorder (Karjalainen et al., 2010; Frumkin et al., 2017; Hansen et al., 2017; Oh et al., 2017). In the United Kingdom "growing forests for health" is the motto of the National Health Service Forest (2019) and there is a recognized need for evidence-based analysis of human health co-benefits alongside nature-based ecosystem services (Frumkin et al., 2017).

## POLICY RECOMMENDATIONS

To date, the simplicity of the idea of proforestation has perhaps been stymied by inaccurate or non-existent terminology to describe it. Despite a number of non-binding international forest agreements (United Nations Conference on Environment Development, 1992; United Nations Forum on Forests, 2008; Forest Declaration, 2014) and responsibilities by a major UN organization [Food and Agriculture Organization (FAO)], current climate policies lack science-based definitions that distinguish forest condition—including the major differences between young and old forests across a range of ecosystem services. Lewis et al. (2019) further note that broad definitions and confused terminology have an unfortunate result that policymakers and their advisers mislead the public (Lewis et al., 2019). Most discussions concerning forest loss and forest protection are in terms of percentage of land area that has tree canopy cover (Food and Agriculture Organization, 2019). This lack of specificity significantly hampers efforts to evaluate and protect intact forests, to quantify their value, and to dedicate existing forests as intact forests for the future. For example, the UN Framework Convention on Climate Change and the FAO consider and group tree plantations, production forests, and mature intact forests equally under the general term "forest" (Mackey et al., 2015). In addition, "forest conservation" simply means maintaining "forest cover" and does not address age, species richness or distribution—or the degree that a forest ecosystem is intact and functioning (Mackey et al., 2015). The erroneous assumption is that all forests are equivalently beneficial for a range of ecosystem services—a conclusion that is quantitatively inaccurate in terms of biological carbon sequestration and biodiversity as well as many other ecosystem services.

Practicing proforestation should be emphasized on suitable public lands as is now done in U.S. National Parks and Monuments. Private forest land owners might be compensated to practice proforestation, for sequestering carbon and providing associated co-benefits by letting their forests continue to grow. At this time, we lack national policies that quantify and truly maximize benefits across the landscape. At a regional scale, however, some conservation visions do explicitly recognize and promote the multiple values and services associated with forest reserves or wildlands (e.g., Foster et al., 2010) and climate offset programs can be used explicitly to support proforestation. For example, a recent project by the Nature Conservancy protected 2,185 hectares (5,400 acres) in Vermont as wildland and is expected to yield ∼$2 M over 10 years for assuring long-term biological carbon storage (Nature Conservancy, 2019). Burnt Mountain is now protected by a "forever wild" easement and part of a 4,452 hectare (11,000 acre) preserve. More public education and similar incentives are needed.

## CONCLUSIONS

To meet any proposed climate goals of the Paris Climate Agreement (1.5, 2.0° C, targets for reduced emissions) it is essential to simultaneously *reduce greenhouse gas emissions from all sources* including fossil fuels, bioenergy, and land use change, and *increase CDR* by forests, wetlands and soils. Concentrations of these gases are now so high that reducing emissions alone is insufficient to meet these goals. Speculation that untested technologies such as BECCS can achieve the goal while allowing us to continue to emit more carbon has been described as a "moral hazard" (Anderson and Peters, 2016). Furthermore, BECCS is not feasible within the needed timeframe and CDR is urgent. Globally, existing forests only store approximately half of their potential due to past and present management (Erb et al., 2018), and many existing forests are capable of immediate and even more extensive growth for many decades (Lutz et al., 2018). During the timeframe while seedlings planted for afforestation and reforestation are growing (yet will never achieve the carbon density of an intact forest), proforestation is a safe, highly effective, immediate natural solution that does not rely on uncertain discounted future benefits inherent in other options.

Taken together, proforestation is a rapid and essential strategy for achieving climate and biodiversity goals and for serving the greatest good. Stakeholders and policy makers need to recognize that the way to maximize carbon storage and sequestration is to grow intact forest ecosystems where possible. Certainly, all forests have beneficial attributes, and the management focus of some forests is providing wood products that we all use. But until we acknowledge and quantify differences in forest status (Foster et al., 2010), we will be unable to develop policies (and educate landowners, donors, and the public) to support urgent forest-based benefits in the most effective, locally appropriate and cost-effective manner. A differentiation between production forests and natural forest ecosystems would garner public support for a forest industry with higher value products and a renewed focus on reducing natural resource use—and for recycling paper and wood. It could also spur long-overdue local partnerships between farms and forests—responsible regional composting keeps jobs and resources within local communities while improving soil health and increasing soil carbon (Brown and Cotton, 2011). The forest industry as a whole can benefit from proforestation-based jobs that focus on scientific data collection, public education, public health and a full range of ecosystem services.

AR 28280

In sum, proforestation provides the most effective solution to dual global crises—climate change and biodiversity loss. It is the only practical, rapid, economical, and effective means for atmospheric CDR among the multiple options that have been proposed because it removes more atmospheric carbon dioxide in the immediate future and continues to sequester it long-term. Proforestation will increase the diversity of many groups of organisms and provide numerous additional and important ecosystem services (Lutz et al., 2018). While multiple strategies will be needed to address global environmental crises, proforestation is a very low-cost option for increasing carbon sequestration that does not require additional land beyond what is already forested and provides new forest related jobs and opportunities along with a wide array of quantifiable ecosystem services, including human health.

## AUTHOR CONTRIBUTIONS

WM, SM, and EF contributed equally to conceiving, writing and editing this manuscript and all agree to its publication.

## FUNDING

Supported by Charles Bullard Fellowship in Forest Research, Harvard Forest (SM).

## ACKNOWLEDGMENTS

The authors thank the reviewers for improving the manuscript with substantive and thoughtful comments and thank David N. Ruskin, Ph.D. (Trinity College) for feedback and assistance throughout.

## REFERENCES

Alverson, W. S., Waller, D., and Kuhlmann, W. (1994). *Wild Forests: Conservation Biology and Public Policy*. Washington, DC: Island Press.

Anderson, K., and Peters, G. (2016). The trouble with negative emissions. *Science* 354, 182–183 doi: 10.1126/science.aah4567

Askins, R. A. (2014). *Saving the World's Deciduous Forests: Ecological Perspectives From East Asia, North America, and Europe*. New Haven, CT: Yale University Press.

Boyce, M. S. (1998). Ecological-process management and ungulates: Yellowstone's conservation paradigm. *Wildlife Soc. Bull.* 26, 391–398.

Bradley, C. M., Hanson, C. T., and DellaSala, D. A. (2016). Does increased forest protection correspond to higher fire severity in frequent-fire forests of the western United States? *Ecosphere* 7:e01492. doi: 10.1002/ecs2.1492

Brown, S., and Cotton, N. (2011). Changes in soil properties and carbon content following compost application: Results of on-farm sampling. *Compost Sci. Util.* 19, 87–96. doi: 10.1080/1065657X.2011.10736983

Buffum, B., McGreevy, T. J. Jr., Gottfried, A. E., Sullivan, M. E., and Husband, T. P. (2015). An analysis of overstory tree canopy cover in sites occupied by native and introduced cottontails in the Northeastern United States with recommendations for habitat management for new England Cottontail. *PloS ONE* 10:e035067. doi: 10.1371/journal.pone.0135067

Cohen, J. D. (1999). *Reducing the Wildland Fire Threat to Homes: Where and How Much?* U.S.D.A Forest Service Gen.Tech. Rep., PSW-GTR-173, 189-195. Available online at: https://www.fs.fed.us/rm/pubs_other/rmrs_1999_cohen_j001.pdf (accessed April 15, 2019).

Cordell, H. K. (2012). *Outdoor Recreation Trends and Futures: A Technical Document Supporting the Forest Service 2010 RPA Assessment*. Asheville, NC: United States Department of Agriculture, Southern Research Station. Available online at: https://www.srs.fs.usda.gov/pubs/gtr/gtr_srs150.pdf

Databasin (2019). Available online at: https://databasin.org/datasets/68c240fb9dc14fda8ccd965064fb3321 (accessed April 15, 2019).

Department of Environmntal Management (1999). *Old Growth Policy*. State of Massachusetts, Division of Forest and Parks, Bureau of Forestry.

Division for Sustainable Development Goals (2015). *Sustainable Development Goals*. Knowledge Platform, United Nations. Available online at: https://sustainabledevelopment.un.org/?menu=1300 (accessed April 15, 2019).

Duveneck, M. J., and Thompson, J. R. (2019). Social and biophysical determinants of future forest conditions in New England: effects of a modern land-use regime. *Global Environ. Change* 55, 115–129. doi: 10.1016/j.gloenvcha.2019.01.009

Erb, K.-H., Kastner, T., Plutzar, C., Bais, A. L. S., Carvalhais, N., Fetzel, T., et al. (2018). Unexpectedly large impact of forest management and grazing on global vegetation biomass. *Nature* 553, 73–76. doi: 10.1038/nature25138

Fargione, J. E., Bassett, S., Boucher,. T., Bridgham, S. D., Conant, R. T., Cook-Patton, S. C., et al. (2018). Natural climate solutions for the United States. *Sci Adv.* 4:eaat1869. doi: 10.1126/sciadv.aat1869

Foley, J. A., DeFries, R., Asner, G. P., Barford, C., Bonan, G., Carpenter, S. R., et al. (2005). Global consequences of land use. *Science* 309, 570–574. doi: 10.1126/science.1111772

Food and Agriculture Organization (2019). *Food and Agriculture Organization of the United Nations*. Available online at: http://www.fao.org/home/en/ (accessed April 15, 2019).

Ford, S. E., and Keeton, W. E. (2017). Enhanced carbon storage through management for old-growth characteristics in northern hardwoods. *Ecosphere* 8, 1–20. doi: 10.1002/ecs2.1721

Forest Declaration (2014). *New York Declaration on Forests*. Available online at: Available online at: http://forestdeclaration.org/about/ (accessed April 15, 2019).

Foster, D. R., Donahue, B. M., Kittredge, D. B., Lambert, K. F., Hunter, M. L., Hall, B. R., et al. (2010). *Wildlands and Woodlands: A Vision for the New England Landscape*. Cambridge, MA: Harvard University Press. Available online at: https://www.wildlandsandwoodlands.org/sites/default/files/Wildlands%20and%20Woodlands%20New%20England.pdf

Frumkin, H., Bratman, G. N., Breslow, S. J., Cochran, B., Kahn, P. H. Jr., Lawler, J. J., et al. (2017). Nature contact and human health: a research agenda. *Environ. Health Perspect.* 125:075001. doi: 10.1289/EHP1663

Funk, J. M., Aguilar-Amuchastegui, N., Baldwin-Cantello, W., Busch, J., Chuvasov, E., Evans, T., et al. (2019). Securing the climate benefits of stable forests. *Clim. Policy*. doi: 10.1080/14693062.2019.1598838

Goodwin, S. E., and Shriver, W. G. (2014). Using a bird community index to evaluate national parks in the urbanized national capital region. *Urban Ecosyst.* 17, 979–990. doi: 10.1007/s11252-014-0363-2

Griscom, B. W., Adams, J., Ellis, P. W., Houghton, R. A., Lomax, G., Miteva, D. A., et al. (2017). Natural climate solutions. *Proc. Natl. Acad. Sci. U.S.A* 114, 11645–11650. doi: 10.1073/pnas.1710465114

Hansen, M. M., Jones, R., and Tocchini, K. (2017). Shinrin-Yoku (forest bathing) and nature therapy: a state-of-the-art review. *Int. J. Environ. Res. Public Health* 14:851. doi: 10.3390/ijerph14080851

Harmon, M. E., Ferrell, W. K., and Franklin, J. F. (1990). Effects on carbon storage of conversion of old-growth forests to young forests. *Science* 247, 699–702. doi: 10.1126/science.247.4943.699

Harris, N. L., Hagen, S. C., Saatchi, S. S., Pearson, T. R. H., Woodall, C. W., Domke, G. M., et al. (2016). Attribution of net carbon change by disturbance type across forest lands of the conterminous United States. *Carbon Balance Manag.* 11:24. doi: 10.1186/s13021-016-0066-5

Herbeck, L. A., and Larsen, D. R. (1999). Plethodontid salamander response to silvicultural practices in Missouri Ozark forests. *Conserv. Biol.* 13, 623–632. doi: 10.1046/j.1523-1739.1999.98097.x

AR 28281

Houghton, R. A., and Nassikas, A. A. (2018). Negative emissions from stopping deforestation and forest degradation, globally. *Glob. Change Biol.* 24, 350–359. doi: 10.1111/gcb.13876

Intergovernmental Panel on Climate Change (2013). "Summary for policymakers," in *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, eds T. F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P. M. Midgley (New York, NY: Cambridge University Press). Available online at: https://www.ipcc.ch/report/ar5/wg1/.

Intergovernmental Panel on Climate Change (2014). "Summary for policymakers," in *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*, eds C. B. Field, V. R. Barros, D. J. Dokken, K. J. Mach, M. D. Mastrandrea, T. E. Bilir, M. Chatterjee, K. L. Ebi, Y. O. Estrada, R. C. Genova, B. Girma, E. S. Kissel, A. N. Levy, S. Maccracken, P. R. Mastrandrea, and L. L. White (New York, NY: Cambridge University Press). Available online at: https://www.ipcc.ch/report/ar5/wg2/.

Intergovernmental Panel on Climate Change (2018). "Summary for Policymakers," in *Global warming of 1.5°C. An IPCC Special Report on the impacts of global warming of 1.5°C Above Pre-Industrial Levels and Related Global Greenhouse Gas Emission Pathways, in the Context of Strengthening the Global Response to the Threat of Climate Change, Sustainable Development, and Efforts to Eradicate Poverty*, eds V. Masson-Delmotte, P. Zhai, H. O. Pörtner, D. Roberts, J. Skea, P. R. Shukla, A. Pirani, W. Moufouma-Okia, C. Péan, R. Pidcock, S. Connors, J. B. R. Matthews, Y. Chen, X. Zhou, M. I. Gomis, E. Lonnoy, T. Maycock, M. Tignor, and T. Waterfield. (Geneva: World Meteorological Society). Available online at: https://www.ipcc.ch/sr15/.

Intergovernmental Science-Policy Platform on Biodiversity and Ecosystem Services (IPBES). (2019). Available online at: https://www.ipbes.net/

International Union for Conservation of Nature (2019). *IUCN Red List of Threatened Species* Available online at: https://www.iucnredlist.org/ (accessed April 15, 2019).

