Meriel L. Darzen, OSB No. 113645
(503) 525-2725 │ meriel@crag.org
Oliver J. H. Stiefel, OSB No. 135436
(503) 227-2212 │ oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL, OREGON WILD, CENTRAL OREGON LANDWATCH, SIERRA CLUB, GREAT OLD BROADS FOR WILDERNESS**, and **WILDEARTH GUARDIANS**,<br><br>Plaintiffs,<br><br>v.<br><br>**HOMER WILKES**, in his official capacity as Undersecretary for Natural Resources and Environment; **GLENN CASAMASSA**, in his capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants,<br><br>**AMERICAN FOREST RESOURCE COUNCIL**, and **EASTERN OREGON COUNTIES ASSOCIATION**,<br><br>Defendants-Intervenors. | Case No. 2:22-cv-00859-HL<br><br>**DECLARATION OF RICHARD K. BAILEY** |

I, Richard K. Bailey, declare as follows:

## INTRODUCTION

1. My name is Richard K. Bailey. I was born September 13, 1953 in Longview, Washington. I now reside in Winthrop, Washington.

2. I am the former executive director of the Hells Canyon Preservation Council, presently called the *Greater Hells Canyon Council*. I remain a member of the Greater Hells Canyon Council, and of Oregon Wild. My work history also includes employment as an outfitter and river guide, timber faller, wildland fire fighter, and long-haul truck driver. I remain an avid angler, hiker, camper, and wild river boater.

3. From 1979 to 2014, I resided in Wallowa County, Oregon. In my 20 years as executive director of the Hells Canyon Preservation Council, I often walked through portions of the Umatilla National Forest to observe Forest Service timber management projects, and also for recreational pursuits. I still maintain a strong recreational and spiritual attachment to northeast Oregon and southeast Washington, and visit the area often.

4. In 1980, I learned of the Wenaha River Country, the Wenaha-Tucannon Wilderness and surrounding primitive/unroaded areas in the Tucannon River Drainage. I visited the northern Blue Mountains frequently to fish, hike, and camp, and I plan to visit the area in the near future.

5. On at least three occasions, I hiked and fished in the area slated to be logged in the Sunflower project. I have hiked up Cow Canyon, and along Tallow Flat from Road 46 above the Little Tucannon River. I explored these places because I sought secluded forests not popular with other recreationists, and was curious as to why they were not included in the

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*

Wenaha-Tucannon Wilderness.

6. I found these areas to be spectacularly beautiful, with bisected canyons and open stands of large ponderosa pine trees. During my visits, I saw goshawks, a badger, numerous species of woodpeckers, and a bear. I find tremendous personal satisfaction in wildlife watching, angling, and being in untarnished natural places such as the Tucannon River Drainage.

7. I have dry-fly fished in the Wenaha and Tucannon Rivers for native trout. The native trout fishery is particularly productive due to the fact the watershed is mostly intact, i.e.; unroaded and mostly unlogged. The fishery for bull trout and cutthroat trout is so healthy, I am aware that in the 1980's several people were arrested by the Oregon and Washington Fish and Game Departments for regularly overfishing these rivers without the proper fishing licenses, and selling the wild trout to restaurants.

8. In 1980, 1981, and 1982, I worked on a US Forest Service initial attack fire crew. I was trained in fire behavior and management, and fought wildfires. During my tenure as executive director of HCPC/GHCC, I monitored and influenced US Forest Service timber sales and other forest management projects. I became knowledgeable on all issues relating to forest management in northeast Oregon and southeast Washington.

9. Due to my experience and education-based understanding of forestry, I know that insects and disease are a natural part of forest evolution, and cannot be prevented, and rarely ever controlled once they occur. I have also seen through experience and study that logging is a very poor way to preemptively reduce the risk of insect and disease outbreaks, or to control them once they occur. Pheromone baiting for insects is far more effective and far

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*

less intrusive.

10. I am concerned with the future of public forests in the northern Blue Mountains due to ever-increasing commercial logging, and fire frequency and intensity. I learned by training and observation that in eastern Oregon and Washington, fires are primarily spread by ground fuels, not by standing timber. I also learned that large trees are more fire-resistant than smaller trees. Large trees have developed thick bark at the base, they do not congregate in dense stands, and their branches are high in the tree, preventing crowning of the needles. This is one reason maintaining large trees, dramatically reduced by logging from the 1950's into the 1990's, was mandated by the Forest Service through the Eastside Screens to protect fire resilience and important fish and wildlife habitats that had been depleted.

11. The Amendment to the Eastside Screens is antithetical to sound forest management. Large trees need protection, but now they're on the chopping block. Contrary to the Amendment's stated purpose, retaining stands of large trees, including in the in the Sunflower project area, will maintain the fire resilience. This is particularly important, because the Wenaha-Tucannon Wilderness and surrounding areas of the Umatilla National Forest were subject to an unnaturally large wildfire in 2015. After observing some of the fire area, I saw that the areas that burned lightly were the areas that had large trees.

12. I suffer from clinical depression and a part of my personal therapy is being in peaceful, quiet, untarnished wild places. However, I have recently become alarmed after seeing such places diminish on a regular basis. For example, I used to find solace in the upper Imnaha River Valley within the Hells Canyon National Recreation Area, and the

BAILEY DECL. - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*

Lostine River Corridor in the Wallowa-Whitman National Forest. However, both of these places have been heavily logged over the past few years, and the loss of wild forest character has severely diminished my, and my family's enjoyment of these areas.

13. I will be psychologically damaged by the loss of large trees and the natural complexion of the area slated to be logged in the Sunflower project. I am planning a visit to the area in the summer of 2023, and I do not wish to camp, hike and fish in areas rife with stumps and logging slash, rutted skid roads and disturbed soils.

14. I am deeply concerned that the Sunflower project will diminish habitats for fish and wildlife dependent on large trees, such as pileated woodpecker, bull trout, steelhead, pine marten, and great gray owl. It will result in the loss of yet another of the few remaining places where a person can find native fish, wildlife, large trees in abundance, and peace and quiet.

15. If the court were to reverse the Eastside Screens Amendment and reinstate the safeguards for large trees, my use and enjoyment of places like the Sunflower project area would be protected. I know that when I am in an area where large trees are flourishing, the fishery is healthy because the trees provide shade keeping the stream cool, they promote soil stability via deep roots, and provide moisture storage protecting the quantity of pure water. Walking and angling among big old trees and pure streams improves my mental and physical health.

///

///

///

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 30 day of August 2022, in Winthrop, Washington.

Richard K. Bailey

BAILEY DECL. - 5

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*