Meriel L. Darzen, OSB No. 113645,
meriel@crag.org
Oliver J. H. Stiefel OSB No. 135436
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, **OREGON WILD**, **CENTRAL OREGON LANDWATCH**, **SIERRA CLUB**, **GREAT OLD BROADS FOR WILDERNESS**, and **WILDEARTH GUARDIANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **HOMER WILKES**, in his official capacity as Undersecretary for Natural Resources and Environment; **GLENN CASAMASSA**, in his capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**, <br><br> Defendants, <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, and **EASTERN OREGON COUNTIES ASSOCIATION**, <br><br> Defendants-Intervenors. | Case No. 2:22-cv-00859-HL <br><br> **DECLARATION OF MERIEL DARZEN** |

I, Meriel Darzen, declare as follows:

1.      My name is Meriel Darzen. I am counsel for Plaintiffs in this matter.

2.      On November 14, 2022, during conferral over the contents of the administrative record, Hayley Carpenter, counsel for Defendants, sent me an email stating the following: "[Professor] Johnston was a consultant for the Forest Service when [his comments on the draft EA] were created. The comments are deliberative and not part of the Record." A true and correct copy of the email is attached hereto as Exhibit 1.

3.      Plaintiffs responded that they disagreed with the assertion of deliberative process and requested that any documentation of Professor Johnston's contract as a consultant should be added to the record.

4.      Ultimately, some emails documenting Professor Johnston's consultant relationship to the Forest Service were included in the revised administrative record. The agency did not include his comments on the draft EA, indicating to me that they continue to assert deliberative process over those documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this  _20th_  day of February,  2023, in Portland, Oregon.

_____

Meriel Darzen