

Meriel Darzen &lt;meriel@crag.org&gt;

---

## Eastside Screens Amendment: Response RE AR Contents

---

**Carpenter, Hayley (ENRD)** &lt;Hayley.Carpenter@usdoj.gov&gt;                     Mon, Nov 14, 2022 at 10:33 AM
To: Meriel Darzen &lt;meriel@crag.org&gt;, Oliver Stiefel &lt;oliver@crag.org&gt;
Cc: "Ortiz, Anthony D. (ENRD)" &lt;Anthony.D.Ortiz@usdoj.gov&gt;, "Alexander, Tyler (ENRD)" &lt;Tyler.Alexander@usdoj.gov&gt;

Hi Meriel and Oliver,

Thank you for your patience on our response to Plaintiffs' conferral letter—we hope to address every document/category in your conferral letter here:



- "Specific documents that must be added to complete the record":
  - 
  - 
  - 
  - 
  - 
  - 
  - 
  - "Johnston comments on draft EA…": Johnston was a consultant for the Forest Service when the comments were created. The comments are deliberative and not part of the Record.
  - 
  - 

Exhibit 1

2/19/23, 5:12 PM  Trig Law Center Mail - Hattsfla. Screens Amendment/ Response RE: Requests

Case 2:22-cv-00859-HL Document 61-1 Filed 02/21/23 Page 2 of 2

- 

Thanks,

Hayley

--

Hayley Carpenter

Trial Attorney, Natural Resources Section

Environment & Natural Resources Division

United States Department of Justice

150 M St. NE, Washington D.C., 20002

O: (202) 305-0242 | C: (202) 598-3362

hayley.carpenter@usdoj.gov

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee, do not disseminate, distribute or copy this email. Please notify the sender immediately if you have received this email by mistake.*