Meriel L. Darzen, OSB No. 113645
(503) 525-2725 │ meriel@crag.org
Oliver J. H. Stiefel, OSB No. 135436
(503) 227-2212 │ oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, **OREGON WILD**, **CENTRAL OREGON LANDWATCH**, **SIERRA CLUB**, **GREAT OLD BROADS FOR WILDERNESS**, and **WILDEARTH GUARDIANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **HOMER WILKES**, in his official capacity as Undersecretary for Natural Resources and Environment; **GLENN CASAMASSA**, in his capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**, <br><br> Defendants, <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, and **EASTERN OREGON COUNTIES ASSOCIATION**, <br><br> Defendants-Intervenors. | Case No. 2:22-cv-00859-HL <br><br> **JOINT MOTION TO SET/AMEND DEADLINES** |

Pursuant to Local Rule 16-3 and this Court's Order of March 6, 2023, ECF65, Greater Hells Canyon Council, Oregon Wild, Central Oregon LandWatch, Sierra Club, Great Old Broads for Wilderness, and WildEarth Guardians ("Plaintiffs"); Homer Wilkes, Glenn Casamassa, and the United States Forest Service ("Defendants"); and American Forest Resource Council and Eastern Oregon Counties Association ("Defendants-Intervenors") hereby respectfully move for an Order setting and amending deadlines. Specifically, the Parties request this Court to set deadlines for briefing on Plaintiffs' motion to strike, and to amend the current briefing deadlines to conform to the briefing on the motion to strike as follows:

1. On March 6, 2023, this Court "permitted to file a motion to strike any extra-record evidence in advance of the deadline for their response/reply, which is currently due March 22, 2023." ECF65.

2. The Parties conferred, and request that this Court adopt the following briefing schedule for the motion to strike:

- Plaintiffs' Motion to Strike shall be due on or before March 9, 2023.

- Defendants-Intervenors' Response to Motion to Strike shall be due on or before March 22, 2023. By that same day, Federal Defendants shall inform this Court of their position on the Motion to Strike.

- Plaintiffs' Reply in Support of Motion to Strike shall be due on or before March 29, 2023.

3. To streamline the briefing in this case, the Parties request a slight amendment to the current summary judgment briefing schedule as follows:

///

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Response/Reply | March 22, 2023 | March 29, 2023 |
| Federal Defendants' Reply | April 14, 2023 | April 21, 2023 |
| Defendant-Intervenors' Reply | April 21, 2023 | April 21, 2023 |

4. Because the proposed schedule retains the date of the final brief, the Parties request that this Court retain the oral argument date set for May 1, 2023.

5. Given that the Parties agree to this proposed schedule and the motion is filed jointly, good cause exists to grant the motion.

DATED this 9th day of March, 2023.

Respectfully submitted,

CRAG LAW CENTER

Meriel L. Darzen, OSB No. 113645,
(503) 525-2725 │ meriel@crag.org
Oliver J. H. Stiefel, OSB No. 135436,
(503) 227-2212 │ oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

*s/ Aaron Bruner (with permission)*
Caroline Lobdell (OSB # 021236)
Aaron Bruner (OSB #133113)
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119-327
Portland, Oregon 97219
Email: clobdell@wrlegal.org
Email: abruner@wrlegal.org
Phone: (503) 768-8500

Julie A. Weis (OSB #974320)
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, Oregon 97201
Email: weis@hk-law.com
Phone: (503) 225-0777

*Counsel for Defendant-Intervenors*


*s/ Tyler M. Alexander (with permission)*
HAYLEY A. CARPENTER
TYLER M. ALEXANDER
ANTHONY D. ORTIZ
Trial Attorneys
Natural Resources Section
Wildlife & Marine Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
(202) 307-1147 (Ortiz)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov
anthony.d.ortiz@usdoj.gov

*Counsel for Defendants*

Jt. Mot. to Set/Amend Deadlines - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*