Exhibit 14

# William L. Baker

Emeritus Professor

University of Wyoming

Laramie, WY 82071

bakerwl@uwyo.edu

Education

1987. Ph.D., Geography, University of Wisconsin, Madison, Wisconsin

1980. M.A., Botany, University of North Carolina, Chapel Hill, North Carolina

1967. B.S., Botany, Oregon State University, Corvallis, Oregon

Academic Employment

2013+ Retired

1990-2012 Assistant Professor-Full Professor, Program in Ecology/Dept. of Geography, University of Wyoming, Laramie, Wyoming. Taught Biogeography, Landscape Ecology, Fire Ecology, Seminars in Ecology

1988-1989 Assistant Professor, Geography, University of Kansas, Lawrence, Kansas. Taught Biogeography, Statistical methods, Landscape Ecology

1987-1988 Instructor, Geography, University of Hawaii, Honolulu. Taught Intro. to Physical Geography

Publications: 150+ published peer-reviewed publications, 12,500+ citations by other scientists

Full list of publications at Google Scholar:
https://scholar.google.com/citations?hl=en&pli=1&user=FZN8N04AAAAJ

Most relevant publications for this report:

Baker, W. L. 2009. Fire ecology in Rocky Mountain landscapes. Island Press, Washington, D.C.

Baker, W. L. 2012. Implications of spatially extensive historical data from surveys for restoring dry forests of Oregon's eastern Cascades. Ecosphere 3, article 23.

Baker, W. L. 2015a. Historical Northern spotted owl habitat and old-growth dry forests maintained by mixed-severity wildfires. Landscape Ecology 30: 655-666.

Baker, W. L. 2015b. Are high-severity fires burning at much higher rates recently than historically in dry-forest landscapes of the western USA? PLoS One 10, article e0136147.

Baker, W. L. and M. A. Williams. 2015. Bet-hedging dry-forest resilience to climate-change threats in the western USA based on historical forest structure. Frontiers in Ecology and Evolution 2, article 88.

Baker, W. L. and M. A. Williams. 2018. Land surveys show regional variability of historical fire regimes and dry forest structure of the western United States. Ecological Applications 28: 284-290.

Mladenoff, D. J. and W. L. Baker, editors. 1999. Spatial modeling of forest landscape change: approaches and applications. Cambridge University Press, Cambridge, U.K.

Veblen, T. T., W. L. Baker, G. Montenegro, and T. W. Swetnam, editors. 2003. Fire and climatic change in temperate ecosystems of the western Americas. Springer, New York.

Williams, M. A. and W. L. Baker. 2012. Spatially extensive reconstructions show variable-severity fire and heterogeneous structure in historical western United States dry forests. Global Ecology and Biogeography 21: 1042-1052.

Funding

About $2 million+ in research grants from the National Science Foundation, US Department of Agriculture, U.S. Department of Energy, National Park Service, Bureau of Land Management, U.S. Forest Service.

Professional Memberships

Association of American Geographers, Ecological Society of America, Society of American Foresters, International Association for Landscape Ecology, International Association of Wildland Fire

Dominick A. DellaSala



# Dominick A DellaSala, Ph. D[1]
222 Joseph Drive; Talent, Oregon; 541-621-7223
dominick@geosinstitute.org

I am a passionate scientist and organization leader with three decades of experience in conservation biology and climate change planning/implementation from local to international. My expertise includes >200 scientific publications; extensive public speaking, media and government relations; starting and managing organizations and governing boards; donor stewardship and networking for small to large organizations. I seek to inspire, support, and communicate effectively in goal-oriented and science-based conservation at meaningful scales.

