Meriel L. Darzen, OSB No. 113645,
meriel@crag.org
Oliver J. H. Stiefel OSB No. 135436
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, **OREGON WILD**, **CENTRAL OREGON LANDWATCH**, **SIERRA CLUB**, **GREAT OLD BROADS FOR WILDERNESS**, and **WILDEARTH GUARDIANS**, <br><br> Plaintiffs, <br><br> v. <br><br> **HOMER WILKES**, in his official capacity as Undersecretary for Natural Resources and Environment; **GLENN CASAMASSA**, in his capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**, <br><br> Defendants, <br><br> **AMERICAN FOREST RESOURCE COUNCIL**, and **EASTERN OREGON COUNTIES ASSOCIATION**, <br><br> Defendants-Intervenors. | Case No. 2:22-cv-00859-HL <br><br> **SECOND DECLARATION OF MERIEL DARZEN** |

I, Meriel Darzen, declare as follows:

1. My name is Meriel Darzen. I am counsel for Plaintiffs in this matter.

2. This declaration is made in support of Plaintiffs' bill of costs filed herewith.

3. The concurrently filed bill of costs form AO 133 seeks costs necessarily incurred by Plaintiffs in this action. This declaration serves to verify those costs pursuant to 28 U.S.C. § 1924 and Local Rule 54-1(a)(2). The costs listed in the bill of costs form AO 133 are correct and were necessarily incurred in this matter.

4. Exhibit 1 to this declaration is a true and correct copy of the June 14, 2022 email receipt for $402.00 civil filing fee for this action.

5. Exhibit 2 to this declaration is a true and correct copy of the receipt for the transcript of the May 1, 2023 hearing in the amount of $437.75.

6. Plaintiffs are the "prevailing parties" under 28 U.S.C. § 2412(a)(1), Federal Rule of Civil Procedure 54(d)(1), and Local Rule 54-1(a)(1) because Plaintiffs obtained significant court-ordered relief that accomplished the main purposes of its lawsuit when the Court granted Plaintiffs' motion for summary judgment, and entered judgment for Plaintiffs on each of their three claims. ECF 104.

7. I attest that all of the information submitted to the Court in support of this request is accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this _12th_ day of April, 2024, in Portland, Oregon.

_____

Meriel L. Darzen