

# EXHIBIT 1

Meriel Darzen <meriel@crag.org>

---

## Fwd: Pay.gov Payment Confirmation: OREGON DISTRICT COURT
2 messages



---------- Forwarded message ---------
From: <do_not_reply@psc.uscourts.gov>
Date: Tue, Jun 14, 2022 at 12:10 PM
Subject: Pay.gov Payment Confirmation: OREGON DISTRICT COURT
To: <meriel@crag.org>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

   Account Number: 4518080
   Court: OREGON DISTRICT COURT
   Amount: $402.00
   Tracking Id: AORDC-8552154
   Approval Code: 414101
   Card Number: ************3594
   Date/Time: 06/14/2022 03:10:41 ET

NOTE: This is an automated message. Please do not reply

--
Meriel L. Darzen
Staff Attorney
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
(503) 525-2725
meriel@crag.org
Pronouns: she/hers

www.crag.org