

**Jeannine K. Manny**
Certified Court Reporter
3175 Canberra Drive
Walla Walla, WA 99362
(541) 276-0630
jeannine@mannyreporting.com

*Estimate*

| | |
|---|---|
| **Number** | E102 |
| **Date** | 7/15/2023 |

**Bill To**

Meriel Darzen
Crag Law Center
3141 E Burnside St
Portland, OR 97214

| Case Number | Case Caption |
|---|---|
| US District Court No. 2:22-cv-00859-HL | Greater Hells Canyon Council v. Wilkes, et al |

| Date | Description | Hours/Pages | Rate | Total |
|---|---|---|---|---|
| 5/1/2023 | ORIGINAL Transcript of Hearing before Judge Hallman in Pendleton, Oregon. Actual pages, 103. | 103.00 | $4.25 | $437.75 |
| | Payment in Advance | | | ($510.00) |
| | Reporter refunded $72.25 through mail 7/15/23. | | | |

*Paid in Full -- Refunded $72.25*

| | |
|---|---|
| Total | ($72.25) |
| Amount Paid | $0.00 |
| **Amount Due** | ($72.25) |