ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone:  (202) 305-0242 (Carpenter)
hayley.carpenter@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL, OREGON WILD, CENTRAL OREGON LANDWATCH, SIERRA CLUB, GREAT OLD BROADS FOR WILDERNESS,** and **WILDEARTH GUARDIANS,**<br><br>Plaintiffs,<br><br>v.<br><br>**KRISTIN SLEEPER**, in her official capacity as Acting Undersecretary for Natural Resources and Environment; **GLENN CASAMASSA**, in his capacity as Regional Forester for Region 6; and the **UNITED STATES FOREST SERVICE**,<br><br>Federal Defendants,<br><br>**AMERICAN FOREST RESOURCE COUNCIL,** and **EASTERN OREGON COUNTIES ASSOCIATION,**<br><br>Defendants-Intervenors. | Case No. 2:22-cv-00859-HL<br><br>**JOINT MOTION FOR EXTENSION OF THE STAY ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

At the joint request of the Plaintiffs and Federal Defendants, briefing of Plaintiffs' petition for fees and costs has been stayed so that they can attempt to resolve the petition without judicial intervention. *See, e.g.* ECF No. 133. Plaintiffs and Federal Defendants have now reached a settlement of Plaintiffs' application for attorneys' fees and costs. Under the settlement, after payment is made, Plaintiffs will withdraw their motion for attorneys' fees and expenses. Plaintiffs and Federal Defendants respectfully ask that the court continue the stay of briefing on Plaintiffs' motion for attorneys' fees and costs until payment is made and the motion withdrawn.

DATED this 11th day of April, 2025.

_____ (by consent)
Meriel L. Darzen, OSB No. 113645,
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel, OSB No. 135436,
(503) 227-2212 | oliver@crag.org
CRAG LAW CENTER
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

/s/    Hayley A. Carpenter
HAYLEY A. CARPENTER, CA Bar # 312611
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
hayley.carpenter@usdoj.gov

*Attorneys for Federal Defendants*