Jenkins, C. N., Van Houtan, K. S., Pimm, S. L., and Sexton, J. O. (2015). US protected lands mismatch biodiversity priorities. *Proc. Natl. Acad. Sci.U.S.A.* 112, 5081–5086. doi: 10.1073/pnas.1418034112

Karjalainen, E., Sarjala, T., and Raitio, H. (2010). Promoting human health through forests: overview and major challenges. *Environ. Health Prev. Med.* 15, 1–8. doi: 10.1007/s12199-008-0069-2

Keeton, W. S. (2018). "Source or sink? Carbon dynamics in old-growth forests and their role in climate change mitigation," in *Ecology and Recovery of Eastern Old-growth Forests*, eds A. Barton and W. S. Keeton (Washington, DC: Island Press), 340.

Keeton, W. S., Whitman, A. A., McGee, G. C., and Goodale, C. L. (2011). Late-successional biomass development in northern hardwood-conifer forests of the Northeastern United States. *Forest Sci.* 57, 489–505. doi: 10.1093/forestscience/57.6.489

Keith, H., Mackey, B. G., and Lindenmayer, D. B. (2009). Re-evaluation of forest biomass carbon stocks and lessons from the world's most carbon-dense forests. *Proc. Natl. Acad. Sci. U.S.A.* 106, 11635–11640. doi: 10.1073/pnas.0901970106

Koberstein, P., and Applegate, J. (2018). *Trump's Great American Forest Liquidation Sale.* Cascadia Times. Available online at: https://www.times.org/forest-liquidation-sale (accessed April 15, 2019).

Lacroix, E. M., Petrenko, C. L., and Friedland, A. J. (2016). Evidence for losses from strongly bound SOM pools after clear cutting in a northern hardwood forest. *Soil Sci.* 181, 202–207. doi: 10.1097/SS.0000000000000147

Larson, A. J., Lutz, J. A., Donato, D. C., Freund, J. A., Swanson, M. E., Hillerislambers, J., et al. (2015). Spatial aspects of tree mortality strongly differ between young and old-growth forests. *Ecology* 96, 2855–2861. doi: 10.1890/15-0628.1

Law, B. E., Hudiburg, T. W., Berner, L. T., Kent, J. J., Buotte, P. C., and Harmon, M. E. (2018). Land use strategies to mitigate climate change in carbon dense temperate forests. *Proc. Natl. Acad. Sci. U.S.A.* 115, 3663–3668. doi: 10.1073/pnas.1720064115

Le Quéré, C., Andrew, R. M., Friedlingstein, P., Sitch, S., Pongratz, J., Manning, A. C., et al. (2018). Global carbon budget 2017. *Earth Syst. Sci. Data* 10, 405–448. doi: 10.5194/essd-10-405-2018

Lesica, P., Mccune, B., Cooper, S. V., and Hong, W. S. (1991). Differences in lichen and bryophyte communities between old-growth and managed second-growth forests in the Swan Valley, Montana *Can. J. Botany* 69, 1745–1755. doi: 10.1139/b91-222

Lewis, S. L., Wheeler, C. E., Mitchard, E. T. A., and Koch, A. (2019). Restoring natural forests is the best way to remove atmospheric carbon. *Nature* 568, 25–28. doi: 10.1038/d41586-019-01026-8

Liu, X., Stefan, T., Jin-Sheng, H., Pascal, A. N., Helge, B., Zhiyao, T., et al. (2018). Tree species richness increases carbon storage in subtropical forests. *Proc. R. Soc. B* 285:20181240. doi: 10.1098/rspb.2018.1240

Lutz, J. A., Furniss, T. J., Johnson, D. J., Davies, S. J., Allen, D., Alonso, A., et al. (2018). Global importance of large-diameter trees. *Glob. Ecol. Biogeogr.* 27, 849–864. doi: 10.1111/geb.12747

Luyssaert, S., Schulze, E. D., Börner, A., Knohl, A., Hessenmöller, D., Law, B. E., et al. (2008). Old-growth forests as global carbon sinks. *Nature* 455, 213–215. doi: 10.1038/nature07276

Mackey, B., Dellasala, D. A., Kormos, C., Lindenmayer, D., Kumpel, N., Zimmerman, B., et al. (2015). Policy options for the world's primary forests in multilateral environmental agreements. *Conserv. Lett.* 8, 139–147. doi: 10.1111/conl.12120

McDonald, R. I., Motzkin, G., and Foster, D. R. (2008). Assessing the influence of historical factors, contemporary processes, and environmental conditions on the distribution of invasive species. *J. Torrey Bot. Soc.* 135, 260–271. doi: 10.3159/08-RA-012.1

McGarvey, J. C., Thompson, J. R., Epstein, H. E., and Shugart, H. H. Jr. (2015). Carbon storage in old-growth forests of the Mid-Atlantic: toward better understanding the eastern forest carbon sink. *Ecology* 96, 311–317. doi: 10.1890/14-1154.1

Miller, K. M., Dieffenbach, F. W., Campbell, J. P., Cass, W. B., Comiskey, J. A., Matthews, E. R., et al. (2016). National parks in the eastern United States harbor important older forest structure compared with matrix forests. *Ecosphere* 7:e01404. doi: 10.1002/ecs2.1404

Miller, K. M., Mcgill, B. J., Mitchell, B. R., Comiskey, J., Dieffenbach, F. W., Matthews, E. R., et al. (2018). Eastern national parks protect greater tree species diversity than unprotected matrix forests. *Forest Ecol. Manag.* 414, 74–84. doi: 10.1016/j.foreco.2018.02.018

National Academies of Sciences, Engineering, and Medicine (2019). *Negative Emissions Technologies and Reliable Sequestration: A Research Agenda.* Washington, DC: The National Academies Press.

National Conservation Easement Database (2014) Available online at: conservationeasement.us (accessed April 15, 2019).

National Council for Air and Stream Improvement (2019). *United States Department of Agriculture Forest Service. COLE: Carbon on Line Estimator.* Available online at: https://www.fs.usda.gov/ccrc/index.php?q=tools/cole (accessed April 15, 2019).

National Health Service Forest (2019). *National Health Service.* Available online at: http://nhsforest.org/ (accessed April 15, 2019).

National Interagency Fire Center (2019). *Total Wildland Fires and Acres (1926-2017).* Available online at: https://www.nifc.gov/fireInfo/fireInfo_stats_totalFires.html (accessed April 15, 2019).

Nature Conservancy (2019). *The. "Burnt Mountain Beauty: Explore Vermont's Newest Preserve and the State's Largest Nature Project".* Available online at: https://www.nature.org/en-us/about-us/where-we-work/united-states/vermont/stories-in-vermont/burnt-mountain-beauty/ (accessed April 15, 2019).

Nunery, J. S., and Keeton, W. S. (2010). Forest carbon storage in the northeastern United States: net effects of harvesting frequency, post-harvest retention, and wood products. *Forest Ecol. Manag.* 259, 1363–1375. doi: 10.1016/j.foreco.2009.12.029

Oh, B., Lee, K. J., Zaslawski, C., Yeung, A., Rosenthal, D., Larkey, L., et al. (2017). Health and well-being benefits of spending time in forests: systematic review. *Environ. Health Prev. Med.* 22:71. doi: 10.1186/s12199-017-0677-9

Oliver, C. D., Nassar, N. T., Lippke, B. R., and McCarter, J. B. (2014). Carbon, fossil fuel, and biodiversity mitigation with wood and forests. *J. Sustain. Forest.* 33, 248–275. doi: 10.1080/10549811.2013.839386

Oswalt, S. N., Smith, W. B., Miles, P. D., and Pugh, S. A. (2014). *Forest Resources of the United States, 2012: A Technical Document Supporting the Forest Service*

Ex. 6 Page 83 of 105

AR 28282

*2010 Update of the RPA Assessment*. United States Department of Agriculture, Forest Service, Washington Office. (Washington, DC), Gen. Tech. Rep. WO-91. doi: 10.2737/WO-GTR-91

Pan, Y., Chen, J. M., Birdsey, R., McCullough, K., He, L., and Deng, F. (2011). Age structure and disturbance legacy of North American forests. *Biogeosciences* 8, 715–738. doi: 10.5194/bg-8-715-2011

Paris Climate Agreement (2015). Available online at: https://unfccc.int/sites/default/files/english_paris_agreement.pdf (accessed April 15, 2019).

Petranka, J. W., Eldridge, M. E., and Haley, K. E. (1993). Effects of timber harvesting on southern Appalachian salamanders. *Conserv. Biol.* 7, 363–370. doi: 10.1046/j.1523-1739.1993.07020363.x

Pugh, T. A. M., Lindeskog, M., Smith, B., Poulter, B., Arneth, A., Haverd, V., et al. (2019). Role of forest regrowth in global carbon sink dynamics. *Proc. Natl. Acad. Sci. U.S.A.* 116, 4382–4387. doi: 10.1073/pnas.1810512116

Ranius, T., Niklasson, M., and Berg, N. (2009). Development of tree hollows in pedunculate oak (*Quercus robur*). *Forest Ecol. Manag.* 257, 303–310. doi: 10.1016/j.foreco.2008.09.007

Reinhardt, E. D., Keane, R. E., Calkin, D. E., and Cohen, J. D. (2008). Objectives and considerations for wildland fuel treatment in forested ecosystems of the interior western United States. *Forest Ecol. Manag.* 256, 1997–2006. doi: 10.1016/j.foreco.2008.09.016

Riitters, K., Potter, K., Iannone, B., Oswalt, C., Guo, Q., and Fei, S. (2018). Exposure of protected and unprotected forest to plant invasions in the eastern United States. *Forests* 9:723. doi: 10.3390/f9110723

Searchinger, T. D., Hamburg, S. P., Melillo, J., Chameides, W., Havlik, P., Kammen, D. M., et al. (2009). Climate change. Fixing a critical climate accounting error. *Science* 326, 527–528. doi: 10.1126/science.1178797

Stephenson, N. L., Das, A. J., Condit, R., Russo, S. E., Baker, P. J., Beckman, N. G., et al. (2014). Rate of tree carbon accumulation increases continuously with tree size. *Nature* 507, 90–93. doi: 10.1038/nature12914

Sterman, J. D., Siegel, L., and Rooney-Varga, J. N. (2018). Reply to comment on 'Does replacing coal with wood lower CO$_2$ emissions? Dynamic lifecycle analysis of wood bioenergy'. *Environ. Res. Lett.* 13:128003. doi: 10.1088/1748-9326/aaf354

Thompson, J. R., Foster, D. R., Scheller, R., and Kittredge, D. (2011). The influence of land use and climate change on forest biomass and composition in Massachusetts, USA. *Ecol. Appl.* 21, 2425–2444. doi: 10.1890/10-2383.1

Thompson, J. R., Spies, T. A., and Ganio, L. M. (2007). Reburn severity in managed and unmanaged vegetation in a large wildfire. *Proc. Natl. Acad. Sci. U.S.A.* 104, 10743–10748. doi: 10.1073/pnas.0700229104

Thoreau, H. D. (1862). *Walking. The Atlantic Monthly, A Magazine of Literature, Art, and Politics*. Available online at: https://www.theatlantic.com/magazine/archive/1862/06/walking/304674/.

United Nations Conference on Environment and Development (1992). *Non-Legally Binding Authoritative Statement of Principles for a Global Consensus on the Management, Conservation and Sustainable Development of all Types of Forests.*Available online at: http://www.un-documents.net/for-prin.htm (accessed April 15, 2019).

United Nations Forum on Forests (2008). *Non-Legally Binding Instrument on All Types of Forests.* Available online at: http://www.undocs.org/A/res/62/98 (accessed April 15, 2019).

United States Environmental Protection Agency (2019). *Sources of Greenhouse Gas Emissions* Available online at: https://www.epa.gov/ghgemissions/sources-greenhouse-gas-emissions (accessed April 15, 2019).

United States Forest Service (2019). *Forest Inventory and Analysis National Program, Forest Inventory EVALIDator web-application Version 1.8.0.00.* U.S. Department of Agriculture, Forest Service, Northern Research Station. Available online at: https://apps.fs.usda.gov/Evalidator/evalidator.jsp (accessed April 15, 2019).

United States Forest Service. Leadership Corner. (2018). Available online at: https://www.fs.fed.us/blogs/five-national-priorities-build-legacy-guide-agency-forward-0 (accessed April 15, 2019).

United States Geological Survey (2019a). *Gap Analysis Program. Protected Areas Database of the United States (PADUS), version 1.3 Combined Feature Class.* (accessed April 15, 2019).

United States Geological Survey (2019b). *National Land Cover Database Land Cover Collection* Available online at: https://catalog.data.gov/dataset/national-land-cover-database-nlcd-land-cover-collection (accessed April 15, 2019).

University of Montana (2019). *Wilderness Connect*. Available online at: https://wilderness.net/ (accessed April 15, 2019).

Vining, J., and Tyler, D. E. (1999). Values, emotions and desired outcomes reflected in public responses to forest management lans. *Hum. Ecol. Rev.* 6, 21–34.

Waller, D. M. (2014). "Effects of deer on forest herb layers," in *The Herbaceous Layer in Forests of Eastern North America, Ch. 16, 2nd Edn,* ed F. S. Gilliam (New York, NY: Oxford University Press), 369–399. doi: 10.1093/acprof:osobl/9780199837656.003.0016

Watson, J. E. M., Evans, T., Venter, O., Williams, B., Tulloch, A., Stewart, C., et al. (2018). The exceptional value of intact forest ecosystems. *Nat. Ecol. Evol.* 2, 599–610. doi: 10.1038/s41559-018-0490-x

Whitney, G. G. (1990). The history and status of the hemlock-hardwood forests of the Allegheny Plateau. *J. Ecol.* 1, 443–458. doi: 10.2307/2261123

Williams, M. (1989). *Americans and Their Forests: A Historical Geography*. New York, NY: Cambridge University Press.

Williams, M. (2000). Available online at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsm8_035779.pdf (accessed April 15, 2019).

Wilson, E. O. (2016). *Half-Earth: Our Planet's Fight for Life*. New York, NY: Liveright Publishing Corp.

Zhou, G., Liu, S., Li, Z., Zhang, D., Tang, X., Zhou, C., et al. (2006). Old-growth forests can accumulate carbon in soils. *Science.* 314:1417. doi: 10.1126/science.1130168

Zlonis, E. J., and Niemi, G. J. (2014). Avian communities of managed and wilderness hemiboreal forests. *Forest Ecol. Manag.* 328, 26–34. doi: 10.1016/j.foreco.2014.05.017

**Conflict of Interest Statement:** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Copyright © 2019 Moomaw, Masino and Faison. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

Ex. 6 Page 84 of 105

AR 28283

# Postfire Logging in Riparian Areas

GORDON H. REEVES,* PETER A. BISSON,† BRUCE E. RIEMAN,‡ AND LEE E. BENDA§

*U.S. Department of Agriculture Forest Service, Pacific Northwest Research Station, Forestry Science Laboratory, 3200 SW Jefferson Way, Corvallis, OR 97331, U.S.A., email greeves@fs.fed.us
†U.S. Department of Agriculture Forest Service, Olympia Forestry Sciences Laboratory, 3625 SW 93rd Avenue, Olympia, WA 98512-9193, U.S.A.
‡U.S. Department of Agriculture Forest Service, Rocky Mountain Research Station, 322 E. Front Street, Suite 401, Boise, ID 83702, U.S.A.
§Earth Systems Institute, 310 N. Mt. Shasta Boulevard, Suite 6, Mt. Shasta, CA 96067, U.S.A.