# Education (1979-89)

**Adelphi University,** Garden City, New York
Bachelor's Degree (highest honors) May 1979
Foraging behavior of birds and reptiles in old-fields, Long Island, NY

**Wayne State University,** Detroit, Michigan
Master's Degree (highest honors) May 1982
Nesting, foraging behavior of yellow warblers in old fields and riparian areas, MI

**University of Michigan**, Ann Arbor, Michigan
Ph. D (highest honors) June 1986
Effects of forest fragmentation on neotropical migratory songbirds, MI

**Oregon State University**, Corvallis, Oregon
Post-doc Research Fellow June 1988
Spotted owl prey, bald eagle habitat requirements in mixed conifer forests, OR

**University of Wyoming,** Laramie, Wyoming
Post-doc Research Fellow March 1989
Least tern foraging, habitat requirements of sandhill cranes, Platte River, NE

# Employment (1989-present)

**Ebasco Environmental,** Bellevue, Washington
Senior Scientist April 1989 – June 1993
Research/development for large multi-national consulting company preparing environmental assessments for diverse clients. Competitive contracts secured from government and other sources.

**World Wildlife Fund,** Washington, District of Columbia
Director July 1993 – June 2006
Management and staffing for domestic forest program tiered to WWF international programs, including large budgets, donor cultivation, corporate and government funding/relations

**Geos Institute,** Ashland, Oregon
Chief Scientist/President (cofounder) July 2006 – Present
Budgeting, staffing/contracting, fund raising, board relations for climate change organization.

**Oregon State and Southern Oregon University**, Corvallis, Ashland, Oregon
Adjunct faculty July 2008-2016
Course development, student advisor

---

[1] Profiles on LinkedIn and Research Gate; blogs at www.ipfieldnotes.org/author/dominickdellasala/; www.scitechconnect.elsevier.com/author/dominick-dellasala/

Dominick A. DellaSala

# Executive Experience (2006-present)

Experienced in all aspects of running and representing organizations, including fund raising, office management, media and government relations, board relations, staffing, multi-disciplinary large projects, diverse coalitions, diversity and inclusivity principles, budget tracking, grant and contract management. Ongoing (20+ years) diverse funding portfolio from foundations, universities, and donors ranging from $1,000 to $1 million, including multi-year gifts.

# Boards, Coalitions, Committees (1998-present)

*Committees:* White House Office of Science and Technology Policy (1998-99, appointed by president Clinton); International Forest Conservation Chair (WWF, 1995-2000); Northern Spotted Owl recovery team (2006-2008, US Fish Wildlife Service); Alaska Coastal Rainforest Center (affiliate scientist, 2011-14); North Pacific Landscape Conservation Cooperative (US Fish & Wildlife Service; 2012-2014); technical reviewer for IPCC (2016); Oregon Global Warming Commission Task Force on Forest Carbon (selected by the governor, 2016-2018); Oregon Forest Carbon Stakeholder Group (selected by the governor, 2018-2019).

*NGO Boards* - Geos Institute (2006-present), Society for Conservation Biology (elected board president 2004-2012; two-terms), *IntAct*: international action for the world's primary forests (current), Forest Carbon Coalition (national/regional conservation groups, science advisor, current).

*Editorial boards* – *Imperiled* (present, co-chief editor of the board, Elsevier); *Encyclopedia of World's Biomes* (2019; co-chief editor, Elsevier); *Encyclopedia of the Anthropocene* (2018; co-chief editor, Elsevier); *Earth Systems and Environmental Sciences* (2017, Elsevier); *Natural Areas Journal* (2008-present); *Conservation Biology* (2012-16); *Diversity* (2015-present).

# Leadership, Training, Fellowships (2000-present)

*Conservation Leadership Awards*: Wilburforce Foundation and World Wildlife Fund (twice) for national leadership on roadless areas and new national monuments.

*Choice Magazine Publication Award* – Temperate and boreal rainforests of the world: ecology and conservation (the only award given to an Island Press that year).

*Fulbright Specialist*. U.S. State Department academic specialist.

*Griffith University fellowship (delayed by Covid) and University of Melbourne fellowship (delayed by Covid)* for global research on primary forests and avian use of postfire landscapes, respectively.