**Abstract:** *We reviewed the behavior of wildfire in riparian zones, primarily in the western United States, and the potential ecological consequences of postfire logging. Fire behavior in riparian zones is complex, but many aquatic and riparian organisms exhibit a suite of adaptations that allow relatively rapid recovery after fire. Unless constrained by other factors, fish tend to rebound relatively quickly, usually within a decade after a wildfire. Additionally, fire and subsequent erosion events contribute wood and coarse sediment that can create and maintain productive aquatic habitats over time. The potential effects of postfire logging in riparian areas depend on the landscape context and disturbance history of a site; however, available evidence suggests two key management implications: (1) fire in riparian areas creates conditions that may not require intervention to sustain the long-term productivity of the aquatic network and (2) protection of burned riparian areas gives priority to what is left rather than what is removed. Research is needed to determine how postfire logging in riparian areas has affected the spread of invasive species and the vulnerability of upland forests to insect and disease outbreaks and how postfire logging will affect the frequency and behavior of future fires. The effectiveness of using postfire logging to restore desired riparian structure and function is therefore unproven, but such projects are gaining interest with the departure of forest conditions from those that existed prior to timber harvest, fire suppression, and climate change. In the absence of reliable information about the potential consequence of postfire timber harvest, we conclude that providing postfire riparian zones with the same environmental protections they received before they burned is justified ecologically. Without a commitment to monitor management experiments, the effects of postfire riparian logging will remain unknown and highly contentious.*

**Keywords:** fire behavior, riparian habitat restoration, riparian management, timber harvest, wildfire

Cosecha de Madera Post Fuego en Áreas Ribereñas

**Resumen:** *Revisamos el comportamiento del fuego no controlado en zonas ribereñas, principalmente en el oeste de Estados Unidos, y las consecuencias ecológicas potenciales de la cosecha de madera post fuego. El comportamiento del fuego en zonas ribereñas es complejo, pero muchos organismos acuáticos y ribereños tienen un conjunto de adaptaciones que permiten una recuperación relativamente rápida después del fuego. A menos que otros factores los constriñan, los peces tienden a rebotar rápido relativamente, generalmente antes de una década después de un fuego no controlado. Adicionalmente, el fuego y los eventos de erosión subsecuentes aportan madera y sedimentos gruesos que pueden crear y mantener hábitats acuáticos. Los efectos potenciales de la cosecha de madera post fuego en áreas ribereñas dependen del contexto del paisaje y de la historia de perturbaciones de un sitio; sin embargo, la evidencia disponible sugiere dos implicaciones claves para la gestión: (1) el fuego en áreas ribereñas crea condiciones que no requieren de intervención para sostener la productividad de la red acuática a largo plazo y (2) la protección de áreas ribereñas quemadas da prioridad a lo que queda en lugar de lo que es removido. Se requiere investigación para determinar el efecto de la cosecha de madera post fuego sobre la dispersión de especies invasoras y la vulnerabilidad de bosques*

*Paper submitted October 19, 2004; revised manuscript accepted April 22, 2006.*

Conservation Biology Volume 20, No. 4, 994–1004
©2006 Society for Conservation Biology
DOI: 10.1111/j.1523-1739.2006.00502.x

AR 28284

*al surgimiento de enfermedades e insectos y la forma en que la cosecha de madera post fuego afectará la frecuencia y comportamiento de incendios futuros. Por lo tanto, la efectividad de la utilización de cosecha de madera post fuego para restaurar la estructura y función ribereña no está probada, pero tales proyectos están ganando interés con la pérdida de condiciones forestales que existían antes de la cosecha de madera, la supresión de fuego y del cambio climático. En ausencia de información confiable sobre la consecuencia potencial de la cosecha de madera post fuego, concluimos que se justifica ecológicamente proporcionar la misma protección ambiental a las zonas ribereñas que recibían antes de ser quemadas. Sin el compromiso de monitorear experimentos de gestión, los efectos de la cosecha de madera post fuego en zonas ribereñas permanecerán desconocidos y altamente contenciosos.*

**Palabras Clave:** comportamiento del fuego, cosecha de madera, fuego no controlado, gestión ribereña, restauración de hábitat ribereño

## Introduction

Riparian zones are important interfaces between terrestrial and aquatic ecosystems, areas where materials are transferred back and forth between land and water and where terrestrial plant and animal communities strongly influence the physical features and biological productivity of rivers and lakes (Fig. 1). Riparian management is often controversial because natural resource objectives for land and water may be at odds (e.g., trees for commodity production vs. trees for aquatic and riparian habitat) (Naiman et al. 2005). Regulatory guidelines for riparian zones usually represent compromises between the demands of forest managers and fish and wildlife managers (Masonis & Bodi 1998), but the tension between interests continues to spark scientific and political discussion. Equally controversial has been the debate between a perceived need to actively manage dysfunctional riparian areas to restore desired conditions and alternative strategies that emphasize passive riparian recovery.

Perhaps nowhere have these controversies been more apparent than in the issue of postwildfire logging on public lands in western North America. The widely read "Beschta Report" (Beschta et al. 1995) and subsequent review (Beschta et al. 2004) emphasize the importance of considering natural recovery processes in postfire planning. The Beschta Report has been cited in many legal challenges to agency plans for salvage logging. Although many of the management recommendations in the report pertain to uplands, the authors specifically argue against postfire salvage logging in riparian zones by any means. In the decade since the Beschta Report, some have argued that salvage logging can and should occur in riparian areas, and both the federal 1995 Salvage Rider Bill and Healthy Forest Restoration Act of 2003 allow for active management of these sensitive areas after fires.

Despite the strong rhetoric that has accompanied debates over salvage logging in riparian zones, the efficacy of postfire salvage and restoration activities is poorly known. Aside from documenting immediate changes after salvage and salvage-related activities (e.g., road construction), few, if any, projects contain provisions for monitoring the ecological effects of a riparian salvage action. As a result, managers continue to face uncertainty about whether their projects are having the desired effect. Habitat protection and water-quality regulations constrain the types and extent of activities that can occur within riparian areas, and the presence of fish populations listed under the U.S. Endangered Species Act (ESA) or given other legal status because of low or declining numbers may further restrict options for riparian management activities in the western United States (Rieman et al. 2000). Options for managers to respond to the effects of disturbances such as wildfire in riparian areas are therefore limited.

Salvage logging following wildfire is viewed as a way of recovering economic value, leveraging funds for restoration work, or directly ameliorating adverse fire effects (McIver & Starr 2001). Results of studies on the effects of postfire salvage logging on terrestrial organisms have been mixed; some organisms show no response, some increase (e.g., Blake 1982; Haim & Izhaki 1994), and others decline (Saab & Dudley 1998). We reviewed the available scientific literature on the effects of wildfire on riparian and aquatic ecosystems. Based on the review and our collective experience, we identify potential ecological effects of salvage logging in riparian areas in western North America.

## Fire Effects on Riparian Zones and Aquatic Ecosystems

Boundaries of riparian ecosystems vary longitudinally and laterally throughout the channel network according to position in the watershed and a variety of biophysical factors (Naiman et al. 1998). The ecological influence of riparian zones is often disproportionately larger than their spatial extent, particularly in drier climates. Ecological functions (Fig. 1) associated with riparian systems along perennial streams include wood recruitment, moderation of shade for light and water temperature, litter input (which serves as the major component of the trophic base of stream ecosystems), and enhanced bank structure and stability.



Figure 1. *The degree to which key ecological functions of trees in riparian areas are protected as a function of the width of the riparian management area. Site potential tree height is the average maximum height of a 200-year-old tree of the dominant species in a given location (modified from FEMAT 1993).*



Figure 2. *Fire mortality map of the 2003 B&B fire in Deschutes National Forest, Oregon. Riparian zones adjacent to perennial streams, particularly in unconstrained valleys, tended to suffer lower tree mortality than severely burned uplands.*

Riparian areas are also important habitats for numerous wildlife species (Kelsey & West 1998).

Until recently, riparian management focused on perennial or fish-bearing streams; now there is growing recognition that important riparian functions extend to intermittent streams and streams that do not contain fish (Naiman & Latterell 2005). These streams may comprise 70% or more of the stream network and provide a suite of ecological functions to fish-bearing streams that include sources of large wood (Benda et al. 2002, 2003*a*; Reeves et al. 2003), coarse sediment (Benda & Dunne 1987), cool water, nutrients (Wipfli & Gregovich 2002), and invertebrates (Wipfli & Gregovich 2002), as well as habitat for many headwater amphibians (Meyer & Wallace 2001). Ecological connections between the fish-bearing and nonfish-bearing streams are maintained by stochastic events (Gomi et al. 2002), such as landslides, hillslope failures, and floods that may occur following a wildfire (Benda et al. 2003).

Numerous researchers have examined the behavior and effect of fire on upland ecosystems in western North America, but there are few studies of fire in riparian areas. These few studies focused on riparian zones along perennial streams (e.g., Olson 2000; Everett et al. 2003), and their results varied with geographic location. In general, the frequency and intensity of fires in riparian areas (following the definitions of Agee [1993]) are less than in adjacent upslope areas (Fig. 2). Differences between fire effects on riparian and upland areas tend to be reduced in regions with more frequent, less severe fires compared with locations where the fire-return interval is longer and fires more severe. The behavior of fire in riparian areas along intermittent and ephemeral headwater streams has

not been studied, perhaps because inclusion of these areas as part of the riparian network is only beginning to be recognized. In the absence of direct study, we assume the effects of fire on the riparian zones of ephemeral and intermittent streams are similar to the effects on upland plant communities, but additional research is needed.

Local topography, microclimatic conditions (which are influenced largely by the proximity to water and the size of the stream), presence of saturated soils, and watershed orientation all influence fire characteristics (Brosofske et al. 1997). Moister, cooler microclimates can lower the intensity, severity, and frequency of fires in riparian areas. Wind speed is often lower than in surrounding uplands, which favors less severe fires, decreased flame lengths, and lower fireline intensity (Dwire & Kauffman 2003). Fire intensity may be exacerbated under extreme weather conditions where steep terrain, narrow canyons, and fuel-rich riparian corridors act as "chimneys" that promote severe fire behavior (Kauffman 2001). Although direct evidence is sparse and accounts are primarily anecdotal, under extreme conditions hot convective smoke columns stimulated by orographic features such as steep, narrow canyons may occasionally collapse, smothering a large area with volatile gases that can combust or cause widespread tree mortality without burning. In contrast, unconstrained stream reaches (i.e., reaches with low gradients and wide valley floors [Gregory et al. 1989]) may act as firebreaks, reducing fire intensity and slowing the rate of spread (Dwire & Kauffman 2003). Occasionally, however, riparian zones in unconstrained stream reaches can burn with high intensity, particularly where drought conditions have resulted in lower water tables and an abundance of highly combustible invasive plants (Bess et al. 2002).

EX. 6 Page 87 of 105

AR 28286

Riparian plants exhibit a suite of adaptations that allow relatively rapid recovery after fire. Adaptations include epicormic and basal sprouting, windborne and water-dispersed seeds, refractory seeds buried in the soils, and on-plant seed storage. Trees such as ponderosa pine (*Pinus ponderosa* Dougl. ex Laws.) and coastal redwood (*Sequoia sempervirens* Lamb. ex D. Don) have thick bark that protects the cambium from heat damage during low and moderate-severity fires (Miller 2000). Increases in soil moisture, higher riparian water tables, and elevated summer flows due to reduced evapotranspiration after fires also accelerate recovery in riparian areas, particularly among phreatophytic species of grasses, forbs, and hardwoods. Nevertheless, the resiliency of riparian vegetation may be compromised by previous management activities (Beschta et al. 2004).

Fire can profoundly influence aquatic ecosystems (Gresswell 1999). Immediate effects of severe fires that burn through riparian areas and across small streams include high mortality or emigration of fishes and other organisms caused by direct heating and changes in water chemistry (Minshall et al. 1997; Rieman & Clayton 1997; Spencer et al. 2003). In-channel wood often declines immediately after intense fires (Berg et al. 2002). Consequences of the loss of vegetation and reduced infiltration capacity of soils include increased surface erosion, changes in the timing and amount of runoff, elevated stream temperatures, and changes in the morphology of stream channels (Wondzell & King 2003). The nature of these changes depends on the extent, continuity, and severity of the fire and on lithology, landform, and local climate (Swanson et al. 1988; Luce 2005). A severe fire burning through dense fuels can produce extensive areas of hydrophobic soils (DeBano et al. 1998), although this condition is often transitory. A large rainstorm following closely after a severe fire in steep, highly dissected terrain can result in massive erosion, debris torrents, and hyperconcentrated flows that reconfigure mountain streams and deposit large volumes of sediment in lower gradient reaches. This natural process has strongly influenced the development of watershed topography throughout western North America.

Even in cases where the physical effects of fire are pronounced, whether fire constitutes an ecological catastrophe should be treated as a matter of context and scale. For example, most fish populations rebounded relatively quickly after fires near Boise, Idaho, in part through recolonization from nearby unburned reaches of stream (Rieman & Clayton 1997). Approximately 10 years after the fires, there was little evidence that fish communities in streams in burned watersheds were fundamentally different from similar-sized unburned streams (B. Rieman, unpublished data). Fires may result in increased aquatic productivity by stimulating primary and secondary production (Minshall 2003; Spencer et al. 2003), which may

ameliorate otherwise stressful conditions for fish (e.g., high temperatures).

Over time scales of tens to hundreds of years, large disturbances have been common in landscapes of western North America. Aquatic organisms have evolved adaptive mechanisms such as reproductive dispersal and variation in life-history patterns that allow them to "spread the risk" of exposure to severe environmental disturbances and recover quickly after them (Dunham et al. 2003). Although it is easy to interpret a severe burn in a riparian area as a catastrophe, results of most studies show that short-term effects of fire on aquatic communities are transitory, unless those systems are already seriously impaired by habitat loss, fragmentation, or other effects. Fire and subsequent erosion contribute wood and coarse sediment that create and maintain productive aquatic habitats (Reeves et al. 1995; Benda et al. 2003). Debris-flow deposits at tributary junctions produce heterogeneity in channel structure and increased habitat complexity (Benda et al. 2003). Natural disturbances interacting with complex terrain produce a changing mosaic of habitat conditions in both terrestrial and aquatic systems (Miller et al. 2003). Disturbance-mediated variation in space and time is important to maintaining biological diversity and, ultimately, the resilience and productivity of many aquatic populations and communities (Poff & Ward 1990).