*Training Resources for the Environmental Community and Management Skills for the New Supervisor (Padgett Thompson). Certified as a conservation leader skilled in organization management, financial tracking, diversity/inclusivity, fund raising, and board relations.*

*Certificates in Wetland Delineation (Wetland Training Institute), and US Fish & Wildlife Service Habitat Evaluation Procedures. Previously a registered bird bander.*

# Media and Communications (1993-present)

Solid media relations internationally in extensive press (sometimes weekly), including CNN; MSNBC (debates); BBC; High Country News; LA, NY and Seattle Times; Reuters; Science magazine and Science Digest; National Geographic; National Audubon and National Wildlife; NPR and PBS; Jim Lehrer News Hour; local TV, radio; numerous op-eds, blogs, and even Fox News!

# Government and International Relations (1993-present)

Invited expert witness at numerous congressional and State hearings on climate change, forest health, fire policy, endangered species, and scientific integrity; legislative briefings on climate change and scientific integrity; President Clinton's historic White House roadless signing ceremony; President Clinton and Obama national monument designations; and several national and state committee appointments. Science member of biodiversity research teams including Australia, Russia, Europe, the tropics, and North America. Technical reviewer and participant in the Intergovernmental Panel on Climate Change.

Dominick A. DellaSala

# Science Publications (select 2000-present)

**Peer-Reviewed**

Zoltan, K, D.A. DellaSala, multiple authors. Recognising the importance of unmanaged forests to mitigate climate change. In press. Global Change and Biology.

DellaSala, D.A., C.F. Kormos, H. Keith, B. Mackey, V. Young, B. Rogers, R.A. Mittermeir. 2020. Primary forests are undervalued in the climate emergency. Bioscience. doi:10.1093/biosci/biaa030

Beaver, E., S. Prange, and D.A. DellaSala. 2020. Disturbance ecology and biodiversity. CRC Press Taylor and Francis Group, LLC: Boca Raton, FL.

DellaSala, D.A. 2020. Fire-mediated biological legacies in dry forested ecosystems of the Pacific Northwest, USA. Pp. 38-85, In: E.A. Beaver, S. Prange, D.A. DellaSala (eds). Disturbance Ecology and Biological Diversity. CRC Press Taylor and Francis Group, LLC: Boca Raton, FL.

DellaSala, D.A. and C.T. Hanson. 2019. Are wildland fires increasing large patches of complex early seral forest habitat? Diversity11, 157; doi:10.3390/d11090157

Buma, B., E. Batllori, S. Bisbing, A. Holz, S.C. Saunders, A.L. Bidlack, M.K. Creutzburg, D.A. DellaSala, et al. (multiple authors). 2019. Emergent freeze and fire disturbance dynamics in temperate rainforests. Austral Ecology. DOI: 10.1111/aec.12751

Reed, S.E, S.L. Thomas, A.T. Bednarek, D.A. DellaSala, et al. 2018. Roles for scientific societies to engage with conservation policy. Conservation Biology  https://doi.org/10.1111/cobi.13092

DellaSala, D.A., et al. 2017. Accommodating mixed-severity fire to restore and maintain ecosystem integrity with a focus on the Sierra Nevada of California, USA. Fire Ecology 13:148-171.

Johns, D., and D.A. DellaSala. 2017. Caring, killing, euphemism and George Orwell: how language choice undercuts our mission. Biological Conservation 211: 174–176.

Ibisch, P.L., et al (multiple authors). 2017. A global map of roadless areas and their conservation status. Science 354:1423-1427.

Bradley, C.M., C.T. Hanson, and D.A. DellaSala. 2016. Does increased forest protection correspond to higher fire severity in frequent-fire forests of the western United States? Ecosphere 7: Ecosphere 7:1-13.

Odion, D.C., et al. 2016. Areas of agreement and disagreement regarding ponderosa pine and mixed conifer forest fire regimes: a dialogue with Stevens et al. PLoSOne DOI:10.1371/journal.pone.0154579 May 19, 2016

Parsons, E.C.M., D.A. DellaSala, and A.J. Wright. 2015. Is marine conservation science becoming irrelevant to policy makers? Frontiers in Marine Science 2:1-4.