## Incorporating Disturbance Considerations into Riparian Management

To estimate the potential effect of salvage logging in riparian areas, it is necessary to consider stream networks and processes that structure aquatic ecosystems. Watershed processes have been hypothesized as continuously variable and spatially predictable, with the implication that biophysical changes along an upstream–downstream gradient could be easily modeled (Vannote et al. 1980). Recent evidence suggests that changes in the characteristics of streams in space and time are punctuated by occasional disturbances (Montgomery 1999; Rice et al. 2001), leading to a drainage network in disturbance-prone areas that appears more patch-like than continuously variable (Wiens 2002). Viewing stream systems as patchy networks rather than as linear systems provides a more accurate portrayal of the processes that link riparian and aquatic ecosystems in western North America (Fausch et al. 2002; Benda et al. 2004). The potential effects of salvage logging in riparian areas are therefore dependent on the landscape context and disturbance history of a site. Periodic disturbances are necessary to maintain a full range of ecosystem conditions through time (Lugo et al. 1999). The mosaic of riparian habitats created by fires, floods, forest diseases, and other disturbances provides opportunities for different communities of plants and

Conservation Biology
Volume 20, No. 4, August 2006

AR 28287

animals as well as for expression of a variety of life histories and phenotypes. Attempts to manage disturbance-prone ecosystems as steady states have generally been unsuccessful, resulting in unintended consequences when new disturbances alter successional trajectories and favored life cycles (Holling 1973).

An appreciation of the role of natural disturbances in structuring aquatic and riparian ecosystems is emerging within the management community. Understanding natural cycles of disturbance and recovery is necessary for developing locally appropriate management policies for postfire activities, whether emergency habitat rehabilitation or timber salvage. We suggest that current ecological insights have two implications for salvage logging: (1) fire in riparian areas creates a set of conditions that may not need to be "fixed" in order to sustain the long-term productivity of aquatic ecosystems in a watershed and (2) ecological protection of burned riparian areas should consider foremost what is left rather than what is removed.

## Riparian Resilience

Riparian ecosystems are likely to be resilient after disturbance when environmental changes fall within the natural range of conditions that were expressed before the disturbance event and where biophysical processes reestablish the full range of functions and structures that existed through time. Reduced resilience constrains the diversity of conditions that can be exhibited over time, the present range of conditions in a particular ecological state, or both (Frissell et al. 1997). Biological consequences of reduced resilience may include extirpation of some species and increases in other species favored by available conditions, including invasive species (Harrison & Quinn 1989; Reeves et al. 1993). The cumulative impact of wildfire and subsequent salvage logging may affect some species but not others (Lindenmayer et al. 2004).

Ecosystem resilience is strongly influenced by the "legacy" that remains following a disturbance (Franklin et al. 2000; Lindenmayer & Franklin 2002). In forested riparian areas, the primary physical legacies are dead trees (downed and standing), live trees, and coarse sediment of varying characteristics. Biological legacies include surviving plants, animals, and propagules of the previous forest (Lindenmayer & Franklin 2002). These legacies set the stage for riparian recovery after fire by providing habitat for opportunistic species that colonize disturbed areas and by providing a template for the reassembly of a new riparian community. Wildfires typically leave large amounts of downed and standing trees that provide seed sources and substrate for future riparian forests, habitat for a variety of organisms (e.g., amphibians and cavity-nesting birds), and a source of large wood for streams. Wood is delivered to streams episodically, along with sediment, through landslides and streambank erosion (Benda et al. 1998; Benda & Sias 2003), providing structural elements that promote pool formation, sediment terraces, and a diversity of aquatic habitats. Removal of large wood from riparian areas and adjacent unstable hillslopes limits the future recruitment of this material to stream channels.

The more management activities depart from the disturbance regime under which a riparian area developed, the less likely the riparian zone will be able to return to premanagement conditions (Lindenmayer & Franklin 2002). The challenge for managers is to implement fire-related actions that complement natural recovery processes in terms of physical and biological legacies and the frequency and severity of natural disturbance events, to the extent possible. An equally important challenge is to establish long-term monitoring programs so that the efficacy of postfire projects, such as salvage logging and the U.S. Forest Service's Burned Area Emergency Rehabilitation (BAER) program, can be evaluated. Currently, data on the effects of salvage logging on aquatic and riparian ecosystems are lacking primarily because long-term monitoring programs are absent.

## Potential Postfire Impacts

Effects of salvage logging in riparian zones will be expressed primarily through the number and size of trees that are left and the extent of direct and indirect impacts of the salvage operations on plants and animals that persist after the fire. Available scientific evidence suggests that the more trees retained and the more the impacts to survivors are minimized, the more resilient the riparian ecosystem will be (Bisson et al. 2003). Fish populations may rebound from fire impacts relatively quickly (Rieman & Clayton 1997; Dunham et al. 2003). This is likely related to the development of favorable habitat conditions resulting, at least partially, from the recruitment of large wood to streams. Wood that enters channels following fires in riparian areas will, in many cases, be the main source of wood for the stream (Fig. 3) until trees in the postfire stand reach a sufficient size to be effective in creating habitat, which may take decades to centuries (Beechie 2000). Brown et al. (2003) suggest that there could be an excess of coarse wood following severe fire in unnatural forest stands (i.e., increased density of small trees through fire suppression), but we are not aware of similar evidence in riparian forests. In fact, reducing the amount of wood that can be delivered to channels by postfire logging may exacerbate the negative effects of fires and delay the improvement of fish habitats that already may be deficient in wood because of past management practices.

Amphibian populations may be negatively affected by the removal of trees from burned riparian zones, particularly in dry forests. Downed wood, particularly with large-diameter boles, provides high-moisture microhabitats and

EX. 6 Page 89 of 105

AR 28288



*Figure 3. Recruitment of large wood to stream channel in Payette National Forest, Idaho, following wildfire (photo by Payette National Forest staff member).*

reproductive sites for many riparian-associated amphibians (Pilliod et al. 2003). Loss of these microhabitats may further exacerbate the effects of the fire and impede the potential recovery of amphibian populations.

Removal of large wood also influences short- and long-term erosional processes. Over time, headwater depressions and channels fill with material from the surrounding hillslopes, including large wood that falls into these channels forming obstructions behind which sediments accumulate (Benda & Cundy 1987; May & Gresswell 2003). These areas are evacuated when a debris flow delivers the material to larger channels downstream. The cycle of filling and emptying creates pulses of coarse sediment and wood that move down the channel network (Benda et al. 1998), replenishing structural habitat elements that maintain the long-term productivity of stream ecosystems (Reeves et al. 1995). Salvaging trees that have accumulated in headwater depressions and small ephemeral channels thus removes an important source of wood for larger streams and reduces the sediment storage capacity of small catchments. This may result in chronic routing of sediment out of headwater streams, leading to downstream channels that are sediment rich and have lost habitat complexity (Beschta et al. 2004). The presence of large wood eroded from headwater catchments also influences the runout length of debris flows (Lancaster et al. 2003). Debris flows without wood often move faster and travel longer distances than those with wood and are less likely to stop high in the stream network.

Downed wood in burned riparian zones traps fine sediment before it erodes to channels and intrudes into stream substrates (Wondzell & King 2003). The presence of downed wood may be particularly important in areas where chronic overland erosion occurs. Soil disturbance and compaction caused by ground-based harvesting and

yarding (movement of cut timber) may exacerbate the effects of the fire on surface erosion and riparian-associated plants and animals. These impacts can potentially be reduced by using helicopter logging or full-suspension cable yarding (Beschta et al. 2004).

Removing surviving riparian trees (Fig. 4) and the boles of dead trees decreases shade and thus can result in increases in postfire stream temperatures. Additionally, activities associated with tree removal (e.g., felling, skidding, and road building) retard the recovery of shading vegetation. Although water temperatures increase following wildfires (Helvey 1972; Minshall et al. 1997), predicting the biological consequences of such changes is difficult (Beschta et al. 1987). Where temperatures are already marginally suitable for aquatic organisms, further increases could lead to local extirpations. In areas where low water temperatures limit primary production, some warming that remains within ranges favorable to organisms of interest may increase productivity (Minshall et al. 1989).

Even slight increases in stream temperature that are well within the thermal tolerance of many species can have important ecological consequences. For example, increased water temperature led to an elevated abundance of aquatic invertebrates that resulted in higher growth rates of coho salmon (*Oncorhynchus kisutch*) following limited riparian timber harvest in Carnation Creek, British Columbia. Overall, however, survival and production of young salmon ultimately declined because increased growth led to earlier seaward migrations that were no longer matched to productivity cycles in the ocean (Holtby 1988). Franco and Budy (2004) found that cutthroat trout (*O. clarki*) in streams where the average summer temperature is 12° C have a greater incidence of whirling disease than trout in streams where the average



*Figure 4. Large live trees serving as an important ecological "bridge" that maintains stream habitat as the new postfire forest develops (photo by P.A. Bisson).*



*Figure 5. A new road (center) built for salvage logging and fuels management that is restricting dispersal of aquatic organisms and thus directly influencing the resilience of aquatic communities (photo by D. Powell).*

summer temperature is below 9.5° C. Isaak and Hubert (2004) found that trout abundance varies nonlinearly with summer stream temperature, with highest abundance at intermediate temperatures and reduced abundance associated with both warm and cold conditions. Salvage logging in riparian areas potentially exacerbates thermal maxima by reducing shade and lowers thermal minima by increasing long-wave radiation loss at night (Beschta et al. 1987). Unfortunately, we are aware of no investigations that specifically address the effect of postfire salvage logging on stream temperature in western North America, although virtually all watershed studies involving logging in riparian zones have documented water temperature increases after harvest.

Roads, including temporary roads, built to facilitate salvage logging can result in increased erosion (Furniss et al. 1991), affecting aquatic organisms and their habitats (Trombulak & Frissell 2000; Buffington et al. 2002). Roads can impinge directly on a stream, constraining the channel and reducing floodplain connections or crossing the stream (Fig. 5) and creating an additional source of erosion and a potential barrier to movement of aquatic organisms. Barriers that restrict or eliminate dispersal and full expression of life histories may preempt recolonization of vacant habitats or restrict demographic support of populations depressed by immediate and subsequent

effects of fires (Rieman & Clayton 1997; Dunham et al. 2003).

## Need for Riparian Management Experiments

Apparently, no studies have specifically tested the proposed benefits of postfire salvage logging as a measure of riparian restoration. Additionally, we are unaware of research directed at determining whether salvage logging in riparian areas reduces the spread of invasive species, lowers the vulnerability of upland forests to insect and disease outbreaks, or lessens the frequency or severity of future fires. In the absence of such studies, we conclude that there is little ecological justification not to provide postfire riparian zones with the same environmental protections they received before fire. Nevertheless, we acknowledge that the current lack of data limits our ability to identify areas where active postfire riparian management, including salvage operations, can confer long-term benefits to aquatic resources and riparian-associated wildlife. Western landscapes, including many places considered relatively pristine, bear the long-term legacies of

previous land uses (Foster et al. 2003), and these legacies continue to shape recovery trajectories in burned riparian ecosystems. As a matter of policy, treating active versus passive postfire riparian management as a blanket either-or choice constrains the ability of managers to apply appropriate restoration strategies to different field situations. Without controlled experimentation, however, the ecological benefit of salvage logging in riparian areas will remain highly contentious.

The justification used most often for postfire logging has been to recoup the economic value of fire-killed trees or to lessen the threat of further disturbances to human infrastructure and safety. Salvage plans often contain provisions to minimize ecological risks, and postfire logging can target certain ecological benefits (McIver & Starr 2001). Managers typically attempt to determine whether social and economic benefits outweigh the ecological risks associated with logging and, if they do, plan salvage operations that address specific environmental concerns. Where ecological risks are clearly limited (e.g., where the area in question already bears a legacy of heavy environmental damage) or where human values are clearly dominant (e.g., at the wildland–urban interface), this analysis may favor postfire logging. Where ecological risks of timber salvage are high, the trade-offs become much more problematic. Use of modern logging systems may minimize the effects of ground-disturbing activities, and new analytical methods can be used to evaluate short-term risks of salvage-related erosion (e.g., Elliot & Miller 2002). Nevertheless, long-term implications of postfire logging for riparian forest development, large wood recruitment, and stream food webs have not been investigated adequately. Controlled field experiments and development of more realistic models incorporating nutrient, sediment, and wood dynamics (e.g., Benda & Sias 2003) are needed to clarify these issues.

The use of postfire salvage logging to restore desired ecological structure and function is unproven, but the prospect of doing so is gaining interest with the departure of forest conditions from those that existed prior to timber harvest, fire suppression, and climate change (Hessburg & Agee 2003). In essence, the concern is that climate change and past management have led to such dramatic changes in forest structure and composition that fuel loads and fire behavior are well outside the range of natural variability (Brown et al. 2003). Postfire logging has been suggested as a possible tool to improve ecological conditions through (1) reduction of the potential for catastrophic "reburn" (Brown et al. 2003); (2) break-up of hydrophobic soils and reduction of potential surface erosion by adding slash (Poff 1996); and (3) reestablishment of vegetative assemblages to further the development of structurally complex forest communities (Sessions et al. 2004).

Some type of postfire logging might directly mitigate the potential for subsequent disturbance that could dam-

age aquatic communities, at least in the short term. We previously described the role and potential benefits of disturbance in aquatic ecosystems, but situations may exist where a major disturbance subsequent to a large fire could be catastrophic for endangered species. This is most likely to be an issue where such species have declined or become isolated because of past habitat loss and fragmentation (Bisson et al. 2003). Unfortunately, reburn probability and reburn fire behavior are understood mostly in theory (e.g., Brown et al. 2003); there is little empirical evidence that would be useful for evaluating risks. We face similar limitations in understanding the distribution and temporal dynamics of hydrophobic soils, especially in riparian areas. For these reasons, field trials to test postfire logging as a tool to mitigate reburn potential and reduce hydrophobic soils should avoid areas with sensitive aquatic species until their efficacy has been demonstrated in watersheds where risks to native species are less critical.