DellaSala, D.A., et al. 2015. Building on two decades of ecosystem management and biodiversity conservation under the Northwest Forest Plan, USA. Forests 6:3326-3352.

Mackey B., D. A. DellaSala, et al. 2015. Policy options for the world's primary forests in multilateral environmental agreements. Conservation Letters 8:139-147 DOI: 10.1111/conl.12120.

DellaSala, D.A., et al. 2014. Complex early seral forests of the Sierra Nevada: what are they and how can they be managed for ecological integrity? Natural Areas Journal 34:310-324.

Odion, D.C. et al. 2014. Effects of fire and commercial thinning on future habitat of the northern spotted owl. Open Ecology Journal 7:37-51.

Krankina, O., D.A. DellaSala, et al. 2014. High biomass forests of the Pacific Northwest: who manages them and how much is protected? Environmental Management. 54:112-121.

3

Dominick A. DellaSala

Beschta, R.L. et al. 2014. Reducing Livestock Effects on Public Lands in the Western United States as the Climate Changes: A Reply to Svejcar et al. Environmental Management 53:1039-1042.

Odion, D.C., et al. 2014. Examining historical and current mixed-severity fire regimes in ponderosa pine and mixed-conifer forests of western North America. PlosOne February 2014 Vol 9:1-14.

Brandt, P. et al. 2014. Multifunctionality and biodiversity: Ecosystem services in temperate rainforests of the Pacific Northwest, USA. Biological Conservation 169: 362–371.

DellaSala, D.A. et al. 2013. Alternative views of a restoration framework for federal forests in the Pacific Northwest. Journal of Forestry 111:402-492.

Greenwald, N, D.A. DellaSala, and J.W. Terborg. 2013. Nothing new in Kareiva and Marvier. Bioscience 63:241.

Hanson, C.T., D.A. DellaSala, and M.L. Bond. 2013. The overlooked benefits of wildfire. Bioscience 63:243.

Black, S.H., D. Kulakowski, B.R. Noon, and D. DellaSala. 2013. Do bark beetle outbreaks increase wildfire risks in the Central U.S. Rocky Mountains: Implications from Recent Research. Natural Areas Journal 33:59-65.

Beschta, R.L., D. A. DellaSala et al. 2012. Adapting to climate change on western public lands: addressing the impacts of domestic, wild and feral ungulates. Environmental Management DOI 10.1007/s00267-012-9964-9

DellaSala, D.A., et al. 2012. Priority actions for sustainable forest management in the International Year of Forests. Conservation Biology 26:572-575.

Matsuoka, S., J.A. Johnson, and D.A. DellaSala. 2012. Succession of bird communities in young temperate rainforests following thinning. J. Wildlife Management 76:919-931.

Olson, D.M., D.A. DellaSala, R.F. Noss, et al. 2012. Climate change refugia for biodiversity in the Klamath-Siskiyou ecoregion. Natural Areas Journal 32:65-74.

Noss, R.F. et al. 2012. Bolder thinking for conservation. Conservation Biology 26:1-4.

DellaSala, D.A., J.R. Karr, and D.M. Olson. 2011. Roadless areas and clean water. Journal of Soil and Water Conservation 66:78A-84A. doi:10.2489/jswc.66.3.78A

Swanson, M.E. et al. 2011. The forgotten stage of forest succession: early-successional ecosystems on forested sites. Frontiers in Ecology and Environment 9:117-125 doi:10.1890/090157

Hanson, C.T. 2010. Comprehensive management of Northern Spotted Owls in dry forest provinces: response to Spies et al. Conservation Biology 24:334-337.

Odion, D.C., M.A. Moritz, and D.A. DellaSala. 2010. Alternative community states maintained by fire in the Klamath Mountains, USA. Journal of Ecology 98: 96-105.

Staus, N.L., J. R. Strittholt, and D. A. DellaSala. 2010. Evaluating areas of high conservation value in western Oregon with a decision-support model. Conservation Biology 24:711–720.