With regard to reestablishing desired vegetative conditions, many riparian areas and their associated ecological processes are currently degraded or compromised by past and recent management activities (Hicks et al. 1991). Some suggest that thinning could be used to enhance the long-term recruitment of large wood to streams (Rainville et al. 1985), a key ecological process, because it would increase the growth of remaining trees and hasten the recruitment of larger trees to streams. Although these ideas are intriguing, evidence is largely confined to models of upland forest stands (e.g., Sessions et al. 2004), and we await silvicultural trials in postfire riparian areas.

In each of these cases, managers may have concerns and rationales that argue for the benefits of logging after wildland fires. Still, empirical evidence of the efficacy of postfire treatments in these complex ecosystems is largely lacking, and predicting the long-term response of such projects is almost impossible at present. Arguments against postfire riparian logging seem equally valid without more research. Perceived risks and benefits of postfire actions in riparian zones will usually guide the resolution of debates until controlled field studies are undertaken across a variety of fire-prone areas. Changing climate, the potential for more frequent severe fires in the future (McKenzie et al. 2004), and a growing concern over protecting sensitive species (Rieman et al. 2003) suggest this is an issue that will not soon disappear. Thoughtful experimentation in the context of adaptive management provides a mechanism to inform the debate (Bisson et al. 2003). Long-term studies that explore the use of postfire logging in riparian areas for either socioeconomic or ecological reasons will be possible in a wide range of environments in coming years. If those involved in the discussion over postfire riparian logging fail to take advantage of that opportunity, the debates will hinge on beliefs instead of data.

## Acknowledgments

We thank the Pacific Northwest Research Station and the Rocky Mountain Research Station, U.S. Department of Agriculture Forest Service, for support. We also thank G. Contreras, C. Frissell, G. Ice, D. Lindenmayer, and an anonymous referee for helpful comments on an earlier draft. R. Beschta and K. Burnett also shared some useful ideas on managing postfire riparian zones while the paper was being prepared. T. Lowry provided editorial assistance. We thank B. Galleher and K. Ronnenberg for graphical assistance.

## Literature Cited

Agee, J. K. 1993. Fire ecology in the Pacific Northwest forests. Island Press, Washington, D.C.

Beechie, T. J. 2000. Modeling recovery rates and pathways for woody debris recruitment in northwestern Washington streams. North American Journal of Fisheries Management 20:436–452.

Benda, L. E., P. Bigelow, and T. M. Worsley. 2002. Recruitment of wood to streams in old-growth and second-growth redwoods forests, northern California, U.S.A. Canadian Journal of Forest Research 32:1460–1477.

Benda, L. E., and T. W. Cundy. 1987. Predicting deposition of debris flows in mountain channels. Canadian Geotechnical Journal 27:409–417.

Benda, L. E., and T. Dunne. 1987. Sediment routing by debris flow. International Association for Hydrological Sciences 165:457–466.

Benda, L. E., D. Miller, P. Bigelow, and K. Andras. 2003. Effects of postwildfire erosion on channel environments, Boise River, Idaho. Forest Ecology and Management 178:105–119.

Benda, L. E., D. J. Miller, T. Dunne, G. H. Reeves, and J. K. Agee. 1998. Dynamic landscape systems. Pages 261–288 in R. J. Naiman and R. E. Bilby, editors. River ecology and management: lessons from the Pacific coastal ecoregion. Springer, New York.

Benda, L. E., N. L. Poff, D. Miller, T. Dunne, G. Reeves, G. Pess, and M. Pollack. 2004. The network dynamics hypothesis: how channel networks structure riverine habitats. BioScience 54:413–427.

Benda, L. E., and J. C. Sias. 2003. A quantitative framework for evaluating the mass balance of in-stream organic debris. Forest Ecology and Management 17:1–16.

Benda, L. E., C. Veldhuisen, and J. Black. 2003a. Influence of debris flows on the morphological diversity of channels and valley floor, Olympic Peninsula, Washington. Geological Society of America Bulletin.

Berg, N. H., D. Azuma, and A. Carlson. 2002. Effects of wildfire on in-channel woody debris in the Eastern Sierra Nevada, California. Pages 49–63 in W. F. Laudenslayer Jr., P. J. Shea, B. E. Valentine, C. P. Weatherspoon, and T. E. Lisle, technical coordinators. Proceedings of the symposium on the ecology and management of dead wood in western forests, 1999. General technical report PSW-GTR-181. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station, Albany, California.

Beschta, R. L., R. E. Bilby, G. W. Brown, L. B. Holtby, and T. D. Hofstra. 1987. Stream temperatures and aquatic habitat: fish and forestry interactions. Pages 191–232 in E. O. Salo and T. W. Cundy, editors. Streamside management: forestry and fishery interactions. Contribution 57. Institute of Forestry Resources, University of Washington, Seattle.

Beschta, R. L., C. A. Frissell, R. Gresswell, R. Hauer, J. R. Karr, G. W. Minshall, D. A. Perry, and J. J. Rhodes. 1995. Wildfire and salvage logging: recommendations for ecologically sound post-fire logging and other post-fire treatments on federal lands in the west. Pacific Rivers Council, Portland, Oregon.

Beschta, R. L., J. J. Rhodes, J. B. Kauffmann, R. E. Gresswell, G. W. Minshall, J. R. Karr, D. A. Perry, F. R. Hauer, and C. A. Frissell. 2004. Postfire management on forested public lands in the western United States. Conservation Biology 18:957–967.

Bess, E. C., R. R. Parmenter, S. McCoy, and M. C. Molles Jr. 2002. Responses of a riparian forest-floor community to wildfire in the Middle Rio Grande Valley, New Mexico. Environmental Entomology 31:774–784.

Bisson, P. A., B. E. Rieman, C. Luce, P. F. Hessburg, D. C. Lee, J. L. Kershner, G. H. Reeves, and R. E. Gresswell. 2003. Fire and aquatic ecosystems of the western USA: current knowledge and key questions. Forest Ecology and Management 178:213–229.

Blake, J. G. 1982. Influence of fire and logging on nonbreeding bird communities of ponderosa pine forests. Journal of Wildlife Management 46:404–415.

Brosofske, K. D., J. Chen, R. J. Naiman, and J. F. Franklin. 1997. Harvesting effects on microclimatic gradients from small streams to uplands in western Washington. Ecological Applications 7:1188–1200.

Brown, J. K., E. D. Reinhardt, and K. A. Kramer. 2003. Coarse woody debris: managing benefits and fire hazard in the recovering forest. General technical report RMRS-GTR-105. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, Colorado.

Buffington, J. M., T. E. Lisle, R. D. Woodsmith, and S. Hilton. 2002. Controls on the size and occurrence of pools in coarse-grained forest rivers. River Research and Applications 18:507–531.

DeBano, L. F., D. G. Neary, and P. F. Folliott. 1998. Fire's effect on ecosystems. Wiley & Sons, New York.

Dunham, J. B., M. Young, R. Gresswell, and B. E. Rieman. 2003. Effects of fire on fish populations: landscape perspectives on persistence of native fishes and non-native fish invasions. Forest Ecology and Management 178:183–196.

Dwire, K. A., and J. B. Kauffman. 2003. Fire and riparian ecosystems in landscapes of the western USA. Forest Ecology and Management 178:61–74.

Elliot, W. J., and I. S. Miller. 2002. Estimating erosion impacts from implementing the National Fire Plan. ASAE meeting paper 02–5011. American Society of Agricultural Engineers, St. Joseph, Michigan.

Everett, R., R. Schellhaas, P. Ohlson, D. Spurbeck, and D. Keenum. 2003. Continuity in fire disturbance between riparian and adjacent sideslope Douglas-fir forest. Forest Ecology and Management 175:31–47.

Fausch, K. D., C. E. Torgerson, C. V. Baxter, and H. W. Li. 2002. Landscapes to riverscapes: bridging the gap between research and conservation of stream fishes. BioScience 52:1–16.

FEMAT (Forest Ecosystem Management Assessment Team). 1993. Forest ecosystem management: an ecological, economic, and social assessment. U.S. Department of Agriculture, Department of the Interior [and others], Portland, Oregon.

Foster, D., F. Swanson, J. Aber, I. Burke, N. Brokaw, D. Tilman, and A. Knapp. 2003. The importance of land-use legacies to ecology and conservation. BioScience 53:77–88.

Franco, E. D., and B. Budy. 2004. Linking environmental heterogeneity to the distribution and prevalence of *Myxoblus cerbralis*: a comparison of sites in a northern Utah watershed. Transactions of the American Fisheries Society 133:1176–1189.

Franklin, J. F., D. B. Lindenmayer, J. A. MacMahon, A. McKee, J. Magnusson, D. A. Perry, R. Waide, and D. R. Foster. 2000. Threads for continuity: ecosystem disturbances, biological legacies, and ecosystem recovery. Conservation Biology in Practice 1:8–16.

Frissell, C. A., W. J. Liss, R. E. Gresswell, R. K. Nawa, and J. L. Ebersole. 1997. A resource in crisis: changing the measure of salmon management. Pages 411–444 in D. J. Stouder, P. A. Bisson, and R. J. Naiman, editors. Pacific salmon and their ecosystems: status and future options. Chapman and Hall, New York.

Furniss, M., T. D. Roelofs, and C. S. Lee. 1991. Road construction and maintenance. Pages 297–333 in W. R. Meehan, technical editor. Influences of forest and rangeland management on salmonid fishes and

their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Gomi, T., R. C. Sidle, and J. S. Richardson. 2002. Understanding processes and downstream linkages of headwater streams. BioScience **52:**905–916.

Gregory, S. V., G. A. Lamberti, and K. M. S. Moore. 1989. Influence of valley floor land forms on stream ecosystems. Pages 3–8 in D. L. Abell, editor. Proceedings of the California riparian systems conference: protection, management, and restoration for the 1990s, 1988. General technical report PSW-110. U.S. Department of Agriculture Forest Service, Pacific Southwest Forest and Range Experiment Station, Berkeley, California.

Gresswell, R. E. 1999. Fire and aquatic ecosystems in forested biomes of North America. Transactions of the American Fisheries Society **128:**193–221.

Haim, A., and I. Izhaki. 1994. Changes in rodent community during recovery from fire: relevance to conservation. Biodiversity Conservation **3:**573–585.

Harrison, S., and J. F. Quinn. 1989. Correlated environments and the persistence of metapopulations. Oikos **56:**293–298.

Helvey, J. D. 1972. First-year effects of wildfire on water yield and stream temperature in north-central Washington. Pages 308–312 in S. C. Callany, T. G. McLaughlin, and W. D. Striffler, editors. Watersheds in transition. Series 14. American Water Resources Association Proceedings, Urbana, Illinois.

Hessburg, P. F., and J. K. Agee. 2003. An environmental narrative of inland northwest United States forests, 1800-2000. Forest Ecology and Management **178:**23–60.

Hicks, B., J. D. Hall, P. A. Bisson, and J. R. Sedell. 1991. Response of salmonids to habitat changes. American Fisheries Society Special Publication **19:**483–518.

Holling, C. S. 1973. Resilience and stability of ecological systems. Annual Review of Ecological Systems **4:**1–23.

Holtby, L. B. 1988. Effects of logging on stream temperatures in Carnation Creek, British Columbia, and associated impacts on the coho salmon (*Oncorhynchus kisutch*). Canadian Journal of Fisheries and Aquatic Sciences **45:**502–515.

Isaak, D. J., and W. A. Hubert. 2004. Nonlinear response of trout abundance to summer stream temperatures across a thermally diverse montane landscape. Transactions of the American Fisheries Society **133:**1254–1259.

Kauffman, J. B. 2001. Workshop on the multiple influences of riparian/ stream ecosystems on fires in western forest landscapes. Oregon State University, Department of Fisheries and Wildlife, Corvallis. Report submitted to Rocky Mountain Forest and Range Experiment Station, Stream Systems Technology Center, Fort Collins, Colorado. Available from http://www.stream.fs.fed.us/publications/documentsStream.html (accessed October 2005).

Kelsey, K. A., and S. D. West. 1998. Riparian wildlife. Pages 235–258 in R. J. Naiman and R. E. Bilby, editors. River ecology and management: lessons from the Pacific coastal ecoregion. Springer, New York.

Lancaster, S. T., S. K. Hayes, and G. E. Grant. 2003. Effects of wood on debris flow runout in small mountain watersheds. Water Resources Research **39:**1168.

Lindenmayer, D. B., D. R. Foster, J. F. Franklin, M. L. Hunter, R. F. Noss, F. A. Schmiegelow, and D. Perry. 2004. Salvage harvesting policies after natural disturbances. Science **303:**1303.

Lindenmayer, D. B., and J. F. Franklin. 2002. Conserving forest biodiversity: a comprehensive multiscale approach. Island Press, Washington, D.C.

Luce, C. H. 2005. Fire effects on runoff generation process. Pages 1831–1837 in M. G. Anderson, editor. Encyclopedia of hydrological sciences. J. Wiley and Sons, Chichester, United Kingdom.

Lugo, A. E., J. S. Baron, T. P. Frost, T. W. Cundy, and P. Dittberner. 1999. Ecosystem processes and functioning. Pages 219–254 in R. C. Szaro, N. C. Johnson, W. T. Sexton, and A. J. Malk, editors. Ecological stewardship: a common reference for ecosystem management. Volume II. Elsevier Science, Oxford, United Kingdom.

Masonis, R. J., and F. L. Bodi. 1998. River law. Pages 553–571 in R. J. Naiman and R. E. Bilby, editors. River ecology and management: lessons from the Pacific coastal ecoregion. Springer-Verlag, New York.

May, C. L., and R. E. Gresswell. 2003. Processes and rates of sediment and wood accumulation in headwater streams of the central Oregon Coast Range. Earth Surface Processes and Landforms **28:**409–424.

McIver, J. D., and L. Starr. 2001. A literature review on the environmental effects of postfire logging. Western Journal of Applied Forestry **16:**159–168.

McKenzie, D., Z. Gedalof, D. L. Peterson, and P. Mote. 2004. Climate change, wildfire, and conservation. Conservation Biology **18:**890–902.

Meyer, J. L., and J. B. Wallace. 2001. Lost linkages and lotic ecology: rediscovering small streams. Pages 295–317 in M. C. Press, N. J. Huntley, and S. Levins, editors. Ecology: achievement and challenge. Blackwell Science, Oxford, United Kingdom.

Miller, D. J., C. H. Luce, and L. E. Benda. 2003. Time, space, and episodicity of physical disturbance in streams. Forest Ecology and Management **178:**121–140.

Miller, M. 2000. Fire autecology. Pages 9–34 in J. K. Brown and J. K. Smith, editors. Wildland fire and ecosystems: effects of fire on flora, Volume 2. General technical report RMRS-GTR-412. U. S. Department of Agriculture Forest Service, Rocky Mountain Research Station, Ogden, Utah.

Minshall, G. W. 2003. Responses of stream benthic macroinvertebrates to fire. Forest Ecology and Management **178:**155–161.