Noss, R.F, E. Fleishman, D. A. DellaSala, et al. 2009. Priorities for improving the scientific foundation of conservation policy in North America. Conservation Biology 23:825-833.

Hanson, C.T., D.C. Odion, D.A. DellaSala, and W.L. Baker. 2009. Overestimation of fire risk in the Northern Spotted Owl recovery plan. Conservation Biology 23:1314-1319.

DellaSala, D.A. et al.  2006. Post-fire logging debate ignores many issues. Science 314:51-52.

Strittholt, J.R., D.A. DellaSala, and H. Jiang. 2006. Status of mature and old-growth forests in the Pacific Northwest, USA.  Conservation Biology 20:363-374.

Dominick A. DellaSala

DellaSala, D. A., and J. Williams. 2006. Northwest Forest Plan Ten Years Later – how far have we come and where are we going.  Conservation Biology 20:274-276.

Slosser, N.C., J. R. Strittholt, D.A. DellaSala, and J. Wilson. 2005. The landscape context in forest conservation: integrating protection, restoration, and certification. Ecological Restoration 23:15-23.

DellaSala, D.A., et al.  2004. Beyond smoke and mirrors: a synthesis of forest science and policy. Conservation Biology 18:976-986.

Williams, J., and D.A. DellaSala. 2004. Wildfire and conservation in western United States. Conservation Biology 18:872-873.

Odion, D.C. et al. 2004. Fire severity patterns and forest management in the Klamath National Forest, northwest California, USA.  Conservation Biology 18:927-936.

Noon, B.R. et al. 2003.  Conservation planning for US National Forests: conducting comprehensive biodiversity assessments.  Bioscience 53:1217-1220.

DellaSala, D.A. 2003. Conserving forest biodiversity – a comprehensive multiscaled approach - review of D.B. Lindenmayer and J. F. Franklin.  Ecological Restoration 21:229-230.

DellaSala, D.A. et al.  2003. A citizens' call for ecological forest restoration: forest restoration principles and criteria. Ecological Restoration 21:14-23.

Staus, N.L., J.R. Strittholt, D.A. DellaSala, and R. Robinson.  2002.  Rate and pattern of forest disturbance in the Klamath-Siskiyou ecoregion, U.S.A.  Landscape Ecology 17:455-470.

Heilman. G.E. et al. 2002.  Forest fragmentation of the conterminous United States: assessing forest intactness through road density and spatial characteristics. Bioscience 52:411-422.

Strittholt, J.R., and D.A. DellaSala. 2001.  Importance of roadless areas in biodiversity conservation in forested ecosystems: a case study – Klamath-Siskiyou ecoregion, U.S.A. Conservation Biology 15:1742-1754.

DellaSala, D.A. et al. 2001. An updated protected areas database for the United States and Canada. Natural Areas Journal 21:124-135.

DellaSala, D.A., R.F. Noss, and D. Perry.  2000. A conservation biology and ecosystem restoration approach to federal lands management and certification. Ecoforestry 15:28-39.

**Peer-Edited (mostly book chapters)**

DellaSala, D.A., 2020. "Real" vs. "fake" forests: why tree plantations are not forests. In: Goldstein, M.I., DellaSala, D.A. (Eds.), Encyclopedia of the World's Biomes, vol. 3. Elsevier, pp. 47–55.

DellaSala, D.A., Furnish, J., 2020. Can young-growth forests save the Tongass Rainforest in Southeast Alaska? In: Goldstein, M.I., DellaSala, D.A. (Eds.), Encyclopedia of the World's Biomes, vol. 3. Elsevier, pp. 218–225.