Minshall, G. W., J. T. Brock, and J. D. Varley. 1989. Wildfires and Yellowstone's stream ecosystems. BioScience **39:**707–715.

Minshall, G. W., C. T. Robison, and D. E. Lawrence. 1997. Postfire responses of lotic ecosystems in Yellowstone National Park, U.S.A. Canadian Journal of Fisheries and Aquatic Sciences **54:**2509–2525.

Montgomery, D. R. 1999. Process domains and the river continuum. Journal of the American Water Resources Association **35:**397–410.

Naiman, R. J., H. Decamps, and M. McClain. 2005. Riparia. Academic Press, New York.

Naiman, R. J., K. L. Fetherston, S. J. McKay, and J. Chen. 1998. Riparian forests. Pages 289–323. in R. J. Naiman and R. E. Bilby, editors. River ecology and management: lessons from the Pacific coastal ecoregion. Springer, New York.

Naiman, R. J., and J. J. Latterell. 2005. Principles for linking fish habitat to fisheries management and conservation. Journal of Fish Biology **67**(Supplement B):166–185.

Olson, D. L. 2000. Fire in riparian zones: a comparison of historical fire occurrence in riparian and upslope forests in the Blue Mountains and southern Cascades of Oregon. M.S. thesis. University of Washington, Seattle.

Pilliod, D. S., R. B. Bury, E. J. Hyde, C. A. Pearl, and P. S. Corn. 2003. Fire and amphibians in North America. Forest Ecology and Management **178:**163–181.

Poff, N. L., and J. V. Ward. 1990. Physical habitat template of lotic systems: recovery in the context of historical pattern of spatial temporal heterogeneity. Environmental Management **14:**629–645.

Poff, R. J. 1996. Effects of silvicultural practices and wildfire on productivity of forest soils. Pages 477–493 in Sierra Nevada ecosystem project: final report to Congress. Volume II. Assessments and scientific basis for management options. Centers for Water and Wildland Resources, University of California, Davis.

Rainville, R. P., S. C. Rainville, and E. L. Lider. 1985. Riparian silvicultural strategies for fish habitat emphasis. Pages 186–189 in Silviculture for wildlife and fish: a time for leadership. Proceedings, Wildlife and Fish Ecology Working Group. Society of American Foresters, Bethesda, Maryland.

Reeves, G. H., L. E. Benda, K. M. Burnett, P. A. Bisson, and J. R. Sedell. 1995. A disturbance-based ecosystem approach to maintaining and restoring freshwater habitats of evolutionarily significant units of anadromous salmonids in the Pacific Northwest. American Fisheries Society Symposium **17:**334–349.

Reeves, G. H., K. M. Burnett, and E. V. McGarry. 2003. Sources of large wood in the main stem of a fourth-order watershed in coastal Oregon. Canadian Journal of Forestry **33:**1363–1370.

Reeves, G. H., F. E. Everest, and J. R. Sedell. 1993. Diversity of juvenile anadromous salmonids assemblages in coastal Oregon basins with varying levels of timber harvest. Transactions of the American Fisheries Society **122:**309–317.

Rice, S. P., M. T. Greenwood, and C. B. Joyce. 2001. Tributaries, sediment sources, and the longitudinal organisation of macroinvertebrate fauna along river systems. Canadian Journal of Fisheries and Aquatic Sciences **58:**824–840.

Rieman, B. E., and J. Clayton. 1997. Wildfire and native fish: issue of forest health and conservation of sensitive species. Fisheries **22:**6–15.

Rieman, B. E., D. Lee, D. Burns, R. Gresswell, M. Young, R. Stowell, J. Rinne, and P. Howell. 2003. Status of native fishes in the western United States and issues for fire and fuels management. Forest Ecology and Management **178:**197–211.

Rieman, B. E., D. C. Lee, R. F. Thurow, P. G. Hessberg, and J. R. Sedell. 2000. Toward an integrated classification of ecosystems: defining opportunities for managing fish and forest health. Environmental Management **25:**425–444.

Saab, V., and J. Dudley. 1998. Responses of cavity-nesting birds to stand-

replacement fire and salvage logging in ponderosa pine/Douglas-fir forests of southwestern Idaho. Research paper RMRS-RP 11. U.S. Department of Agriculture Forest Service, Rocky Mountain Research Station, Ogden, Utah.

Sessions, J., P. Bettinger, R. Buchman, M. Newton, and J. Hamann. 2004. Hastening the return of complex forests following fire: the consequences of delay. Journal of Forestry **102:**38–45.

Spencer, C. N., K. O. Gabel, and F. R. Howard. 2003. Wildfire effects on stream food webs and nutrient dynamics in Glacier National Park, USA. Forest Ecology and Management **178:**5–22.

Swanson, F. J., T. K. Kratz, N. Caine, and R. G. Woodmansee. 1988. Landform effects on ecosystem pattern and processes. BioScience **38:**92–98.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology **14:**18–30.

Vannote, R. L., G. W. Minshall, K. W. Cummins, J. R. Sedell, and C. E. Cushing. 1980. The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences **37:**130–137.

Weins, J. A. 2002. Riverine landscapes: taking landscape ecology into the water. Freshwater Biology **47:**501–515.

Wipfli, M. S., and D. P. Gregovich. 2002. Export of invertebrates and detritus from fishless headwater streams in southeast Alaska: implications for downstream salmonid production. Freshwater Biology **47:**957–969.

Wondzell, S. M., and J. G. King. 2003. Postfire erosional processes in the Pacific Northwest and Rocky Mountain regions. Forest Ecology and Management **178:**75–87.



Ex. 6 • Page 95 of 105

AR 28294

# Frontiers in Ecology and the Environment

## The forgotten stage of forest succession: early-successional ecosystems on forest sites

**Mark E Swanson, Jerry F Franklin, Robert L Beschta, Charles M Crisafulli, Dominick A DellaSala, Richard L Hutto, David B Lindenmayer, and Frederick J Swanson**

*Front Ecol Environ* 2010; doi:10.1890/090157

This article is citable (as shown above) and is released from embargo once it is posted to the *Frontiers* e-View site (www.frontiersinecology.org).

**Please note:** This article was downloaded from *Frontiers* e-View, a service that publishes fully edited and formatted manuscripts before they appear in print in *Frontiers in Ecology and the Environment*. Readers are strongly advised to check the final print version in case any changes have been made.



© The Ecological Society of America
www.frontiersinecology.org

REVIEWS  REVIEWS  REVIEWS

# The forgotten stage of forest succession: early-successional ecosystems on forest sites

Mark E Swanson[1]*, Jerry F Franklin[2], Robert L Beschta[3], Charles M Crisafulli[4], Dominick A DellaSala[5], Richard L Hutto[6], David B Lindenmayer[7], and Frederick J Swanson[8]

Early-successional forest ecosystems that develop after stand-replacing or partial disturbances are diverse in species, processes, and structure. Post-disturbance ecosystems are also often rich in biological legacies, including surviving organisms and organically derived structures, such as woody debris. These legacies and post-disturbance plant communities provide resources that attract and sustain high species diversity, including numerous early-successional obligates, such as certain woodpeckers and arthropods. Early succession is the only period when tree canopies do not dominate the forest site, and so this stage can be characterized by high productivity of plant species (including herbs and shrubs), complex food webs, large nutrient fluxes, and high structural and spatial complexity. Different disturbances contrast markedly in terms of biological legacies, and this will influence the resultant physical and biological conditions, thus affecting successional pathways. Management activities, such as post-disturbance logging and dense tree planting, can reduce the richness within and the duration of early-successional ecosystems. Where maintenance of biodiversity is an objective, the importance and value of these natural early-successional ecosystems are underappreciated.

*Front Ecol Environ* 2010; doi:10.1890/090157

Severe natural disturbances – such as wildfires, windstorms, and insect epidemics – are characteristic of many forest ecosystems and can produce a "stand-replacement" event, by killing all or most of the dominant trees therein (Figure 1). Typically, limited biomass is actually consumed or removed in such events, but many trees and other organisms experience mortality, leaving behind important biological legacies (structures inherited from the pre-disturbance ecosystem; Franklin *et al.* 2000), including standing dead trees and downed boles (tree trunks; Franklin *et al.* 2000). Such legacies provide diverse physical/biological properties and suitable microclimatic conditions for many species. Thereafter, species-diverse plant communities develop because substantial amounts of previously limited resources (light, moisture, and nutrients) become available. These emerging plant communities create additional habitat complexity and provide various energetic resources for terrestrial and aquatic organisms.

The ecological importance of early-successional forest ecosystems (ESFEs) has received little attention, except as a transitional phase, before resumption of tree dominance. In forestry, this period is often called the "cohort re-establishment" or "stand initiation" stage, with attention obviously focused on tree regeneration and the re-establishment of closed tree canopies (Franklin *et al.* 2002). Ecological studies have focused primarily on plant-community development and the needs of selected animal (mostly game) species, and not on the diverse ecological roles of ESFEs.

Here, we highlight important features of ESFEs, including their role in sustaining ecosystem processes and biodiversity, so that they may be appropriately considered by resource managers and scientists, and included within management/research programs dedicated to maintaining these functions, particularly at larger spatio-temporal scales. Most published examples focus on sites in western North America, but ESFEs are important elsewhere (Angelstam 1998; DeGraaf *et al.* 2003). We also discuss how traditional forestry practices, such as clearcutting, tree planting, and post-disturbance logging, can affect early-successional communities.

### In a nutshell:

- Naturally occurring, early-successional ecosystems on forest sites have distinctive characteristics, including high species diversity, as well as complex food webs and ecosystem processes
- This high species diversity is made up of survivors, opportunists, and habitat specialists that require the distinctive conditions present there
- Organic structures, such as live and dead trees, create habitat for surviving and colonizing organisms on many types of recently disturbed sites
- Traditional forestry activities (eg clearcutting or post-disturbance logging) reduce the species richness and key ecological processes associated with early-successional ecosystems; other activities, such as tree planting, can limit the duration (eg by plantation establishment) of this important successional stage

[1]*Washington State University, Pullman, WA *(markswanson@wsu.edu); [2]University of Washington, Seattle, WA; [3]Oregon State University, Corvallis, OR; [4]USFS Pacific Northwest Research Station, Amboy, WA; [5]National Center for Conservation Science and Policy, Ashland, OR; [6]University of Montana, Missoula, MT; [7]Australian National University, Canberra, Australia; [8]USDA Forest Service, Corvallis, OR

© The Ecological Society of America

AR 28296



**Figure 1.** *Stand-replacement disturbance events in forests create large areas free of tree dominance and rich in physical and biological resources, including legacies of the pre-disturbance ecosystem.*

### ◼ Early-successional ecosystems on forest sites

Initial conditions after stand-replacing forest disturbances vary generically, depending on the type of disturbance; this includes the types of physical and biological legacies available. For example, aboveground vegetation may be limited immediately after the disturbance, as in the case of severe wildfires or volcanic eruptions. Conversely, intact understory communities may persist where forests have been blown down by severe windstorms. Spatial heterogeneity in conditions is characteristic, given that disturbances vary greatly in the amount of damage they cause (Turner *et al.* 1998). For instance, severe wildfires frequently include substantial areas of unburned as well as low to medium levels of mortality, creating variability in shade, litterfall, soil moisture, seed distribution, and other factors.

We define ESFEs as those ecosystems that occupy potentially forested sites in time and space between a stand-replacement disturbance and re-establishment of a closed forest canopy. These ecosystems undergo compositional and structural changes (succession) during their occupancy of a site. Changes begin immediately post-disturbance, as a result of the activities of surviving organisms (eg plants, animals, and fungi), including plant growth and seed production. Developmental processes are enriched by colonization of flora and fauna from outside the disturbed area. Successional change is often characterized by progressive dominance of annual and perennial herbs, shrubs, and trees, although all of these species are typically represented throughout the entire sequence of forest stand development (or sere; Halpern 1988).

The ESFE developmental stage ends with re-establishment of tree cover that is sufficiently dense to suppress and often eliminate many smaller shade-intolerant plants

(Franklin *et al.* 2002). Consequently, the duration of ESFEs varies inversely with rapidity of tree regeneration and growth, which, in turn, depend on such variables as tree propagule availability, conditions affecting seedling or sprout establishment, and site productivity. ESFE longevity after natural disturbances is therefore highly variable.

Development of a closed forest canopy may require a century or more in areas with limited seed sources, harsh environmental conditions, severe shrub competition (in some instances), or combinations thereof (Hemstrom and Franklin 1982). For example, tree canopy closure after wildfire in the Douglas fir region of western North America often requires several decades (Poage *et al.* 2009), but can occur much more rapidly when canopy seedbanks are abundant (eg Larson and Franklin 2005). Closed forest canopies may develop quickly in forests dominated by trees with strong sprouting ability (eg many angiosperms) or when windstorms "release" understories of shade-tolerant tree seedling banks by removing all or most of the overstory (Foster *et al.* 1997).

### ◼ Attributes of early-successional ecosystems

After severe disturbances, forest sites are characterized by open, non-tree-dominated environments, but have high levels of structural complexity and spatial heterogeneity and retain legacy materials.

#### *Environmental conditions*

Removal of the overstory forest canopy during disturbances dramatically alters the site's microclimate, including light regimes. These changes lead to increased exposure to sunlight, more extreme temperatures (ground and air), higher wind velocities, and lower levels of relative humidity and moisture in litter and surface soil. Shifts in these environmental metrics favor some species, while creating suboptimal or intolerable conditions for others. For example, post-disturbance plant community composition, cover, and physiognomy are altered as shade-tolerant understory herbs are largely displaced by shade-intolerant and drought-tolerant species. New substrates deposited by floods or volcanic eruptions may lack nutrients, provide additional water-holding capacity, or have high albedo, all of which favor shifts in plant communities.

#### *Survivors*

Organisms (in a variety of forms) that survive severe disturbances are extremely important for repopulating and

restoring ecosystem functions in the post-disturbance landscape. Even in severely disturbed areas, organisms may survive as individuals (mature or immature) or as reproductive structures (eg spores, seeds, rootstocks, and eggs), which become in situ propagule sources. For example, after the 1980 volcanic eruption of Mount St Helens (Washington State), most pre-eruption flora and many fauna (especially aquatic and burrowing terrestrial species) survived within the blast zone through several different mechanisms (Dale *et al.* 2005).

Surviving organisms are also often vital for the prompt re-establishment of important ecosystem functions, such as conservation of nutrients and stabilization of substrates. For instance, the important role of resprouting vegetation in curbing massive losses of nitrogen was demonstrated by experimentally clearcutting and applying herbicides in a watershed at Hubbard Brook Experimental Forest (Bormann and Likens 1979).