DellaSala, D.A. 2020. Has anthropocentrism replaced ecocentrism in conservation? H. Kopnina and H. Washington (eds.), Conservation, Springer Nature Switzerland AG 2020
https://doi.org/10.1007/978-3-030-13905-6_7

DellaSala, D.A. 2019. Forest biome: trees of life. Encyclopedia of the World's Biomes
https://doi.org/10.1016/B978-0-12-409548-9.12007-X

DellaSala, D.A., and M.I. Goldstein. Deserts: life in the extremes. Encyclopedia of the World's Biomes. https://doi.org/10.1016/B978-0-12-409548-9.12077-9

DellaSala, D.A. 2018. Speaking truth to power: scientists as advocates and ways to engage. Reference Module Earth Systems and Environmental Sciences, Oxford: Elsevier.
http//doi.org/10.1016/B978-0-12-409548-9.11071-1

Dominick A. DellaSala

DellaSala D.A. 2018. Emergence of a new climate and human-caused wildfire era for western USA forests. Reference Module in Earth Systems and Environmental Sciences, Oxford: Elsevier, 2018. 19-Mar-18 doi: 10.1016/B978-0-12-409548-9.10999-6.

DellaSala D.A. et al. 2018. The Anthropocene: How the Great Acceleration Is Transforming the Planet at Unprecedented Levels. In: D.A. DellaSala, and M. I. Goldstein (eds.) The Encyclopedia of the Anthropocene, vol. 1, p. 1-7. Oxford: Elsevier.

DellaSala D.A. 2018. Freshwater and Global Change: Wellspring of Life. In: D. A. DellaSala, and M. I. Goldstein (eds.) The Encyclopedia of the Anthropocene, vol. 2, p. 21-24. Oxford: Elsevier.

DellaSala D.A. 2018. Oceans and Global Change: One Blue Planet. In: D. A. DellaSala, and M. I. Goldstein (eds.) The Encyclopedia of the Anthropocene, vol. 2, p. 17-19. Oxford: Elsevier.

DellaSala D.A. 2018. Robust Conservation Planning for Coast Redwood in a Changing Climate. In: D. A. DellaSala, and M. I. Goldstein (eds.) The Encyclopedia of the Anthropocene, vol. 2, p. 337-345. Oxford: Elsevier.

DellaSala D.A. et al. 2018. Climate Change May Trigger Broad Shifts in North America's Pacific Coastal Rainforests. In: D. A. DellaSala, and M. I. Goldstein (eds.) The Encyclopedia of the Anthropocene, vol. 2, p. 233-244. Oxford: Elsevier.

Kormos, C.F., B. Mackey, D.A. DellaSala et al. 2017. Primary Forests: Definition, Status and Future Prospects for Global Conservation. In D. A. DellaSala and M.I. Goldstein (eds.). 2017. Encyclopedia of the Anthropocene http://dx.doi.org/10.1016/B978-0-12-409548-9.09711-6

DellaSala D.A. 2013. Global Change. Reference Module in Earth Systems and Environmental Sciences, Elsevier 3 pp. 11-Sep-13 doi: 10.1016/B978-0-12-409548-9.05355-0.

**Additional Books & Encyclopedias**

D. A. DellaSala (ed). 2021. Conservation science and advocacy for a planet in crisis: 2020 and beyond. Elsevier, Oxford.

D.A. DellaSala, and M.I. Goldstein. 2021. The Encyclopedia of Conservation: Imperiled. (300 multi-authored articles). Elsevier, Oxford.

Goldstein, M.I., and D.A. DellaSala. 2020. The Worlds Biomes (275 multi-authored articles and sections). Elsevier, Oxford.

DellaSala, D.A., and M.I. Goldstein. 2017. The Anthropocene (275 multi-authored articles). Elsevier, Oxford.

DellaSala, D.A., and C.T. Hanson. 2015 (eds). The ecological importance of mixed-severity fires: nature's phoenix. Elsevier, United Kingdom. (several coauthored chapters including western North America, Europe, Australia)

DellaSala, D.A. 2011. Temperate and boreal rainforests of the world: ecology and conservation. Island Press: Washington DC (several coauthored chapters including western North America, Australia/New Zealand, Japan, Russia, Chile/Argentina, Europe).

Dinerstein, E. et al. 1999. Terrestrial ecoregions of North America. Island Press: Washington DC.