**Figure 2.** *Different types of disturbances produce different types of biological legacies, including living organisms and structures: (a) standing dead trees (snags) are dominant structural legacies after severe wildfires; (b) downed tree trunks and nearly intact understory communities are characteristic legacies after major windstorms; (c) standing dead trees are also dominant structural legacies after heavy insect infestations; and (d) clearcuts typically eliminate most aboveground structural legacies. Values for each metric are shown in Table 1 and are described in detail in the text.*

### Structural complexity

The structural complexity of ESFEs depends initially on legacies, the general nature of which varies with the type of disturbance (Table 1; Figure 2); for example, snags and shrubs originating from belowground perennating (ie resprouting) parts or seeds are dominant legacies after wildfires, whereas downed boles and largely intact understories are typical post-disturbance characteristics of windstorms.

Woody legacies, such as snags and downed boles, play numerous roles in structuring and facilitating the development of the recovering ecosystem – providing habitat for survivors and colonists, moderating the physical environment, enriching aquatic systems in the disturbed area (Jones and Daniels 2008), and providing long-term sources of energy and nutrients (Harmon *et al.* 1986). Although subject to decomposition, these legacies can persist for many decades and sometimes even centuries.

**Table 1. Different types of intense disturbances generate different types of biological legacies**

| Biological legacies | Disturbance | | | | |
|---|---|---|---|---|---|
| | Wildfire | Wind | Insect | Volcano | Clearcut |
| Live trees | Infrequent | Variable | Variable (depends on stand composition) | Infrequent – confined to margins | Infrequent or absent |
| Snags | Abundant | Variable | Abundant | Abundant (spatially variable) | Infrequent or absent |
| Downed woody debris | Variable, but typically abundant | Abundant | Variable, but eventually abundant | Abundant (spatially variable) | Infrequent |
| Undisturbed understory | Infrequent | Abundant | Abundant | Infrequent – confined to disturbance margins | Infrequent |
| Spatial heterogeneity of recovery | High | Variable | High | High | Variable – usually low |
| Time in early-successional condition | Variable | Variable | Long | Variable – usually long | Variable – usually short |

AR 28298

Early-successional forest ecosystems                                    ME Swanson *et al.*



**Figure 3.** *Plant communities with well-developed shrub and perennial herb species are characteristic of early-successional communities on forest sites and provide diverse food resources. Twenty-five years after the Mount St Helens eruption in 1980, this community, which was within the blast zone, includes well-developed shrubs (eg Sorbus and Vaccinium spp), trees, and perennial herbs (eg Epilobium angustifolium).*

Structural complexity is further enhanced by the establishment and development of a variety of plant species, which often include perennial herbs and shrubs characteristic of open environments, as well as individual trees (Figure 3). The diversity of plant morphologies (maximum height, crown width, etc) increases structural richness, so that this associated flora contributes to both horizontal and vertical heterogeneity.

### Spatial heterogeneity

Spatial heterogeneity is evident in early-successional ecosystems and has multiple causes: (1) natural variability in the geophysical template (topography and lithology) of the affected landscape; (2) variability in conditions in the pre-disturbance forest ecosystem; (3) variability in the intensity of the disturbance event; and (4) variability in rates and patterns of subsequent developmental processes in the ESFE. The first two sources relate to existing geophysical and biological patterns within the disturbed area. Land formations and patterns of geomorphic processes are certainly key geophysical elements (Swanson *et al.* 1988). The presence of surface water, such as streams and ponds, can be particularly influential in facilitating survival and re-establishment of biota.

Natural disturbances create heterogeneous environments at multiple spatial scales (Heinselmann 1973), because disturbances do not cause damage uniformly. Disturbances such as wildfires and windstorms are variable in intensity (eg "spotting", or initiation of new flame fronts by wind-thrown firebrands, during fire events).

Alternatively, geographic variation in environmental conditions and topography (Swanson *et al.* 1988) influences the intensity of the disturbance and results in heterogeneity at multiple scales. Variability in the structure and composition of the pre-disturbance forest also creates spatial and temporal variability (Wardell-Johnson and Horowitz 1996). Some of these patterns may be transient, such as residual snowbanks protecting tree regeneration after the aforementioned Mount St Helens eruption (Dale *et al.* 2005).

Post-disturbance developmental processes also lead to spatial heterogeneity. For example, varying distances to sources of tree seed result in different rates and densities of tree re-establishment (Turner *et al.* 1998). Structural legacies can greatly influence the rates at which wind- or waterborne organic (including propagules) and inorganic materials are deposited. Finally, animal activity can strongly influence patterns of revegetation, as illustrated by the multiple effects that gophers (*Thomomys* spp) can have on post-disturbance landscapes (Crisafulli *et al.* 2005b) or the way ungulate browsing may impede tree regeneration (Hessl and Graumlich 2002).

### ■ Biological diversity

ESFEs in temperate forest seres show great diversity in the abundance of plant and animal species (Fontaine *et al.* 2009). Species composition may consist of a mix of forest survivors, opportunists, or ruderals (plants that grow on disturbed or poor-quality lands), and habitat specialists that co-exist in the resource-rich ESFE environment (Figure 3). Most forest understory flora can survive disturbances as established plants, perennating rootstocks, or seeds. In one study, in western North America, over 95% of understory species survived the combined disturbance of logging and burning of an old-growth Douglas-fir–western hemlock stand (Halpern 1988). Some important early-successional species (eg *Rubus* spp [blackberry; raspberry], *Ribes* spp [gooseberry], and *Ceanothus* spp [buckbrush]) may persist as long-lived seedbanks.

Opportunistic herbaceous species are often conspicuous dominants early in the development of ESFEs (Figure 4). Many of these weedy species (particularly annuals) decline quickly, although other opportunists will persist as part of the plant community until overtopped by slower growing shrubs or trees. Consequently, diverse plant communities of herbs, shrubs, and young trees emerge in ESFEs; this, combined with the structural legacies from the pre-disturbance ecosystem, often results in high levels of structural richness (Figure 3).

Many animals, including habitat specialists and species typically absent from the eventual tree-dominated com-

AR 28299

munities, thrive under the conditions found in ESFEs. For some species, this is the only successional stage that can provide suitable foraging or nesting habitat. As an example, many butterflies and moths (Lepidoptera) found in forested regions depend on the high diversity and quality of plant forage in ESFEs (eg Miller and Hammond 2007), whereas jewel beetles (Coleoptera: Buprestideae) depend on abundant coarse woody debris. Also, a number of ground-dwelling beetle species occur as habitat specialists in early-successional communities (Heyborne *et al.* 2003).

Many vertebrates also respond positively to ESFEs, which may provide the only suitable habitat at a regional scale for some species. Ectothermic animals, such as reptiles (eg Rittenhouse *et al.* 2007), generally respond favorably to



**Figure 4.** *Early-successional communities are often dominated by annual herbaceous species for the first few years after disturbance; these are quickly displaced by perennial herbaceous species and shrubs.*

sunnier and drier conditions, colonizing early-successional habitat or increasing in abundance if present as survivors. Many amphibians also thrive in ESFEs, provided resources such as water bodies and key structures (eg logs) are available. The diversity and abundance of amphibians in the area affected by the 1980 Mount St Helens eruption is illustrative (Crisafulli *et al.* 2005a); eleven of 15 amphibian species survived the event, and some (eg western toad, *Bufo boreas*) have since had exceptional breeding success.

The broad array of birds using the abundant and varied food sources (eg fruits, nectar, herbivorous insects) and nesting habitat in ESFEs includes many raptors and neotropical migrants, often making bird diversity highest during the ESFE stage of succession (Klaus *et al.* in press). Some species are habitat specialists that directly utilize the legacy of recently killed trees; for instance, black-backed woodpeckers (*Picoides arcticus*) are almost completely restricted to early post-fire conditions (Hutto 2008). Mountain bluebirds (*Sialia currucoides*) and several other woodpecker species also favor structurally rich, early-successional habitats (Figure 5). Observed population declines of many avian species in eastern North America – which, in some cases, have proceeded to a point of conservation concern – are linked to conversion of early-successional habitat to closed forest (Litvaitis 1993).

Small mammal communities in ESFEs typically show high levels of diversity as well, including some obvious habitat specialists. The eastern chestnut mouse (*Pseudomys gracilicaudatus*), for example, inhabits early-successional environments in coastal eastern Australia for 2–5 years after a wildfire, and then declines dramatically until these environments are burned again (Fox 1990). Populations of mesopredators (medium-sized predators, such as raccoons [*Procyon lotor*] and fox species) benefit from the abundance of small vertebrate prey items characteristic of ESFEs. Likewise, some species

of large mammals are well known to favor ESFEs (Nyberg and Janz 1990). Utilizing the diverse and luxuriant forage characteristically present in these ecosystems, ungulates, such as members of the Cervidae, in turn serve to benefit large predators (eg wolves [*Canis lupus*]) as well as scavengers, making ESFEs important elements within those species' typically extensive home ranges. Omnivores, such as bears (*Ursus* spp), also rely on the diversity of food sources often present in ESFEs.

### ■ Food web diversity

ESFEs are exceptional in the diversity and complexity of food webs they support. Simply stated, a diverse plant community produces many food sources. Food resources for herbivores (grasses, shrubs, forbs) – as well as nectar, seeds, and shrub-borne fruit (eg produced by *Rubus* and *Vaccinium* spp [huckleberry]) – can reach high levels before site dominance by trees. In the temperate Northern Hemisphere, biologically important berry production is maximized in slowly reforesting ESFEs. Resource production in early-successional patches may even augment the richness of adjacent undisturbed forests, as in the case of fluxes of key prey species (Sakai and Noon 1997).

Aquatic biologists have, perhaps, best appreciated the greater complexity of food chains in early-successional versus closed forest environments (Bisson *et al.* 2003). In established forest stands, trees strongly dominate the physical and biological conditions in nearby small streams by controlling light and temperature, stabilizing channels, providing woody debris, and, importantly, offering allochthonous inputs (organic matter originating outside the aquatic ecosystem) – the primary energy and nutrient source for such ecosystems (Vannote *et al.* 1980).

Stand-replacement disturbances remove forest constraints on conditions and processes, and shift streams to an early-

Ex. 6 Page 101 of 105

AR 28300



**Figure 5.** *Bird diversity is typically high in early-successional communities on forest sites and includes many habitat specialists: (a) black-backed woodpeckers* (Picoides arcticus) *are almost entirely restricted to early post-fire habitat; (b) mountain bluebirds* (Sialia currucoides) *favor early-successional ecosystems; (c) lazuli buntings* (Passerina amoena) *and (d) three-toed woodpeckers* (Picoides tridactylus) *have similar requirements.*

successional context (Minshall 2003; Figure 6). This greatly diversifies the types and timing of allochthonous inputs, as well as increases primary productivity. Allochthonous inputs are shifted from primarily tree-derived litter (coniferous-based in many systems) to material from a range of flowering herbs, shrubs, and trees, as well as from conifers. Consequently, litter inputs are highly variable in quality (eg decomposability) and delivery time, as compared with litter-fall contributed primarily by evergreen conifer species. Also, inputs to post-disturbance streams often include material with a high nitrogen content, such as litter from the early-successional genera *Alnus* and *Ceanothus* (Hibbs *et al.* 1994).

Greater algal production may increase the diversity and abundance of aquatic invertebrate populations, which, in turn, become prey for fish and other organisms. However, increases in sediment production associated with disturbances can negate some benefits to aquatic processes and organisms (Gregory *et al.* 1987).

### ■ Processes in ESFEs

Ecosystem processes in ESFEs can be more diverse than those in closed forest systems, where the primary productivity of trees is dominant and organic matter is processed primarily through detrital food webs. Development of

more diverse, and perhaps more "balanced", trophic pathways is possible when a disturbance opens a previously closed forest canopy. The contrast is probably greatest in forests dominated by a single tree type, such as evergreen conifers, as opposed to more diverse forests, such as mixed evergreen associations.

### *Recharging nutrient pools*

ESFEs provide major opportunities for recharge of nutrient pools, such as additions to the nitrogen pool by leguminous (eg *Lupinus*) and some non-leguminous early-successional (eg *Alnus* and *Ceanothus*) plant species. These genera are commonly absent from late-successional forests, but are well represented in ESFEs. Nitrogenous additions from these sources are particularly important where the disturbance – eg a wildfire – has volatilized a substantial amount of the existing nitrogen pool.

Mineralization rates of organic material are typically accelerated (sometimes profoundly) after disturbances, as a result of warmer growing season temperatures. Diversified litter inputs in ESFEs, including a greater proportion of easily decomposed litter from herbs and deciduous shrubs, also result in more rapid mineralization. Finally, successional changes in the fungal and microbial communities can also hasten decomposition processes. As noted, these changes will be most profound in forest ecosystems dominated by a single species, including evergreen conifers or hard-leaved, evergreen hardwoods (such as the ash-type eucalypt forests of southeastern Australia).

In aquatic ecosystems that experience fire in adjacent forests, greater post-disturbance light and nutrient availability enhance primary productivity within the water body, causing shifts in food webs from the level of primary producers up through high-level consumers, such as fish (Spencer *et al.* 2003).

### *Modifying hydrologic and geomorphic regimes*

Hydrologic regimes associated with ESFEs contrast greatly with those characterizing closed forest cover. For example, transpiration and interception are dramatically reduced and recover only gradually as forest canopies redevelop. Increases in normally low summer flows and annual water yields may occur immediately after a disturbance, as compared with levels in the dense young forests that may subsequently develop (Jones and Post 2004). The opposite may be true in systems where condensation of cloud or fog on tree crowns is an important component of the hydrologic cycle. ESFEs may also contribute to increased discharge peak runoff flows in hydrologic events of smaller magnitude (Harr 1986), but appear to have little effect on the magnitude of peak flows during large runoff events (Grant *et al.* 2008). From an ecological perspective, this may have a positive outcome, however, because floods restructure and rejuvenate many riparian communities (Gregory *et al.* 1991).

Rates and patterns of geomorphic processes, such as erosion and nutrient leaching losses, are also different between ESFEs and later successional stages. Tree death results in a loss of root strength that is critical for stabilizing soils and deeper rock layers on mountain slopes (Perry *et al.* 2008). Erosion and landslides may occur at higher rates in ESFEs, contributing to the variability of sediment budgets in watersheds (Reeves *et al.* 1995) and creating long-lasting substrates for ruderals. While enhancing erosion processes, ESFEs also provide materials and processes that counteract this effect, such as woody debris, which retain sediments and organic materials, and surviving vegetation, which stabilizes slopes and nutrient stores (eg Bormann and Likens 1979).



**Figure 6.** *Streams within early-successional forest ecosystems contrast with forest-dominated reaches in many ecosystem attributes, including physical parameters (temperature and insolation), structure, plant and animal composition, and ecosystem processes, such as primary productivity.*

### ■ Land management implications

Incorporating ESFE attributes into forest policy and management is highly desirable, given the numerous advantages provided by these ecosystems. Many species and ecological processes are strongly favored by conditions that develop after stand-replacement disturbances. Rapid, artificially accelerated "recovery" of disturbed forest areas (eg via dense planting) to closed forest conditions has serious implications for many species. Clearly the term "recovery" has a different meaning for such early-successional specialists or obligates.

To fulfill their full ecological potential, ESFEs require their full complement of biological legacies (eg dead trees and logs) and sufficient time for early-successional vegetation to mature. Where land managers are interested in conservation of the biota and maintenance of ecological processes associated with such communities, forest policy and practices need to support the maintenance of structurally rich ESFEs in managed landscapes. Natural disturbance events will provide major opportunities for these ecosystems, and managers can build on those opportunities by avoiding actions that (1) eliminate biological legacies, (2) shorten the duration of the ESFEs, and (3) interfere with stand-development processes. Such activities include intensive post-disturbance logging, aggressive reforestation, and elimination of native plants with herbicides.

In particular, post-disturbance logging removes key structural legacies, and damages recolonizing vegetation, soils, and aquatic elements of disturbed areas (Foster and Orwig 2006; Lindenmayer *et al.* 2008). Where socioeconomic considerations necessitate post-disturbance logging, variable retention harvesting (retention of snags, logs, live trees, and other structures through harvest) can maintain structural complexity in logged areas (Eklund *et al.* 2009).

Prompt, dense reforestation can have negative conse-

quences for biodiversity and processes associated with ESFEs, by dramatically shortening their duration. Such efforts reduce spatial and compositional variability characteristic of natural tree-regeneration processes, promote structural uniformity, and initiate intense competitive processes that eliminate elements of biodiversity that might otherwise persist. Artificial reforestation can also reduce genetic diversity by favoring dominance by fewer tree species/genotypes, and may make the system more prone to subsequent, high-severity disturbances (Thompson *et al.* 2007). The elimination of shrubs and broad-leaved trees through herbicide application can alter synergistic relationships, such as the belowground mycorrhizal processes provided by certain shrub species (eg *Arctostaphylos* spp).

Naturally regenerated ESFEs are likely to be better adapted to the present-day climate and may be more adaptable to future climate change. The diverse genotypes in naturally regenerated ESFEs are likely to provide greater resilience to environmental stresses than nursery-grown, planted trees of the same species. Given that climate change is also resulting in altered behavior of pests and pathogens (Dale *et al.* 2001), encouraging greater tree species diversity may also increase ecosystem resilience.

Clearcutting has been proposed as a technique to create ESFEs, but this can provide only highly abridged and simplified ESFE conditions. First, traditional clearcuts leave few biological legacies (eg Lindenmayer and McCarthy 2002), limiting habitat and biodiversity potential. Second, clearcuts are often quickly and densely reforested, and often involve the use of herbicides to limit competition with desired tree species. Clearcuts can provide some early-successional functionality (eg serving as nurseries or post-breeding habitat for many bird species in the southern US; Faaborg 2002), but this service is often truncated by prompt reforestation.

Ex. 6 Page 103 of 105

Management plans should provide for the maintenance of areas of naturally developing ESFEs as part of a diverse landscape. This should be in reasonable proportion to *historical* occurrences of different successional stages, as based on region-specific historical ecology. Major disturbance events provide managers with opportunities to incorporate a greater diversity of species and processes in forest landscapes and to enhance landscape heterogeneity. Some aspects of ESFEs can be incorporated into areas managed for production forestry as well, such as through variable retention harvest methods, the incorporation of natural tree regeneration, and extending the duration of herb/shrub communities in some portions of a stand by deliberately maintaining low tree stocking levels.

Finally, we suggest that adjustments in language are needed. Ecologists and managers often refer to "recovery" when discussing post-disturbance ecosystems, inferring that early seral conditions are undesirable and need to be restored to closed canopy conditions as quickly as possible. Emphasizing recovery as the management goal fails to acknowledge the essential ecological roles played by early-successional ecosystems on forest sites. It should also be considered that climate change and other factors may not permit "recovery" to pre-disturbance conditions.

## ■ Conclusions

Twentieth-century forest management objectives were centered on wood production and, later, on conservation and development of late-successional forests. Rapid regeneration of dense timber stands was frequently seen as a way to address both of these divergent objectives. Recognizing the ecological value of early-successional ecosystems on forest sites extends the ecological concerns associated with old growth to another "rich" period in a forest sere. This represents an important development in the evolution of holistic management of forest ecosystems, whereby large landscapes are managed for diverse seral stages.

ESFEs provide a distinctive mix of physical, chemical, and biological conditions, are diverse in species and processes, and are poorly represented and undervalued in traditional forest management. Forest policy and practice must give serious attention to sustaining substantial areas of ESFEs and their biological legacies. Similarly, scientists need to initiate research on the structure, composition, and function of ESFEs in different regions and under different disturbance regimes, as well as on the historical extent of these systems, to serve as a reference for conservation planning.

## ■ Acknowledgements

We are grateful to KN Johnson for insightful comments. JFF, CMC, MES, and FJS thank the US Forest Service, the Pacific Northwest Research Station, the Wind River Canopy Crane, and the National Science Foundation for support of long-term ecological research at the HJ Andrews and Wind River Experimental Forests and at Mount St Helens. DAD acknowledges the Wilburforce Foundation for support. RLH acknowledges the Joint Fire Science Program (04-2-1-106) for support. We thank J Halofsky for Figure 6.

## ■ References

Angelstam PK. 1998. Maintaining and restoring biodiversity in European boreal forests by developing natural disturbance regimes. *J Veg Sci* **9**: 593–602.

Bisson PA, Rieman BE, Luce C, *et al.* 2003. Fire and aquatic ecosystems of the western USA: current knowledge and key questions. *Forest Ecol Manag* **178**: 213–29.

Bormann FH and Likens GE. 1979. Pattern and process in a forested ecosystem. New York, NY: Springer.

Crisafulli CM, Trippe LS, Hawkins CP, and MacMahon JA. 2005a. Amphibian responses to the 1980 eruption of Mount St. Helens. In: Dale VH, Swanson FJ, and Crisafulli CM (Eds). Ecological responses to the 1980 eruption of Mount St Helens. New York, NY: Springer.

Crisafulli CM, MacMahon JA, and Parmenter RR. 2005b. Small-mammal survival and colonization on the Mount St. Helens volcano: 1980–2002. In: Dale VH, Swanson FJ, and Crisafulli CM (Eds). Ecological responses to the 1980 eruption of Mount St Helens. New York, NY: Springer.

Dale VH, Joyce LA, McNulty S, *et al.* 2001. Climate change and forest disturbances. *BioScience* **51**: 723–34.

Dale VH, Swanson FJ, and Crisafulli CM (Eds). 2005. Ecological responses to the 1980 eruption of Mount St Helens. New York, NY: Springer.

DeGraaf R, Yamasaki M, and Litvaitis J. 2003. Options for managing early-successional forest and shrubland bird habitats in the northeastern United States. *Forest Ecol Manag* **185**: 179–91.

Eklund A, Wing MG, and Sessions J. 2009. Evaluating economic and wildlife habitat considerations for snag retention policies in burned landscapes. *West J Appl For* **24**: 67–75.

Faaborg J. 2002. Saving migrant birds: developing strategies for the future. Austin, TX: University of Texas Press.

Fontaine JB, Donato DC, Robinson WD, *et al.* 2009. Bird communities following high-severity fire: response to single and repeat fires in a mixed-evergreen forest, Oregon, USA. *Forest Ecol Manag* **257**: 1496–1504.

Foster DR, Aber JD, Melillo JM, *et al.* 1997. Forest response to disturbance and anthropogenic stress. *BioScience* **47**: 437–45.

Foster DR and Orwig DA. 2006. Preemptive and salvage harvesting of New England forests: when doing nothing is a viable alternative. *Conserv Biol* **20**: 959–70.

Fox BJ. 1990. Two hundred years of disturbance: how has it aided our understanding of succession in Australia? *P Ecol Soc Aust* **16**: 521–29.

Franklin JF, Lindenmayer DB, MacMahon JA, *et al.* 2000. Threads of continuity: ecosystem disturbances, biological legacies and ecosystem recovery. *Conserv Biol Pract* **1**: 8–16.

Franklin JF, Spies TA, Van Pelt R, *et al.* 2002. Disturbances and structural development of natural forest ecosystems with silvicultural implications, using Douglas-fir forests as an example. *Forest Ecol Manag* **155**: 399–423.

Grant GE, Lewis SL, Swanson F, *et al.* 2008. Effects of forest practices on peakflows and consequent channel response: a state-of-science report for western Oregon and Washington. Portland, OR: US Department of Agriculture. PNW-GTR-760.

Gregory SV, Lamberti GA, Erman DC, *et al.* 1987. Influences of forest practices on forest production. In: Salo EO and Cundy TW (Eds). Streamside management: forestry and fishery interactions. Seattle, WA: Institute of Forest Resources, University of Washington.

© The Ecological Society of America

Ex. 6 Page 104 of 105

Gregory SV, Swanson FJ, McKee A, and Cummins KW. 1991. An ecosystem perspective of riparian zones. *BioScience* **41**: 540–51.

Halpern CB. 1988. Early successional pathways and the resistance and resilience of forest communities. *Ecology* **69**: 1703–15.

Harmon ME, Franklin JF, Swanson FJ, *et al*. 1986. Ecology of coarse woody debris in temperate ecosystems. *Adv Ecol Res* **15**: 133–302.

Harr RD. 1986. Effects of clearcutting on rain-on-snow runoff in western Oregon: a new look at old studies. *Water Resour Res* **22**: 1095–1100.

Heinselmann ML. 1973. Fire in the virgin forests of the Boundary Waters Canoe Area, Minnesota. *Quaternary Res* **3**: 329–82.

Hemstrom MA and Franklin JF. 1982. Fire and other disturbances of the forests in Mount Rainier National Park. *Quaternary Res* **18**: 32–51.

Hessl AE and Graumlich LJ. 2002. Interactive effects of human activities, herbivory and fire on quaking aspen (*Populus tremuloides*) age structures in western Wyoming. *J Biogeogr* **29**: 889–902.

Heyborne WH, Miller JC, and Parsons GL. 2003. Ground dwelling beetles and forest vegetation change over a 17-year-period in western Oregon, USA. *Forest Ecol Manag* **179**: 125–34.

Hibbs DE, DeBell DS, and Tarrant RF (Eds). 1994. The biology and management of red alder. Corvallis, OR: Oregon State University Press.

Hutto RL. 2008. The ecological importance of severe wildfires: some like it hot. *Ecol Appl* **18**: 1827–34.

Jones TA and Daniels LD. 2008. Dynamics of large woody debris in small streams disturbed by the 2001 Dogrib fire in the Alberta foothills. *Forest Ecol Manag* **256**: 1751–59.

Jones JA and Post DA. 2004. Seasonal and successional streamflow response to forest cutting and regrowth in the northwest and eastern United States. *Water Resour Res* **40**: W05203.

Klaus N, Rush SA, Keyes T, *et al*. Short-term effects of fire on breeding birds in southern Appalachian upland forests. *Wilson J Ornithol*. In press.

Larson AJ and Franklin JF. 2005. Patterns of conifer tree regeneration following an autumn wildfire event in the western Oregon Cascade Range, USA. *Forest Ecol Manag* **218**: 25–36.

Lindenmayer DB, Burton P, and Franklin JF. 2008. Salvage logging and its ecological consequences. Washington, DC: Island Press.

Lindenmayer DB and McCarthy MA. 2002. Congruence between natural and human forest disturbance: a case study from Australian montane ash forests. *Forest Ecol Manag* **155**: 319–35.

Litvaitis JA. 1993. Response of early successional vertebrates to historic changes in land use. *Conserv Biol* **7**: 866–73.

Miller JC and Hammond PC. 2007. Butterflies and moths of Pacific Northwest forests and woodlands: rare, endangered, and management-sensitive species. Washington, DC: USDA Forest Service.

Minshall GW. 2003. Responses of stream benthic macroinvertebrates to fire. *Forest Ecol Manag* **178**: 155–61.

Nyberg JB and Janz DW (Eds). 1990. Deer and elk habitats in coastal forests of southern British Columbia. Victoria, British Columbia: British Columbia Ministry of Forests.

Perry DA, Oren R, and Hart SC. 2008. Forest ecosystems, 2nd edn. Baltimore, MD: Johns Hopkins University Press.

Poage NJ, Weisberg PJ, Impara PC, *et al*. 2009. Influences of climate, fire, and topography on contemporary age structure patterns of Douglas-fir at 205 old forest sites in western Oregon. *Can J Forest Res* **39**: 1518–30.

Reeves GH, Benda LE, Burnett KM, *et al*. 1995. A disturbance-based ecosystem approach to maintaining and restoring freshwater habitats of evolutionary significant units of anadromous salmonids in the Pacific Northwest. *Am Fish S S* **17**: 334–49.

Rittenhouse CD, Dijak WD, Thompson FR, and Millspaugh JJ. 2007. Development of landscape-level habitat suitability models for ten wildlife species in the central hardwoods region. Washington, DC: USDA Forest Service.

Sakai HF and Noon BR. 1993. Between-habitat movement of dusky-footed woodrats and vulnerability to predation. *J Wildlife Manage* **61**: 343–50.

Spencer CN, Gabel KO, and Hauer FR. 2003. Wildfire effects on stream food webs and nutrient dynamics in Glacier National Park, USA. *Forest Ecol Manag* **178**: 141–53.

Swanson FJ, Kratz TK, Caine N, and Woodmansee RG. 1988. Landform effects on ecosystem patterns and processes. *BioScience* **38**: 92–98.

Thompson JR, Spies TA, and Ganio LM. 2008. Reburn severity in managed and unmanaged vegetation in a large wildfire. *P Natl Acad Sci USA* **104**: 10743–48.

Turner MG, Baker WL, Peterson CJ, and Peet RK. 1998. Factors influencing succession: lessons from large, infrequent natural disturbances. *Ecosystems* **1**: 511–23.

Vannote RL, Minshall GW, Cummins KW, *et al*. 1980. The river continuum concept. *Can J Fish Aquat Sci* **37**: 130–37.

Wardell-Johnson G and Horwitz P. 1996. Conserving biodiversity and the recognition of heterogeneity in ancient landscapes: a case study from south-western Australia. *Forest Ecol Manag* **85**: 219–38.

Ex. 6 Page 105 of 105

AR 28304